# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>    Plaintiffs,<br><br>  v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 04-11651-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties to this action, that:

1. Plaintiffs' service of their Complaint by mail upon Defendants is deemed to be effective service upon Defendants as of August 2, 2004; and

2. Defendants' time to move, answer, or otherwise respond to Plaintiffs' Complaint shall be adjourned to and including October 1, 2004.

Dated: August 16, 2004

| | |
|---|---|
| PERKINS SMITH & COHEN LLP | GOODWIN PROCTER LLP |
| By: /s/ Matthew J. Tuttle | By: /s/ Christopher D. Moore |
|    Harry S. Miller (BBO # 346946) |    James S. Dittmar (BBO # 126320) |
|    Matthew J. Tuttle (BBO # 562758) |    Christopher D. Moore (BBO # 630651) |
|    Sara B. Davis (BBO # 648002) | Exchange Place |
| One Beacon Street, 30th Floor | 53 State Street |
| Boston, MA 02108 | Boston, MA 02109 |
| Tel.: (617) 854-4000 | Tel.: (617) 570-1000 |
| | |
| *Of Counsel:* | *Of Counsel:* |
| | |
| THOMAS R. GRADY, P.A | CLIFFORD CHANCE US LLP |
|    Thomas R. Grady |    James N. Benedict |
| 720 Fifth Avenue South |    Mark Holland |
| Suite 200 |    Mary K. Dulka |
| Naples, Florida 34102 |    C. Neil Gray |
| Tel.: (239) 261-6555 | 31 West 52nd Street |
| | New York, NY 10019 |
| | Tel.: (212) 878-8000 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Fidelity Management & Research Company and FMR Co., Inc.* |

SO ORDERED this _____ day of _____, 2004:

 

_____
      RICHARD G. STEARNS
      United States District Judge

NYA 684548.1