AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

2004 AUG 17 P 12: 50

Cynthia A. Bennett and
Guy E. Miller

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Fidelity Management & Research Company
and FMR Co., Inc.

04 11651 RGS

TO: (Name and address of defendant)

Fidelity Management & Research Company
82 Devonshire Street
Boston, MA  02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Tuttle
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108
617-854-4000

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

JUL 26 2004
DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and<br>GUY E. MILLER,<br><br>        Plaintiffs,<br>v.<br><br>FIDELITY MANAGEMENT &<br>RESEARCH COMPANY and<br>FMR CO., INC.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 04-11651 RGS |

## AFFIDAVIT OF SERVICE

I, Matthew J. Tuttle, hereby state that, on August 2, 2004, I caused the Summons and Complaint in this matter to be served upon Defendant Fidelity Management & Research Company by delivering the Summons and Complaint by United States certified express mail, return receipt requested, to James N. Benedict, Esq., at Clifford Chance LLP, 31 West 52nd Street, New York, NY 10019-6131, an agent duly authorized to accept service in this matter on behalf of Defendant Fidelity Management & Research Company. A copy of the signed delivery receipt is attached hereto.

Signed under the pains and penalties of perjury this thirteenth day of August 2004.

_____
Matthew J. Tuttle

31363-2-Service Affid1-0804

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9842 6129 9872 | A. Received by (Please Print Clearly) | B. Date of Delivery 8/2/04 |
| | C. Signature X /s/ Dolan /s/ | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |
| 1. Article Addressed to: James N. Benedict, Esq. Clifford Chance LLP 31 West 52nd Street New York, NY 10019-6131 | | |

PS Form 3811, January 2003 — Domestic Return Receipt

#31363-2/MJT)  /s/ Bennett