UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CYNTHIA A. BENNETT and
GUY E. MILLER,

      Plaintiffs,

    v.

FIDELITY MANAGEMENT & RESEARCH
COMPANY and FMR CO., INC.,

      Defendants.

Civil Action No. 04-11651 (RGS)

## DEFENDANTS' MOTION FOR CASE REASSIGNMENT PURSUANT TO LOCAL RULE 40.1(I)

Pursuant to Local Rule 40.1(I), defendants, Fidelity Management & Research Company and FMR Co., Inc., hereby respectfully move this Court for case reassignment. A courtesy copy of this Motion has been provided to Judge Wolf.

1.     The cases that are the subject of this motion involve Investment Company Act claims relating to fees paid by certain Fidelity mutual funds.

2.     The above-captioned action has been assigned to your Honor, and the action entitled Haugen, et al v. Fidelity Management & Research Company, et al., Civil Action No. 04-cv-11756-MLW has been assigned to Judge Wolf.

3.     The procedural history of the two cases is straightforward. The Haugen case was first-filed, having been commenced in the United States District Court for the District of Arizona on May 3, 2004. The Bennett case was subsequently filed in the District of Massachusetts on July 23, 2004. On July 27, 2004, the United States District Court for the District of Arizona

entered an order transferring the Haugen case to the District of Massachusetts, where defendants

have their principal place of business, and on August 10, 2004, the Haugen case was entered on

the docket in this district.

     3.     The Haugen and Bennett cases are related cases. Both cases are brought by

mutual fund shareholders under §36(b) of the Investment Company Act of 1940 (the "Act").

Plaintiffs seek recovery of allegedly excessive fees paid by certain Fidelity mutual funds to their

investment adviser. The Haugen case is brought by shareholders of Fidelity Magellan Fund and

Fidelity Contrafund, and the Bennett case is brought by shareholders of Fidelity Magellan Fund,

Fidelity Contrafund, Fidelity Growth & Income Fund, Fidelity Blue Chip Growth Fund and

Fidelity Low-Priced Stock Fund. Accordingly, the real plaintiff parties in interest – namely, the

mutual funds – are identical in two instances. The defendants, Fidelity Management & Research

Company and FMR Co., Inc., are the same parties in both cases. The complaints in both actions

assert the same claims under §36(b) of the Act under the same legal theories and, therefore, raise

the same legal issues. The complaints in both actions also make virtually identical factual

allegations, tracking each other verbatim in some instances. The actions seek the same relief for

substantially identical periods of time under the one-year damages period provided for in §36(b)

of the Act.

     5.     Defendants believe that these cases should be assigned as related cases to a single

judge of the Court. Given the substantial identity of parties, claims, factual allegations and relief

sought, the interest of justice and the efficient performance of the business of the court call for

related case assignment – indeed for eventual consolidation.

     WHEREFORE, Defendants respectfully request that the Court make such reassignment

between Judge Stearns and Judge Wolf that is deemed most appropriate under the circumstances.

Respectfully submitted,

FIDELITY MANAGEMENT &
RESEARCH COMPANY
and FMR CO., INC.

By its attorneys,

James S. Dittmar, P.C. (BBO# 126320)
Christopher D. Moore (BBO# 630651)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000

August 27, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, John O. Farley, hereby certify that on August 27, 2004, I conferred by telephone with plaintiffs' counsel in a good faith effort to resolve or narrow the issues presented in this motion prior to filing and that plaintiffs' counsel has neither assented to nor opposed this motion.

John O. Farley

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document was served upon
the attorney of record for each other
party by mail by hand on

LIBA/1409639.1

3