UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CYNTHIA A. BENNETT and
GUY E. MILLER,

        Plaintiffs,

v.

FIDELITY MANAGEMENT & RESEARCH
COMPANY and FMR CO., INC.,

        Defendants.

Civil Action No. 04-11651 (RGS)

## DEFENDANTS' FIDELITY MANAGEMENT & RESEARCH COMPANY AND FMR CO., INC.'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3, Defendants, Fidelity Management & Research Company and FMR Co., Inc., by undersigned counsel, submits the following corporate disclosure statement. Fidelity Management & Research Company and FMR Co., Inc. are wholly owned subsidiaries, either direct or indirect, of FMR Corp. FMR Corp. is not a public company.

Respectfully submitted,

FIDELITY MANAGEMENT &
RESEARCH COMPANY
and FMR CO., INC.

By its attorneys,

James S. Dittmar, P.C. (BBO# 126320)
Christopher D. Moore (BBO# 630651)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail [by hand] on
8/27/04

August 27, 2004

LIBA/1409719.1