UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | Civil Action No. 04-11651 (RGS) |

### NOTICE OF APPEARANCE OF JAMES S. DITTMAR, P.C. ON BEHALF OF DEFENDANTS FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.

Pursuant to Local Rule 83.5.2, please enter the appearance of James S. Dittmar, P.C. in the above-captioned matter on behalf of Defendants Fidelity Management & Research Company and FMR Co., Inc.

Respectfully submitted,

FIDELITY MANAGEMENT &
RESEARCH COMPANY
and FMR CO., INC.

By its attorneys,

James S. Dittmar, P.C. (BBO# 126320)
Tel: 617-570-1944
E-Mail: jdittmar@goodwinprocter.com
Christopher D. Moore (BBO#630651)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____ August 26, 2004

Dated: August 26, 2004