UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-11651 MLW |
| FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**ASSENTED TO MOTION FOR ADMISSION**
***PRO HAC VICE* OF ATTORNEY THOMAS R. GRADY**

Matthew J. Tuttle, attorney for Plaintiffs Cynthia A. Bennett and Guy E. Miller in the above-captioned matter, moves pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts for the admission, *pro hac vice*, of Thomas R. Grady.  The basis for this motion is as follows:

1.      Thomas R. Grady is an attorney practicing law in Naples, Florida and is counsel for the Plaintiffs.

2.      Attorney Grady is admitted to practice in numerous jurisdictions, as described in the declaration filed herewith.

3.      Attorney Grady is a member in good standing in every jurisdiction where he has been admitted to practice.

4.      There are no disciplinary proceedings against Attorney Grady as a member of the bar in any jurisdiction.

5.      Attorney Grady is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this motion, the declaration of Attorney Grady is being filed herewith.  A filing fee of $50.00 also is enclosed with this motion.

WHEREFORE, Matthew J. Tuttle respectfully requests that this Court admit Thomas R. Grady *pro hac vice*.

Dated:  September 23, 2004                  Respectfully submitted,

                                             CYNTHIA A. BENNETT and
                                             GUY E. MILLER,

                                             By their attorneys,


                                             _____s/ Matthew J. Tuttle_____
                                             Harry S. Miller,  BBO# 346946
                                             Matthew J. Tuttle,  BBO# 562758
                                             Sara B. Davis,  BBO# 648002
                                             PERKINS SMITH & COHEN LLP
                                             One Beacon Street, 30th Floor
                                             Boston, MA  02108
                                             (617) 854-4000


## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for the defendants about this motion and the defendants assent to the relief requested herein.


                                             _____s/ Matthew J. Tuttle_____
                                             Matthew J. Tuttle

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on September 23, 2004.

      s/ Matthew J. Tuttle          
Matthew J. Tuttle
