UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and<br>GUY E. MILLER,<br><br>Plaintiffs,<br>v.<br><br>FIDELITY MANAGEMENT &<br>RESEARCH COMPANY and<br>FMR CO., INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-11651 MLW |

## DECLARATION OF THOMAS R. GRADY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Thomas R. Grady declares the following under penalty of perjury:

1.      I am an attorney with the law firm of Thomas R. Grady, P.A., 720 Fifth Avenue South, Suite 200, Naples, Florida 34102.

2.      I am duly admitted to the practice of law in Florida and have been licensed to practice before the state courts of Florida since 1982.  I also have been admitted to practice before the United States Courts of Appeals for the Eleventh (1983), Second (1991), Sixth (1992), and Seventh (1992) Circuits, the United States District Courts for the Middle District of Florida (1990) and the Eastern District of Michigan (1999), and the United States Tax Court (1983).

3.      Along with Perkins Smith & Cohen LLP, I am counsel for the Plaintiffs, Cynthia A. Bennett and Guy E. Miller.

4.      I am a member in good standing in every jurisdiction where I have been admitted to practice.

5.      There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

6.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by the same.

7.      I respectfully request that I be admitted before this Court for the purposes of the above-captioned proceedings.

Dated:  ____9/15/04____          _____

                                 THOMAS R. GRADY


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on September 23, 2004.

                                 _____

                                 Matthew J. Tuttle