**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04-cv-11651-MLW |
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN AND FIDELITY CONTRAFUND,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04-cv-11756-MLW |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO THE MOTION FOR CONSOLIDATION AND MOTION FOR APPOINTMENT OF TRI-LEAD COUNSEL AND APPOINTMENT OF LIAISON COUNSEL**

Defendants in the above-captioned actions ("Bennett" and "Haugen") move this Court to extend their time to respond to Plaintiffs' Motion for Consolidation of Related Cases and Plaintiffs' Motion for Appointment of Tri-Lead Counsel and Appointment of Liaison Counsel ("Consolidation Motion") filed in the Bennett and Haugen actions and the cases styled Gilliam v. Fidelity Mgmt. & Research Co., No. 04-cv-11600-RGS ("Gilliam"); Bogatin Family Trust v. Fidelity Mgmt. & Research Co., No. 04-cv-11642-RGS; Awali v. Fidelity Mgmt. & Research

Co., No. 04-cv-11709-RGS; Groeschel v. Fidelity Mgmt. & Research Co., No. 04-cv-11735-RGS; and Fallert v. Fidelity Mgmt. & Research Co., No. 04-cv-11812-RGS (colletively, the "Revenue Sharing Actions"), by Plaintiffs in the Revenue Sharing Actions.

The grounds for this motion are that: (i) on September 1, 2004, Plaintiffs in the Revenue Sharing Actions filed their Consolidation Motion and included thereon the captions for the Bennett and Haugen actions; (ii) on September 10, 2004, counsel for certain Defendants requested an extension of time to and including October 7, 2004, in which to file a response to the Consolidation Motion, to which the proponents of the Consolidation Motion (who are also counsel for the Gilliam plaintiffs) agreed as a professional courtesy; (iii) on September 20, 2004, and September 23, 2004, the Bennett and Haugen actions, respectively, were assigned to this Court; and (iv) the Consolidation Motion remains pending before Judge Stearns.

There have been no previous requests by Defendants for an extension of time to respond to the Consolidation Motion. This Court granted Plaintiffs in the Haugen action an identical extension of time on September 22, 2004; Plaintiffs in the Bennett action submitted their opposition on September 15, 2004; and Plaintiffs in the Bennett, Haugen, and Revenue Sharing Actions consent to the granting of this Motion.

WHEREFORE, Defendants request that their time to respond to the Consolidation Motion is extended up to and including October 7, 2004.

Respectfully submitted,

**GOODWIN PROCTER LLP**

*Of Counsel:*

| | |
|---|---|
| **CLIFFORD CHANCE US LLP** | By:/s/Christopher D. Moore_____ |
| James N. Benedict | James S. Dittmar, P.C. (BBO# 126320) |
| Mark Holland | Christopher D. Moore (BBO# 630651) |
| C. Neil Gray | Exchange Place |
| 31 West 52nd Street | 53 State Street |
| New York, NY 10019 | Boston, MA 02109 |
| (212) 878-8000 | (617) 570-1000 |

*Counsel for Defendants Fidelity Management & Research Company and FMR Co., Inc.*

Dated: October 6, 2004

**LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE**

The undersigned certifies, pursuant to Local Rule 7.1(A)(2), that counsel for the moving party have conferred with opposing counsel on the matters set forth in the foregoing motion, and reports that opposing counsel have assented to this motion.

I further certify that on October 6, 2004 I caused a copy of the foregoing motion to be served by U.S. mail on all counsel of record for each other party.

/s/ Christopher D. Moore

LIBA/1420005.1