Christopher D. Moore
617.570.1319
cmoore@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

October 15, 2004

Honorable Mark L. Wolf
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Room 5110
1 Courthouse Way
Boston, MA 02210

Re:   **Bennett, *et al.* v. Fidelity Management & Research Co., *et al.*, 04 cv 11651 MLW**
      **Haugen, *et al.* v. Fidelity Management & Research Co., *et al.*, 04 cv 11756 MLW**

Dear Judge Wolf:

Attached for your Honor's convenience is a copy of our opposition to a pending motion to consolidate the above-captioned cases with several cases pending before Judge Stearns. The motion to consolidate was filed on September 1, 2004, under the lead caption *Gilliam v. Fidelity Management & Research Co., et al.*, 04 cv 11600 RGS.

Respectfully submitted,

/s/

Christopher D. Moore

CDM:
Attachment