**PERKINS SMITH & COHEN**

Perkins Smith & Cohen LLP
Attorneys at Law

Matthew J. Tuttle
(617) 854-4225
mtuttle@pscboston.com

November 23, 2004

Honorable Mark L. Wolf
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse -
1 Courthouse Way, Room 5110
Boston, MA  02210

Re: **Bennett v. Fidelity Management and Research Co. et al.,
Civil Action No. 04cv11651**

Dear Judge Wolf:

We are counsel for the plaintiffs in the above action pending before this Court. This action was assigned to you pursuant to motion under Local Rule 40.1(I) because of its relation to *Haugen et al. v. Fidelity Management & Research Co. et al.*, 04-cv-11754, a case that was already pending before this Court. Both cases assert claims under section 36(b) of the Investment Company Act of 1940 against the same defendants.

There are now pending in the District five other and separate cases that all allege a variety of class and derivative claims relating to mutual fund distribution practices. Those cases are brought under an assortment of state and federal laws, purportedly on behalf of more than 200 Fidelity mutual funds against 25 named defendants. Those cases had been assigned to Judge Stearns as related cases, but they were recently reassigned to three other judges when Judge Stearns recused himself.

The plaintiffs in these five other cases recently filed, in the *Bennett* action pending before you, a Notice of Pending Motions in Related Cases, and we therefore submit to you a courtesy copy of our letter response to this notice.

Respectfully yours,

s/ Matthew J. Tuttle

Matthew J. Tuttle

MJT/sd
Enclosure
cc:   All Counsel of Record