UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., <br><br> Defendants. | Civil Action No. 04cv11651(MLW) |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Defendants Fidelity Management & Research Company and FMR Co., Inc., by their undersigned attorneys, hereby move for the admission *pro hac vice* of their counsel James N. Benedict, Thomas A. Arena, Sean M. Murphy, C. Neil Gray and L. Anthony Pellegrino. In support of their motion, Defendants state as follows:

1. James N. Benedict has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit A, certifying that: (i) Mr. Benedict is a member in good standing of the Bar of the State of New York, the United States Supreme Court, the United States Court of Appeals for the Second, Third, Sixth, Eighth, Ninth, Tenth and Eleventh Circuits, and the United States District Courts for the Southern, Eastern and Northern Districts of New York; (ii) Mr. Benedict is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Benedict.

2. Thomas A. Arena has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit B, certifying that: (i) Mr. Arena is a member in good standing of the

Bar of the State of New York, the United States Court of Appeals for the Second, Third and Fifth Circuits, and the United States District Courts for the Southern District of New York and Eastern District of New York; (ii) Mr. Arena is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Arena.

3. Sean M. Murphy has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit C, certifying that: (i) Mr. Murphy is a member in good standing of the Bar of the State of New York and the United States District Court for the Southern District of New York; (ii) Mr. Murphy is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Murphy.

4. C. Neil Gray has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit D, certifying that: (i) Mr. Gray is a member in good standing of the Bar of the State of New York, the United States Court of Appeals for the Eighth Circuit and the United States District Courts for the Southern and Eastern Districts of New York; (ii) Mr. Gray is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Gray.

5. L. Anthony Pellegrino has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit E, certifying that: (i) Mr. Pellegrino is a member in good standing of the Bars of the State of New York, the State of New Jersey and the United States Supreme Court; (ii) Mr. Pellegrino is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Pellegrino.

LIBA/1436104.1


Dated: November 29, 2004

Respectfully submitted,

Of Counsel:

James N. Benedict
Thomas A. Arena
Sean M. Murphy
C. Neil Gray
L. Anthony Pellegrino
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
Tel: 212-530-5000

/s/ James S. Dittmar
James S. Dittmar, P.C. (BBO# 126320)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: 617-570-1000

*Attorneys for Fidelity Management & Research Company and FMR Co. Inc.*