UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11651(MLW) |

## CERTIFICATE OF JAMES N. BENEDICT PURSUANT TO LOCAL RULE 83.5.3(b)

James N. Benedict declares and states as follows:

1. I am an attorney and a partner of the law firm of Milbank, Tweed, Hadley & McCloy LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 1975, and the United States Supreme Court since 1978. I am also a member in good standing of the Bars of the United States Court of Appeals for the Second, Third, Eighth, Ninth, Tenth and Eleventh Circuits, and the United States District Courts for the Southern District of New York, Eastern District of New York and the Northern District of New York. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the following is true and correct. Executed on November 29, 2004.

/s/ James N. Benedict
James N. Benedict

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11651(MLW) |

### CERTIFICATE OF THOMAS A. ARENA PURSUANT TO LOCAL RULE 83.5.3(b)

Thomas A. Arena declares and states as follows:

1. I am an attorney and a partner of the law firm of Milbank, Tweed, Hadley & McCloy LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 1991. I am also a member in good standing of the Bar of the United States Court of Appeals for the Second, Third and Fifth Circuits, and the United States District Courts for the Southern District of New York and Eastern District of New York. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

I declare under the penalty of perjury that the following is true and correct. Executed on November 29, 2004.

/s/ Thomas A. Arena
Thomas A. Arena

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11651(MLW) |

## CERTIFICATE OF SEAN M. MURPHY PURSUANT TO LOCAL RULE 83.5.3(b)

Sean M. Murphy declares and states as follows:

1. I am an attorney and of counsel to the law firm of Milbank, Tweed, Hadley & McCloy LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 1995. I am also a member in good standing of the Bar of the United States District Court for the Southern District of New York. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

LIBA/1436102.1

2

I declare under the penalty of perjury that the following is true and correct. Executed on November 29, 2004.

/s/ Sean M. Murphy
Sean M. Murphy

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11651(MLW) |

### CERTIFICATE OF C. NEIL GRAY PURSUANT TO LOCAL RULE 83.5.3(b)

C. Neil Gray declares and states as follows:

1.    I am an attorney and an associate of the law firm of Milbank, Tweed, Hadley & McCloy LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 2000. I am also a member in good standing of the Bar of the United States Court of Appeals for the Eighth Circuit and the United States District Courts for the Southern District of New York and the Eastern District of New York. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2.    There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

I declare under the penalty of perjury that the following is true and correct. Executed on November 29, 2004.

/s/ C. Neil Gray
C. Neil Gray

2

LIBA/1436097.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11651(MLW) |

## CERTIFICATE OF L. ANTHONY PELLEGRINO PURSUANT TO LOCAL RULE 83.5.3(b)

L. Anthony Pellegrino declares and states as follows:

1. I am an attorney and an associate of the law firm of Milbank, Tweed, Hadley & McCloy LLP, New York, New York. I have been a member in good standing of the Bars of the State of New York since 2000, the State of New Jersey since 1999 and the United States Supreme Court since 2003. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

I declare under the penalty of perjury that the following is true and correct. Executed on November 29, 2004.

/s/ L. Anthony Pellegrino
L. Anthony Pellegrino