SANDRA SUE MCQUAY
(617) 348-4355
smcquay@swmlawyers.com

November 30, 2004

The Honorable Mark L. Wolf
United States District Court
    for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way, Room 5110
Boston, Massachusetts  02210

**Re:**    ***Awali et al. v. Fidelity Management and Research Co. et al.*, 04-Civ-11709 (MLW)**

      ***Fallert et al. v. Fidelity Management and Research Co. et al.*, 04-Civ-11812 (MLW)**

      ***Bennett et al. v. Fidelity Management and Research Co. et al.*, 04-Civ-11651 (MLW)**

      ***Haugen et al. v. Fidelity Management and Research Co. et al.*, 04-Civ-11756 (MLW)**

Dear Judge Wolf:

      We are counsel for defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough, and William S. Stavropoulos (collectively, the "Independent Trustees") in the *Awali* and *Fallert* actions pending before Your Honor.

      Plaintiffs in the *Awali* and *Fallert* actions seek to consolidate those actions with the *Bennett* and *Haugen* actions also pending before Your Honor.  The Independent Trustees are not named defendants in the *Bennett* and *Haugen* actions.  For the reasons set forth in the enclosed response, the Independent Trustees do not oppose consolidation of the *Awali* and *Fallert* actions together with three related actions pending in this District (two before Judge Gertner, and one before Judge O'Toole).[1]  They do oppose, however, consolidation of these five actions with the *Bennett* and *Haugen* actions.

---

[1]    *Gilliam et al. v. Fidelity Management and Research Co. et al.*, No. 04-Civ-11600 (NG), *Bogatin et al. v. Fidelity Management and Research Co. et al.*, No. 04-Civ-

11/30/2004
Page 2

Thank you for your consideration.

Respectfully yours,

  /s/Sandra Sue McQuay

Sandra Sue McQuay (BBO No. 340120)
SULLIVAN WEINSTEIN & MCQUAY
2 Park Plaza
Boston, Massachusetts  02116
Telephone (617) 348-4300
smcquay@swmlawyers.com

Of Counsel:
John S. Kiernan
Suzanne M. Grosso
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone (212) 909-6000

Enclosure

cc:  Counsel of record

---

11642 (NG), and *Groeschel et al. v. Fidelity Management and Research Co. et al.*, No. 04-Civ-11734 (GAO).