UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

―――――――――――――――――――――――x
:
CYNTHIA A. BENNETT and GUY E. MILLER, :
: Civil Action No. 04cv11651 (MLW)
Plaintiffs, :
:
vs. :
:
FIDELITY MANAGEMENT AND RESEARCH :
COMPANY, et. al., :
:
Defendants. :
:
―――――――――――――――――――――――x
:
NANCY HAUGEN, MICHAEL F. MAGNAN, :
KAREN L. MAGNAN, ROSE M. :  Civil Action No. 04cv11756 (MLW)
IANNACCONE, PRESLEY C. PHILLIPS, :
ANDREA M. PHILLIPS, and CINDY :
SCHURGIN, for the use and benefit of FIDELITY :
MAGELLAN AND FIDELITY CONTRAFUND, :
:
Plaintiffs, :
:
vs. :
:
FIDELITY MANAGEMENT AND RESEARCH :
COMPANY, et. al., :
:
Defendants. :
:
―――――――――――――――――――――――x

**[PROPOSED] ORDER GRANTING
<u>INTERVENTION AND STAYING ALL PROCEEDINGS</u>**

WHEREAS, intervention by the plaintiffs in the following cases is appropriate and

consistent with Rule 24 of the Federal Rules of Civil Procedure: *Gilliam v. Fidelity Management*

*& Research Co.*, No. 04-cv-11600 (NG); *Bogatin Family Trust v. Fidelity Management and*

*Research Co.*, No. 04-cv-11642 (NG); *Awali v. Fidelity Management and Research Co.*, No. 04-

2

cv-11709 (MLW); *Groeschel v. Fidelity Management and Research Co.*, No. 04-cv-11735 (GAO); and *Fallert v. Fidelity Management and Research Co.*, No. 04-cv-11812 (MLW) (collectively these five cases will be referred to as the "*Gilliam* Plaintiffs");

WHEREAS, a Motion for Consolidation of the *Gilliam* Plaintiffs' cases and the above-captioned *Haugen* and *Bennett* cases is pending in this District;

WHEREAS, the outcome of the Motion for Consolidation will affect the adjudication of the above-captioned *Haugen* and *Bennett* actions as well as the *Gilliam* actions;

NOW, THEREFORE, THE COURT ORDERS as follows:

(1)   The Motion to Intervene by the *Gilliam* Plaintiffs is granted;

(2)   All proceedings in the *Haugen* and *Bennett* actions are stayed pending the resolution of the Motion for Consolidation.

IT IS SO ORDERED

Dated: _____, 2004

_____
Hon. Mark L. Wolf
United States District Judge