UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 04-cv-11651-MLW |
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESELEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SHURGIN, for the use and benefit of FIDELITY MAGELLAN and FIDELITY CONTRAFUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 04-cv-11756-MLW |

**PLAINTIFFS' UNCONTESTED
JOINT MOTION FOR CONSOLIDATION**

The plaintiffs in *Bennett v. Fidelity Management & Research* Company, No. 04-cv-11651, and *Haugen v. Fidelity Management & Research Company*, No. 04-cv-11756,

(collectively, the "Plaintiffs") hereby move to consolidate the *Bennett* action and the *Haugen* action before this Court. As grounds for this motion, the Plaintiffs state as follows:

1. The *Bennett* and *Haugen* actions assert substantially identical claims of breach of fiduciary duty against identical defendants, Fidelity Management & Research Company and FMR Co., Inc. (collectively, the "Defendants"). The Plaintiffs in both the *Bennett* and *Haugen* actions seek to recover allegedly excessive management or advisory fees charged to certain Fidelity mutual funds where the fees allegedly did not reflect the economies of scale achieved as the funds grew in size and where the fees allegedly were so excessive in relation to the services rendered to the funds so as to breach the Defendants' fiduciary duties to the funds.[1]

2. The *Haugen* action, which originally was filed in the District of Arizona on May 2, 2004, was transferred to this district and assigned to this Court on August 10, 2004. The *Bennett* action, which was filed in this district on July 23, 2004, originally was assigned to Judge Stearns. On August 27, 2004, the Defendants moved to have the *Bennett* action transferred to this Court as well. In that motion, the Defendants acknowledged that the *Bennett* and *Haugen* actions are related cases filed against identical defendants, seeking the same relief and raising the same legal issues. Further, Defendants noted "the substantial identity of parties, claims, factual allegations and relief … call for related case assignment - indeed for eventual consolidation."

3. In addition, in response to a motion before Magistrate Judge Bowler seeking to consolidate the *Bennett* and *Haugen* actions with five other pending class action suits (filed by the plaintiffs in the other class action litigation pending before Judge Gertner), Defendants opposed the motion, arguing that the *Bennett* and *Haugen* complaints made "virtually identical

---

[1] The *Bennett* plaintiffs seek to recover such allegedly excessive fees on behalf of five Fidelity Funds; the Fidelity Magellan Fund, the Fidelity Contrafund, the Fidelity Growth and Income Fund, the Fidelity Blue Chip Growth Fund, and the Fidelity Low-Priced Stock Fund. The *Haugen* plaintiffs seek to recover on behalf of the Fidelity Magellan Fund and the Fidelity Contrafund.

claims" and that "the[] two cases assert claims under a single section of the investment Company Act of 1940."[2]  While agreeing that the *Bennett* and *Haugen* actions were related cases, all parties in the *Bennett* and *Haugen* actions asserted, as the Magistrate found, that consolidation with the five class action lawsuits was inappropriate.

4.  Consolidation is appropriate where cases involve common parties and common issues of law or fact.  *Seguro de Servicio de Salud De Puerto Rico v. McAuto Sys. Group, Inc.*, 878 F.2d 5, 8 (1st Cir. 1989).  "[T]he trial court has broad discretion in weighing the costs and benefits of consolidation to decide whether that procedure is appropriate." *Id.*

5.  The *Bennett* and *Haugen* actions involve common, indeed identical, questions of law and fact, which can be conveniently consolidated for the purposes of discovery and trial without prejudice to any party.

6.  Given the significant overlap of the factual and legal issues in the two actions, the economic use of the Court's resources and the efficient administration of justice will be greatly served by consolidation in this instance.

### Local Rule 7.1 Certification

7.  Counsel for the Plaintiffs have conferred with counsel for the Defendants concerning this motion, and the Defendants do not contest the relief requested herein.

---

[2]  The *Bennett* and *Haugen* Plaintiffs objected to the consolidation motion.

3

WHEREFORE, the Plaintiffs request that this Court consolidate the *Bennett* and *Haugen* actions for all purposes proceeding forward and in accordance with the proposed Order for Consolidation submitted herewith.

Dated: October 7, 2005                                                  Respectfully submitted,

CYNTHIA A. BENNETT and
GUY E. MILLER,

By their attorneys,

     s/Matthew J. Tuttle
Robert D. Friedman, BBO# 180240
  rfriedman@pscboston.com
Harry S. Miller, BBO# 346946
  hmiller@pscboston.com
Matthew J. Tuttle, BBO# 562758
  mtuttle@pscboston.com
Sara B. Davis, BBO# 648002
  sdavis@pscboston.com
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

Thomas R. Grady (*pro hac vice*)
THOMAS R. GRADY, P.A.
720 Fifth Avenue South, Suite 200
Naples, Florida 34102
(239) 261-6555

NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN,

By their attorneys,

NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN,

By their attorneys,

SHAPIRO HABER & URMY LLP


/s/ Michelle H. Blauner
Edward F. Haber, BBO #215620
Michelle H. Blauner, BBO #549049
53 State Street
Boston, MA  02109
(617) 439-3939

Lynn Lincoln Sarko (*pro hac vice*)
Michael D. Woerner (*pro hac vice*)
Tana Lin (*pro hac vice*)
Gretchen F. Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Ste. 3200
Seattle, WA  98101-3052
(216) 623-1900

Gary Gotto
Ron Kilgard
KELLER ROHRBACK L.L.P.
National Bank Plaza
3101 North Central Avenue, Ste. 900
Phoenix, AZ  85012
(602) 248-0088

5

        Michael J. Brickman
        James C. Bradley
        Nina H. Fields
        RICHARDSON, PATRICK,
        WESTBROOK & BRICKMAN, LLC
        174 East Bay Street
        Charleston, SC  29401
        Telephone: 842-727-6500
        Facsimile: 843-727-3103

        Guy M. Burns
        Jonathan S. Coleman
        Becky Ferrell-Anton
        JOHNSON, POPE, BOKOR, RUPPEL &
        BURNS, L.L.P.
        100 North Tampa Street, Ste. 1800
        Tampa, FL  33602
        Telephone: 813-225-2500
        Facsimile: 813-223-7118