**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>       Plaintiffs,<br><br>  vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>       Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**NOTICE OF APPEARANCE OF STUART M. GLASS**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Stuart M. Glass as

attorney for defendants Fidelity Management and Research Company and FMR Co., Inc., in the

above-entitled action.

Respectfully submitted,

          /s/ Stuart M. Glass
James S. Dittmar (BBO# 126320)
Stuart M. Glass (BBO# 641466)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

James N. Benedict
Sean M. Murphy
C. Neil Gray
MILBANK, TWEED, HADLEY &
 MCCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management
& Research Company and  FMR Co., Inc.*

Dated: December 19, 2005

LIBA/1657779.1