UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>        Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>        Defendants. | CIVIL NO. 1:04-cv-11651-MLW<br>(Master Docket No.) |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Defendants Fidelity Management & Research Company and FMR Co., Inc., by their undersigned attorneys, hereby move for the admission *pro hac vice* of their counsel David S. Cohen. In support of their motion, Defendants state as follows:

1.      David S. Cohen has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit A, certifying that: (i) Mr. Cohen is a member in good standing of the District of Columbia Bar, the State Bar of Georgia, and is admitted to practice before the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the District of

Columbia, and the United States Court of Federal Claims; (ii) Mr. Cohen is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Cohen.

Dated: February 28, 2006

                                      Respectfully submitted,

| Of Counsel: | /s/ Stuart M. Glass |
|---|---|
| David S. Cohen | James S. Dittmar (BBO# 126320) |
| Milbank, Tweed, Hadley & McCloy LLP | Stuart M. Glass (BBO# 641466) |
| 1850 Eye Street, N.W. | Goodwin Procter LLP |
| International Square Building, Ste 1100 | Exchange Place |
| Washington, D.C. 20006-5417 | 53 State Street |
| Tel: 202-835-7517 | Boston, Massachusetts 02109 |
|  | Tel: 617-570-1000 |

*Attorneys for Fidelity Management & Research Company and FMR Co. Inc.*

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

      I certify pursuant to Local Rule 7.1(A)(2) that on February 28, 2006, I conferred with Michelle Blauner, counsel for plaintiffs, on the matter set forth herein and plaintiffs assent to this motion.
      I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2006.

                                      /s/ Stuart M. Glass