UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>    Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Master Docket No.) |

**CERTIFICATE OF DAVID S. COHEN PURSUANT TO LOCAL RULE 83.5.3(b)**

David S. Cohen declares and states as follows:

1. I am an attorney and a member of the law firm of Milbank, Tweed, Hadley & McCloy LLP, resident in the Firm's Washington, D.C. office. I am currently licensed, in good standing, to practice law in the following jurisdiction(s) to which I have been admitted: District of Columbia Bar (1996) and the State Bar of Georgia (1994). In addition, I am admitted to practice before the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the District of Columbia, and the United States Court of Federal Claims.

2

  2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

  3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

  I declare under the penalty of perjury that the following is true and correct. Executed on February 17, 2006.

/s/ David S. Cohen\
David S. Cohen
