UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

### ASSENTED TO MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Michelle H. Blauner, hereby moves that this Court enter an Order granting leave to Laura R. Gerber, KELLER ROHRBACK L.L.P., 1201 Third Avenue, Suite 3200, Seattle, WA 98101-3052, Telephone No. (206) 623-1900, to appear on behalf of the Plaintiffs and the Class and practice before this Court in the above-captioned action.

As ground for this motion, the undersigned represents the following:

1. Ms. Gerber is and has been a member in good standing of the bar of the Supreme Court of Washington since June 11, 2004.

2. There are no disciplinary proceedings pending against Ms. Gerber as a member of the bar in any jurisdiction.

3. Ms. Gerber has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Ms. Gerber has submitted herewith her Certificate of Good Standing from the Supreme Court of the State of Washington.

5. Defendants assent to this motion.

WHEREFORE, the undersigned counsel respectfully moves that Ms. Gerber be admitted to practice before this Court *pro hac vice*.

Dated: March 7, 2006.

Respectfully submitted,

/s/ Michelle H. Blauner
Michelle H. Blauner, BBO #549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on March 7, 2006, I conferred with Jonathan Shapiro, counsel for the defendants on the matter set forth herein and Defendants assent to this motion.

/s/ Michelle H. Blauner
Michelle H. Blauner

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above document was filed through the ECF system and will be sent electronically to all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on March 7, 2006.

                                /s/ Michelle H. Blauner
                                Michelle H. Blauner