UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br>Plaintiffs, <br><br>v. <br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

## **CERTIFICATE OF GOOD STANDING**

Pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Laura R. Gerber, hereby certify that:

1. I was admitted to the bar of the State of Washington on June 11, 2004.

2. I am a member in good standing.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  My name, firm name, street address, telephone number, fax number, and email address are as follows:

> Laura R. Gerber
> Keller Rohrback L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, Washington 98101
> Telephone: (206) 623-1900
> Facsimile: (206) 623-3384
> lgerber@kellerrohrback.com

Dated: March 7, 2006.

KELLER ROHRBACK L.L.P.


/s/ Laura R. Gerber
Laura R. Gerber

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

LAURA R. GERBER

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR #34981

**CERTIFICATE OF GOOD STANDING**

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

LAURA R. GERBER

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on June 11, 2004, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 23rd day of February, 2006

C.J. MERRITT, SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT