UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br>Plaintiffs, <br><br>v. <br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC , <br><br>Defendants. | No. 04-cv-11651-MLW (Lead Case) <br><br> No. 04-cv-11756-MLW (Consolidated Case) |

[PROPOSED] PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and in light of the

parties' Stipulation and [Proposed] Protective Order filed as Document 52 in this matter

on June 13, 2006, the Court hereby approves the parties' stipulation, attached hereto as

Exhibit A, and incorporates the same herein as an Order of the Court.

IT IS SO ORDERED

Dated: August 3, 2006

Marianne B. Bowler USMJ
The Honorable Marianne B. Bowler
United States Magistrate Judge

J:\Docs\81214\00005\01039163.DOC