## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br>  Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br>  Defendants. | No. 04-cv-11651-MLW <br> (Lead Case) <br><br> No. 04-cv-11756-MLW <br> (Consolidated Case) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiffs and Defendants jointly move to continue the hearing/status conference set for August 7, 2006 before Magistrate Judge Marianne B. Bowler to September 19, 2006 at a time convenient to the Court. As grounds for this motion, the parties state that they request a brief adjournment of the status conference in order to accommodate vacation schedules of counsel.

LIBA/1721040.1

The parties expect this adjournment will cause no delay in the handling of the case.

                                               Respectfully submitted,

| Attorneys for the Plaintiffs: | Attorneys for the Defendants: |
|---|---|
| /s/ Michelle H. Blauner<br>Michelle H. Blauner, BBO # 549049<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, MA  02109<br>(617) 439-3939 | /s/ James S. Dittmar<br>James S. Dittmar, BBO # 126230<br>David J. Apfel BBO # 551139<br>Stuart M. Glass BBO# 641466<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>617-570-1000 |
| Robert D. Friedman, BBO# 180240<br>Harry S. Miller, BBO# 346946<br>Matthew J. Tuttle, BBO# 562758<br>Sara B. Davis, BBO# 648002<br>BURNS & LEVINSON LLP<br>One Beacon Street, 30th Floor<br>Boston, MA  02108<br>(617) 854-4000 | James N. Benedict<br>Sean M. Murphy<br>MILBANK, TWEED, HADLEY &<br>McCLOY LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Thomas R. Grady (*pro hac vice*)<br>THOMAS R. GRADY, P.A.<br>720 Fifth Avenue South<br>Suite 200<br>Naples, Florida 34102<br>(239) 261-6555 | David S. Cohen<br>Donna F. Mulvihill<br>MILBANK, TWEED, HADLEY &<br>McCLOY LLP<br>International Square Building<br>1850 K Street, N.W.<br>Washington, DC 20006<br>(202) 835-7500 |
| Lynn Lincoln Sarko (*pro hac vice*)<br>Michael D. Woerner (*pro hac vice*)<br>Tana Lin (*pro hac vice*)<br>Gretchen F. Cappio (*pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Ste. 3200<br>Seattle, WA  98101-3052<br>(206) 623-1900 | |

Gary Gotto, Bar No. 007401
Ron Kilgard, Bar No. 005902
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Ste. 900
Phoenix, AZ  85012
(602) 248-0088

Michael J. Brickman (*pro hac vice*)
James C. Bradley (*pro hac vice*)
Nina H. Fields (*pro hac vice*)
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC  29401
(842) 727-6500

Guy M. Burns.
Jonathan S. Coleman.
Becky Ferrell-Anton
Johnson, Pope, Bokor, Ruppel & Burns, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL  33602
(813)225-2500

Dated: August 4, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 4, 2006.

/s/ James S. Dittmar