UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>       Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>       Defendants. | CIVIL ACTION<br>NO. 04-cv-11651-MLW |
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESELEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SHURGIN, for the use and benefit of FIDELITY MAGELLAN and FIDELITY CONTRAFUND,<br><br>       Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>       Defendants. | CIVIL ACTION<br>NO. 04-cv-11756-MLW |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please be advised that certain counsel for the Plaintiffs have changed their firm name, mailing address and telephone numbers. The firm information for the undersigned attorneys, Robert D. Friedman, Harry S. Miller, Matthew J. Tuttle, and Sara B. Davis, formerly of Perkins Smith & Cohen LLP, is now:

        Burns & Levinson LLP
        125 Summer Street
        Boston, MA  02110
        617-345-3000
        Fax 617-345-3299

                                                  Respectfully submitted,

                                                  s/Matthew J. Tuttle
                                                  Robert D. Friedman, BBO# 180240
                                                  rfriedman@burnslev.com
                                                  Harry S. Miller,  BBO# 346946
                                                  hmiller@burnslev.com
                                                  Matthew J. Tuttle,  BBO# 562758
                                                  mtuttle@burnslev.com
                                                  Sara B. Davis,  BBO# 648002
                                                  sdavis@burnslev.com
                                                  BURNS & LEVINSON LLP
                                                  125 Summer Street
                                                  Boston, MA  02110
                                                  (617) 345-3000

Dated:  August 18, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on August 18, 2006.

                                                                s/Matthew J. Tuttle

J:\Docs\81214\00005\01044981.DOC