UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN and FIDELITY CONTRAFUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | No. 04-cv-11756-MLW |

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Philips, Andrea M. Phillips and Cindy Schurgin ("Plaintiffs") hereby disclose the following pursuant to Fed. R. Civ. P. 26(a)(1):

A.  **INDIVIDUALS OR ORGANIZATIONS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS:**

**NANCY HAUGEN**
9222 South 51st Street
Phoenix, AZ 85044

Ms. Haugen, a plaintiff in this action, is a shareholder of the Fidelity Magellan Fund. She has information regarding her status as a shareholder of this fund.

**MICHAEL F. MAGNAN**
1517 W. Impala Avenue
Mesa, AZ 85202

Mr. Magnan, a plaintiff in this action, is a shareholder of the Fidelity Magellan Fund. He has information regarding his status as a shareholder of this fund.

**KAREN L. MAGNAN**
1517 W. Impala Avenue
Mesa, AZ 85202

Mrs. Magnan, a plaintiff in this action, is a shareholder of the Fidelity Magellan Fund. She has information regarding her status as a shareholder of this fund.

**PRESLEY C. PHILLIPS**
785 N. Villa Nueva Drive
Litchfield Park, AZ 85340

Mr. Phillips, a plaintiff in this action, is a shareholder of the Fidelity Contrafund and Fidelity Magellan Funds. He has information regarding his status as a shareholder of these funds.

**ANDREA M. PHILLIPS**
785 N. Villa Nueva Drive
Litchfield Park, AZ 85340

Mrs. Phillips, a plaintiff in this action, is a shareholder of the Fidelity Contrafund and Fidelity Magellan Fund. She has information regarding her status as a shareholder of these funds.

**CINDY I. SCHURGIN**
4629 E. Caron Street
Phoenix, AZ 85028

Ms. Schurgin, a plaintiff in this action, is a shareholder of the Fidelity Magellan Fund. She has information regarding her status as a shareholder of this fund.

**EDWARD C. JOHNSON III**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Johnson is Chairman of the Board of Trustees for the Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He also serves in the following capacities: Chief Executive Officer, Chairman, and Director of FMR Corp.; Director and Chairman of the Board of the Executive Committee of Fidelity Management & Research Company; and a Director of FMR Co., Inc. He is believed to have knowledge of the affairs, actions and operations of said entities.

**ABIGAIL P. JOHNSON**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Ms. Johnson is a Trustee for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. She also serves in the following capacities: Senior Vice President of Magellan and Contrafund; Director of FMR Corp.; and President, Director, and Trustee of Fidelity Management & Research Company and FMR Co., Inc. She is believed to have knowledge of the affairs, actions and operations of said entities.

**LAURA B. CRONIN**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Ms. Cronin is a Trustee for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. She is also an Executive Vice President and Chief Financial Officer of FMR Corp and is a member of the Fidelity Management Committee. She is also a Trustee of Fidelity Management & Research Company. She is believed to have knowledge of the affairs, actions and operations of said entities.

**ROBERT L. REYNOLDS**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Reynolds is Trustee for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also the Director and Chief Operating Officer of FMR Corp and is head of the Fidelity Management Committee. He is believed to have knowledge of the affairs, actions and operations of said entities.

**ROBERT M. GATES**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Dr. Gates is Vice Chairman of the Independent Trustees for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. He is believed to have knowledge of the affairs, actions and operations of said entities.

**GEORGE H. HEILMEIER**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Heilmeier is a Trustee for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. He is believed to have knowledge of the affairs, actions and operations of said entities.

**MARIE L. KNOWLES**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Ms. Knowles is a Trustee for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. She is believed to have knowledge of the affairs, actions and operations of said entities.

**NED C. LAUTENBACH**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Lautenbach is a Trustee for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. He is believed to have knowledge of the affairs, actions and operations of said entities.

**MARVIN L. MANN**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Mann is Chairman of the Independent Trustees for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. He is believed to have knowledge of the affairs, actions and operations of said entities.

**WILLIAM O. MCCOY**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. McCoy is a Trustee for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. He is believed to have knowledge of the affairs, actions and operations of said entities.

