UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT and<br>GUY E. MILLER,<br><br>      Plaintiffs,<br>v.<br><br>FIDELITY MANAGEMENT &<br>RESEARCH COMPANY and<br>FMR CO., INC.,<br><br>      Defendants. | CIVIL ACTION<br>NO. 04-cv-11651-MLW |

## PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

Plaintiffs Cynthia A. Bennett and Guy E. Miller ("Plaintiffs") hereby disclose the following pursuant to Fed. R. Civ. P. 26(a)(1):

**A.   INDIVIDUALS OR ORGANIZATIONS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS**

**CYNTHIA A. BENNETT**
1732 Royal Circle
Naples, FL  34112

Ms. Bennett, a plaintiff in this action, is a shareholder of the Fidelity Contrafund and the Fidelity Blue Chip Fund. She has information regarding her status as a shareholder of this fund.

**GUY E. MILLER**
2082 Quarry Road
O'Fallon, IL  62269

Mr. Miller, a plaintiff in this action, is a shareholder of the Fidelity Growth & Income Portfolio, the Fidelity Magellan Fund, the Fidelity Blue Chip Fund and the Fidelity Low-Priced Stock Fund. He has information regarding his status as a shareholder of this fund.

**EDWARD C. JOHNSON III**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Johnson is Chairman of the Board of Trustees for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He also serves in the following capacities: Chief Executive Officer, Chairman, and Director of FMR Corp.; Director and Chairman of the Board of the Executive Committee of Fidelity Management & Research Company; and a Director of FMR Co., Inc. He is believed to have knowledge of the affairs, actions and operations of said entities.

**ABIGAIL P. JOHNSON**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Ms. Johnson is a Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. She is also: Senior Vice President of Magellan, Contrafund, Low-Priced Stock Fund, Growth & Income Portfolio I and the Blue Chip Growth Funds; Director of FMR Corp.; and President, Director, and Trustee of Fidelity Management & Research Company and FMR Co., Inc. She is believed to have knowledge of the affairs, actions and operations of said entities.

**LAURA B. CRONIN**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Ms. Cronin is a Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. She is also an Executive Vice President and Chief Financial Officer of FMR Corp and is a member of the Fidelity Management Committee. She is also a Trustee of Fidelity Management & Research Company. She is believed to have knowledge of the affairs, actions and operations of said entities.

**ROBERT L. REYNOLDS**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Reynolds is Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He is also the Director and Chief Operating Officer of FMR Corp and is head of the Fidelity Management Committee. He is believed to have knowledge of the affairs, actions and operations of said entities.

**ROBERT M. GATES**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Dr. Gates is Vice Chairman of the Independent Trustees for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He is believed to have knowledge of the affairs, actions and operations of said entities.

**GEORGE H. HEILMEIER**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Heilmeier is a Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He is believed to have knowledge of the affairs, actions and operations of said entities.

**MARIE L. KNOWLES**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Ms. Knowles is a Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. She is believed to have knowledge of the affairs, actions and operations of said entities.

**NED C. LAUTENBACH**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Lautenbach is a Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He is believed to have knowledge of the affairs, actions and operations of said entities.

**MARVIN L. MANN**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Mann is Chairman of the Independent Trustees for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He is believed to have knowledge of the affairs, actions and operations of said entities.

**WILLIAM O. MCCOY**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. McCoy is a Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He is believed to have knowledge of the affairs, actions and operations of said entities.

**KENNETH L. WOLFE**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Wolfe is a Trustee and member of the Advisory board for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He is believed to have knowledge of the affairs, actions and operations of said entities.

**WILLIAM S. STAVROPOULOS**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Stavropoulos is a Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He is believed to have knowledge of the affairs, actions and operations of said entities.

**DENNIS J. DIRKS**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205

Mr. Dirks is a Member of the Advisory Board for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He is believed to have knowledge of the affairs, actions and operations of said entities.

**PETER S. LYNCH**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Lynch is a member of the Advisory Board for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. He is also Vice Chairman and Director of Fidelity Management & Research Company and FMR Co., Inc. He is believed to have knowledge of the affairs, actions and operations of said entities.

**CORNELIA M. SMALL**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Ms. Small is a member of the Advisory Board for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund), Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund), Fidelity Magellan Fund, and Fidelity Contrafund. She is believed to have knowledge of the affairs, actions and operations of said entities.

