UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Master Docket No.) |

**DEFENDANTS FIDELITY MANAGEMENT & RESEARCH COMPANY AND FMR CO., INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), and without waiving any claim of privilege or confidentiality, defendants, Fidelity Management & Research Company ("FMRCo") and FMR Co., Inc. ("FMRC") (collectively, "Defendants"), make the following initial disclosures:

A.   **RULE 26(a)(1)(A)**

The name, address and telephone number, where known, of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information, are identified below.

i. **Fund Trustees**

| | |
|---|---|
| Robert M. Gates<br>c/o Woodrow W. Campbell, Jr., Esq. and John S. Kiernan, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 | Effective January 2006, Robert M. Gates is the Chairman of the non-interested trustees of the Fidelity family of mutual funds. The funds include the five funds identified in the Consolidated Complaint. (As used in this document, the capitalized term "Funds" refers exclusively to these five funds). Prior to that date, he was Vice-Chairman of the Fidelity funds. He is Chairman of the Board of Trustees' Operations Committee, Fair Value Oversight Committee, and Governance and Nominating Committee. He is likely to have information concerning the independence and conscientiousness of the Funds' Board of Trustees, the Board's negotiation and approval of management, transfer agency, and other service contracts with FMRCo and its affiliates, and factors relevant to the approval of such contracts, including the nature and quality of services provided to the Funds and their shareholders, the profitability of the Funds to FMRCo and its affiliates, fall-out benefits, economies of scale, and comparative fee structures. |
| Donald J. Kirk<br>c/o Woodrow W. Campbell, Jr., Esq. and John S. Kiernan, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 | Donald J. Kirk is a former non-interested trustee of the Funds. He is former Chairman of the Board of Trustees' Audit Committee. He is likely to have information concerning the independence and conscientiousness of the Funds' Board of Trustees, the Board's negotiation and approval of management, transfer agency, and other service contracts with FMRCo and its affiliates, and factors relevant to the approval of such contracts, including the nature and quality of services provided to the Funds and their shareholders, the profitability of the Funds to FMRCo and its affiliates, fall-out benefits, economies of scale, and comparative fee structures. |
| Marie L. Knowles<br>c/o Woodrow W. Campbell, Jr., Esq. and John S. Kiernan, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 | Marie L. Knowles is a non-interested trustee of the Funds. She is Chairwoman of the Board of Trustees' Audit Committee and a member of the Operations Committee, Fair Value Oversight Committee, Fixed-Income, International and Special Fund Oversight Committee, Fixed-Income Contract Committee, and Compliance Committee. She is likely to have information concerning the independence and |

|  |  |
|---|---|
|  | conscientiousness of the Funds' Board of Trustees, the Board's negotiation and approval of management, transfer agency, and other service contracts with FMRCo and its affiliates, and factors relevant to the approval of such contracts, including the nature and quality of services provided to the Funds and their shareholders, the profitability of the Funds to FMRCo and its affiliates, fall-out benefits, economies of scale, and comparative fee structures. |
| Ned C. Lautenbach<br>c/o Woodrow W. Campbell, Jr., Esq. and John S. Kiernan, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 | Ned C. Lautenbach is a non-interested trustee of the Funds. He is Chairman of the Board of Trustees' Equity Contract Committee and Equity Fund Oversight Committee and a member of the Operations Committee, Fair Value Oversight Committee, Shareholder, Distribution and Brokerage Committee, Governance and Nominating Committee, Compliance Committee, and Proxy Voting Committee. He is likely to have information concerning the independence and conscientiousness of the Funds' Board of Trustees, the Board's negotiation and approval of management, transfer agency, and other service contracts with FMRCo and its affiliates, and factors relevant to the approval of such contracts, including the nature and quality of services provided to the Funds and their shareholders, the profitability of the Funds to FMRCo and its affiliates, fall-out benefits, economies of scale, and comparative fee structures. |
| Marvin L. Mann<br>c/o Woodrow W. Campbell, Jr., Esq. and John S. Kiernan, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 | Marvin L. Mann is the former Chairman of the non-interested trustees of the Funds. He also is the former Chairman of the Board of Trustees' Operations Committee, Fair Value Oversight Committee, and Governance and Nominating Committee. He is likely to have information concerning the independence and conscientiousness of the Funds' Board of Trustees, the Board's negotiation and approval of management, transfer agency, and other service contracts with FMRCo and its affiliates, and factors relevant to the approval of such contracts, including the nature and quality of services provided to the Funds and their shareholders, the profitability of the Funds to FMRCo and its affiliates, fall-out benefits, economies of scale, and comparative fee |

structures.

