UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston)

| | |
|---|---|
| Cynthia A. Bennett, Guy E. Miller, Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin, for the use and benefit of The Fidelity Magellan Fund, Fidelity Contrafund, Fidelity Growth & Income Portfolio I Fund, Fidelity Blue Chip Growth Fund, and Fidelity Low-Priced Stock Fund,<br><br>       Plaintiffs,<br><br>vs.<br><br>Fidelity Management & Research Company and FMR Co., Inc.,<br><br>       Defendants. | No.: 04-cv-11651-MLW<br>(Lead Case)<br><br>No.: 04-cv-11756-MLW<br>(Consolidated Case) |

**Notice of Appearance**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Nina H. Fields of the law firm of Richardson, Patrick, Westbrook & Brickman located at 174 East Bay Street, Charleston, South Carolina 29401, 843-727-6500, as counsel for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrew M. Phillips, and Cindy Schurgin in the above-captioned consolidated matter.

Respectfully submitted,

_____
Nina H. Fields, Esquire
Richardson, Patrick, Westbrook & Brickman
174 East Bay Street
Charleston, South Carolina 29401
Phone: 843-727-6500
Fax: 843-727-3103
**Attorneys for the Plaintiffs**

October 17, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that they caused a true and correct copy of the above and foregoing pleading(s) to be served via email transmission and U.S. Mail upon:

>Amy Beth Abbott, Esquire
>William Shaw McDermott, Esquire
>Kirkpatrick & Lockhart, Nicholson Graham, LLP
>One Lincoln Street
>Boston, Massachusetts 02111-2950
>Phone: 617-261-3100
>Fax: 617-261-3175
>Attorneys for Defendants

>James S. Ditmar, Esquire
>Stuart M. Glass, Esquire
>Christopher D. Moore, Esquire
>Goodwin Procter, LLP
>Exchange Place
>53 State Street
>Boston, Massachusetts 02109
>Phone: 617-570-1000
>Fax: 617-227-8591
>Attorneys for Defendants

>David S. Cohen, Esquire
>Milbank, Tweed, Hadley & McCloy, LLP
>1850 Eye Street, N.W.
>International Square Building, Suite 1100
>Washington, D.C. 20006-5417
>Phone: 202-835-7517
>Attorneys for Defendants

_____
Attorney for the Plaintiffs

October **17**, 2006