UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston)

| | |
|---|---|
| Cynthia A. Bennett, Guy E. Miller, Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin, for the use and benefit of The Fidelity Magellan Fund, Fidelity Contrafund, Fidelity Growth & Income Portfolio I Fund, Fidelity Blue Chip Growth Fund, and Fidelity Low-Priced Stock Fund,<br><br>      Plaintiffs,<br><br>vs.<br><br>Fidelity Management & Research Company and FMR Co., Inc.,<br><br>      Defendants. | No.: 04-cv-11651-MLW<br>(Lead Case)<br><br>No.: 04-cv-11756-MLW<br>(Consolidated Case) |

**Notice of Appearance**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michael J. Brickman, of the law firm of Richardson, Patrick, Westbrook & Brickman located at 174 East Bay Street, Charleston, South Carolina 29401, 843-727-6500, as counsel for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrew M. Phillips, and Cindy Schurgin in the above-captioned consolidated matter.

Respectfully submitted,

_____
Michael J. Brickman, Esquire
Richardson, Patrick, Westbrook & Brickman
174 East Bay Street
Charleston, South Carolina  29401
Phone: 843-727-6500
Fax: 843-727-3103
**Attorneys for the Plaintiffs**

October  17 , 2006

## CERTIFICATE OF SERVICE

    The undersigned attorney of record hereby certifies that they caused a true and correct copy of the above and foregoing pleading(s) to be served via email transmission and U.S. Mail upon:

    Amy Beth Abbott, Esquire
    William Shaw McDermott, Esquire
    Kirkpatrick & Lockhart, Nicholson Graham, LLP
    One Lincoln Street
    Boston, Massachusetts  02111-2950
    Phone: 617-261-3100
    Fax: 617-261-3175
    Attorneys for Defendants

    James S. Ditmar, Esquire
    Stuart M. Glass, Esquire
    Christopher D. Moore, Esquire
    Goodwin Procter, LLP
    Exchange Place
    53 State Street
    Boston, Massachusetts  02109
    Phone: 617-570-1000
    Fax: 617-227-8591
    Attorneys for Defendants

    David S. Cohen, Esquire
    Milbank, Tweed, Hadley & McCloy, LLP
    1850 Eye Street, N.W.
    International Square Building, Suite 1100
    Washington, D.C.  20006-5417
    Phone: 202-835-7517
    Attorneys for Defendants

_____
Attorney for the Plaintiffs

October __17th__, 2006