UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | Case No. 04-cv-11651-MLW (Lead Case)<br><br>No. 1:04-cv-11756-MLW (Consolidated Case) |

**CERTIFICATION OF DANA E. FOSTER IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE**

I, Dana E. Foster, being duly sworn, depose and state:

1. I am admitted to practice and am a member in good standing with the Florida Bar (admitted 1999) and am admitted to practice before Florida's highest court. I am also admitted in the United States District Court for the Northern (admitted April 14, 2000), Middle (admitted January 9, 2001) and Southern (admitted April 14, 2000) Districts of Florida, the Eleventh Circuit United States Court of Appeals (admitted July 20, 2001) and the United States District Court for the Eastern District of Texas (admitted February 28, 2001). There are no disciplinary proceedings pending against me in any jurisdiction.

2.  I am an attorney with the law firm of Ackerman Link & Sartory LLP, 222 Lakeview Avenue, Suite 1250, West Palm Beach, FL 33401, and have been for three years. Prior to that, I was an attorney with the law firm of White & Case, LLP. I am a 1999 graduate of the University of Miami School of Law.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agree to abide by those rules.

WHEREFORE, I respectfully request that this Court grant the motion for my admission *pro hac vice* enabling me to sign pleadings, attend court hearings, and serve as trial counsel in this action.

Signed under the pains and penalties of perjury, this 1st day of September, 2006.

DANA E. FOSTER

A52136.WPD