UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | Case No. 04-CV-11651-MLW (Lead Case)<br><br>No. 1:04-CV-11756-MLW (Consolidated Case) |

## CERTIFICATION OF SCOTT J. LINK IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Scott J. Link, hereby state:

1. I am admitted to practice and I am a member in good standing with the Florida Bar (admitted 10/17/86) and I am admitted to practice before Florida's highest court. I am also admitted in the United States District Courts for the Southern (admitted 9/87), Middle (admitted 10/15/87) and Northern (admitted 4/96) Districts of Florida, and the United States Court of Appeals, Eleventh Circuit (admitted 7/87). There are no disciplinary proceedings pending against me in any jurisdiction.

2. I am a shareholder of the law firm of Ackerman, Link & Sartory, P.A., 222 Lakeview Avenue, Suite 1250, West Palm Beach, Florida, 33401, which I formed with my partners in 1996. Before that, I was an equity partner with the law firm of Gunster, Yoakley & Stewart, P.A., where

I worked for ten years. I graduated with honors in 1983 from Eastern Illinois University and I received my juris doctorate *magna cum laude* from Northern Illinois University in 1986.

3.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to abide by those rules.

WHEREFORE, I respectfully request that this Court grant the Motion for my admission *pro hac vice* enabling me to sign pleadings, attend court hearings and depositions, and serve as trial counsel in this action.

_____
Scott J. Link

STATE OF FLORIDA        )
                        ) ss.
PALM BEACH COUNTY       )

On this 9th day of January, 2007, before me, the undersigned notary public, personally appeared Scott J. Link, proved to me through satisfactory evidence of identification, which were _____, to be the person whose name is signed on the preceding document and acknowledged to me that he signed it voluntarily for its stated purpose.

TINA L. CAMPBELL
MY COMMISSION # DD 336762
EXPIRES: August 6, 2008
Bonded Thru Budget Notary Services

_____
Notary Public
My Commission Expires:

A83992.WPD