UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | Case No. 04-cv-11651-MLW<br>(Lead Case)<br><br><br>No. 1:04-cv-11756-MLW<br>(Consolidated Case) |

## ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE

Pursuant to United States District Court Local Rule 83.5.3(b), the undersigned counsel, Sara B. Davis, hereby moves that this Court enter an Order granting leave to Richard J. Brener of the law firm Ackerman Brener & Sartory LLP, 222 Lakeview Avenue, Suite 1250, West Palm Beach, FL 33401, to appear on behalf of the Plaintiffs and practice before this Court in the above-captioned action. The basis for this motion is as follows:

1. Richard J. Bener is an attorney practicing law in West Palm Beach, Florida and is counsel for the Plaintiffs in the lead case.

2. Attorney Brener is admitted to practice in numerous jurisdictions, as described in the certification filed herewith.

3. Attorney Brener is a member in good standing in every jurisdiction where he has been admitted to practice.

4. There are no disciplinary proceedings against Attorney Brener as a member of the bar in any jurisdiction.

5. Attorney Brener is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this motion, the Certification of Attorney Brener is being filed herewith. A filing fee of $50.00 is also enclosed with this motion.

WHEREFORE, Sara B. Davis respectfully requests that this Court admit Richard J. Brener *pro hac vice* in the above captioned case.

Dated: January 16, 2007

Respectfully submitted,

CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,

By their Attorneys

___/s/ Sara B. Davis___
Harry S. Miller, BBO# 346946
Matthew J. Tuttle, BBO# 562758
Sara B. Davis BBO# 648002
**BURNS & LEVINSON LLP**
125 Summer Street
Boston, MA 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on January 10, 2007, I conferred with David J. Apfel, counsel for the defendants on the matter set forth herein and Defendants assented to this motion.

/s/ Sara B. Davis
Sara B. Davis

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was filed through the ECF system and will be sent electronically to all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on January 16, 2007.

/s/ Sara B. Davis
Sara B. Davis

01050825