UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | Case No. 04-CV-11651-MLW (Lead Case)<br><br>No. 1:04-CV-11756-MLW (Consolidated Case) |

**CERTIFICATION OF RICHARD J. BRENER IN SUPPORT OF**
**MOTION TO APPEAR PRO HAC VICE**

I, Richard J. Brener, hereby state:

1. I am admitted to practice and I am a member in good standing with the California Bar (admitted 12/7/88) and Florida Bar (admitted 10/2/92) and I am admitted to practice before California's and Florida's highest courts. I am also admitted in the United States District Courts for the Southern (admitted 2/17/93) and Middle (admitted 2/23/06) Districts of Florida; the United States District Courts for the Central (admitted 1/27/89), Eastern (admitted 1989), Northern (admitted 1989) and Southern (admitted 1989) Districts of California; and the United States Courts of Appeal, Ninth (admitted 1989) and Eleventh (admitted 1/29/93 and re-admitted 4/25/02) Circuits. There are no disciplinary proceedings pending against me in any jurisdiction.

2.     I have been an associate with the law firm of Ackerman, Link & Sartory, P.A., 222 Lakeview Avenue, Suite 1250, West Palm Beach, Florida, 33401, since January 13, 2005. Before that, I worked for the law firms of White & Case (Miami), Kirkpatrick & Lockhart (Miami) and Gibson, Dunn & Crutcher (Los Angeles). I received my Bachelor's in Business Administration in 1983 from the University of Miami, *magna cum laude,* and I received my Juris Doctorate from Boalt Hall School of Law, University of California, Berkeley, in 1988.

3.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to abide by those rules.

WHEREFORE, I respectfully request that this Court grant the Motion for my admission *pro hac vice* enabling me to sign pleadings, attend court hearings and depositions, and serve as trial counsel in this action.

_____
Richard J. Brener

STATE OF FLORIDA         )
                         ) ss.
PALM BEACH COUNTY        )

On this 9th day of January, 2007, before me, the undersigned notary public, personally appeared Richard J. Brener, proved to me through satisfactory evidence of identification, which were _____, to be the person whose name is signed on the preceding document and acknowledged to me that he signed it voluntarily for its stated purpose.


TINA L. CAMPBELL
MY COMMISSION # D: 436762
EXPIRES: August, 2008
Bonded Thru Budget Notary Services

_____
Notary Public
My Commission Expires:

A83999.WPD