UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | Civil Action No. 04-11651-MLW |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF ROBERT J. LIUBICIC

Pursuant to Local Rule 83.5.3(b), defendants Fidelity Management and Research Company and FMR Co., Inc., by their undersigned attorneys, hereby move for the admission *pro hac vice* of their counsel, Robert J. Liubicic. As grounds, defendants state:

1. Robert J. Liubicic is an attorney practicing with the law firm Milbank, Tweed, Hadley & McCloy LLP, and is a member in good standing of the Bars of the State of New York, and the United States District Courts of the Southern and Eastern Districts of New York.

2. In further support of their motion, defendants submit as Exhibit A the Certificate of Robert J. Liubicic establishing that he is a member in good standing of the

Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the local rules of this Court.

        Respectfully submitted,

        ___/s/ Stuart M. Glass_____
James S. Dittmar (BBO# 126320)
David J. Apfel (BBO# 551139)
Stuart M. Glass (BBO# 641466)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: 617-570-1000

James N. Benedict
Sean M. Murphy
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel: 212-530-5000

*Attorneys for Defendants Fidelity Management & Research Co., and FMR Co., Inc.*

Dated:  February 26, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I, Stuart M. Glass, hereby certify that counsel for Defendants Fidelity Management & Research Co., and FMR Co., Inc. conferred by phone with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel assents to the relief sought herein.

I further certify that on February 26, 2007 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a true and correct copy of the foregoing document was served by first-class mail upon:

Michelle H. Blauner (By mail and e-mail)
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
37th Floor
Boston, MA  02109

Lynn Lincoln Sarko
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Gary Gotto
KELLER ROHRBACK LLP
National Bank Plaza
3101 North Central Ave., Suite 900
Phoenix, AZ 85012

Michael J. Brickman
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401

Guy M. Burns
JOHNSON, POPE, BOKOR, RUPPEL & BURNS LLP
100 North Tampa Street, Ste. 1800
Tampa, FL 33602

Harry S. Miller
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110

Thomas R. Grady
THOMAS R. GRADY, P.A.
720 Fifth Avenue South, Suite 200
Naples, FL 34102

/s/ Stuart M. Glass_____
Stuart M. Glass

LIBA/1767499.1