# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>            Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>            Defendants. | Civil Action No. 04-11651-MLW |

## CERTIFICATE OF ROBERT J. LIUBICIC PURSUANT TO LOCAL RULE 83.5.3(b)

Robert J. Liubicic declares and states as follows:

    1.    I am an attorney practicing with the law firm Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005.

    2.    I have been a member of the Bar of the State of New York since 1999. I am also a member of the Bars of the United States District Courts for the Southern and Eastern Districts of New York.

    3.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

    4.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

    5.    I am familiar with the Local Rules of United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 26, 2007.

                                                  By:    <u>/s/ Robert J. Liubicic</u>
                                                                  Robert J. Liubicic, Esq.

LIBA/1767539.1