UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>        Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>        Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

### ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF MIA C. KOROT

Pursuant to Local Rule 83.5.3(b), defendants Fidelity Management and Research Company and FMR Co., Inc., by their undersigned attorneys, hereby move for the admission *pro hac vice* of their counsel, Mia C. Korot. As grounds, defendants state:

1.    Mia C. Korot is an attorney practicing with the law firm Milbank, Tweed, Hadley & McCloy LLP, and is a member in good standing of the Bars of the State of New York, and the United States District Courts of the Southern and Eastern Districts of New York.

2.    Mia C. Korot has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit A, certifying that: (i) Ms. Korot is a member in good

standing of the of the Bar of the State of New York, the Bar of the United States District Court for the Southern District of New York and the Bar of the United States District Court for the Eastern District of New York; (ii) Ms. Korot is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Ms. Korot.

                Respectfully submitted,

                ___/s/ Stuart M. Glass_____
                James S. Dittmar (BBO# 126320)
                David J. Apfel (BBO# 551139)
                Stuart M. Glass (BBO# 641466)
                GOODWIN PROCTER LLP
                Exchange Place
                53 State Street
                Boston, Massachusetts 02109
                Tel: 617-570-1000

                James N. Benedict
                Sean M. Murphy
                Mia C. Korot
                MILBANK, TWEED, HADLEY & McCLOY LLP
                1 Chase Manhattan Plaza
                New York, NY  10005-1413
                Tel: 212-530-5000

                *Attorneys for Defendants Fidelity Management & Research Co., and FMR Co., Inc.*

Dated:  March 19, 2007

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**
## **AND CERTIFICATE OF SERVICE**

I, Stuart M. Glass, hereby certify that counsel for Defendants Fidelity Management & Research Co., and FMR Co., Inc. conferred by phone with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel assents to the relief sought herein.

I further certify that on March 19, 2007 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a true and correct copy of the foregoing document was served by first-class mail upon:

Michelle H. Blauner (By mail and e-mail)
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
37th Floor
Boston, MA  02109

Lynn Lincoln Sarko
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Gary Gotto
KELLER ROHRBACK LLP
National Bank Plaza
3101 North Central Ave., Suite 900
Phoenix, AZ 85012

Michael J. Brickman
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401

Guy M. Burns
JOHNSON, POPE, BOKOR, RUPPEL & BURNS LLP
100 North Tampa Street, Ste. 1800
Tampa, FL 33602

Harry S. Miller
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110

Thomas R. Grady
THOMAS R. GRADY, P.A.
720 Fifth Avenue South, Suite 200
Naples, FL 34102

/s/ Stuart M. Glass_____
Stuart M. Glass

LIBA/1775130.1