# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

<table>
<tr><td>

CYNTHIA A. BENNETT, GUY E. MILLER,
NANCY HAUGEN, MICHAEL F.
MAGNAN, KAREN L. MAGNAN,
PRESLEY C. PHILLIPS, ANDREA M.
PHILLIPS, and CINDY SCHURGIN, for the
use and benefit of THE FIDELITY
MAGELLAN FUND, FIDELITY
CONTRAFUND, FIDELITY GROWTH &
INCOME PORTFOLIO I FUND, FIDELITY
BLUE CHIP GROWTH FUND, and
FIDELITY LOW-PRICED STOCK FUND,

              Plaintiffs,

     vs.

FIDELITY MANAGEMENT & RESEARCH
COMPANY and FMR CO., INC.,

             Defendants.

</td><td>

CIVIL NO. 1:04-cv-11651-MLW
(Lead Case)


CIVIL NO. 1:04-cv-11756-MLW
(Consolidated Case)

</td></tr>
</table>

## CERTIFICATE OF MIA C. KOROT PURSUANT TO LOCAL RULE 83.5.3(b)

Mia C. Korot declares and states as follows:

     1.     I am an attorney and an associate of the law firm of Milbank, Tweed, Hadley & McCloy LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since July 2004. I am also a member in good standing of the Bar of the United States District Court for the Southern District of New York and the Bar of the United States District Court for the Eastern District of New York.

     2.     There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

     3.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the following is true and correct.  Executed on March 19, 2007.


By:    /s/ Mia C. Korot
       Mia C. Korot


Dated: March 19, 2007