UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA A. BENNETT, GUY E. MILLER,
NANCY HAUGEN, MICHAEL F. MAGNAN,
KAREN L. MAGNAN, PRESLEY C. PHILLIPS,
ANDREA M. PHILLIPS, and CINDY SCHURGIN,
for the use and benefit of THE FIDELITY
MAGELLAN FUND, FIDELITY CONTRAFUND,
FIDELITY GROWTH & INCOME PORTFOLIO I
FUND, FIDELITY BLUE CHIP GROWTH FUND,
and FIDELITY LOW-PRICED STOCK FUND,

Plaintiffs,

v.

FIDELITY MANAGEMENT & RESEARCH
COMPANY and FMR CO., INC.,

Defendants.
_____/

Case No. 04-cv-11651-MLW
(Lead Case)

No. 1:04-cv-11756-MLW
(Consolidated Case)

## NOTICE OF WITHDRAWAL AS COUNSEL

TO THE CLERK OF THE ABOVE NAMED COURT:

The law firms of Ackerman, Link & Sartory, P.A. and Thomas R. Grady, P.A., f/k/a Grady & Associates LPA, hereby notify the Court that they have withdrawn as counsel for Plaintiffs in this matter. Plaintiffs will continue to be represented by co-counsel, the law firm of Burns & Levinson LLP. Upon information and belief, there are no motions now pending before the Court and, in any event, all motions will be addressed by the law firm of Burns & Levinson LLP. (Burns & Levinson LLP has been counsel since the filing of the Complaints in these actions.) No trial date has yet been set. This Notice of Withdrawal as Counsel has been served on our clients and all other counsel.

DATED: May 25, 2007.

           ACKERMAN, LINK & SARTORY, P.A.
           222 Lakeview Avenue, Suite 1250
           West Palm Beach, FL 33401
           (561) 838-4100; (561) 838-5305 [fax]

           By: /s/ DANA E. FOSTER
            SCOTT J. LINK (*pro hac vice*)
            THOMAS R. GRADY, Of Counsel (*pro hac vice*)
            DANA E. FOSTER (*pro hac vice*)
            RICHARD J. BRENER (*pro hac vice*)

           THOMAS R. GRADY, P.A.
           222 Lakeview Avenue, Suite 1250
           West Palm Beach, FL 33401
           (561) 838-4100; (561) 838-5305 [fax]

           By: /s/ THOMAS R. GRADY
            THOMAS R. GRADY (*pro hac vice*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 25, 2007, as indicated on the attached service list.

           ACKERMAN, LINK & SARTORY, P.A.
           222 Lakeview Avenue, Suite 1250
           West Palm Beach, FL 33401
           (561) 838-4100; (561) 838-5305 [fax]

           By: /s/ DANA E. FOSTER
            DANA E. FOSTER (*pro hac vice*)

## SERVICE LIST

### PLAINTIFFS (VIA U.S. MAIL)

Guy Miller
24701 Majestic Lane
Lebanon, MO 65536

Cynthia Bennett
1732 Royal Circle
Naples, FL 34112

### OPPOSING COUNSEL (VIA ECF)

James N. Benedict
Sean M. Murphy
MILBANK, TWEED, HADLEY &
MCCLOY, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

David S. Cohen
Donna F. Mulvihill
MILBANK, TWEED, HADLEY &
MCCLOY, LLP
International Square Building
1850 K Street, N.W.
Washington DC 20006
(202) 835-7500

James S. Dittmar
David S. Apfel
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

### CO-COUNSEL (VIA ECF)

Robert D. Friedman, BBO #180240
Harry S. Miller, BBO #346946
Matthew J. Tuttle, BBO #562758
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Guy M. Burns (*pro hac vice*)
Jonathan S. Coleman (*pro hac vice*)
Becky Ferrell-Anton (*pro hac vice*)
JOHNSON, POPE, BOKOR, RUPPEL &
BURNS, L.L.P.
403 East Madison Street, Suite 400
Tampa, FL 33602
(813) 225-2500

Michelle H. Blauner, BBO #549049
SHAPIRO HABER & URMY LLP
Exchange Place, 37th Floor
53 State Street
Boston, MA 02109
(617) 439-3939

Lynn Lincoln Sarko (*pro hac vice*)
Michael D. Woerner (*pro hac vice*)
Tana Lin (*pro hac vice*)
Laura R. Gerber (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900

Michael J. Brickman (*pro hac vice*)
James C. Bradley (*pro hac vice*)
Nina H. Fields (*pro hac vice*)
RICHARDSON, PATRICK
WESTBROOK & BRICKMAN LLC
174 East Bay Street
Charleston, SC  29401
(843) 727-6500

G:\EDSISS\DOCS\925\925004\AB3865.WPD