UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT et al., for the use and benefit of FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | No. 04-cv-11651-MLW (Lead Case) <br><br> No. 04-cv-11756-MLW (Consolidated Case) |

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Plaintiffs hereby respectfully request that this Court compel Defendants to produce certain document discovery and deposition witness testimony that has been withheld to date. Specifically, Defendants, without a valid basis or justification, have (1) heavily redacted documents concerning Board of Trustee meetings; (2) prevented certain deposition witnesses from testifying about their activities in preparation for and in anticipation of their depositions; and (3) refused to produce documents or allow deposition testimony concerning the actual compensation received by Defendants' employees having responsibility for managing the five mutual funds at issue in the case.  Because the documents and information concerning each of these issues are not protected by any valid privilege, and because they are relevant to or are likely to lead to the Plaintiffs' discovery of admissible evidence regarding Plaintiffs' claims, Plaintiffs seek an order from the Court compelling this discovery.

In further support of this motion, Plaintiffs rely on the Memorandum in Support of Plaintiffs' Motion to Compel Discovery and Affidavit of Matthew J. Tuttle, filed herewith.

LOCAL RULE 7.1 CERTIFICATION

     Counsel for Plaintiffs and Defendants have conferred on numerous occasions in an effort to resolve and narrow the issues between them concerning discovery. Those issues have been resolved and narrowed down to only those discrete issues presented by this motion, on which no further progress can be made between the parties.

                                                        Respectfully submitted,

                                                        s/ Matthew J. Tuttle
Michelle H. Blauner BBO # 549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 439-3939

Lynn Lincoln Sarko
Michael D. Woerner
Laura R. Gerber
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900

Gary Gotto
Ron Kilgard
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012
Telephone: 602-248-0088

Michael J. Brickman
James C. Bradley
Nina H. Fields
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC  29401
Telephone: 842-727-6500

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL &
BURNS, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL 33602
Telephone: 813-225-2500

**Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin**

Harry S. Miller, BBO# 346946
Robert D. Friedman, BBO# 180240
Matthew J. Tuttle, BBO# 562758
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
617-345-3000

**Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller**

CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of June 2007, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew J. Tuttle

01145779