UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYNTHIA A. BENNETT et al.,<br>for the use and benefit of<br>FIDELITY MAGELLAN FUND, FIDELITY<br>CONTRAFUND, FIDELITY GROWTH &<br>INCOME PORTFOLIO I FUND, FIDELITY<br>BLUE CHIP GROWTH FUND, and<br>FIDELITY LOW-PRICED STOCK FUND,<br><br>       Plaintiffs,<br><br>    v.<br><br>FIDELITY MANAGEMENT & RESEARCH<br>COMPANY and FMR CO., INC.,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 04-cv-11651-MLW<br>(Lead Case)<br><br>No. 04-cv-11756-MLW<br>(Consolidated Case) |

## AFFIDAVIT OF MATTHEW J. TUTTLE

I, Matthew J. Tuttle, hereby depose and state as follows:

1.     I am a Partner with the law firm of Burns & Levinson LLP.  I am counsel for Plaintiffs Cynthia A. Bennett and Guy E. Miller in this action.

2.     I submit this affidavit in support of Plaintiffs' Motion to Compel Discovery in order to identify certain exhibits referenced in the Memorandum in Support of Plaintiffs' Motion to Compel Discovery, filed herewith.

3.     Attached hereto are true and accurate copies of the following exhibits:

Exhibit 1     Fidelity Magellan Fund, Annual Report (Mar. 31, 2006)

Exhibit 2     Fidelity Contrafund, Annual Report (Dec. 31, 2006)

Exhibit 3     Fidelity Growth & Income Portfolio, Annual Report (July 31, 2006)

Exhibit 4     Fidelity Blue Chip Growth Fund, Annual Report (July 31, 2006)

Exhibit 5     Fidelity Low-Priced Stock Fund, Annual Report (July 31, 2006)

Exhibit 6     Plaintiffs' First Request for Production of Documents

Exhibit 7       Defendants' Response and Objections to Plaintiffs' First Request for
                Production of Documents

Exhibit 8       Letter from Sean Murphy to Michelle Blauner *et al.* (Feb. 1, 2007)
                with Attachment

Exhibit 9       Fidelity Magellan Fund, Statement of Additional Information
                (May 29, 2005)

Exhibit 10      Deposition of John McDowell (Apr. 25, 2007)

Exhibit 11      Deposition of Steven Kaye (Mar. 30, 2007)

Exhibit 12      Deposition of Robert Stansky (Apr. 18, 2007)

Exhibit 13      Deposition of Ned Lautenbach (Apr. 17, 2007)

Exhibit 14      Deposition of Marvin Mann (May 31, 2007)

Exhibit 15      Defendants' Redacted Document Draft Privilege Log
                (April 30, 2007, received)

Exhibit 16      Management Contract Between Fidelity Magellan Fund and Fidelity
                Management & Research Company (May 1, 2000)

Exhibit 17      Minutes of the Operations Committee (Apr. 21, 2005)

Exhibit 18      Deposition of Marie Knowles (May 15, 2007)

Exhibit 19      2005 Contract Renewal Questions

Exhibit 20      Summary of Economies of Scales Discussion (March 15, 2006)

Signed under the pains and penalties of perjury this 21st day of June 2007.


                                              _s/ Matthew J. Tuttle_

3

CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of June 2007, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                    s/ Matthew J. Tuttle

01145803