**No. 04-cv-11651-MLW (Lead Case)**
**No. 04-cv-11756-MLW (Consolidated Case)**

# Memorandum In Support of Plaintiffs' Motion To Compel Production of Documents

# Exhibit 1

# Fidelity®
# Magellan®
# Fund

## Annual Report

**March 31, 2006**



# Contents

| | | |
|---|---|---|
| **Chairman's Message** | **A-4** | Ned Johnson's message to shareholders. |
| **Performance** | **A-5** | How the fund has done over time. |
| **Management's Discussion** | **A-6** | The manager's review of fund performance, strategy and outlook. |
| **Shareholder Expense Example** | **A-7** | An example of shareholder expenses. |
| **Investment Changes** | **A-8** | A summary of major shifts in the fund's investments over the past six months. |
| **Investments** | **A-9** | A complete list of the fund's investments with their market values. |
| **Financial Statements** | **A-23** | Statements of assets and liabilities, operations, and changes in net assets, as well as financial highlights. |
| **Notes** | **A-27** | Notes to the financial statements. |
| **Report of Independent Registered Public Accounting Firm** | **A-34** | |
| **Trustees and Officers** | **A-35** | |
| **Distributions** | **A-46** | |
| **Proxy Voting Results** | **A-47** | |
| **Board Approval of Investment Advisory Contracts and Management Fees** | **A-48** | |
| **Prospectus** | **P-1** | |

To view a fund's proxy voting guidelines and proxy voting record for the 12-month period ended June 30, visit www.fidelity.com/proxyvotingresults or visit the Securities and Exchange Commission's (SEC) website at www.sec.gov. You may also call 1-800-544-8544 to request a free copy of the proxy voting guidelines.

Standard & Poor's, S&P and S&P 500 are registered service marks of The McGraw-Hill Companies, Inc. and have been licensed for use by Fidelity Distributors Corporation.

Other third party marks appearing herein are the property of their respective owners.

All other marks appearing herein are registered or unregistered trademarks or service marks of FMR Corp. or an affiliated company.

BFMR_00070675

# Financial Statements

## Statement of Assets and Liabilities

Amounts in thousands (except per-share amount)                                    March 31, 2006

**Assets**

| | | |
|---|---:|---:|
| Investment in securities, at value (including securities loaned of $1,776,974) — See accompanying schedule: | | |
| Unaffiliated issuers (cost $33,777,696) . . . . . . . . . . $ | 45,868,903 | |
| Affiliated Central Funds (cost $2,343,740) . . . . . . . . | 2,343,740 | |
| Other affiliated issuers (cost $3,393,230) . . . . . . . . . | 4,025,401 | |
| Total Investments (cost $39,514,666) . . . . . . . . . . . . . . | $ | 52,238,044 |
| Foreign currency held at value (cost $2,708) . . . . . . . . | | 2,708 |
| Receivable for investments sold . . . . . . . . . . . . . . . . . . | | 1,183,245 |
| Receivable for fund shares sold . . . . . . . . . . . . . . . . . . | | 31,145 |
| Dividends receivable . . . . . . . . . . . . . . . . . . . . . . . . . . | | 94,672 |
| Interest receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,117 |
| Prepaid expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 193 |
| Other affiliated receivables . . . . . . . . . . . . . . . . . . . . . . | | 801 |
| Other receivables . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,123 |
| **Total assets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 53,557,048 |

**Liabilities**

| | | |
|---|---:|---:|
| Payable for investments purchased . . . . . . . . . . . . . . . . $ | 869,954 | |
| Payable for fund shares redeemed . . . . . . . . . . . . . . . . | 325,641 | |
| Accrued management fee . . . . . . . . . . . . . . . . . . . . . . | 18,445 | |
| Payable for daily variation on futures contracts . . . . . . . | 861 | |
| Other affiliated payables . . . . . . . . . . . . . . . . . . . . . . . | 9,358 | |
| Other payables and accrued expenses . . . . . . . . . . . . . | 2,479 | |
| Collateral on securities loaned, at value . . . . . . . . . . . . . | 1,857,734 | |
| **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,084,472 |

| | | |
|---|---:|---:|
| **Net Assets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 50,472,576 |
| Net Assets consist of: | | |
| Paid in capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 26,513,210 |
| Undistributed net investment income . . . . . . . . . . . . . . . | | 115,642 |
| Accumulated undistributed net realized gain (loss) on investments and foreign currency transactions . . . . . . . | | 11,117,170 |
| Net unrealized appreciation (depreciation) on investments and assets and liabilities in foreign currencies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12,726,554 |
| **Net Assets**, for 447,451 shares outstanding . . . . . . . . . | $ | 50,472,576 |
| **Net Asset Value**, offering price and redemption price per share ($50,472,576 ÷ 447,451 shares) . . . . . . . . . . . | $ | 112.80 |

*See accompanying notes which are an integral part of the financial statements.*

**A-23**                                                                    *Annual Report*

BFMR_00070696

## Financial Statements – continued

| Statement of Operations | | |
|---|---|---|
| **Amounts in thousands** | | **Year ended March 31, 2006** |
| **Investment Income** | | |
| Dividends (including $3,816 received from other | | |
| affiliated issuers) ............................ | $ | 714,624 |
| Interest ...................................... | | 773 |
| Income from affiliated Central Funds .............. | | 34,099 |
| Total income .................................. | | 749,496 |
| | | |
| **Expenses** | | |
| Management fee | | |
| Basic fee .................................. $ | 301,824 | |
| Performance adjustment ...................... | (96,334) | |
| Transfer agent fees ............................ | 96,295 | |
| Accounting and security lending fees ............... | 2,419 | |
| Independent trustees' compensation ................ | 232 | |
| Appreciation in deferred trustee compensation account .. | 86 | |
| Custodian fees and expenses ..................... | 1,815 | |
| Registration fees .............................. | 70 | |
| Audit ....................................... | 446 | |
| Legal ....................................... | 377 | |
| Interest ..................................... | 24 | |
| Miscellaneous ................................ | 3,154 | |
| Total expenses before reductions ................ | 310,408 | |
| Expense reductions ........................... | (15,204) | 295,204 |
| | | |
| **Net investment income (loss)** ..................... | | 454,292 |
| **Realized and Unrealized Gain (Loss)** | | |
| Net realized gain (loss) on: | | |
| Investment securities: | | |
| Unaffiliated issuers ......................... | 16,184,051 | |
| Other affiliated issuers ....................... | (76,449) | |
| Foreign currency transactions .................. | (5,599) | |
| Futures contracts ........................... | 29,526 | |
| Total net realized gain (loss) ...................... | | 16,131,529 |
| Change in net unrealized appreciation (depreciation) on: | | |
| Investment securities (net of increase in deferred for- | | |
| eign taxes of $552) ......................... | (8,884,123) | |
| Assets and liabilities in foreign currencies .......... | 965 | |
| Futures contracts ........................... | 2,763 | |
| Total change in net unrealized appreciation | | |
| (depreciation) ................................ | | (8,880,395) |
| **Net gain (loss)** ................................. | | 7,251,134 |
| **Net increase (decrease) in net assets resulting from** | | |
| **operations** ................................. | $ | 7,705,426 |

