No. 04-cv-11651-MLW (Lead Case)
No. 04-cv-11756-MLW (Consolidated Case)

# Memorandum In Support of Plaintiffs' Motion To Compel Production of Documents

# Exhibit 13

Page 1

VOLUME:   I
PAGES:   1-312
EXHIBITS: 27-42

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 04-CV-11651-MLW (Lead case)

No. 1:04-CV-11756-MLW (Consolidated case)

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CYNTHIA A. BENNETT, GUY E. MILLER,            \*

NANCY HAUGEN, MICHAEL F. MAGNAN,              \*

KAREN L. MAGNAN, PRESLEY C.                   \*

PHILLIPS, ANDREA M. PHILLIPS, and            \*

CINDY SCHURGIN, for the use and              \*

benefit of THE FIDELITY MAGELLAN             \*

FUND, FIDELITY CONTRAFUND, FIDELITY          \*

GROWTH & INCOME PORTFOLIO I FUND,            \*

FIDELITY BLUE CHIP GROWTH FUND, and          \*

FIDELITY LOW-PRICED STOCK FUND,              \*

          Plaintiffs                          \*

v.                                            \*

FIDELITY MANAGEMENT & RESEARCH                \*

COMPANY and FMR CO., INC.,                    \*

          Defendants                          \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

VIDEOTAPED DEPOSITION OF NED C. LAUTENBACH

DATE:  TUESDAY, APRIL 17, 2007

```
 1        VIDEOTAPED DEPOSITION OF NED C.
 2   LAUTENBACH, a witness called on behalf of
 3   the Plaintiffs, pursuant to the Federal
 4   Rules of Civil Procedure, before Jessica L.
 5   Williamson, Registered Merit Reporter,
 6   Certified Realtime Reporter and Notary
 7   Public in and for the Commonwealth of
 8   Massachusetts, at the Offices of Goodwin
 9   Procter, LLP, 53 State Street, Boston,
10   Massachusetts, on Tuesday, April 17, 2007,
11   commencing at 9:09 a.m.
12
13   A P P E A R A N C E S
14
15   JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
16       (By Guy M. Burns, Esq.)
17       403 East Madison Street
18       Suite 400
19       Tampa, Florida  33602
20       (813) 225-2500
21       guyb@jpfirm.com
22       Counsel for the Plaintiffs
23
24
25
```

```
 1   A P P E A R A N C E S, Continued

 2

 3   ACKERMAN LINK SARTORY

 4     (By Scott J. Link, Esq.)

 5     222 Lakeview Avenue

 6     Suite 1250 - Esperante

 7     West Palm Beach, Florida  33401

 8     (561) 838-4100

 9     slink@alslaw.com

10     Counsel for the Plaintiffs

11

12   BURNS & LEVINSON LLP

13     (By Robert D. Friedman, Esq.

14     and Matthew J. Tuttle, Esq.)

15     125 Summer Street

16     Boston, Massachusetts  02110

17     (617) 345-3000

18     mtuttle@burnslev.com

19     dfriedman@burnslev.com

20     Counsel for the Plaintiffs

21

22

23

24

25
```

```
 1   A P P E A R A N C E S, Continued

 2

 3   KELLER ROHRBACK LLP

 4      (By Michael Woerner, Esq.

 5      and David Y. Chen, Esq.)

 6      1201 Third Avenue

 7      Suite 3200

 8      Seattle, Washington  98101-3052

 9      (206) 623-1900

10      mwoerner@kellerrohrback.com

11      dchen@kellerrohrback.com

12      Counsel for the Plaintiffs

13

14   SHAPIRO HABER & URMY LLP

15      (By Michelle H. Blauner, Esq.)

16      53 State Street

17      Boston, Massachusetts  02109

18      (617) 439-3939

19      mblauner@shulaw.com

20      Counsel for the Plaintiffs

21

22

23

24

25
```

```
 1  A P P E A R A N C E S, Continued

 2

 3  MILBANK, TWEED, HADLEY & McCLOY LLP

 4    (By James N. Benedict, Esq.,

 5    Mia C. Korot, Esq.,

 6    Sean M. Murphy, Esq.,

 7    and Robert R. Miller, Esq.)

 8    One Chase Manhattan Plaza

 9    New York, New York   10005-1413

10    (212) 530-5688

11    jbenedict@milbank.com

12    mkorot@milbank.com

13    Counsel for the Defendants

14

15  FIDELITY INVESTMENTS

16    (By Jody E. Forchheimer, Esq.)

17    FMR Corp. Legal Department

18    82 Devonshire Street

19    Boston, Massachusetts  02109

20    (617) 563-6415

21    jody.forchheimer@fmr.com

22    Counsel for Fidelity Investments

23

24

25
```

1  A P P E A R A N C E S, Continued

2

3  DEBEVOISE & PLIMPTON LLP

4     (By John S. Kiernan, Esq.

