No. 04-cv-11651-MLW (Lead Case)
No. 04-cv-11756-MLW (Consolidated Case)

# Memorandum In Support of Plaintiffs' Motion To Compel Production of Documents

## Exhibit 15 Part 1 of 2

## Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
### United States District Court for the District of Massachusetts
### Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Source | Recipient | Description of Redaction | CC | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00000303-BFMR_00000304 | 09/13/2001 | Memo | Fidelity | Board of Trustees Committee on Operations | | Redactions of legal advice re: regulatory requirements (Proposed Acquisition) p. 1 | Attorney-Client Communication |
| BFMR_00000315-BFMR_00000362 | 07/19/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Redemption fees) p.5; Redactions of legal advice re: regulatory requirement (Insurance and rule 17(g)-1) p. 14-15, 21 | Attorney-Client Communication |
| BFMR_00000367-BFMR_00000377 | 07/19/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Committee on Operations | | Redactions of legal advice re: regulatory requirements (Fund Insurance program) p.6-8 Redactions of legal advice re: regulatory requirement (Inter-fund lending) p.8-9; Redactions of legal advice re: regulatory requirements (Redemption fees) p. 10-11 | Attorney-Client Communication |
| BFMR_00000585-BFMR_00000589 | 09/12/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Increase of lending authority) p. 2; Redactions of legal advice re: regulatory requirements (Open funds) p. 3 | Attorney-Client Communication |
| BFMR_00000630-BFMR_00000640 | 09/20/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: pending regulatory investigation p.8-9; Redactions of legal advice re: pending litigation p. 9 | Attorney-Client Communication, Work Product |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Numbers | Date | Document Type | Author/Source | Addressee | Copiee | Redaction Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00000655-BFMR_00000656 | 09/19/2001 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory examination p.2 | Work Product, Attorney-Client Communication |
| BFMR_00000785-BFMR_00000819 | 10/18/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice: regulatory requirements (Liability insurance and rule 17(g)-1) p. 14-15 | Attorney-Client Communication |
| BFMR_00000823-BFMR_00000829 | 10/18/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (VIP value strategies) p.6 | Attorney-Client Communication |
| BFMR_00000834-BFMR_00000835 | 10/18/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Committee on Distribution Channels | | Redactions of legal advice re: regulatory requirements (Institutional Money Market Funds) p.1 | Attorney-Client Communication |
| BFMR_00001357-BFMR_00001396 | 11/15/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Restructured Insured Bonds) p.11-12 | Attorney-Client Communication |
| BFMR_00001399-BFMR_00001406 | 11/15/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Committee on Operations | | Redactions of legal advice re: pending litigation p. 8 | Work Product, Attorney-Client Communication |
| BFMR_00001418-BFMR_00001419 | 11/14/2001 | Minutes | Kenneth J. Berman, Esq. | Board of Trustees | | Redactions of legal advice re: discussions of insurance (Reinsurance Premiums) p.1 | Attorney-Client Communication |