**KENNETH L. WOLFE**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Wolfe a Trustee and Advisory Board Member for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. He is believed to have knowledge of the affairs, actions and operations of said entities.

**WILLIAM S. STAVROPOULOS**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Stavropoulos is a Trustee for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. He is believed to have knowledge of the affairs, actions and operations of said entities.

**DENNIS J. DIRKS**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205

Mr. Dirks is a Member of the Advisory Board for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. He is believed to have knowledge of the affairs, actions and operations of said entities.

**PETER S. LYNCH**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Lynch is a member of the Advisory Board for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also Vice Chairman and Director of Fidelity Management & Research Company and FMR Co., Inc. He is believed to have knowledge of the affairs, actions and operations of said entities.

**CORNELIA M. SMALL**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Ms. Small is a member of the Advisory Board for the Fidelity Magellan Fund, Fidelity Contrafund, and other Fidelity mutual Funds. She is believed to have knowledge of the affairs, actions and operations of said entities.

**JOHN B. MCDOWELL**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. McDowell is Vice President of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also a Senior Vice President of Fidelity Management & Research Company and FMR Co., Inc. He is believed to have knowledge of the affairs, actions and operations of said entities.

**BRYAN A. MEHRMANN**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Mehrmann is the Deputy Treasurer of Fidelity Magellan. He also serves as Deputy Treasurer of other Fidelity Mutual Funds and is an employee of FMR Co., Inc. He is believed to have knowledge of the affairs, actions and operations of said entities.

**ROBERT E. STANSKY**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Stansky is a Vice President and Fund Manager of Fidelity Magellan. He is also a Senior Vice President of Fidelity Management & Research Company and FMR Co., Inc. He is believed to have knowledge of the affairs, actions and operations of said entities.

**ERIC D. ROITER**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Roiter is the Secretary of Magellan, Contrafund,, and other Fidelity Mutual Funds. He is also Vice President, General Counsel, and Clerk of FMR Co., Inc. and Vice President and Clerk of Fidelity Distributors Corporation. He is believed to have knowledge of the affairs, actions and operations of said entities.

**MARIA F. DWYER**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Ms. Dwyer is the President and Treasurer of Fidelity Contrafund. She is also a Vice President of Fidelity Management & Research Company. She is believed to have knowledge of the affairs, actions and operations of said entities.

**STUART FROSS**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Fross is the Assistant Secretary of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**CHRISTINE REYNOLDS**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Ms. Reynolds is the President, Treasurer, and Anti-Money Laundering Officer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. She is also a Vice President and an employee of Fidelity Management & Research Company. She is believed to have knowledge of the affairs, actions and operations of said entities.

**TIMOTHY F. HAYES**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Hayes is the Chief Financial Officer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also President and Director of Fidelity Services Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**KENNETH A. RATHGEBER**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Rathgeber is the Chief Compliance Officer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He is believed to have knowledge of the affairs, actions and operations of said entities.

**JOHN R. HEBBLE**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Hebble is a Deputy Treasurer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual funds. He is also an employee of Fidelity Management & Research

Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**KIMBERLEY H. MONASTERIO**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Ms. Monasterio is a Deputy Treasurer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also an employee of Fidelity Management & Research Company. She is believed to have knowledge of the affairs, actions and operations of said entity.

**JOHN H. COSTELLO**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Costello is an Assistant Treasurer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**FRANCIS V. KNOX, JR.**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Knox is an Assistant Treasurer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also a Vice President of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**PETER L. LYDECKER**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Lydecker is an Assistant Treasurer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**MARK OSTERHELD**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Osterheld is an Assistant Treasurer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**KENNETH B. ROBBINS**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Robins is a Deputy Treasurer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He also serves as Deputy Treasurer of other Fidelity funds and is an Employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**THOMAS J. SIMPSON**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Simpson is an Assistant Treasurer of Fidelity Magellan, Fidelity Contrafund, and other Fidelity Mutual Funds. He is also an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**WILLIAM DANOFF**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Danoff is Vice President and Fund Manager of Fidelity Contrafund. He is believed to have knowledge of the affairs, actions and operations of said fund.