**JOHN B. MCDOWELL**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. McDowell is Vice President of Magellan, Contrafund, Blue Chip Growth, and the Low-Priced Stock funds.; fund manager for the Blue Chip Growth Fund; and a Senior Vice President of Fidelity Management & Research Company and FMR Co., Inc. He is believed to have knowledge of the affairs, actions and operations of said entities.

**BRYAN A. MEHRMANN**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Mehrmann is the Deputy Treasurer of Magellan, Growth & Income Portfolio I, Low-Priced Stock, and Blue Chip Growth Funds. He also serves as Deputy Treasurer of other Fidelity funds and is an employee of FMR Co., Inc. He is believed to have knowledge of the affairs, actions and operations of said entities.

**ROBERT E. STANSKY**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Stansky is a Vice President and Fund Manager of Magellan. He is also a Senior Vice President of Fidelity Management & Research Company and FMR Co., Inc. He is believed to have knowledge of the affairs, actions and operations of said entities.

**ERIC D. ROITER**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Roiter is the Secretary of Magellan, Contrafund, Growth & Income Portfolio, Low-Priced Stock, and the Blue Chip Growth funds. He is also Vice President, General Counsel, and Clerk of FMR Co., Inc. and Vice President and Clerk of Fidelity Distributors Corporation. He is believed to have knowledge of the affairs, actions and operations of said entities.

**MARIA F. DWYER**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Ms. Dwyer is the President and Treasurer of Contrafund. She is also a Vice President of Fidelity Management & Research Company. She is believed to have knowledge of the affairs, actions and operations of said entities.

**STUART FROSS**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Fross is the Assistant Secretary of Magellan, Contrafund, Growth & Income Portfolio I, Low-Priced Stock, and the Blue Chip Growth funds and is an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**CHRISTINE REYNOLDS**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Ms. Reynolds is the President, Treasurer, and Anti-Money Laundering officer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and the Blue Chip Growth funds. She is also a Vice President and an employee of Fidelity Management & Research Company. She is believed to have knowledge of the affairs, actions and operations of said entities.

**TIMOTHY F. HAYES**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Hayes is the Chief Financial Officer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and the Blue Chip Growth funds. He is also President and Director of Fidelity Services Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**KENNETH A. RATHGERBER**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Rathgeber is the Chief Compliance Officer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and Blue Chip Growth funds. He is believed to have knowledge of the affairs, actions and operations of said entities.

**JOHN R. HEBBLE**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Hebble is a Deputy Treasurer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and Blue Chip Growth funds. He is also an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**KIMBERLEY H. MONASTERIO**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Ms. Monasterio is a Deputy Treasurer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and Blue Chip Growth funds and is an employee of Fidelity Management & Research Company. She is believed to have knowledge of the affairs, actions and operations of said entity.

**JOHN H. COSTELLO**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Costello is an Assistant Treasurer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and Blue Chip Growth funds. He is also an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**FRANCIS V. KNOX, JR.**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Knox is an Assistant Treasurer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and Blue Chip Growth funds. He is also a Vice President of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**PETER L. LYDECKER**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Lydecker is an Assistant Treasurer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and Blue Chip Growth funds. He is also an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**MARK OSTERHELD**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Osterheld is an Assistant Treasurer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and Blue Chip Growth funds. He is also an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**KENNETH B. ROBBINS**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Robins is an Deputy Treasurer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and Blue Chip Growth funds. He is also an Employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**THOMAS J. SIMPSON**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Simpson is an Assistant Treasurer of Magellan, Contrafund, Low-Priced Stock, Growth & Income Portfolio I, and Blue Chip Growth funds. He is also an employee of Fidelity Management & Research Company. He is believed to have knowledge of the affairs, actions and operations of said entities.

**WILLIAM DANOFF**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Danoff is Vice President and the Fund Manager of Fidelity Contrafund. He is believed to have knowledge of the affairs, actions and operations of said fund.

**J. MICHAEL COOK**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Cook is a former Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund) and the Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund). He is believed to have knowledge of the affairs, actions and operations of said entities.

**RALPH M. COX**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Cox is a former Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund) and the Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund). He is believed to have knowledge of the affairs, actions and operations of said entities.