### ii. **Fidelity Personnel**

| | |
|---|---|
| Philip Bullen<br>Fidelity Investments<br>82 Devonshire Street<br>Boston, MA 02109 | Philip Bullen is Group Chief Investment Officer of FMRCo. He is likely to have information concerning the nature and quality of the investment management, research and trading services rendered to the Funds by FMRCo and/or its affiliates. |
| Laura B. Cronin<br>Fidelity Investments<br>82 Devonshire Street<br>Boston, MA 02109 | Laura B. Cronin is the Executive Vice President of Fidelity Employer Services Company. She is formerly Chief Financial Officer of FMR Corp. and formerly an interested trustee of the Funds. She is likely to have information concerning the independence and conscientiousness of the Funds' Board of Trustees and economies of scale. |
| Stephen P. Jonas<br>Fidelity Investments<br>82 Devonshire Street<br>Boston, MA 02109 | Stephen P. Jonas is Executive Director of FMRCo. and an interested trustee of the Funds. He is likely to have information concerning the nature and quality of the investment management, research and trading services and the administrative, legal, financial and compliance services rendered to the Funds by FMRCo and/or its affiliates, the independence and conscientiousness of the Funds' Board of Trustees, the Board's negotiation and approval of management, transfer agency, and other service contracts with FMRCo and its affiliates, the nature and quality of services provided to the Funds and their shareholders by FMRCo and its affiliates; the profitability of the Funds to FMRCo and its affiliates, fall-out benefits, economies of scale, comparative fee structures, and competition in the mutual fund industry. |
| David Jones<br>Fidelity Investments<br>82 Devonshire Street<br>Boston, MA 02109 | David Jones is a Senior Vice President of FMRCo. He is likely to have information concerning the independence and conscientiousness of the Funds' Board of Trustees, and the Board's negotiation and approval of management, transfer agency, and other contracts. |
| Drew Lawton<br>Fidelity Investments<br>82 Devonshire Street<br>Boston, MA 02109 | Drew Lawton is the Chairman and President of Fidelity Management Trust Company. He is likely to have information concerning the nature, quality and pricing of services rendered by Fidelity affiliates to |

| | |
|---|---|
| | corporate and public defined benefit pension plans, endowments, foundations and institutional clients generally. |
| Ellyn McColgan<br>Fidelity Investments<br>82 Devonshire Street<br>Boston, MA 02109 | Ellyn McColgan is the President of Fidelity Brokerage Company. She is likely to have information concerning the nature and quality of retail sales, informational, educational and advisory services rendered to the Funds and their shareholders. |
| Robert J. Adams<br>Fidelity Investments<br>82 Devonshire Street<br>Boston, MA 02109 | Robert J. Adams is Executive Vice President of National Financial Services LLC. He is likely to have information concerning the nature and quality of transaction-processing and investor record-keeping services rendered to the Funds and their shareholders in the retail channel. |
| Peter Smail<br>Fidelity Investments<br>82 Devonshire Street<br>Boston, MA 02109 | Peter Smail is the former President of Fidelity Employer Services Company. He is likely to have information concerning the nature and quality of informational, educational, advisory and investor record-keeping services, rendered to the Funds and their shareholders who invest in the Funds through retirement plans and to institutional clients generally. |
| JS Wynant<br>Fidelity Investments<br>82 Devonshire Street<br>Boston, MA 02109 | JS Wynant is the Chief Financial Officer of FMR Co. He is likely to have information concerning the profitability of the Funds to FMRCo and its affiliates, fall-out benefits, economies of scale, and comparative fee structures. |

### B.   RULE 26(a)(1)(B)

A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims and defenses, unless solely for impeachment. These documents are in files maintained by the Defendants. Such documents include:

1. Registration Statements, including Prospectuses and Statements of Additional Information, filed by the Funds with the Securities and Exchange Commission.

2. Annual and Semi-Annual Reports of the Funds.

3. Management contracts between FMRCo and the Funds.

4. Transfer agent and service contracts between FMRCo and/or its affiliates and the Funds.

5. Documents provided to the Funds' Board of Trustees by FMRCo and its affiliates in connection with the Board's ongoing oversight of services provided by FMRCo and its affiliates to the Funds and their shareholders; documents provided to the Funds' Board of Trustees by FMRCo and its affiliates in connection with the trustees' annual review and approval of management and other service contracts for the Funds; documents reflecting communications and requests from the Funds' Board of Trustees to FMRCo in connection with the trustees' oversight, review and contract approval activities with respect to the Funds; documents reflecting other information received by the Funds' Board of Trustees; and documents reflecting the negotiation and approval of management and other contracts between FMRCo and its affiliates and the Funds.

C. **RULE 26(a)(1)(C)**

At this time, the Defendants have not asserted any claim for damages against any other party to this action, and under Rule 26(a)(1) of the Federal Rules of Civil Procedure are not required to may any additional disclosure regarding the damages alleged by plaintiffs.

D.  **RULE 26(a)(1)(D)**

The Defendants deny they are liable for any damages alleged in the Complaint. Nevertheless, the Defendants are investigating whether there exists any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy a judgment.

Respectfully submitted,

*/s/ Stuart M. Glass*
James S. Dittmar (BBO# 126320)
Roberto M. Braceras (BBO# 566816)
Stuart M. Glass (BBO# 641466)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: 617-570-1000

James N. Benedict
Sean M. Murphy
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
Tel: 212-530-5000

*Attorneys for Defendants Fidelity Management & Research Co., and FMR Co., Inc.*

Dated: February 1, 2006

**CERTIFICATE OF SERVICE**

I, Stuart M. Glass, hereby certify that on February 1, 2006 a true and correct copy of the foregoing document was served by mail on:

Michelle H. Blauner (By mail and e-mail)
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
37th Floor
Boston, MA 02109

Gary Gotto
KELLER ROHRBACK LLP
National Bank Plaza
3101 North Central Ave., Suite 900
Phoenix, AZ 85012

Guy M. Burns
JOHNSON, POPE, BOKOR, RUPPEL & BURNS LLP
100 North Tampa Street, Ste. 1800
Tampa, FL 33602

Thomas R. Grady
THOMAS R. GRADY, P.A.
720 Fifth Avenue South, Suite 200
Naples, FL 34102

Lynn Lincoln Sarko
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Michael J. Brickman
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401

Harry S. Miller
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110

*/s/ Stuart M. Glass*
Stuart M. Glass

8