*See accompanying notes which are an integral part of the financial statements*

BFMR_00070697

## Statement of Changes in Net Assets

| Amounts in thousands | Year ended March 31, 2006 | Year ended March 31, 2005 |
|---|---|---|
| **Increase (Decrease) in Net Assets** | | |
| Operations | | |
| Net investment income (loss) | $ 454,292 | $ 790,819 |
| Net realized gain (loss) | 16,131,529 | 1,094,209 |
| Change in net unrealized appreciation (depreciation) | (8,880,395) | 66,480 |
| **Net increase (decrease) in net assets resulting from operations** | 7,705,426 | 1,951,508 |
| Distributions to shareholders from net investment income | (484,145) | (772,150) |
| Distributions to shareholders from net realized gain | (1,415,207) | — |
| **Total distributions** | (1,899,352) | (772,150) |
| Share transactions | | |
| Proceeds from sales of shares | 3,154,300 | 4,911,554 |
| Reinvestment of distributions | 1,850,209 | 753,651 |
| Cost of shares redeemed | (17,229,221) | (16,750,341) |
| **Net increase (decrease) in net assets resulting from share transactions** | (12,224,712) | (11,085,136) |
| **Total increase (decrease) in net assets** | (6,418,638) | (9,905,778) |
| | | |
| **Net Assets** | | |
| Beginning of period | 56,891,214 | 66,796,992 |
| End of period (including undistributed net investment income of $115,642 and undistributed net investment income of $161,826, respectively) | $ 50,472,576 | $ 56,891,214 |
| | | |
| **Other Information** | | |
| Shares | | |
| Sold | 29,931 | 49,445 |
| Issued in reinvestment of distributions | 17,493 | 7,451 |
| Redeemed | (163,258) | (167,452) |
| Net increase (decrease) | (115,834) | (110,556) |

*See accompanying notes which are an integral part of the financial statements.*

**A-25** — *Annual Report*

BFMR_00070698

## Financial Highlights

| Years ended March 31, | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $101.00 | $ 99.13 | $ 76.69 | $102.55 | $104.50 |
| Income from Investment Operations | | | | | |
| Net investment income (loss)[B] | .91 | 1.26[C] | .76 | .69 | .45 |
| Net realized and unrealized gain (loss) | 14.87 | 1.85 | 22.44 | (25.91) | (1.14) |
| Total from investment operations | 15.78 | 3.11 | 23.20 | (25.22) | (.69) |
| Distributions from net investment income | (.98) | (1.24) | (.76) | (.64) | (.46) |
| Distributions from net realized gain | (3.00) | — | — | — | (.80) |
| Total distributions | (3.98) | (1.24) | (.76) | (.64) | (1.26) |
| Net asset value, end of period | $112.80 | $101.00 | $ 99.13 | $ 76.69 | $102.55 |
| Total Return[A] | 15.89% | 3.14% | 30.35% | (24.65)% | (.76)% |
| **Ratios to Average Net Assets[D]** | | | | | |
| Expenses before reductions | .59% | .63% | .70% | .77% | .89% |
| Expenses net of fee waivers, if any | .59% | .63% | .70% | .77% | .89% |
| Expenses net of all reductions | .56% | .62% | .70% | .76% | .88% |
| Net investment income (loss) | .86% | 1.26%[C] | .83% | .82% | .43% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $50,473 | $56,891 | $66,797 | $54,164 | $77,818 |
| Portfolio turnover rate | 74% | 6% | 13% | 21% | 15% |

[A] Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B] Calculated based on average shares outstanding during the period.

[C] Investment income per share reflects a special dividend which amounted to $.35 per share. Excluding the special dividend, the ratio of net investment income (loss) to average net assets would have been .91%.

[D] Expense ratios reflect operating expenses of the fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the fund during periods when reimbursements or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the fund.

*See accompanying notes which are an integral part of the financial statements.*

**Annual Report**   A-26

BFMR_00070699

No. 04-cv-11651-MLW (Lead Case)
No. 04-cv-11756-MLW (Consolidated Case)

# Memorandum In Support of Plaintiffs' Motion To Compel Production of Documents

# Exhibit 2

# Fidelity®
# Contrafund®

## Annual Report
### December 31, 2006



# Contents

**Chairman's Message**                    **4**    Ned Johnson's message to shareholders.

**Performance**                           **5**    How the fund has done over time.

**Management's Discussion**               **6**    The manager's review of fund
                                                   performance, strategy and outlook.

**Shareholder Expense**                   **7**    An example of shareholder expenses.
**Example**

**Investment Changes**                    **8**    A summary of major shifts in the fund's
                                                   investments over the past six months.

**Investments**                           **9**    A complete list of the fund's investments
                                                   with their market values.

**Financial Statements**                  **28**   Statements of assets and liabilities,
                                                   operations, and changes in net assets,
                                                   as well as financial highlights.

**Notes**                                 **32**   Notes to the financial statements.

**Report of Independent**                 **40**
**Registered Public**
**Accounting Firm**

**Trustees and Officers**                 **41**

**Distributions**                         **50**

**Proxy Voting Results**                  **51**

**Board Approval of**                     **52**
**Investment Advisory**
**Contracts and**
**Management Fees**

To view a fund's proxy voting guidelines and proxy voting record for the 12-month period
ended June 30, visit www.fidelity.com/proxyvotingresults or visit the Securities and Exchange
Commission's (SEC) web site at www.sec.gov. You may also call 1-800-544-8544 to request a free
copy of the proxy voting guidelines.

Standard & Poor's, S&P and S&P 500 are registered service marks of The McGraw-Hill Companies, Inc.
and have been licensed for use by Fidelity Distributors Corporation.

Other third party marks appearing herein are the property of their respective owners.

All other marks appearing herein are registered or unregistered trademarks or service marks
of FMR Corp. or an affiliated company.