5     and Shannon Rose Selden, Esq.)

6     919 Third Avenue

7     New York, New York  10022

8     (212) 909-6082

9     jkiernan@debevoise.com

10     srselden@debevoise.com

11     Counsel for the Deponent

12

13  ALSO PRESENT:

14

15     Robert W. Helm, Dechert, LLP

16     George Dobrentey, Videographer

17

18

19

20

21

22

23

24

25

1                     I N D E X

2    DEPONENT                              PAGE

3    NED C. LAUTENBACH

4    Examination By Mr. Burns              10

5    Examination By Mr. Link               233

6

7                 E X H I B I T S

8    NO.                                   PAGE

9    27  Statement of Additional          83
         Information dated May 30, 2006
10
     28  Statement of Additional          111
11       Information dated March 1,
         2007
12
     29  BFMR_00153550 - 3570             117
13
     30  BFMR_00014779 - 14796            140
14
     31  BFMR_00154501 - 154502           167
15
     32  BFMR_00011103A - 11112A          168
16
     33  Document headed "2005            204
17       Management Contract Renewal,
         Equity Funds, Questions from
18       Independent Trustees"

19   34  Document headed "Form N-CSR,     233
         Fidelity Securities Fund -
20       FOCPX, Filed: September 28,
         2005 (period: July 31, 2005)"
21
     35  BFMR_00047132                    251
22
     36  BFMR_00011559 - 11576            277
23
     37  BFMR_00026173 - 26179            278
24

25

Page 8

```
 1              E X H I B I T S
     NO.                              PAGE
 2
     38   BFMR_00000117 - 127         278
 3
     39   BFMR_00001774 - 1786        278
 4
     40   BFMR_00006255 - 6268        278
 5
     41   BFMR_00020903 - 20919       278
 6
     42   BFMR_00055193 - 55223       292
 7                                              .

 8

 9

10

11

12

13

14  Note:  Original Exhibits 27 - 42, with the

15  exception of Original Exhibit 31 and 34

16  which were kept by Attorney Friedman, were

17  retained by the court reporter and forwarded

18  to Veritext New York for distribution.

19

20

21

22

23

24

25
```

REDACTED

| | |
|---|---|
| 1 | 01:35:21 |
| 2 | 01:35:22 |
| 3 | 01:35:23 |
| 4 | 01:35:28 |
| 5 | 01:35:31 |
| 6 | 01:35:33 |
| 7 | 01:35:34 |
| 8 | 01:35:41 |
| 9 | 01:35:42 |
| 10 | 01:35:45 |
| 11 | 01:35:49 |
| 12 | 01:35:52 |
| 13 | 01:35:54 |
| 14 | 01:35:59 |
| 15 | 01:36:02 |
| 16 | 01:36:03 |

17 Q.  Did you receive answers to these questions     01:36:05

18      with specific numbers showing what people's     01:36:09

19      compensation packages were?                     01:36:12

20 A.   No, we never have seen specific people's        01:36:14

21      compensation package.  We have seen             01:36:20

22      structures of how they're put together and      01:36:23

23      what they're paid on and the range of what      01:36:26

24      people will be paid, but it's never been our    01:36:28

25      belief that we need to see how each fund        01:36:32

REDACTED

Page 171

| | | |
|---|---|---|
| 1 | manager's paid, but we need to know how | 01:36:35 |
| 2 | they're paid as far as the structure and a | 01:36:37 |
| 3 | range of the kinds of monies they could | 01:36:40 |
| 4 | make, and what are the elements in there and | 01:36:42 |
| 5 | how they get those elements.  That's not our | 01:36:44 |
| 6 | issue today, our focus at issue, I should | 01:36:49 |
| 7 | say. | 01:36:54 |
| 8 | | 01:36:55 |
| 9 | | 01:37:00 |
| 10 | | 01:37:04 |
| 11 | | 01:37:08 |
| 12 | | 01:37:10 |
| 13 | | 01:37:13 |
| 14 | | 01:37:17 |
| 15 | | 01:37:19 |
| 16 | | 01:37:22 |
| 17 | | 01:37:25 |
| 18 | | 01:37:27 |
| 19 | | 01:37:29 |
| 20 | | 01:37:31 |
| 21 | | 01:37:33 |
| 22 | | 01:37:35 |
| 23 | | 01:37:38 |
| 24 | | 01:37:40 |
| 25 | | 01:37:41 |