2

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| BegDocID | Date | Document Type | Author/From | Recipient | Cc/Bcc | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| BFMR_00001926-BFMR_00001950 | 12/20/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of Discussions re: Insurance (Money Market Insurance) p.2; Redactions of Discussions re: Insurance (Purchase of Insurance Coverage) 6-7 | Attorney-Client Communication |
| BFMR_00001954-BFMR_00001960 | 12/20/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: pending litigation p.6 | Work Product, Attorney-Client Communication |
| BFMR_00001972-BFMR_00001978 | 12/20/2001 | Minutes | Richard Lavin | Board of Trustees Brokerage Committee | | Redaction of legal advice re: pending litigation p.1; Redactions of legal advice re: regulatory requirements (Affiliated brokers) p.3-4; Redactions of legal advice re: regulatory requirements (Commission rates and Rule 17e-1) p.4-6 | Work Product, Attorney-Client Communication |
| BFMR_00002217-BFMR_00002221 | 01/17/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Committee on Operations | | Redaction of legal advice re: regulatory requirements (Registration statements) p.3-4 | Attorney-Client Communication |
| BFMR_00002222-BFMR_00002223 | 01/17/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Fair Value Oversight Committee | | Redaction of legal advice re: regulatory requirements (Pricing and cash management) p.1 | Attorney-Client Communication |
| BFMR_00002224-BFMR_00002225 | 01/17/2002 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (SEC registration process) p.1-2 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Speaker | Recipient | Copyee | Basis of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00002674-BFMR_00002704 | 02/14/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Insurance and rule 17(g)-1) p 12 | Attorney-Client Communication |
| BFMR_00002708-BFMR_00002719 | 02/14/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Committee on Operations | | Redactions of legal advice re: regulatory requirements (Inter-fund trades) p.9, 10; Redactions of legal advice re: regulatory requirements (Affiliated Persons) p.10-11 | Attorney-Client Communication |
| BFMR_00002724-BFMR_00002731 | 02/14/2002 | Minutes | Richard Lavin | Board of Trustees Brokerage Committee | | Redactions of legal advice re: pending litigation p.1; Redactions of legal advice re: regulatory requirements (Equity commissions) p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00002869-BFMR_00002885 | 04/10/2002 | Minutes | Greg Merz, Eric D. Roiter, Esq | Board of Trustees Fund Oversight Committee | | Redactions of legal advice re: regulatory requirements (Sale of Investments) p.1-2; Redactions of legal advice re: pending litigation p.3-17 | Attorney-Client Communication, Work Product |
| BFMR_00003146-BFMR_00003148 | 03/14/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Committee on Distribution Channels | | Redactions of legal advice re: regulatory investigation p.2-3 | Work Product, Attorney-Client Communication |
| BFMR_00003149-BFMR_00003154 | 03/14/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Committee on Operations | | Redactions of legal advice re: pending litigation p.5 | Work Product, Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Range | Date | Document Type | Author/Sender | Recipient | Others | Privilege Redacted | Privilege |
|---|---|---|---|---|---|---|---|
| BFMR_00003437-BFMR_00003438 | 04/17/2002 | Minutes | Richard Lavin | Board of Trustees Brokerage Committee | | Redactions of legal advice re: regulatory investigation p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00003439-BFMR_00003446 | 04/18/2002 | Minutes | Brian Hourihan, Esq | Board of Trustees Fund Oversight Committee (Equity) | | Redactions of legal advice re: regulatory requirements (Report on Sale of Investments) p.5-6 | Attorney-Client Communication |
| BFMR_00003456-BFMR_00003467 | 04/18/2002 | Minutes | Eric D. Roiter, Esq | Board of Trustees Committee on Operations | | Redactions of legal advice re: regulatory investigation p.11-12 | Work Product, Attorney-Client Communication |
| BFMR_00003470-BFMR_00003471 | 04/17/2002 | Minutes | Woodrow Campbell, Esq | Board of Trustees | | Legal advice re: regulatory requirements (Investments) p.1-2 | Attorney-Client Communication |
| BFMR_00003631-BFMR_00003652 | 05/16/2002 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Insurance and Rule 17(g)-1) p.16-17 | Attorney-Client Communication |
| BFMR_00003653-BFMR_00003657 | 05/16/2002 | Minutes | David Potel, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Directed Brokerage) p.1-2; | Attorney-Client Communication |
| BFMR_00003658-BFMR_00003664 | 05/16/2002 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redaction of legal advice re: regulatory requirements (New Retail class) p.2-5 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Document | Date | Document Type | Author/Sender | Recipient | Copies | Privilege Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00003665-BFMR_00003671 | 05/16/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund Insurance Program) p.1-2; Redactions of legal advice re: regulatory examination. p.3-4; Redactions of legal advice re: regulatory requirements (Compliance Trading Errors) p.6-7 | Attorney-Client Communication, Work Product |
| BFMR_00003896-BFMR_00003932 | 06/20/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Insurance and Rule 17(g)-1) p.13-14 | Attorney-Client Communication |
| BFMR_00003936-BFMR_00003940 | 06/19/2002 | Minutes | David Potel, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Commission Rates) p.3 | Attorney-Client Communication |
| BFMR_00003957-BFMR_00003966 | 06/20/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Trustee Biographical Information) p.3 | Attorney-Client Communication |
| BFMR_00003968-BFMR_00003969 | 06/19/2002 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | | Redaction of legal advice re: regulatory requirements (Internal Policies and Procedures) p.2 | Attorney-Client Communication |
| BFMR_00004187-BFMR_00004269 | 07/18/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund Insurance and Rule 17(g)-1) p.21, 33-34, 44, 51-52 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/Source | Witness | Description | Notes | Privilege |
|---|---|---|---|---|---|---|---|
| BFMR_00004274- BFMR_00004276 | 07/17/2002 | Minutes | David Potel, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Revenue Sharing) p.2 | Attorney-Client Communication |
| BFMR_00004297- BFMR_00004298 | 07/18/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Pricing and cash management services) p.1 | Attorney-Client Communication |
| BFMR_00004532- BFMR_00004560 | 09/19/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redaction of legal advice re: regulatory requirements (Fund insurance and rule 17(g)-1) p. 15-16 | Attorney-Client Communication |
| BFMR_00004572- BFMR_00004580 | 09/19/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (SOX Act) p.7-8 | Attorney-Client Communication |
| BFMR_00004802- BFMR_00004803 | 11/06/2002 | Memo | Jody Forchheimer, Esq. Eric D. Roiter, Esq. | Board of Trustees Committee on Operations | | Redaction of legal advice re: pending litigation p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00004829- BFMR_00004830 | 10/17/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Fair Value Oversight Committee | | Redactions of legal advice re: regulatory requirements (Pricing and cash management services) p.1-2 | Attorney-Client Communication |
| BFMR_00004832- BFMR_00004833 | 10/17/2002 | Minutes | Kenneth Berman, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Prospectus disclosure language) p.2 | Attorney-Client Communication |