**MATTHEW FINK**
c/o Investment Company Institute
1401 H Street, NW
Washington, DC 20005

Mr. Fink is the former President of the Investment Company Institute. He is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**PAUL SCHOTT STEVENS**
Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Mr. Stevens is the President of the Investment Company Institute. He is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**JULIE DOMINICK**
c/o Investment Company Institute
1401 H Street, NW
Washington, DC 20005

Ms. Dominick is a former lobbyist for the Investment Company Institute. She is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**SEAN COLLINS**
Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Mr. Collins is a senior economist with the Investment Company Institute. He is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**ADAM RUSSELL**
c/o Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Mr. Russell is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**STEFAN KIMBALL**
Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Mr. Kimball is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**TED MASON**
Aquila Group of Funds
380 Madison Avenue, Suite 2300
New York, NY 10017

Mr. Mason is the chair of the committee of independent chairs of the Aquila Group of Funds. He is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**Plaintiffs reserve the right to amend and/or supplement their disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A).**

B.  **DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS THAT THE PLAINTIFFS MIGHT USE TO SUPPORT THEIR CLAIMS:**

1. Prospectuses and other materials produced by Defendants and made available to the public and/or shareholders of the funds advised, managed, distributed, and or underwritten by Defendants.

2. Reports, statements, and other documents filed with the Securities Exchange Commission and available online through Edgar Online, Inc., 50 Washington St., 9th Floor, Norwalk, CT 06854.

3. Documents containing data and information available from Lipper, Inc. (877) 955-4773.

4. Documents containing data and information available from Morningstar, Inc., 225 W. Wacker Drive, Chicago, IL 60606.

5. Documents containing data and information available through websites maintained by or affiliated with Defendants.

6. All materials referenced in Plaintiffs' Complaint.

7. Plaintiffs' Fidelity shareholder account statements.

**Plaintiffs reserve the right to amend and/or supplement their disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(B).**

C.  **COMPUTATION OF CATEGORIES OF DAMAGES:**

1. Plaintiffs seek as damages for Defendants to make restitution to Plaintiffs, and to the other investors in the Funds, all fees paid to Defendants by such investors and the Funds for all periods not precluded by any applicable statutes of limitation through the trial of this case. The data necessary for the computations of these damages is in the custody, possession, or control of Defendants.

2. Plaintiffs seek as damages interest on all monies recovered, disbursements, costs and attorneys' fees associated with their claims against Defendants. The data necessary for the computation of the damages is not yet available.

**Plaintiffs reserve the right to amend and/or supplement their disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(C).**

D.   **INSURANCE POLICIES:**

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

**Plaintiffs do not have custody, possession, or control of any such agreements.**


Dated September 30, 2005                    Respectfully submitted,

                                            KELLER ROHRBACK L.L.P.

                                            By: /s/ Michael Woerner
                                            Lynn Lincoln Sarko (*pro hac vice*)
                                            Michael D. Woerner (*pro hac vice*)
                                            Tana Lin (*pro hac vice*)
                                            Gretchen F. Cappio (*pro hac vice*)
                                            1201 Third Avenue, Ste. 3200
                                            Seattle, WA 98101-3052
                                            (206) 623-1900


                                            Michelle H. Blauner, BBO # 549049
                                            SHAPIRO HABER & URMY LLP
                                            53 State Street
                                            Boston, MA 02109
                                            (617) 439-3939

                                            Gary Gotto, Bar No. 007401
                                            Ron Kilgard, Bar No. 005902
                                            KELLER ROHRBACK P.L.C.
                                            National Bank Plaza
                                            3101 North Central Avenue, Ste. 900
                                            Phoenix, AZ 85012
                                            (602) 248-0088

Michael J. Brickman (*pro hac vice*)
James C. Bradley (*pro hac vice*)
Nina H. Fields (*pro hac vice*)
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401
(842) 727-6500

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL 33602
(813) 225-2500

*Counsel for Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin, for the use and benefit of Fidelity Magellan and Fidelity Contrafund.*

## CERTIFICATE OF SERVICE

I, Michael D. Woerner, hereby certify that I served a copy of the foregoing document upon counsel for all parties via electronic mail and/or facsimile and First Class U.S. Mail to each attorney of record, this 30th day of September, 2005.

_____
Michael D. Woerner, (*pro hac vice*)