**DONALD J. KIRK**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Kirk is a Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund) and the Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund). He is believed to have knowledge of the affairs, actions and operations of said entities.

**JOEL C. TILLINGHAST**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Tillinghast is a Vice President and Fund Manager of the Low-Priced Stock fund. He is believed to have knowledge of the affairs, actions and operations of said entity.

**BRIAN HANSON**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Hanson is the Fund Manager of Blue Chip Growth Fund. He is believed to have knowledge of the affairs, actions and operations of said fund.

**STEVEN KAYE**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Kaye is Vice President and the Fund Manager of Fidelity Growth and Income Portfolio I. He is believed to have knowledge of the affairs, actions and operations of said fund.

**MATTHEW FINK**
c/o Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Mr. Fink is the former President of the Investment Company Institute. He is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**PAUL SCHOTT STEVENS**
Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Mr. Stevens is the President of the Investment Company Institute. He is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**JULIE DOMINICK**
c/o Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Ms. Dominick is the former lobbyist for the Investment Company Institute. She is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**SEAN COLLINS**
Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Mr. Collins is a senior economist with the Investment Company Institute. He is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**ADAM RUSSELL**
c/o Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Mr. Russell is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**STEFAN KIMBALL**
Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Mr. Kimball is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**TED MASON**
Aquila Group of Funds
380 Madison Avenue, Suite 2300
New York, NY 10017

Mr. Mason is the chair of the committee of independent chairs of the Aquila Group of Funds. He is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

**Plaintiffs reserve the right to amend and/or supplement their disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A).**

B. **DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS THAT THE PLAINTIFFS MIGHT USE TO SUPPORT THEIR CLAIMS:**

1. Prospectuses and other materials produced by Defendants and made available to the public and/or shareholders of the funds advised, managed, distributed, and or underwritten by Defendants.

2. Reports, statements, and other documents filed with the Securities Exchange Commission and available online through Edgar Online, Inc., 50 Washington St., 9th Floor, Norwalk, CT 06854.

3. Documents containing data and information available from Lipper, Inc. (877) 955-4773.

4. Documents containing data and information available from Morningstar, Inc., 225 W. Wacker Drive, Chicago, IL 60606.

5. Documents containing data and information available through websites maintained by or affiliated with Defendants.

6. All materials referenced in Plaintiffs' First Amended Complaint.

7. Plaintiffs' Fidelity shareholder account statements.

**Plaintiffs reserve the right to amend and/or supplement their disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(B).**

C. **COMPUTATION OF CATEGORIES OF DAMAGES:**

1. Plaintiffs seek as damages for Defendants to make restitution to Plaintiffs, and to the other investors in the Funds, all fees paid to Defendants by such investors and the Funds for all periods not precluded by any applicable statutes of limitation through the trial of this case. The data necessary for the computations of these damages is in the custody, possession, or control of Defendants.

2. Plaintiffs seek as damages interest on all monies recovered, disbursements, costs and attorneys' fees associated with their claims against Defendants. The data necessary for the computation of the damages is not yet available.

**Plaintiffs reserve the right to amend and/or supplement their disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(C).**

D. **INSURANCE POLICIES:**

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action, or to indemnify or reimburse for payments made to satisfy the judgment:

**Plaintiffs do not have custody, possession, or control of any such agreements.**

        Respectfully submitted,

        CYNTHIA A. BENNETT and
        GUY E. MILLER,

        By their attorneys,

        _/s/ Robert D. Friedman_
        Robert D. Friedman, BBO# 180240
         rfriedman@pscboston.com
        Harry S. Miller, BBO# 346946
         hmiller@pscboston.com
        Matthew J. Tuttle, BBO# 562758
         mtuttle@pscboston.com
        Sara B. Davis, BBO# 648002
         sdavis@pscboston.com
        PERKINS SMITH & COHEN LLP
        One Beacon Street, 30th Floor
        Boston, MA  02108
        (617) 854-4000

        Thomas R. Grady (*pro hac vice*)
        THOMAS R. GRADY, P.A.
        720 Fifth Avenue South
        Suite 200
        Naples, Florida 34102

Dated:  October 3, 2005        (239) 261-6555

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party via U.S. Mail postage pre-paid and via facsimile on October 3, 2005.

_____
Harry S. Miller

31363-2-InitialDiscl.doc