# Financial Statements

## Statement of Assets and Liabilities

Amounts in thousands (except per-share amount)                                    December 31, 2006

**Assets**

| | | |
|---|--:|--:|
| Investment in securities, at value (including securities loaned of $477,028 and repurchase agreements of $7,155) — See accompanying schedule: | | |
| Unaffiliated issuers (cost $44,964,399) . . . . . . . . . . . $ | 61,012,692 | |
| Fidelity Central Funds (cost $5,495,606) . . . . . . . . . | 5,495,606 | |
| Other affiliated issuers (cost $1,595,223) . . . . . . . . | 2,435,662 | |
| Total Investments (cost $52,055,228) . . . . . . . . . . . . . . . | | $ 68,943,960 |
| Cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 209 |
| Foreign currency held at value (cost $17) . . . . . . . . . . . . | | 18 |
| Receivable for investments sold . . . . . . . . . . . . . . . . . . | | 135,995 |
| Receivable for fund shares sold . . . . . . . . . . . . . . . . . . . | | 81,512 |
| Dividends receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 75,621 |
| Interest receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 22,268 |
| Prepaid expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 325 |
| Other receivables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 6,080 |
| **Total assets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 69,265,988 |

**Liabilities**

| | | |
|---|--:|--:|
| Payable for investments purchased . . . . . . . . . . . . . . . . . $ | 53,673 | |
| Payable for fund shares redeemed . . . . . . . . . . . . . . . . | 79,377 | |
| Distributions payable . . . . . . . . . . . . . . . . . . . . . . . . . . | 10,291 | |
| Accrued management fee . . . . . . . . . . . . . . . . . . . . . . | 40,963 | |
| Other affiliated payables . . . . . . . . . . . . . . . . . . . . . . . | 11,084 | |
| Other payables and accrued expenses . . . . . . . . . . . . . | 1,839 | |
| Collateral on securities loaned, at value . . . . . . . . . . . . | 492,489 | |
| **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . | | 689,716 |

| | | |
|---|--:|--:|
| **Net Assets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ 68,576,272 |
| Net Assets consist of: | | |
| Paid in capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ 50,493,836 |
| Undistributed net investment income . . . . . . . . . . . . . . . | | 14,332 |
| Accumulated undistributed net realized gain (loss) on investments and foreign currency transactions . . . . . . | | 1,179,499 |
| Net unrealized appreciation (depreciation) on investments and assets and liabilities in foreign currencies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 16,888,605 |
| **Net Assets,** for 1,051,693 shares outstanding . . . . . . . . . | | $ 68,576,272 |
| **Net Asset Value,** offering price and redemption price per share ($68,576,272 ÷ 1,051,693 shares) . . . . . . . . | | $ 65.21 |

*See accompanying notes which are an integral part of the financial statements*

## Statement of Operations

| Amounts in thousands | | Year ended December 31, 2006 |
|---|---:|---:|
| **Investment Income** | | |
| Dividends (including $9,199 earned from other affiliated issuers) | | $ 657,616 |
| Interest | | 2,238 |
| Income from Fidelity Central Funds | | 320,262 |
| **Total income** | | 980,116 |
| | | |
| **Expenses** | | |
| Management fee | | |
| Basic fee | $ 368,662 | |
| Performance adjustment | 92,677 | |
| Transfer agent fees | 113,600 | |
| Accounting and security lending fees | 2,682 | |
| Custodian fees and expenses | 4,495 | |
| Independent trustees' compensation | 240 | |
| Appreciation in deferred trustee compensation account | 44 | |
| Registration fees | 1,326 | |
| Audit | 415 | |
| Legal | 1,181 | |
| Interest | 1 | |
| Miscellaneous | 2,069 | |
| Total expenses before reductions | 587,392 | |
| Expense reductions | (8,563) | 578,829 |
| | | |
| **Net investment income (loss)** | | 401,287 |
| **Realized and Unrealized Gain (Loss)** | | |
| Net realized gain (loss) on: | | |
| Investment securities: | | |
| Unaffiliated issuers (net of foreign taxes of $280) | 5,734,262 | |
| Other affiliated issuers | 576,592 | |
| Foreign currency transactions | (996) | |
| Total net realized gain (loss) | | 6,309,858 |
| Change in net unrealized appreciation (depreciation) on: | | |
| Investment securities (net of increase in deferred foreign taxes of $14) | 323,608 | |
| Assets and liabilities in foreign currencies | 181 | |
| Total change in net unrealized appreciation (depreciation) | | 323,789 |
| **Net gain (loss)** | | 6,633,647 |
| **Net increase (decrease) in net assets resulting from operations** | | $ 7,034,934 |

*See accompanying notes which are an integral part of the financial statements*

*Annual Report*

## Financial Statements – continued

### Statement of Changes in Net Assets

| | Year ended December 31, 2006 | Year ended December 31, 2005 |
|---|---|---|
| Amounts in thousands | | |
| **Increase (Decrease) in Net Assets** | | |
| Operations | | |
| Net investment income (loss) . . . . . . . . . . . . . . . . . . . . . | $ 401,287 | $ 232,458 |
| Net realized gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,309,858 | 3,808,762 |
| Change in net unrealized appreciation (depreciation) . | 323,789 | 3,905,671 |
| **Net increase (decrease) in net assets resulting from operations** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,034,934 | 7,946,891 |
| Distributions to shareholders from net investment income . | (378,165) | (209,102) |
| Distributions to shareholders from net realized gain . . . . . | (6,270,983) | (880,727) |
| **Total distributions** . . . . . . . . . . . . . . . . . . . . . . . . | (6,649,148) | (1,089,829) |
| Share transactions | | |
| Proceeds from sales of shares . . . . . . . . . . . . . . . . . . . | 12,219,016 | 14,203,241 |
| Reinvestment of distributions . . . . . . . . . . . . . . . . . . . . . . | 6,514,186 | 1,065,991 |
| Cost of shares redeemed . . . . . . . . . . . . . . . . . . . . . . . . | (10,685,444) | (6,460,467) |
| **Net increase (decrease) in net assets resulting from share transactions** . . . . . . . . . . . . . . . . . . . . . . . . . . | 8,047,758 | 8,808,765 |
| **Total increase (decrease) in net assets** . . . . . . . . . . . . | 8,433,544 | 15,665,827 |
| | | |
| **Net Assets** | | |
| Beginning of period . . . . . . . . . . . . . . . . . . . . . . . . . . . | 60,142,728 | 44,476,901 |
| End of period (including undistributed net investment income of $14,332 and undistributed net investment income of $14,566, respectively) . . . . . . . . . . . . . . . | $ 68,576,272 | $ 60,142,728 |
| | | |
| **Other Information** | | |
| Shares | | |
| Sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 183,232 | 236,315 |
| Issued in reinvestment of distributions . . . . . . . . . . . . . | 100,360 | 16,305 |
| Redeemed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (160,606) | (107,831) |
| Net increase (decrease) . . . . . . . . . . . . . . . . . . . . . . . . | 122,986 | 144,789 |

*See accompanying notes which are an integral part of the financial statements.*

## Financial Highlights

| Years ended December 31, Selected Per-Share Data | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|
| Net asset value, beginning of period | $ 64.76 | $ 56.74 | $ 49.35 | $ 38.60 | $ 42.77 |
| Income from Investment Operations | | | | | |
| Net investment income (loss)[C] | .41 | .27 | .04 | —[G] | .06 |
| Net realized and unrealized gain (loss) | 6.92 | 8.95 | 7.40 | 10.79 | (4.18) |
| Total from investment operations | 7.33 | 9.22 | 7.44 | 10.79 | (4.12) |
| Distributions from net investment income | (.39) | (.23) | (.05) | (.04) | (.05) |
| Distributions from net realized gain | (6.49) | (.97) | — | — | — |
| Total distributions | (6.88) | (1.20) | (.05) | (.04) | (.05) |
| Net asset value, end of period | $ 65.21 | $ 64.76 | $ 56.74 | $ 49.35 | $ 38.60 |
| Total Return [A, B] | 11.54% | 16.23% | 15.07% | 27.95% | (9.63)% |
| Ratios to Average Net Assets [D, F] | | | | | |
| Expenses before reductions | .90% | .91% | .94% | 1.00% | 1.03% |
| Expenses net of fee waivers, if any | .90% | .91% | .94% | 1.00% | 1.03% |
| Expenses net of all reductions | .89% | .88% | .92% | .98% | .99% |
| Net investment income (loss) | .62% | .46% | .08% | .01% | .14% |
| Supplemental Data | | | | | |
| Net assets, end of period (in millions) | $68,576 | $60,143 | $44,477 | $35,933 | $27,586 |
| Portfolio turnover rate[E] | 76% | 60% | 64% | 67% | 80% |

[A]  Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B]  Total returns do not include the effect of the former sales charges.