REDACTED

Page 172

```
 1                                                   01:37:43

 2                                                   01:37:45

 3                                                   01:37:47

 4                                                   01:37:50

 5                                                   01:37:53

 6 Q.   As an example, with Fidelity Magellan do you  01:37:54

 7      know by either amount or range what the       01:37:59

 8      manager of Fidelity Magellan makes?           01:38:01

 9 A.   I don't know exactly what Bob Stansky made    01:38:04

10      or Harry Lange.  I know that they both are    01:38:10

11      well-compensated, because the compensation    01:38:13

12      package deals with the amount of assets that  01:38:14

13      you have under management as well as how      01:38:16

14      long you've been a fund manager and what      01:38:18

15      your long-term track record is.  This kind    01:38:19

16      of develops your base, and then there's       01:38:22

17      incentives about how you're performing and    01:38:24

18      through your performance that drive that up   01:38:27

19      and down.                                     01:38:30

20           And through your tenure you're also      01:38:31

21      awarded, as I understand it, shares in        01:38:33

22      Fidelity Capital that grow through time to    01:38:35

23      increase your net worth.                      01:38:37

24                                                    01:38:40

25                                                    01:38:42
```

REDACTED

Page 173

| | |
|---|---|
| 1 | 01:38:43 |
| 2 | 01:38:45 |
| 3 | 01:38:47 |
| 4 | 01:38:50 |
| 5 | 01:38:51 |
| 6 | 01:38:58 |
| 7 | 01:39:00 |
| 8 | 01:39:03 |
| 9 | 01:39:05 |
| 10 | 01:39:09 |
| 11 | 01:39:10 |
| 12 | 01:39:12 |
| 13 Q | 01:39:12 |
| 14 | 01:39:14 |
| 15 | 01:39:16 |
| 16 | 01:39:17 |
| 17 | 01:39:20 |
| 18 | 01:39:22 |
| 19 | 01:39:22 |
| 20 | 01:39:23 |
| 21 A. | 01:39:25 |
| 22 | 01:39:27 |
| 23 | 01:39:29 |
| 24 Q. | 01:39:31 |
| 25 | 01:39:33 |

REDACTED

```
 1                                              01:39:37

 2                                              01:39:38

 3 Q.  And could you quantify for us, picking   01:39:40

 4     either Magellan or Contra or one of the  01:39:48

 5     other funds in this case, a range that the  01:39:50

 6     fund manager makes?                      01:39:54

 7 A.  I don't know.  I really don't know.  I know  01:39:55

 8     that those two in particular are probably  01:39:58

 9     very well-compensated because they have  01:40:00

10     alternatives.  I mean, hedge funds and   01:40:02

11     others would love to have those two      01:40:05

12     gentlemen working for them, so I'm sure that  01:40:08

13     they're well-compensated.                01:40:10

14 Q.  Well, when you say "well-compensated," I  01:40:12

15     mean, do you mean by that millions of    01:40:14

16     dollars?                                 01:40:16

17 A.  Millions of dollars I would think, yes.  01:40:16

18 Q.  On an annual basis?                       01:40:18

19 A.  On an annual basis.                       01:40:19

20 Q.  And do you know whether their compensation  01:40:20

21     packages would be more or less than $5   01:40:22

22     million?                                 01:40:23

23 A.  I don't know.  I don't know their exact --  01:40:23

24     I've seen one large comparison and one large  01:40:27

25     fund manager.  That was a lot of money.  01:40:31
```

REDACTED

```
 1 Q.   Was it -- when you say "a comparison," was     01:40:35

 2      it from somebody outside of Fidelity?          01:40:37

 3 A.   It was another, yeah, outside kind of fund     01:40:40

 4      manager benchmarked in hedge fund managers     01:40:43

 5      who looked at some data.  But we've never      01:40:45

 6      felt in Fidelity that we need to go through    01:40:50

 7      and inspect every fund manager's pay.          01:40:52

 8      That's not our job per se.  Our job is         01:40:53

 9      frankly more making sure that they're well-    01:40:56

10      compensated and attracted to stay if they're   01:40:58

11      performing well, and of course if they're      01:41:01

12      not, then they ought to go.                    01:41:04

13                                                      01:41:05

14                                                      01:41:08

15                                                      01:41:11

16                                                      01:41:12

17                                                      01:41:18

18                                                      01:41:20

19                                                      01:41:25

20                                                      01:41:27

21                                                      01:41:30

22                                                      01:41:32

23                                                      01:41:35

24                                                      01:41:37

25                                                      01:41:42
```

REDACTED

Page 176

| | |
|---|---|
| 1 | 01:41:44 |
| 2 | 01:41:44 |
| 3 | 01:41:45 |
| 4 | 01:41:48 |
| 5 | 01:41:50 |
| 6 | 01:41:51 |
| 7 | 01:41:55 |
| 8 | 01:41:58 |
| 9 | 01:42:01 |
| 10 | 01:42:05 |
| 11 | 01:42:07 |
| 12 | 01:42:09 |
| 13 | 01:42:15 |
| 14 | 01:42:18 |
| 15 | 01:42:21 |
| 16 | 01:42:24 |
| 17 | 01:42:27 |
| 18 | 01:42:30 |
| 19 | 01:42:32 |
| 20 | 01:42:38 |
| 21 | 01:42:40 |
| 22 | 01:42:42 |
| 23 | 01:42:47 |
| 24 | 01:42:50 |
| 25 | 01:42:52 |