7

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author(s) | Recipient(s) | Copies | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| BFMR_00004834-BFMR_00004843 | 11/06/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: threatened regulatory investigation p 1-2. | Work Product, Attorney-Client Communication |
| BFMR_00005491-BFMR_00005492 | 12/11/2002 | Memo | Karen O'Toole, Eric D. Roiter, Esq. | Board of Trustees Committee on Operations | | Redactions of legal advice re: pending litigation p 1-2 | Work Product, Attorney-Client Communication |
| BFMR_00005518-BFMR_00005568 | 11/14/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: pending litigation p 5, 34; Redactions of legal advice re: regulatory requirements (Insurance and rule 17(g)-1) p 12-13, 21-22, 28-29). | Work Product, Attorney-Client Communication |
| BFMR_00005574-BFMR_00005586 | 11/14/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Committee on Operations | | Redaction of legal advice re: pending litigation p.10-11, 13 | Work Product, Attorney-Client Communication |
| BFMR_00007187-BFMR_00007189 | 12/19/2002 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Committee on Operations | | Redaction of legal advice re: pending litigation p.2-3 | Work Product, Attorney-Client Communication |
| BFMR_00007432-BFMR_00007475 | 01/16/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund Insurance Compliance with 17(g)-1) p.14-15 | Attorney-Client Communication |

8

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Beginning Bates Number | Date | Document Type | Author | Recipient | Privilege Basis | Redactions | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00007484-BFMR_00007490 | 01/16/2003 | Minutes | Eric D. Roiter, Esq. | Board of Directors Operations Committee | | Redactions of legal advice re: regulatory requirements (SEC Registration Process) p.5-6; Redactions of legal advice re: regulatory requirements (Report on SEC rule proposal) p. 6 | Attorney-Client Communication |
| BFMR_00007491-BFMR_00007491 | 01/16/2003 | Minutes | Eric D. Roiter, Esq. | Board of Directors Fair Value Oversight Committee | | Redactions of legal advice re: regulatory requirements (Ratification of Fair Value Committee Activities) p. 1 | Attorney-Client Communication |
| BFMR_00007975-BFMR_00007984 | 02/20/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Operations Committee | | Redactions of legal advice re: regulatory requirements (SEC Rule Making) p.9 | Attorney-Client Communication |
| BFMR_00007993-BFMR_00008000 | 02/20/2003 | Minutes | Stuart Fross, Esq. | Board of Trustees Brokerage and Distribution Committee | | Redaction of legal advice re: regulatory investigation p.1-2; | Work Product, Attorney-Client Communication |
| BFMR_00008323-BFMR_00008327 | 03/20/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Brokerage and Distribution Committee | | Redactions of legal advice re: regulatory requirements (Shareholder reports) p.3-5 | Attorney-Client Communication |
| BFMR_00008328-BFMR_00008330 | 03/20/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Combined Fund Oversight Committee | | Redaction of legal advice re: regulatory requirements (Fidelity Blue Chip Value Fund) p.1-2; Redactions of legal advice re: regulatory requirements (Advisor Share Classes) p.2-3 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Originator | Recipient | Copies | Basis/Reasons | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| BFMR_00008331-BFMR_00008336 | 03/20/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Operations Committee | | Redactions of legal advice re: pending litigation p.3 | Work Product, Attorney-Client Communication |
| BFMR_00008337-BFMR_00008337 | 03/20/2003 | Minutes | Eric D. Roiter, Esq. | Boar of Trustees Fair Value Oversight Committee | | Redactions of legal advice re: regulatory requirements (Fair value committee activities) p.1 | Attorney-Client Communication |
| BFMR_00008597-BFMR_00008647 | 04/17/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fidelity insurance and rule 17(g)-1) p.15, 22-23, 30-31 | Attorney-Client Communication, |
| BFMR_00036679-BFMR_00008682 | 04/16/2003 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Rule 12b-1 plan) p.1 | Attorney-Client Communication |
| BFMR_00008787-BFMR_00008787 | 06/11/2003 | Memo | Meg DiDonna, Stuart Fross, Esq | Board of Trustees Operations Committee | | Redactions of legal advice re: regulatory requirements (SEC registration process) p.1 | Attorney-Client Communication |
| BFMR_00008798-BFMR_00008805 | 05/15/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Operations Committee | | Redactions of legal advice re: regulatory requirements (Compliance and trading errors) p.4; Redactions of legal advice re: pending investigation p.7-8 | Attorney-Client Communication, Work Product |