[C]  Calculated based on average shares outstanding during the period.

[D]  Fees and expenses of the underlying Fidelity Central Funds are not included in the Fund's expense ratio. The Fund indirectly bears its proportionate share of the expenses of any underlying Fidelity Central Funds.

[E]  Amount does not include the portfolio activity of any underlying Fidelity Central Funds.

[F]  Expense ratios reflect operating expenses of the Fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the Fund during periods when reimbursements or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the Fund.

[G]  Amount represents less than $.01 per share.

See accompanying notes which are an integral part of the financial statements.

No. 04-cv-11651-MLW (Lead Case)
No. 04-cv-11756-MLW (Consolidated Case)

# Memorandum In Support of Plaintiffs' Motion To Compel Production of Documents

# Exhibit 3

# Fidelity®
# Growth & Income
## Portfolio

## Annual Report
### July 31, 2006



**Fidelity**
INVESTMENTS®

# Contents

**Chairman's Message**   **A-4**   Ned Johnson's message to shareholders.

**Performance**   **A-5**   How the fund has done over time.

**Management's Discussion**   **A-6**   The manager's review of fund performance, strategy and outlook

**Shareholder Expense Example**   **A-7**   An example of shareholder expenses.

**Investment Changes**   **A-8**   A summary of major shifts in the fund's investments over the past six months.

**Investments**   **A-9**   A complete list of the fund's investments with their market values.

**Financial Statements**   **A-17**   Statements of assets and liabilities, operations, and changes in net assets, as well as financial highlights.

**Notes**   **A-21**   Notes to the financial statements.

**Report of Independent Registered Public Accounting Firm**   **A-28**

**Trustees and Officers**   **A-29**

**Distributions**   **A-40**

**Proxy Voting Results**   **A-41**

**Board Approval of Investment Advisory Contracts and Management Fees**   **A-42**

To view a fund's proxy voting guidelines and proxy voting record for the 12-month period ended June 30, visit www.fidelity.com/proxyvotingresults or visit the Securities and Exchange Commission's (SEC) web site at www.sec.gov. You may also call 1-800-544-8544 to request a free copy of the proxy voting guidelines.

Standard & Poor's, S&P and S&P 500 are registered service marks of The McGraw-Hill Companies, Inc. and have been licensed for use by Fidelity Distributors Corporation.

Other third party marks appearing herein are the property of their respective owners.

All other marks appearing herein are registered or unregistered trademarks or service marks of FMR Corp. or an affiliated company.

# Financial Statements

## Statement of Assets and Liabilities

| Amounts in thousands (except per-share amount) | | July 31, 2006 |
|---|---|---|

**Assets**

Investment in securities, at value (including securities
loaned of $284,162 and repurchase agreements of
$95,365) — See accompanying schedule:

| | | |
|---|---|---|
| Unaffiliated issuers (cost $24,725,301) . . . . . . . . . . | $ 27,553,658 | |
| Affiliated Central Funds (cost $410,642) . . . . . . . . . | 410,642 | |
| Other affiliated issuers (cost $1,429,400) . . . . . . . . . | 1,315,110 | |
| Total Investments (cost $26,565,343) . . . . . . . . . . . . . . | | $ 29,279,410 |
| Cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1 |
| Receivable for investments sold . . . . . . . . . . . . . . . . . | | 367,715 |
| Receivable for fund shares sold . . . . . . . . . . . . . . . . . . | | 18,590 |
| Dividends receivable . . . . . . . . . . . . . . . . . . . . . . . . | | 4,483 |
| Interest receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 315 |
| Prepaid expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 48 |
| Other receivables . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,079 |
| **Total assets** . . . . . . . . . . . . . . . . . . . . . . | | 29,673,641 |

**Liabilities**

| | | |
|---|---|---|
| Payable for investments purchased . . . . . . . . . . . . . . . . | $ 469,240 | |
| Payable for fund shares redeemed . . . . . . . . . . . . . . . | 37,117 | |
| Accrued management fee . . . . . . . . . . . . . . . . . . . . . . . | 11,154 | |
| Other affiliated payables . . . . . . . . . . . . . . . . . . . . . . | 5,959 | |
| Other payables and accrued expenses . . . . . . . . . . . . . | 1,234 | |
| Collateral on securities loaned, at value . . . . . . . . . . . . | 288,186 | |
| **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . | | 812,890 |

| | | |
|---|---|---|
| **Net Assets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ 28,860,751 |

Net Assets consist of:

| | | |
|---|---|---|
| Paid in capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ 20,475,221 |
| Distributions in excess of net investment income . . . . . . . | | (790) |
| Accumulated undistributed net realized gain (loss) on investments and foreign currency transactions . . . . . . . | | 5,672,252 |
| Net unrealized appreciation (depreciation) on investments and assets and liabilities in foreign currencies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,714,068 |
| **Net Assets**, for 844,904 shares outstanding . . . . . . . . . | | $ 28,860,751 |

| | | |
|---|---|---|
| **Net Asset Value**, offering price and redemption price per share ($28,860,751 ÷ 844,904 shares) . . . . . . . . . | | $ 34.16 |

*See accompanying notes which are an integral part of the financial statements.*

## Financial Statements – continued

### Statement of Operations

| Amounts in thousands | | Year ended July 31, 2006 |
|---|---|---|
| **Investment Income** | | |
| Dividends (including $9,448 received from other affiliated issuers) | | $ 464,093 |
| Interest | | 895 |
| Income from affiliated Central Funds | | 23,157 |
| **Total income** | | 488,145 |
| | | |
| **Expenses** | | |
| Management fee | $ 143,602 | |
| Transfer agent fees | 62,412 | |
| Accounting and security lending fees | 1,965 | |
| Independent trustees' compensation | 126 | |
| Appreciation in deferred trustee compensation account | 32 | |
| Custodian fees and expenses | 527 | |
| Registration fees | 84 | |
| Audit | 239 | |
| Legal | 309 | |
| Interest | 119 | |
| Miscellaneous | 1,305 | |
| Total expenses before reductions | 210,720 | |
| Expense reductions | (9,706) | 201,014 |
| | | |
| **Net investment income (loss)** | | 287,131 |
| **Realized and Unrealized Gain (Loss)** | | |
| Net realized gain (loss) on: | | |
| Investment securities: | | |
| Unaffiliated issuers | 7,181,488 | |
| Other affiliated issuers | 1,168,423 | |
| Foreign currency transactions | (324) | |
| Futures contracts | 43,534 | |
| Total net realized gain (loss) | | 8,393,121 |
| Change in net unrealized appreciation (depreciation) on: | | |
| Investment securities | (8,258,353) | |
| Assets and liabilities in foreign currencies | 1 | |
| Total change in net unrealized appreciation (depreciation) | | (8,258,352) |
| **Net gain (loss)** | | 134,769 |
| **Net increase (decrease) in net assets resulting from operations** | | $ 421,900 |