REDACTED

Page 177

1                                                         01:42:54

2                                                         01:42:56

3                                                         01:43:00

4                                                         01:43:03

5                                                         01:43:04

6                                                         01:43:06

7                                                         01:43:06

8                                                         01:43:08

9                                                         01:43:10

10                                                        01:43:11

11                                                        01:43:15

12                                                        01:43:18

13                                                        01:43:20

14                                                        01:43:21

15                                                        01:43:23

16                                                        01:43:25

17                                                        01:43:28

18                                                        01:43:31

19 Q.    When you have had discussions about the          01:43:31

20       ranges in which fund managers are paid, are      01:43:35

21       those quantified by dollar amounts?              01:43:39

22 A.    Yes, I've seen -- I've seen some range of        01:43:41

23       dollars paid, yes.                               01:43:45

24 Q.    And tell us what you've seen.                    01:43:46

25 A.    High-end fund manager I think could make         01:43:47

REDACTED

Page 178

| | | |
|---|---|---|
| 1 | to $    million, something like that. | 01:43:52 |
| 2 | | 01:43:54 |
| 3 | | 01:43:56 |
| 4 | | 01:44:02 |
| 5 | | 01:44:09 |
| 6 | | 01:44:14 |
| 7 | | 01:44:20 |
| 8 | | 01:44:21 |
| 9 | | 01:44:29 |
| 10 | | 01:44:30 |
| 11 | | 01:44:34 |
| 12 | | 01:44:37 |
| 13 | | 01:44:42 |
| 14 | | 01:44:45 |
| 15 | | 01:44:49 |
| 16 | | 01:44:52 |
| 17 | | 01:44:55 |
| 18 | | 01:44:56 |
| 19 | | 01:44:58 |
| 20 | | 01:45:01 |
| 21 | | 01:45:06 |
| 22 | | 01:45:08 |
| 23 | | 01:45:09 |
| 24 | | 01:45:09 |
| 25 | | 01:45:10 |

Ned Lautenbach

|  |  |  | Page 239 |
|---|---|---|---|
| 1 |  | answer the question. | 03:19:15 |
| 2 | A. | I'm not going to answer that question. | 03:19:17 |
| 3 | Q. | Do you have more or less than a million | 03:19:19 |
| 4 |  | dollars in the Growth & Income Fund? | 03:19:22 |
| 5 |  | MR. BENEDICT: Objection. | 03:19:24 |
| 6 |  | MR. KIERNAN: Objection. | 03:19:24 |
| 7 |  | MR. BENEDICT: The witness is not | 03:19:25 |
| 8 |  | going to answer any personal questions about | 03:19:26 |
| 9 |  | his net worth or his personal investments | 03:19:27 |
| 10 |  | other than to state that he has invested in | 03:19:31 |
| 11 |  | each of the five funds at issue here, and I | 03:19:34 |
| 12 |  | believe he told you he owns approximately 30 | 03:19:36 |
| 13 |  | Fidelity funds, so just cut off the line of | 03:19:39 |
| 14 |  | inquiry and we can get out of here. | 03:19:41 |
| 15 |  | BY MR. LINK: | 03:19:43 |
| 16 | Q. | Mr. Lautenbach, are you represented today? | 03:19:43 |
| 17 | A. | Yes. | 03:19:45 |
| 18 | Q. | Who's your attorney? | 03:19:46 |
| 19 | A. | John Kiernan. | 03:19:47 |
| 20 | Q. | Is Mr. Benedict your attorney? | 03:19:48 |
| 21 | A. | He's here, too, on my behalf. | 03:19:50 |
| 22 | Q. | He's here on your behalf as your lawyer? | 03:19:53 |
| 23 | A. | No, but on the -- | 03:19:54 |
| 24 |  | MR. BENEDICT: I'm here to | 03:19:56 |
| 25 |  | represent Fidelity. | 03:19:57 |