10

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Sender | Recipient | Description | Cause | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00009149-BFMR_00009182 | 07/19/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.13, 22-23, | | Attorney-Client Communication |
| BFMR_00009188-BFMR_00009194 | 06/19/2003 | Minutes | Brian Hourihan, Esq | Board of Trustees Fund Oversight Committee | | Redactions of legal advice re: regulatory requirements (Shareholder votes) p.6 | | Attorney-Client Communication |
| BFMR_00009195-BFMR_00009205 | 06/19/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Operations Committee | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.7-11 | | Attorney-Client Communication |
| BFMR_00009217-BFMR_00009219 | 06/19/2003 | Minutes | Stuart Fross, Esq | Board of Trustees Brokerage and Distribution Committee | | Redactions of legal advice re: regulatory requirements (Rule 10b-3 procedures) | | Attorney-Client Communication |
| BFMR_00009381-BFMR_00009385 | 09/17/2003 | Memo | Fidelity | Board of Trustees Operations Committee | | Redactions of legal advice re: regulatory requirements (Late Trading and Market Timing) p.1-2 | | Attorney-Client Communication |
| BFMR_00009435-BFMR_00009439 | 09/17/2003 | Memo | Fidelity | Board of Trustees Operations Committee | | Redactions of legal advice re: regulatory requirements (Late Trading and Market Timing) p.1-2 | | Attorney-Client Communication |

11

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Numbers | Date | Document Type | Author/Sender | Recipient/Addressee | Witness | Copied | Privilege Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| BFMR_00009444-BFMR_00009518 | 07/17/2003 | Minutes | Eric D. Roiter, Esq. | | | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.23-24, 30-31, 37; Redactions of legal advice re: regulatory requirements (Fidelity bond coverage) p.43 | Attorney-Client Communication |
| BFMR_00009542-BFMR_00009558 | 07/17/2003 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees | | Redactions of legal advice re: regulatory requirement (Approval of the Fund insurance program) p.12-13; Redactions of legal advice re: regulatory requirements (Full out benefit) p.15-16 | Attorney-Client Communication |
| BFMR_00009559-BFMR_00009559 | 07/17/2003 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fair Value Committee Activities) p.1 | Attorney-Client Communication |
| BFMR_00009566-BFMR_00009572 | 07/16/2003 | Minutes | Woodrow Cambell, Esq. | | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance) p.2 | Attorney-Client Communication |
| BFMR_00009792-BFMR_00009843 | 09/18/2003 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.17-18, 25-26, 32-33, | Attorney-Client Communication |
| BFMR_00009849-BFMR_00009854 | 09/18/2003 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Operations Committee | | Redactions of legal advice re: regulatory investigation and pending litigation p.3-6 | Work Product, Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/Sender | Recipient | Copied | Privilege Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|
| BFMR_00009878-BFMR_00009881 | 09/17/2003 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Geode Proxy Voting Guidelines) p.2 | Attorney-Client Communication |
| BFMR_00010204-BFMR_00010210 | 10/16/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Operations Committee | | Redactions of legal advice re: pending litigation p.4; Redactions of legal advice re: regulatory requirements (Pricing and Cash Management Services) p.5-6; Redactions of legal advice re: regulatory requirements (Audit Service Fees)p. 6-7 | Work Product, Attorney-Client Communication |
| BFMR_00010211-BFMR_00010212 | 10/16/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fair Value Committee Activities) p.1-2 | Attorney-Client Communication |
| BFMR_00010217-BFMR_00010219 | 10/14/2003 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | | Redactions of legal advice re: pending litigation p. 1 | Work Product, Attorney-Client Communication |
| BFMR_00010220-BFMR_00010228 | 10/16/2003 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Insurance agreements) p.1; Redactions of legal advice re: pending regulatory investigations. p.1 | Attorney-Client Communication, Work Product |
| BFMR_00010888-BFMR_00010947 | 11/20/2003 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.14-15, 23-24, 32-33 | Attorney-Client Communication |