*See accompanying notes which are an integral part of the financial statements.*

## Statement of Changes in Net Assets

| Amounts in thousands | Year ended July 31, 2006 | Year ended July 31, 2005 |
|---|---|---|
| **Increase (Decrease) in Net Assets** | | |
| Operations | | |
| Net investment income (loss) . . . . . . . . . . . . . . . . . . . . . | $ 287,131 | $ 504,318 |
| Net realized gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . | 8,393,121 | 1,192,005 |
| Change in net unrealized appreciation (depreciation) | (8,258,352) | 1,570,053 |
| **Net increase (decrease) in net assets resulting from operations** . . . . . . . . . . . . . . . . . . . . . . . . . . | 421,900 | 3,266,376 |
| Distributions to shareholders from net investment income . | (320,403) | (507,409) |
| Distributions to shareholders from net realized gain . . . . . | (3,635,165) | (283,191) |
| **Total distributions** . . . . . . . . . . . . . . . . . . . . . . . . . . | (3,955,568) | (790,600) |
| Share transactions | | |
| Proceeds from sales of shares . . . . . . . . . . . . . . . . . . . . | 3,926,843 | 3,564,106 |
| Reinvestment of distributions | 3,859,564 | 768,803 |
| Cost of shares redeemed . . . . . . . . . . . . . . . . . . . . . . . | (7,181,012) | (4,795,421) |
| **Net increase (decrease) in net assets resulting from share transactions** . . . . . . . . . . . . . . . . . . . . . . . . | 605,395 | (462,512) |
| **Total increase (decrease) in net assets** . . . . . . . . . . . . | (2,928,273) | 2,013,264 |
| **Net Assets** | | |
| Beginning of period . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31,789,024 | 29,775,760 |
| End of period (including distributions in excess of net investment income of $790 and undistributed net investment income of $33,293, respectively) . . . . . . | $ 28,860,751 | $ 31,789,024 |
| **Other Information** | | |
| Shares | | |
| Sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 109,956 | 95,778 |
| Issued in reinvestment of distributions . . . . . . . . . . . . . . | 108,570 | 20,723 |
| Redeemed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (201,011) | (128,848) |
| Net increase (decrease) . . . . . . . . . . . . . . . . . . . . . . . . | 17,515 | (12,347) |

*See accompanying notes which are an integral part of the financial statements.*

## Financial Highlights

| Years ended July 31, Selected Per-Share Data | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|
| Net asset value, beginning of period . . . . . . . . . . . . . . . . . . | $ 38.42 | $ 35.46 | $ 32.84 | $ 31.61 | $ 39.10 |
| Income from Investment Operations | | | | | |
| Net investment income (loss) [B] . | .34 | .60 [C] | .40 | .40 | .34 |
| Net realized and unrealized gain (loss) . . . . . . . . . . . . . | .18 | 3.31 | 2.63 | 1.20 | (7.12) |
| Total from investment operations | .52 | 3.91 | 3.03 | 1.60 | (6.78) |
| Distributions from net investment income . . . . . . . . . . . . . . . . . | (.38) | (.61) | (.41) | (.37) | (.33) |
| Distributions from net realized gain . . . . . . . . . . . . . . . . . . . . | (4.40) | (.34) | — | — | (.38) |
| Total distributions . . . . . . . . . . | (4.78) | (.95) | (.41) | (.37) | (.71) |
| Net asset value, end of period . . . | $ 34.16 | $ 38.42 | $ 35.46 | $ 32.84 | $ 31.61 |
| Total Return [A] . . . . . . . . . . . . . . | 1.22% | 11.15% | 9.24% | 5.15% | (17.56)% |
| Ratios to Average Net Assets [B] | | | | | |
| Expenses before reductions . . . | .69% | .69% | .70% | .73% | .69% |
| Expenses net of fee waivers, if any . . . . . . . . . . . . . . . . . . . | .69% | .69% | .70% | .73% | .69% |
| Expenses net of all reductions . | .65% | .68% | .69% | .71% | .68% |
| Net investment income (loss) . . | .94% | 1.63% [C] | 1.13% | 1.29% | .94% |
| Supplemental Data | | | | | |
| Net assets, end of period (in millions) . . . . . . . . . . . . . . . . | $28,861 | $31,789 | $29,776 | $28,263 | $27,849 |
| Portfolio turnover rate . . . . . . . | 120% | 31% | 30% | 33% | 36% |

[A]  *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

[B]  *Calculated based on average shares outstanding during the period.*

[C]  *Investment income per share reflects a special dividend which amounted to $.13 per share. Excluding the special dividend, the ratio of net investment income (loss) to average net assets would have been 1.27%.*

[D]  *Expense ratios reflect operating expenses of the Fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the Fund during periods when reimbursements or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the Fund.*

*See accompanying notes which are an integral part of the financial statements.*

No. 04-cv-11651-MLW (Lead Case)
No. 04-cv-11756-MLW (Consolidated Case)

# Memorandum In Support of Plaintiffs' Motion To Compel Production of Documents

## Exhibit 4

# Fidelity®
# Blue Chip Growth
# Fund

## Annual Report
### July 31, 2006



# Contents

| | | |
|---|---|---|
| **Chairman's Message** | **4** | Ned Johnson's message to shareholders. |
| **Performance** | **5** | How the fund has done over time. |
| **Management's Discussion** | **6** | The managers' review of fund performance, strategy and outlook |
| **Shareholder Expense Example** | **7** | An example of shareholder expenses. |
| **Investment Changes** | **8** | A summary of major shifts in the fund's investments over the past six months. |
| **Investments** | **9** | A complete list of the fund's investments with their market values. |
| **Financial Statements** | **19** | Statements of assets and liabilities, operations, and changes in net assets, as well as financial highlights. |
| **Notes** | **23** | Notes to the financial statements. |
| **Report of Independent Registered Public Accounting Firm** | **29** | |
| **Trustees and Officers** | **30** | |
| **Distributions** | **41** | |
| **Proxy Voting Results** | **42** | |
| **Board Approval of Investment Advisory Contracts and Management Fees** | **44** | |

To view a fund's proxy voting guidelines and proxy voting record for the 12-month period ended June 30, visit www.fidelity.com/proxyvotingresults or visit the Securities and Exchange Commission's (SEC) web site at www.sec.gov. You may also call 1-800-544-8544 to request a free copy of the proxy voting guidelines.