VERITEXT/NEW YORK REPORTING COMPANY

212-267-6868                                                  516-608-2400

Ned Lautenbach

|  |  |  | Page 240 |
|---|---|---|---|
| 1 | Q. | Is Mr. Benedict here as your lawyer, sir? | 03:19:58 |
| 2 | A. | Not as my lawyer. | 03:20:01 |
| 3 | Q. | Okay.  Are you paying Mr. Benedict anything | 03:20:02 |
| 4 |  | to be here, you personally? | 03:20:05 |
| 5 | A. | I don't think so. | 03:20:06 |
| 6 | Q. | Has he given you any legal advice in this | 03:20:06 |
| 7 |  | case? | 03:20:09 |
| 8 | A. | He has given me some, yes. | 03:20:09 |
| 9 | Q. | Okay.  Tell me what legal advice Mr. | 03:20:12 |
| 10 |  | Benedict, who is not your lawyer, has given | 03:20:14 |
| 11 |  | you. | 03:20:16 |
| 12 |  | MR. KIERNAN:  I instruct you not to | 03:20:16 |
| 13 |  | answer. | 03:20:18 |
| 14 | A. | I'm not going to answer that. | 03:20:19 |
| 15 | Q. | Okay.  When you prepared for your | 03:20:21 |
| 16 |  | deposition, when was that?  When did you | 03:20:26 |
| 17 |  | come to Boston? | 03:20:28 |
| 18 | A. | I came to Boston last -- yesterday afternoon | 03:20:29 |
| 19 |  | around -- | 03:20:33 |
| 20 | Q. | Did you -- | 03:20:33 |
| 21 | A. | I landed around 1:00. | 03:20:34 |
| 22 | Q. | And did you meet with anybody to get ready | 03:20:35 |
| 23 |  | for your deposition? | 03:20:38 |
| 24 | A. | I met with lawyers, yes. | 03:20:38 |
| 25 | Q. | Who did you meet with, sir? | 03:20:39 |

Ned Lautenbach

|  |  |  | Page 241 |
|---|---|---|---|
| 1 | A. | I met with John Kiernan.  I met with Shannon | 03:20:41 |
| 2 |  | Selden.  I met with Jim Benedict.  I met | 03:20:45 |
| 3 |  | with Jody. | 03:20:46 |
| 4 |  | THE WITNESS:  I forget your name, | 03:20:48 |
| 5 |  | sorry. | 03:20:50 |
| 6 |  | MS. FORCHHEIMER:  Forchheimer. | 03:20:51 |
| 7 |  | That's okay. | 03:20:52 |
| 8 | A. | Rob Helm was the fund's counsel. | 03:20:53 |
| 9 | Q. | All right.  So during the entire time that | 03:20:55 |
| 10 |  | you were preparing for your deposition Mr. | 03:20:57 |
| 11 |  | Benedict was there as well? | 03:21:00 |
| 12 | A. | Yes. | 03:21:00 |
| 13 | Q. | And all the folks that you've mentioned were | 03:21:00 |
| 14 |  | there during the entire time that you were | 03:21:02 |
| 15 |  | being prepared, correct? | 03:21:04 |
| 16 | A. | Correct. | 03:21:05 |
| 17 | Q. | Were you provided with any documents to | 03:21:05 |
| 18 |  | review for your deposition by Mr. Benedict? | 03:21:07 |
| 19 | A. | I don't know who provided them, but I had a | 03:21:10 |
| 20 |  | whole set of documents I reviewed. | 03:21:12 |
| 21 | Q. | Were they sent to you before your | 03:21:14 |
| 22 |  | deposition? | 03:21:16 |
| 23 | A. | Some were, some -- yeah, some were. | 03:21:16 |
| 24 | Q. | And some were provided to you yesterday? | 03:21:18 |
| 25 | A. | Yes. | 03:21:19 |

Ned Lautenbach

|    |     |                                             | Page 242 |
|----|-----|---------------------------------------------|----------|
| 1  | Q.  | And in preparing for your deposition Mr.    | 03:21:20 |
| 2  |     | Benedict helped prepare you for the answers | 03:21:23 |
| 3  |     | you were going to give today?               | 03:21:26 |
| 4  | A.  | Well, he briefed me on lots of background   | 03:21:27 |
| 5  |     | data and documents that had been given to   | 03:21:29 |
| 6  |     | you for review and tried to refresh my      | 03:21:32 |
| 7  |     | memory to the documents, yes.               | 03:21:35 |
| 8  | Q.  | Did he suggest to you that what you said to | 03:21:36 |
| 9  |     | him would somehow be privileged or          | 03:21:38 |
| 10 |     | confidential as the lawyer for Fidelity in  | 03:21:40 |
| 11 |     | this case?                                  | 03:21:41 |
| 12 |     | MR. BENEDICT: Objection.                    | 03:21:42 |
| 13 |     | MR. KIERNAN: I instruct you not to          | 03:21:42 |
| 14 |     | answer.                                     | 03:21:43 |
| 15 |     | MR. BENEDICT: And it was.                   | 03:21:43 |
| 16 |     | MR. KIERNAN: I instruct you not to          | 03:21:45 |
| 17 |     | answer.                                     | 03:21:46 |
| 18 | A.  | I'm not going to answer.                    | 03:21:47 |
| 19 | Q.  | Do you know whether there's a defense joint | 03:21:48 |
| 20 |     | (sic) agreement in this case?               | 03:21:50 |
| 21 |     | MR. KIERNAN: I instruct you not to          | 03:21:52 |
| 22 |     | answer.                                     | 03:21:53 |
| 23 | A.  | I don't know.                               | 03:21:54 |
| 24 | Q.  | Are you a party in this lawsuit?  Have you  | 03:21:55 |
| 25 |     | been sued?                                  | 03:22:00 |

1    United States District Court

2    District of Massachusetts

3                                    .