13

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author(s) | Recipient(s) | Subject | Description/Reason | Privilege Claim |
|---|---|---|---|---|---|---|---|
| BFMR_00010967-BFMR_00010969 | 11/06/2003 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees | | Redactions of legal advice re: regulatory investigations. p.1-3 | Work Product, Attorney-Client Communication |
| BFMR_00010970-BFMR_00010971 | 11/14/2003 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory inquiry p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00010972-BFMR_00010981 | 11/20/2003 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigation p.5. Redactions of legal advice re: pending litigation p.8-9 | Work Product, Attorney-Client Communication |
| BFMR_00010982-BFMR_00010983 | 11/26/2003 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Audit Committee | | Redactions of legal advice re: pending litigation p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00010984-BFMR_00010986 | 12/05/2003 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00010987-BFMR_00010995 | 11/20/2003 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Brokerage and Distribution Committee | | Redactions of legal advice re: regulatory requirements (Underwriting rules) p.8-9 | Attorney-Client Communication |
| BFMR_00012598-BFMR_00012598 | 01/07/2004 | Memo, Minutes | Stuart Fross, Esq. | | Board of Trustees Operations Com | | Redactions of legal advice re: pending litigation p.1 | Work Product, Attorney-Client Communication |

14

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Document Bates Number | Date | Document Type | Author/Source | Recipients | Copies | Basis of Privilege | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00012650-BFMR_00012656 | 12/18/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Combined Fund Oversight Committee | | Redactions of legal advice re: regulatory requirements (High Income Portfolios) p.3-6 | Attorney-Client Communication |
| BFMR_00012657-BFMR_00012659 | 12/12/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: pending litigation p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00012666-BFMR_00012668 | 12/19/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigation p.1-3; Redactions of legal advice re: pending litigations p.3 | Work Product, Attorney-Client Communication |
| BFMR_00012669-BFMR_00012670 | 12/30/2003 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: pending investigation p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00012671-BFMR_00012674 | 12/18/2003 | Minutes | Stuart Fross, Esq. | Board of Trustees Brokerage and Distribution Committee | | Redactions of legal advice re: regulatory requirements (Billing issues) p.3-4 | Attorney-Client Communication |
| BFMR_00012771-BFMR_00012776 | 01/07/2004 | Memo | Joe Mari, Bill Coffey, Esq | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations p.1 | Work Product, Attorney-Client Communication |
| BFMR_00013029-BFMR_00013075 | 01/15/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.11 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Sender | Witness | Contact | Reason for Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00013087-BFMR_00013094 | 01/15/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Operations Committee | | Redactions of legal advice re: regulatory investigation p.4-6; Redactions of legal advice re: pending litigation p.7 | Work Product, Attorney-Client Communication |
| BFMR_00013095-BFMR_00013096 | 01/15/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Fair Value Oversight Committee | | Redactions of legal advice re: regulatory requirements (Fair value committee activities) p.1 | Attorney-Client Communication |
| BFMR_00013097-BFMR_00013098 | 01/09/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00013099-BFMR_00013101 | 01/15/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigation p.2-3 | Work Product, Attorney-Client Communication |
| BFMR_00013108-BFMR_00013110 | 01/23/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations p.1-3 | Work Product, Attorney-Client Communication |
| BFMR_00013111-BFMR_00013113 | 01/30/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigation p.1-3 | Work Product, Attorney-Client Communication |
| BFMR_00013114-BFMR_00013116 | 02/06/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations p.1-3 | Work Product, Attorney-Client Communication |