Standard & Poor's, S&P and S&P 500 are registered service marks of The McGraw-Hill Companies, Inc. and have been licensed for use by Fidelity Distributors Corporation.

Other third party marks appearing herein are the property of their respective owners.

All other marks appearing herein are registered or unregistered trademarks or service marks of FMR Corp. or an affiliated company.

# Financial Statements

## Statement of Assets and Liabilities

Amounts in thousands (except per-share amount)                                                July 31, 2006

**Assets**

| | | |
|---|---:|---:|
| Investment in securities, at value (including securities loaned of $20,683) — See accompanying schedule: | | |
| Unaffiliated issuers (cost $17,644,437) . . . . . . . . . . | $ 19,252,981 | |
| Affiliated Central Funds (cost $355,395) . . . . . . . . . | 355,395 | |
| Other affiliated issuers (cost $66,543) . . . . . . . . . . . . | 61,819 | |
| Total Investments (cost $18,066,375) . . . . . . . . . . . . . . | | $ 19,670,195 |
| Receivable for investments sold . . . . . . . . . . . . . . . . . | | 76,982 |
| Receivable for fund shares sold . . . . . . . . . . . . . . . . . . | | 15,602 |
| Dividends receivable . . . . . . . . . . . . . . . . . . . . . . . . . | | 7,292 |
| Interest receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,280 |
| Prepaid expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 34 |
| Other receivables . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 473 |
| **Total assets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 19,771,858 |

**Liabilities**

| | | |
|---|---:|---:|
| Payable to custodian bank . . . . . . . . . . . . . . . . . . . . . . | $ 220 | |
| Payable for investments purchased . . . . . . . . . . . . . . . . | 84,816 | |
| Payable for fund shares redeemed . . . . . . . . . . . . . . . . | 82,932 | |
| Accrued management fee . . . . . . . . . . . . . . . . . . . . . . . | 5,543 | |
| Other affiliated payables . . . . . . . . . . . . . . . . . . . . . . . | 4,716 | |
| Other payables and accrued expenses . . . . . . . . . . . . . | 1,214 | |
| Collateral on securities loaned, at value . . . . . . . . . . . . | 21,559 | |
| **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . | | 201,000 |

| | | |
|---|---:|---:|
| **Net Assets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ 19,570,858 |
| Net Assets consist of: | | |
| Paid in capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ 17,379,814 |
| Undistributed net investment income . . . . . . . . . . . . . . . | | 58,948 |
| Accumulated undistributed net realized gain (loss) on investments and foreign currency transactions . . . . . . . | | 528,275 |
| Net unrealized appreciation (depreciation) on investments and assets and liabilities in foreign currencies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,603,821 |
| **Net Assets**, for 471,100 shares outstanding . . . . . . . . . | | $ 19,570,858 |
| **Net Asset Value**, offering price and redemption price per share ($19,570,858 ÷ 471,100 shares) . . . . . . . . . | | $ 41.54 |

*See accompanying notes which are an integral part of the financial statements.*

## Financial Statements – continued

### Statement of Operations

| Amounts in thousands | | Year ended July 31, 2006 |
|---|---|---|
| **Investment Income** | | |
| Dividends | $ | 236,666 |
| Interest | | 207 |
| Income from affiliated Central Funds | | 11,859 |
| **Total income** | | 248,732 |
| | | |
| **Expenses** | | |
| Management fee | | |
| Basic fee | $ 122,546 | |
| Performance adjustment | (43,118) | |
| Transfer agent fees | 52,626 | |
| Accounting and security lending fees | 1,718 | |
| Independent trustees' compensation | 89 | |
| Appreciation in deferred trustee compensation account | 14 | |
| Custodian fees and expenses | 419 | |
| Registration fees | 60 | |
| Audit | 161 | |
| Legal | 274 | |
| Interest | 21 | |
| Miscellaneous | 1,886 | |
| **Total expenses before reductions** | 136,696 | |
| Expense reductions | (4,249) | 132,447 |
| | | |
| **Net investment income (loss)** | | 116,285 |
| **Realized and Unrealized Gain (Loss)** | | |
| Net realized gain (loss) on: | | |
| Investment securities: | | |
| Unaffiliated issuers | 1,816,959 | |
| Foreign currency transactions | 934 | |
| Total net realized gain (loss) | | 1,817,893 |
| Change in net unrealized appreciation (depreciation) on: | | |
| Investment securities | (2,279,587) | |
| Assets and liabilities in foreign currencies | (1) | |
| Total change in net unrealized appreciation (depreciation) | | (2,279,588) |
| **Net gain (loss)** | | (461,695) |
| **Net increase (decrease) in net assets resulting from operations** | | $ (345,410) |

*See accompanying notes which are an integral part of the financial statements.*

## Statement of Changes in Net Assets

| | Year ended July 31, 2006 | Year ended July 31, 2005 |
|---|---|---|
| Amounts in thousands | | |
| **Increase (Decrease) in Net Assets** | | |
| Operations | | |
| Net investment income (loss) . . . . . . . . . . . . . . . . . . . | $ 116,285 | $ 236,112 |
| Net realized gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . | 1,817,893 | 1,609,034 |
| Change in net unrealized appreciation (depreciation) | (2,279,588) | 529,332 |
| **Net increase (decrease) in net assets resulting from operations** . . . . . . . . . . . . . . . . . . . . . . . . . . | (345,410) | 2,374,478 |
| Distributions to shareholders from net investment income . | (120,771) | (220,167) |
| Share transactions | | |
| Proceeds from sales of shares . . . . . . . . . . . . . . . . . | 3,136,779 | 3,792,068 |
| Reinvestment of distributions . . . . . . . . . . . . . . . . . . . | 118,853 | 214,432 |
| Cost of shares redeemed . . . . . . . . . . . . . . . . . . . . . . | (6,099,360) | (5,382,182) |
| **Net increase (decrease) in net assets resulting from share transactions** . . . . . . . . . . . . . . . . . . . . . . | (2,843,728) | (1,375,682) |
| **Total increase (decrease) in net assets** . . . . . . . . . . . . | (3,309,909) | 778,629 |
| | | |
| **Net Assets** | | |
| Beginning of period . . . . . . . . . . . . . . . . . . . . . . . . . . | 22,880,767 | 22,102,138 |
| End of period (including undistributed net investment income of $58,948 and undistributed net investment income of $63,702, respectively) . . . . . . . . . . . . . . | $ 19,570,858 | $ 22,880,767 |
| | | |
| **Other Information** | | |
| Shares | | |
| Sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 73,088 | 94,109 |
| Issued in reinvestment of distributions . . . . . . . . . . . . . | 2,760 | 5,283 |
| Redeemed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (141,905) | (133,003) |
| Net increase (decrease) . . . . . . . . . . . . . . . . . . . . . . . | (66,057) | (33,611) |