4        I, Jessica L. Williamson, Registered,

5    Merit Reporter, Certified Realtime Reporter

6    and Notary Public in and for the

7    Commonwealth of Massachusetts, do hereby

8    certify that NED C. LAUTENBACH, the witness

9    whose deposition is hereinbefore set forth,

10   was duly sworn by me and that such

11   deposition is a true record of the testimony

12   given by the witness.

13       I further certify that I am neither

14   related to or employed by any of the parties

15   in or counsel to this action, nor am I

16   financially interested in the outcome of

17   this action.

18       In witness whereof, I have hereunto set

19   my hand and seal this 27th day of April,

20   2007.

21

22

23       Jessica L. Williamson, RMR, RPR, CRR

24       Notary Public, CSR No. 138795

25       My commission expires: 12/18/2009

No. 04-cv-11651-MLW (Lead Case)
No. 04-cv-11756-MLW (Consolidated Case)

# Memorandum In Support of Plaintiffs' Motion To Compel Production of Documents

## Exhibit 14

VOLUME:  I
PAGES:  1-311
EXHIBITS:  93-107

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 04-CV-11651-MLW (Lead case)

No. 1:04-CV-11756-MLW (Consolidated case)

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CYNTHIA A. BENNETT, GUY E. MILLER,          \*

NANCY HAUGEN, MICHAEL F. MAGNAN,            \*

KAREN L. MAGNAN, PRESLEY C.                 \*

PHILLIPS, ANDREA M. PHILLIPS, and           \*

CINDY SCHURGIN, for the use and             \*

benefit of THE FIDELITY MAGELLAN            \*

FUND, FIDELITY CONTRAFUND, FIDELITY         \*

GROWTH & INCOME PORTFOLIO I FUND,           \*

FIDELITY BLUE CHIP GROWTH FUND, and         \*

FIDELITY LOW-PRICED STOCK FUND,             \*

        Plaintiffs                          \*

v.                                          \*

FIDELITY MANAGEMENT & RESEARCH              \*

COMPANY and FMR CO., INC.,                  \*

        Defendants                          \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

VIDEOTAPED DEPOSITION OF MARVIN L. MANN

DATE:  THURSDAY, MAY 31, 2007

```
 1        VIDEOTAPED DEPOSITION OF MARVIN L.

 2   MANN, a witness called on behalf of the

 3   Haugen Plaintiffs, pursuant to the Federal

 4   Rules of Civil Procedure, before Jessica L.

 5   Williamson, Registered Merit Reporter,

 6   Certified Realtime Reporter and Notary

 7   Public in and for the Commonwealth of

 8   Massachusetts, at the Offices of Goodwin

 9   Procter, LLP, 53 State Street, Boston,

10   Massachusetts, on Thursday, May 31, 2007,

11   commencing at 9:08 a.m.

12

13   A P P E A R A N C E S

14

15   KELLER ROHRBACK LLP

16     (By Michael Woerner, Esq.

17     David Y. Chen, Esq.)

18     1201 Third Avenue

19     Suite 3200

20     Seattle, Washington  98101-3052

21     (206) 623-1900

22     mwoerner@kellerrohrback.com

23     dchen@kellerrohrback.com

24     Counsel for the Haugen Plaintiffs

25
```

```
 1  A P P E A R A N C E S, Continued

 2

 3  RICHARDSON, PATRICK, WESTBROOK & BRICKMAN,

 4  LLC

 5     (By Michael J. Brickman, Esq.)

 6     174 East Bay Street

 7     Post Office Box 879

 8     Charleston, South Carolina  29402

 9     (843) 727-6520

10     mbrickman@rpwb.com

11     Counsel for the Haugen Plaintiffs

12

13  BURNS & LEVINSON LLP

14     (By Matthew J. Tuttle, Esq.

15     Harry S. Miller, Esq.)

16     125 Summer Street

17     Boston, Massachusetts  02110

18     (617) 345-3000

19     hmiller@burnslev.com

20     mtuttle@burnslev.com

21     Counsel for the Bennett Plaintiffs

22

23

24

25
```

```
 1   A P P E A R A N C E S, Continued

 2

 3   MILBANK, TWEED, HADLEY & McCLOY LLP

 4      (By James N. Benedict, Esq.,

 5      Mia C. Korot, Esq.

 6      Rachel Penski, Esq.)

 7      One Chase Manhattan Plaza

 8      New York, New York   10005-1413

 9      (212) 530-5688

10      jbenedict@milbank.com

11      mkorot@milbank.com

12      rpenski@milbank.com

13      Counsel for the Defendants

14

15   DEBEVOISE & PLIMPTON LLP

16      (By John S. Kiernan, Esq.)

17      919 Third Avenue

18      New York, New York   10022

19      (212) 909-6082

20      jkiernan@debevoise.com

21      Counsel for the Deponent

22

23

24

25
```

```
 1   A P P E A R A N C E S, Continued

 2

 3   FIDELITY INVESTMENTS

 4       (By Colleen A. Hankins, Esq.)

 5       FMR Corp. Legal Department

 6       82 Devonshire Street

 7       Boston, Massachusetts  02109

 8       (617) 563-6415

 9       colleen.hankins@fmr.com

10       Counsel for Fidelity Investments

11

12   DECHERT LLP

13       (By Joseph R. Fleming, Esq.)

14       200 Clarendon Street

15       27th Floor

16       Boston, Massachusetts  02116-5021

17       (617) 728-7161

18       joseph.fleming@dechert.com

19       Counsel for the Fidelity Funds

20

21   ALSO PRESENT:

22

23       George Dobrentey, Videographer

24       Marissa Deleary, Videographer

25
```