16

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Source | Recipient | Content | Description of Redaction | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| BFMR_00013117-BFMR_00013118 | 01/15/2004 | Minutes | Stuart Fross, Esq. | Board of Trustees Brokerage and Distribution Committee | | Redactions of legal advice re: regulatory requirements (Fund advertising procedures) p.2 | Attorney-Client Communication |
| BFMR_00013653-BFMR_00013662 | 02/19/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Operations Committee | | Redactions of legal advice re: regulatory requirements (Late day trading) p.3; Redactions of legal advice re: regulatory requirements (SEC registration process) p.7 | Attorney-Client Communication |
| BFMR_00013671-BFMR_00013673 | 02/18/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigation p.1-2; Redactions of legal advice re: regulatory requirements (Wachovia software processing issues) p.2 | Attorney-Client Communication, Work Product |
| BFMR_00013677-BFMR_00013678 | 03/05/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustee Audit Committee | | Redactions of legal advice re: regulatory investigations. p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00013679-BFMR_00013685 | 02/19/2004 | Minutes | Fidelity | Board of Trustees Brokerage and Distribution Committee | | Redactions of legal advice re: regulatory requirements (2003 Lending Operations) p.4; Redactions of legal advice re: regulatory requirements (Rule 10f-3 transactions) p.6 | Attorney-Client Communication |
| BFMR_00014206-BFMR_00014208 | 03/18/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations p.1-2 | Work Product, Attorney-Client Communication |

17

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Source | Recipient | Subject | Basis of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00014209-BFMR_00014210 | 04/02/2004 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Audit Committee | Redactions of legal advice re: regulatory investigations p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00014211-BFMR_00014213 | 03/18/2004 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Fair Value Oversight Committee | Redactions of legal advice re: regulatory requirements (Oversight committee activities) p.2-3 | Attorney-Client Communication |
| BFMR_00014214-BFMR_00014222 | 03/18/2004 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Operations Committee | Redactions of legal advice re: regulatory investigation p.3; Redactions of legal advice re: pending litigation p.6-9 | Work Product, Attorney-Client Communication |
| BFMR_00014482-BFMR_00014482 | 05/20/2004 | Minutes | Fidelity | | Board of Trustees Operations Com | Redactions of legal advice re: pending litigation p.1 | Work Product, Attorney-Client Communication |
| BFMR_00014663-BFMR_00014664 | 04/14/2004 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Audit Committee | Redactions of legal advice re: regulatory investigations p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00014669-BFMR_00014671 | 04/30/2004 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Audit Committee | Redactions of legal advice re: regulatory investigations p.1-3 | Work Product, Attorney-Client Communication |
| BFMR_00014878-BFMR_00014879 | 05/20/2004 | Minutes | Eric D. Roiter, Esq. | | Board of Trustees Audit Committee | Redactions of legal advice re: regulatory investigations p.1-2 | Work Product, Attorney-Client Communication |