*See accompanying notes which are an integral part of the financial statements*

## Financial Highlights

| Years ended July 31, Selected Per-Share Data | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|
| Net asset value, beginning of period . . . . . . . . . . . . . | $ 42.60 | $ 38.72 | $ 36.13 | $ 33.24 | $ 45.08 |
| Income from Investment Operations | | | | | |
| Net investment income (loss)[B] . . . . . . . . . . . . . . | .23 | .42[C] | .19 | .21 | .10 |
| Net realized and unrealized gain (loss) . . | (1.06) | 3.85 | 2.62 | 2.81 | (11.88) |
| Total from investment operations . . . . . . . . . . | (.83) | 4.27 | 2.81 | 3.02 | (11.78) |
| Distributions from net investment income . . . . . . . | (.23) | (.39) | (.22) | (.13) | (.06) |
| Net asset value, end of period . . . . . . . . . . . . . | $ 41.54 | $ 42.60 | $ 38.72 | $ 36.13 | $ 33.24 |
| Total Return[A] . . . . . . . . . . . . | (1.97)% | 11.08% | 7.79% | 9.13% | (26.16)% |
| Ratios to Average Net Assets[D] | | | | | |
| Expenses before reductions . . . . . . . . . . | .63% | .66% | .68% | .71% | .76% |
| Expenses net of fee waivers, if any . . . . . . . | .63% | .66% | .68% | .71% | .76% |
| Expenses net of all reductions . . . . . . . . . . | .61% | .64% | .67% | .69% | .74% |
| Net investment income (loss) . . . . . . . . . . . . . . | .54% | 1.05%[C] | .48% | .64% | .25% |
| Supplemental Data | | | | | |
| Net assets, end of period (in millions) . . . . . . . . . | $19,571 | $22,881 | $22,102 | $19,936 | $17,021 |
| Portfolio turnover rate . . . | 48% | 29% | 23% | 24% | 33% |

A   Total returns would have been lower had certain expenses not been reduced during the periods shown.

B   Calculated based on average shares outstanding during the period.

C   Investment income per share reflects a special dividend which amounted to $.20 per share. Excluding the special dividend, the ratio of net investment income (loss) to average net assets would have been .56%.

D   Expense ratios reflect operating expenses of the Fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the Fund during periods when reimbursements or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the Fund.

*See accompanying notes which are an integral part of the financial statements.*

No. 04-cv-11651-MLW (Lead Case)
No. 04-cv-11756-MLW (Consolidated Case)

# Memorandum In Support of Plaintiffs' Motion To Compel Production of Documents

## Exhibit 5

# Fidelity®
# Low-Priced Stock
# Fund

## Annual Report
### July 31, 2006



# Contents

**Chairman's Message**  **4**  Ned Johnson's message to shareholders.

**Performance**  **5**  How the fund has done over time.

**Management's Discussion**  **6**  The manager's review of fund performance, strategy and outlook

**Shareholder Expense Example**  **7**  An example of shareholder expenses.

**Investment Changes**  **9**  A summary of major shifts in the fund's investments over the past six months.

**Investments**  **10**  A complete list of the fund's investments with their market values.

**Financial Statements**  **51**  Statements of assets and liabilities, operations, and changes in net assets, as well as financial highlights.

**Notes**  **55**  Notes to the financial statements.

**Report of Independent Registered Public Accounting Firm**  **62**

**Trustees and Officers**  **63**

**Distributions**  **74**

**Proxy Voting Results**  **75**

**Board Approval of Investment Advisory Contracts and Management Fees**  **76**

To view a fund's proxy voting guidelines and proxy voting record for the 12-month period ended June 30, visit www.fidelity.com/proxyvotingresults or visit the Securities and Exchange Commission's (SEC) web site at www.sec.gov. You may also call 1-800-544-8544 to request a free copy of the proxy voting guidelines.

Standard & Poor's, S&P and S&P 500 are registered service marks of The McGraw-Hill Companies, Inc. and have been licensed for use by Fidelity Distributors Corporation.

Other third party marks appearing herein are the property of their respective owners.

All other marks appearing herein are registered or unregistered trademarks or service marks of FMR Corp. or an affiliated company.

# Financial Statements

## Statement of Assets and Liabilities

| Amounts in thousands (except per-share amount) | | July 31, 2006 |
|---|---|---|

**Assets**

Investment in securities, at value (including securities loaned of $524,066) — See accompanying schedule:

| | | |
|---|---|---|
| Unaffiliated issuers (cost $9,825,163) . . . . . . . . . . . . . . | $   16,243,574 | |
| Affiliated Central Funds (cost $4,335,310) . . . . . . . . . . . | 4,335,310 | |
| Other affiliated issuers (cost $11,844,487) . . . . . . . . . . . . | 15,777,682 | |
| Total Investments (cost $26,004,960) . . . . . . . . . . . . . . . . . | | $   36,356,566 |
| Receivable for investments sold . . . . . . . . . . . . . . . . . . . . . | | 85,861 |
| Receivable for fund shares sold . . . . . . . . . . . . . . . . . . . . . | | 22,964 |
| Dividends receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12,748 |
| Interest receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 19,417 |
| Prepaid expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 56 |
| Other receivables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,019 |
| **Total assets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 36,499,631 |

**Liabilities**

| | | |
|---|---|---|
| Payable to custodian bank . . . . . . . . . . . . . . . . . . . . . . . . . | $         381 | |
| Payable for investments purchased . . . . . . . . . . . . . . . . . . . | 80,670 | |
| Payable for fund shares redeemed . . . . . . . . . . . . . . . . . . . | 30,318 | |
| Accrued management fee . . . . . . . . . . . . . . . . . . . . . . . . . . | 23,771 | |
| Other affiliated payables . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,125 | |
| Other payables and accrued expenses . . . . . . . . . . . . . . . . . | 2,083 | |
| Collateral on securities loaned, at value . . . . . . . . . . . . . . . | 537,907 | |
| **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 681,255 |

| | | |
|---|---|---|
| **Net Assets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $   35,818,376 |
| Net Assets consist of: | | |
| Paid in capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $   22,206,977 |
| Undistributed net investment income . . . . . . . . . . . . . . . . . . | | 172,522 |
| Accumulated undistributed net realized gain (loss) on investments and foreign currency transactions . . . . . . . . . . | | 3,087,254 |
| Net unrealized appreciation (depreciation) on investments and assets and liabilities in foreign currencies . . . . . . . . . . . . . | | 10,351,623 |
| **Net Assets**, for 844,746 shares outstanding . . . . . . . . . . | | $   35,818,376 |
| **Net Asset Value**, offering price and redemption price per share ($35,818,376 ÷ 844,746 shares) . . . . . . . . . . . . . | | $          42.40 |