Page 6

```
 1                    I N D E X

 2   DEPONENT                          PAGE

 3   MARVIN L. MANN

 4   Examination By Mr. Woerner          9

 5   Examination By Mr. Tuttle         260

 6

 7                  E X H I B I T S

 8   NO.                               PAGE

 9   93  BFMR_00031837 - 31865          14

10   94  MLM00001550 - 1553            170

11   95  BFMR_00059844 - 59862         203

12   96  MLM00006252                   206

13   97  MLM00006367 - 6370            209

14   98  Bound separately with         213
         confidential portion
15
     99  Bound separately with         213
16       confidential portion

17 100  MLM00006225 - 6230             255

18 101  MLM00002035 AND 2894           257

19 102  BFMR_00011123 - 11161          260

20 103  BFMR_00092919 - 92946          264

21 104  BFMR_00050002 - 00050115       268

22 105  BFMR_00008375 - 8376           271

23

24
```

```
 1            E X H I B I T S
     NO.                           PAGE
 2
    106   BFMR_00028628 - 28641        274
 3
    107   BFMR_00098166 - 98247        291
 4

 5

 6

 7

 8

 9

10   Note: Original Exhibits 93 - 107 were

11   retained by the court reporter and forwarded

12   to Veritext New York for distribution.

13

14

15

16

17

18

19

20

21

22

23

24
```

M. MANN

|  |  |  | Page 128 |
|---|---|---|---|
| 1 |  | the independent trustees in preparation for | 12:58:42 |
| 2 |  | your deposition? | 12:58:44 |
| 3 | A. | Well, twice, but only twice because the | 12:58:49 |
| 4 |  | first time we were preparing for the | 12:58:57 |
| 5 |  | deposition, and you folks canceled out on us | 12:58:59 |
| 6 |  | at the last minute, and then we got together | 12:59:02 |
| 7 |  | again just prior to this meeting. | 12:59:04 |
| 8 | Q. | Do you have any idea how many hours you've | 12:59:06 |
| 9 |  | spent meeting with counsel for the | 12:59:09 |
| 10 |  | independent trustees in preparation for your | 12:59:10 |
| 11 |  | deposition? | 12:59:12 |
| 12 | A. | Probably 15 hours, but that's a guess.  I | 12:59:13 |
| 13 |  | didn't add them up.  I don't get paid by the | 12:59:31 |
| 14 |  | hour, so... | 12:59:33 |
| 15 | Q. | And how many -- do you recall whether you | 12:59:34 |
| 16 |  | reviewed any documents? | 12:59:38 |
| 17 | A. | Yes, I reviewed some documents. | 12:59:44 |
| 18 | Q. | Do you recall what kind of documents you | 12:59:45 |
| 19 |  | looked at? | 12:59:47 |
| 20 | A. | The documents -- some of the documents, only | 12:59:48 |
| 21 |  | the documents that were provided to you | 12:59:51 |
| 22 |  | folks. | 12:59:52 |
| 23 | Q. | Well, I realize that, but can you tell me | 12:59:53 |
| 24 |  | what kind of -- were they your file | 12:59:55 |
| 25 |  | materials?  Were they materials that the | 12:59:59 |

|    |    |    |    |
|----|----|----|----|

Page 129

| 1 |  | board reviewed?  What kind of materials did | 01:00:00 |
| 2 |  | you look at? | 01:00:02 |
| 3 | A. | Yes, those. | 01:00:03 |
| 4 | Q. | Okay.  And how many times did you meet with | 01:00:04 |
| 5 |  | Mr. Benedict or anybody from his firm in | 01:00:08 |
| 6 |  | preparation for your deposition? | 01:00:10 |
| 7 | A. | Same number of times, same number of hours, | 01:00:11 |
| 8 |  | basically. | 01:00:14 |
| 9 | Q. | Okay.  So basically all of your preparation | 01:00:14 |
| 10 |  | time for your deposition involved attorneys | 01:00:17 |
| 11 |  | both for the independent trustees as well as | 01:00:20 |
| 12 |  | for the advisor? | 01:00:21 |
| 13 | A. | Right. | 01:00:23 |
| 14 | Q. | Before we took the lunch break I was asking | 01:00:23 |
| 15 |  | you some questions about the information | 01:00:39 |
| 16 |  | that's at about Page 13 of your Senate | 01:00:42 |
| 17 |  | statement, which is Exhibit 93. | 01:00:46 |
| 18 | A. | Yes. | 01:00:49 |
| 19 | Q. | And I had asked you some questions about | 01:00:49 |
| 20 |  | peer group.  The next bullet point on Page | 01:00:52 |
| 21 |  | 13 says "The Investment Advisers' Personnel | 01:00:59 |
| 22 |  | and Methods."  Do you see that? | 01:01:04 |
| 23 | A. | Yes. | 01:01:06 |
| 24 | Q. | Over the time that you were a trustee for | 01:01:06 |
| 25 |  | the Magellan Fund the fund went up to as | 01:01:11 |