18

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| BegBates / EndBates | Date | Document Type | Author/Speaker | Recipients | Copyees | Privilege Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00014880-BFMR_00014881 | 06/04/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00014888-BFMR_00014892 | 05/20/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Combined Fund Oversight Committee | | Redactions of legal advice re: regulatory requirements (Filings for High Income Funds) p.2-3; Redactions of legal advice re: regulatory requirements (SEC holding disclosure rule update) p.3-4 | Attorney-Client Communication |
| BFMR_00014893-BFMR_00014902 | 05/20/2004 | Minutes | Erick D. Roiter, Esq. | Board of Trustees Operations Committee | | Redactions of legal advice re: regulatory requirements (Reimbursements) p.4; Redactions of legal advice re: pending litigation p.5; Redactions of legal advice re: regulatory requirements (12b-1 fees) p.5-6; Redactions of legal advice re: regulatory requirements (Update on Fund insurance program) p.9-10 | Attorney-Client Communication, Work Product |
| BFMR_00015241-BFMR_00015265 | 06/17/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.13-14 | Attorney-Client Communication |
| BFMR_00015266-BFMR_00015269 | 06/16/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Ad Hoc Committee on Compliance | | Redactions of legal advice re: regulatory requirements (Compensation programs) p.2 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/Sender | Recipient | Copyee | Privilege Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00015270-BFMR_00015273 | 06/30/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Ad Hoc Committee on Compliance Program | | Redactions of legal advice re: regulatory requirements (Fund's 38a-1 policies) p.1-2 | Attorney-Client Communication |
| BFMR_00015284-BFMR_00015295 | 06/17/2004 | Minutes | Eric D. Roiter, Esq. | Board of Directors Operations Committee | | Redactions of legal advice re: regulatory requirements (Fund insurance program) p.9 | Attorney-Client Communication |
| BFMR_00015296-BFMR_00015297 | 06/16/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations. p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00015303-BFMR_00015304 | 07/02/2004 | Minutes | Scott Goebel, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations. p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00015306-BFMR_00015308 | 06/17/2004 | Minutes | Scott Fross, Esq. | Board of Trustees Brokerage and Distribution Committee | | Redactions of legal advice re: regulatory requirements (Rule 17e-1 procedures) p.1-2; Redactions of legal advice re: regulatory requirements (Purchased securities) p. 2 | Attorney-Client Communication |
| BFMR_00015441-BFMR_00015489 | 09/03/2004 | Minutes | Fidelity | Board of Trustees | | Redactions of legal advice re: regulatory requirements (38a-1 Policies) p.2, 29, 30-31, 37-38, 47-49; Redactions of legal advice re: regulatory requirements (Employee Compensation) p.34 | Attorney-Client Communication |

20

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Source | Recipient | Privilege Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| BFMR_00015567-BFMR_00015658 | 07/15/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory investigations (Fund's insurance program and rule 17(g)-1) p.15, 23, 21-32, | Attorney-Client Communication |
| BFMR_00015659-BFMR_00015665 | 07/14/2004 | Minutes | Kenneth J. Berman, Esq. | Board of Trustees Ad Hoc Committee on Compliance | Redactions of legal advice re: regulatory requirements (38a-1 compliance procedures) p.7 | Attorney-Client Communication |
| BFMR_00015666-BFMR_00015667 | 07/28/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Ad Hoc Committee on Compliance | Redactions of legal advice re: regulatory requirements (38a-1 compliance procedures) p.1-2 | Attorney-Client Communication |
| BFMR_00015668-BFMR_00015674 | 08/18/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Ad Hoc Committee on Compliance | Redactions of legal advice re: regulatory requirements (38a-1 compliance procedures) p.3, 6-7 | Attorney-Client Communication |
| BFMR_00015675-BFMR_00015675 | 09/01/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Ad Hoc Committee on Compliance | Redactions of legal advice re: regulatory requirements (38a-1 compliance procedures) p.1 | Attorney-Client Communication |
| BFMR_00015679-BFMR_00015686 | 07/15/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Operations Committee | Redactions of legal advice re: regulatory requirements (Fund of Fund Order and Exemptive Relief) p.4; Redactions of legal advice re: regulatory requirements (Other Foreign Asset matters) p.7 | Attorney-Client Communication |

21

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Beginning Bates Number | Date | Document Type | Author/Speaker | Recipient | Privilege Description | Notes | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00015687-BFMR_00015688 | 07/14/2004 | Minutes | Eric D. Roiter, Esq | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigation p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00015689-BFMR_00015694 | 07/15/2004 | Minutes | Eric D. Roiter, Esq | Board of Trustees Audit Committee | | Redactions of legal advice re: pending litigation p.6 | Work Product, Attorney-Client Communication |
| BFMR_00015696-BFMR_00015697 | 08/13/2004 | Minutes | Eric D. Roiter, Esq | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations p.1-2 | Work Product, Attorney-Client Communication |
| BFMR_00015698-BFMR_00015699 | 09/03/2004 | Minutes | Eric D. Roiter, Esq | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations p.1 | Work Product, Attorney-Client Communication |
| BFMR_00015706-BFMR_00015708 | 07/14/2004 | Minutes | Kenneth Berman, Esq | Board of Trustees | | Redactions of legal advice re: regulatory investigations p.3 | Work Product, Attorney-Client Communication |
| BFMR_00016003-BFMR_00016045 | 09/16/2004 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance and rule 17(g)-1) p.19-20, 32-33 | Attorney-Client Communication |
| BFMR_00016046-BFMR_00016049 | 10/01/2004 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (38a-1 policies) p.1-2 | Attorney Client Communication |