*See accompanying notes which are an integral part of the financial statements.*

## Financial Statements – continued

### Statement of Operations

| Amounts in thousands | | Year ended July 31, 2006 |
|---|---|---|

**Investment Income**

| | | | |
|---|---|---|---|
| Dividends (including $169,943 received from other affiliated issuers) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ | 398,510 |
| Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 2,117 |
| Income from affiliated Central Funds . . . . . . . . . . . . . . . . . | | | 191,004 |
| **Total income** . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 591,631 |

**Expenses**

| | | |
|---|---|---|
| Management fee | | |
| Basic fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 229,794 | |
| Performance adjustment . . . . . . . . . . . . . . . . . . . . . . . . | 20,742 | |
| Transfer agent fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 67,054 | |
| Accounting and security lending fees . . . . . . . . . . . . . . . | 2,202 | |
| Independent trustees' compensation . . . . . . . . . . . . . . . . . | 152 | |
| Appreciation in deferred trustee compensation account . . . | 41 | |
| Custodian fees and expenses . . . . . . . . . . . . . . . . . . . . . . . | 3,806 | |
| Registration fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| Audit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 289 | |
| Legal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 518 | |
| Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,496 | |
| Total expenses before reductions . . . . . . . . . . . . . . . . . | 326,132 | |
| Expense reductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (4,171) | 321,961 |

| | | |
|---|---|---|
| **Net investment income (loss)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 269,670 |

**Realized and Unrealized Gain (Loss)**

| | | |
|---|---|---|
| Net realized gain (loss) on: | | |
| Investment securities: | | |
| Unaffiliated issuers . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,264,261 | |
| Other affiliated issuers . . . . . . . . . . . . . . . . . . . . . . . . | 1,778,750 | |
| Foreign currency transactions . . . . . . . . . . . . . . . . . . . . | 573 | |
| Futures contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . | 77,205 | |
| Total net realized gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . | | 4,120,789 |
| Change in net unrealized appreciation (depreciation) on: | | |
| Investment securities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (2,062,691) | |
| Assets and liabilities in foreign currencies . . . . . . . . . . | 46 | |
| Futures contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . | (34,379) | |
| Total change in net unrealized appreciation (depreciation) | | (2,097,024) |
| **Net gain (loss)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,023,765 |
| **Net increase (decrease) in net assets resulting from operations** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,293,435 |

*See accompanying notes which are an integral part of the financial statements.*

## Statement of Changes in Net Assets

| Amounts in thousands | | Year ended July 31, 2006 | Year ended July 31, 2005 |
|---|---|---:|---:|
| **Increase (Decrease) in Net Assets** | | | |
| Operations | | | |
| Net investment income (loss) . . . . . . . . . . . . . . . . . . . . . . | $ | 269,670 | $  193,369 |
| Net realized gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,120,789 | 1,766,492 |
| Change in net unrealized appreciation (depreciation) | | (2,097,024) | 5,659,892 |
| **Net increase (decrease) in net assets resulting** | | | |
| **from operations** . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,293,435 | 7,619,753 |
| Distributions to shareholders from net investment income . | | (227,631) | (102,989) |
| Distributions to shareholders from net realized gain . . . . . | | (2,293,587) | (1,766,215) |
| **Total distributions** . . . . . . . . . . . . . . . . . . . . . . . . . . | | (2,521,218) | (1,869,204) |
| Share transactions | | | |
| Proceeds from sales of shares . . . . . . . . . . . . . . . . . . . . | | 3,560,467 | 5,086,948 |
| Reinvestment of distributions . . . . . . . . . . . . . . . . . . . . . | | 2,453,133 | 1,821,877 |
| Cost of shares redeemed . . . . . . . . . . . . . . . . . . . . . . . . | | (7,534,358) | (5,488,212) |
| **Net increase (decrease) in net assets resulting from** | | | |
| **share transactions** . . . . . . . . . . . . . . . . . . . . . . . . . . | | (1,520,758) | 1,420,613 |
| Redemption fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,621 | 2,200 |
| **Total increase (decrease) in net assets** . . . . . . . . . . . . | | (1,746,920) | 7,173,362 |
| **Net Assets** | | | |
| Beginning of period . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 37,565,296 | 30,391,934 |
| End of period (including undistributed net investment income of $172,522 and undistributed net investment income of $126,383, respectively) . . . . . . . . . | $ | 35,818,376 | $  37,565,296 |
| **Other Information** | | | |
| Shares | | | |
| Sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 83,835 | 131,243 |
| Issued in reinvestment of distributions . . . . . . . . . . . . . . | | 59,319 | 50,855 |
| Redeemed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | (178,587) | (141,881) |
| Net increase (decrease) . . . . . . . . . . . . . . . . . . . . . . . . | | (35,433) | 40,217 |

*See accompanying notes which are an integral part of the financial statements.*

## Financial Highlights

| Years ended July 31, Selected Per-Share Data | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|
| Net asset value, beginning of period | $ 42.68 | $ 36.18 | $ 30.08 | $ 26.70 | $ 27.22 |
| Income from Investment Operations | | | | | |
| Net investment income (loss)[C] | .31 | .22 | .05 | .01 | .09 |
| Net realized and unrealized gain (loss) | 2.29 | 8.49 | 6.50 | 3.93 | 1.08 |
| Total from investment operations | 2.60 | 8.71 | 6.55 | 3.94 | 1.17 |
| Distributions from net investment income | (.26) | (.12) | (.02) | (.03) | (.16) |
| Distributions from net realized gain | (2.62) | (2.09) | (.44) | (.54) | (1.54) |
| Total distributions | (2.88) | (2.21) | (.46) | (.57) | (1.70) |
| Redemption fees added to paid in capital[C] | — [E] | — [E] | .01 | .01 | .01 |
| Net asset value, end of period | $ 42.40 | $ 42.68 | $ 36.18 | $ 30.08 | $ 26.70 |
| Total Return[A, B] | 6.38% | 25.32% | 21.90% | 15.14% | 4.79% |
| Ratios to Average Net Assets[D] | | | | | |
| Expenses before reductions | .88% | .95% | .98% | 1.03% | .99% |
| Expenses net of fee waivers, if any | .88% | .95% | .98% | 1.03% | .99% |
| Expenses net of all reductions | .87% | .94% | .97% | 1.01% | .97% |
| Net investment income (loss) | .72% | .57% | .15% | .05% | .34% |
| Supplemental Data | | | | | |
| Net assets, end of period (in millions) | $35,818 | $37,565 | $30,392 | $19,599 | $15,664 |
| Portfolio turnover rate | 26% | 24% | 28% | 23% | 26% |

[A]  Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B]  Total returns do not include the effect of the former sales charges.

[C]  Calculated based on average shares outstanding during the period.

[D]  Expense ratios reflect operating expenses of the Fund. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from brokerage service arrangements or other expense offset arrangements and do not represent the amount paid by the Fund during periods when reimbursements or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from brokerage service arrangements or other expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the Fund.

[E]  Amount represents less than $.01 per share.

*See accompanying notes which are an integral part of the financial statements.*