Page 295

| | | |
|---|---|---|
| 1 Q. | Any equity-based or equity-derived | 04:47:43 |
| 2 | securities that you know of? | 04:47:48 |
| 3 A. | Yes. | 04:47:49 |
| 4 Q. | Like what? | 04:47:53 |
| 5 A. | Funds that were run by the quants., | 04:47:54 |
| 6 | quantitative analysis funds and things of | 04:48:01 |
| 7 | that nature. | 04:48:03 |
| 8 Q. | Are those -- are those still stocks, or are | 04:48:04 |
| 9 | they -- | 04:48:08 |
| 10 A. | Funds. | 04:48:08 |
| 11 Q. | -- different -- are they equity funds? | 04:48:09 |
| 12 A. | It's a methodology for managing -- | 04:48:10 |
| 13 Q. | Okay. | 04:48:10 |
| 14 A. | -- the funds. | 04:48:13 |
| 15 Q. | It also talks about in this paragraph | 04:48:13 |
| 16 | "increasing compensation of fund managers | 04:48:18 |
| 17 | driven by fund performance and in response | 04:48:20 |
| 18 | to competitive pressures." | 04:48:21 |
| 19 | Were you aware that compensation to | 04:48:26 |
| 20 | the fund managers was going up -- | 04:48:28 |
| 21 A. | Yes. | 04:48:29 |
| 22 Q. | -- as assets were going up? | 04:48:29 |
| 23 A. | Yes. | 04:48:30 |
| 24 Q. | If I ask you to tell me what the manager of | 04:48:31 |
| 25 | the Magellan Fund made in any particular | 04:48:35 |

Page 296

| | | |
|---|---|---|
| 1 | year after 2002, would you tell me? | 04:48:37 |
| 2 A. | No. | 04:48:40 |
| 3 Q. | And why not? | 04:48:40 |
| 4 A. | Because I don't know. | 04:48:42 |
| 5 Q. | In your review of -- your regular 15(c) | 04:48:42 |
| 6 | review of the management contracts, would | 04:48:54 |
| 7 | you have any information of what the | 04:48:56 |
| 8 | portfolio managers make? | 04:48:56 |
| 9 A. | Not for the individual portfolio manager.  I | 04:48:56 |
| 10 | would have the information about the | 04:48:58 |
| 11 | expenses for the fund, for the portfolio | 04:49:00 |
| 12 | management, but not the portfolio | 04:49:05 |
| 13 | manager, for management services and | 04:49:08 |
| 14 | investment management. | 04:49:11 |
| 15 Q. | So I'm sorry, what exactly -- what | 04:49:12 |
| 16 | information would you have about | 04:49:15 |
| 17 | compensation? | 04:49:16 |
| 18 A. | The expenses related to the fund for | 04:49:16 |
| 19 | investment management and management | 04:49:20 |
| 20 | services. | 04:49:22 |
| 21 Q. | And that would include the portfolio | 04:49:22 |
| 22 | manager's compensation and what else? | 04:49:25 |
| 23 A. | Many other things.  Research, trading, all | 04:49:26 |
| 24 | of the management services that are provided | 04:49:30 |
| 25 | to the shareholder in relation to the funds. | 04:49:33 |

1       United States District Court

2       District of Massachusetts

3

4           I, Jessica L. Williamson, Registered,

5       Merit Reporter, Certified Realtime Reporter

6       and Notary Public in and for the

7       Commonwealth of Massachusetts, do hereby

8       certify that MARVIN L. MANN, the witness

9       whose deposition is hereinbefore set forth,

10      was duly sworn by me and that such

11      deposition is a true record of the testimony

12      given by the witness.

13          I further certify that I am neither

14      related to or employed by any of the parties

15      in or counsel to this action, nor am I

16      financially interested in the outcome of

17      this action.

18          In witness whereof, I have hereunto set

19      my hand and seal this 13th day of June,

20      2007.

21

22

23          Jessica L. Williamson, RMR, RPR, CRR

24          Notary Public, CSR No. 138795

25          My commission expires: 12/18/2009