22

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Source | Recipient | CC/Other | Privilege Summary | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| BFMR_00016050-BFMR_00016055 | 09/15/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (38a-1 compliance procedures) p.3, 5-6 | Attorney-Client Communication |
| BFMR_00016056-BFMR_00016095 | 09/29/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Ad Hoc Committee | | Redactions of legal advice re: regulatory requirements (38a-1 compliance procedures) p.1-2, 4, 6-8, 11, 14-15, 24-27, 29, 32-34, 37-40 | Attorney-Client Communication |
| BFMR_00016098-BFMR_00016104 | 09/16/2004 | Minutes | Stuart Fross, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Personal investments of by independent board members) p.6; Redactions of legal advice re: regulatory requirements (Proxy voting disclosure matters) p.7 | Attorney-Client Communication |
| BFMR_00016112-BFMR_00016118 | 09/16/2004 | Minutes | Scott Goebel, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (SOX certifications) p.2 | Attorney-Client Communication |
| BFMR_00016119-BFMR_00016119 | 10/08/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees Audit Committee | | Redactions of legal advice re: regulatory investigations p.1 | Work Product, Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/Sender | Recipient | Copies | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| BFMR_00016120-BFMR_00016122 | 09/15/2004 | Minutes | Stuart Fross, Esq. | Shareholder Services, Brokerage & Distribution Committee | | Redaction of legal advice re: regulatory requirements (Selective Disclosure of Portfolio Holdings) p.1, Redactions of legal advice re: regulatory requirements (Disclosure on Fair Valuation ) p. 1-2, Redactions of legal advice re: regulatory requirements (Disclosure and Policies on Redemption Fees) p. 2; Redaction of legal advice re: regulatory requirements (Disclosure and Policies on Market Timing) p. 3 | Attorney-Client Communication |
| BFMR_00016123-BFMR_00016128 | 09/16/2004 | Minutes | Stuart Fross, Esq. | Shareholder Services, Brokerage & Distribution Committee | | Redaction of legal advice re: regulatory requirements (Rule 10f-3 transactions) p. 2 | Attorney-Client Communication |
| BFMR_00016369-BFMR_00016370 | 11/10/2004 | Memo | John McGinty, Esq. | Board of Trustees Fund Oversight Committee | | Redactions of legal advice re: regulatory requirements (Amendment to Low-Priced Stock Fund Purchase Restrictions) p. 1-2 | Attorney-Client Communication |
| BFMR_00016441-BFMR_00016443 | 10/20/2004 | Minutes | Eric D. Roiter, Esq. | Ad Hoc Committee on Compliance Program | | Redaction of legal advice re: regulatory requirements (Fund Compliance Program) p. 2 | Attorney-Client Communication |
| BFMR_00016444-BFMR_00016448 | 10/20/2004 | Minutes | Eric D. Roiter, Esq | Audit Committee | | Redaction of legal advice re: regulatory requirements (Shareholder Disclosures and Delivery) p. 3 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/Speaker | Witness | Privilege Claimed | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_00016449-BFMR_00016449 | 11/05/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redaction of legal advice re: regulatory requirements and investigations  p. 1 | Attorney-Client Communication Work Product |
| BFMR_00016899-BFMR_00016929 | 11/18/2004 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Insurance Coverage) p. 14-15, p. 26; Redaction of legal advice re: regulatory requirements (Liability Insurance) p. 30 | Attorney-Client Communication |
| BFMR_00016931-BFMR_00016932 | 11/17/2004 | Minutes | Eric D. Roiter, Esq. | Ad Hoc Committee on Compliance Program | Redactions of legal advice re: regulatory requirements (Rule 38a-1) p. 1, Redactions of legal advice re: regulatory requirements (Gifts and gratuities policies) p. 2 | Attorney-Client Communication |
| BFMR_00016933-BFMR_00016938 | 11/17/2004 | Minutes | Stuart Fross,  Esq. | Shareholder Services, Brokerage & Distribution Committee | Redactions of legal advice re: regulatory requirements (Rule 10f-3 transactions) p. 4, Redactions of legal advice re: regulatory requirements (Rule 17e-1) p. 5, Redactions of legal advice re: regulatory requirements (Report on Developments relating to Contractual Plans) p. 6 | Attorney-Client Communication |

25