No. 04-cv-11651-MLW (Lead Case)
No. 04-cv-11756-MLW (Consolidated Case)

# Memorandum In Support of Plaintiffs' Motion To Compel Production of Documents

## Exhibit 15 Part 2 of 2

## Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
## United States District Court for the District of Massachusetts
## Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/From | Audience | Type of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_00016949-BFMR_00016958 | 11/18/2004 | Minutes | Eric D. Roiter, Esq. | Operations Committee | Redactions of legal advice re: regulatory requirements (Insurance item ) p. 8-9; Redactions of legal advice re: regulatory requirements (Report on Insurance Industry Development) p. 9-10 | Attorney-Client Communication |
| BFMR_00016967-BFMR_00016968 | 11/17/2004 | Minutes | Woodrow Campbell, Esq. | Disinterested Trustees | Redactions of legal advice re: regulatory requirements (Fund's D & O Policy) p. 1; Redactions of legal advice re: pending litigation p. 1. Redactions of legal advice re: regulatory investigations p. 2 | Attorney-Client Communication, Work Product |
| BFMR_0001707+-BFMR_00017106 | 01/12/2005 | Memo | Ken Rathgeber | Board of Trustees Ad Hoc Committee on Compliance Program | Redactions of legal advice re: regulatory requirements (Draft Compliance Program Document) p. 1 | Attorney-Client Communication |
| BFMR_0001718+-BFMR_00017185 | 12/06/2004 | Memo | Eric D. Roiter, Esq. | Audit Committee | Redactions of legal advice re: regulatory requirements (Update on Information Inquiries) p. 1-2 | Attorney-Client Communication |
| BFMR_0001718b-BFMR_00017187 | 12/10/2004 | Minutes | Eric D. Roiter, Esq. | Audit Committee | Redactions of legal advice re: regulatory requirements (Discussion of current policies) p. 1-2 | Attorney-Client Communication |
| BFMR_00017195-BFMR_00017196 | 12/23/2004 | Minutes | Eric D. Roiter, Esq. | Audit Committee | Redactions of legal advice re: regulatory requirements (Fidelity's current gift and entertainment policy) p. 1-2 | Attorney-Client Communication |

## Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
## United States District Court for the District of Massachusetts
## Redacted Document Draft Privilege Log

| Beginning/Ending Bates | Date | Document Type | Author/Recipient | Addressee | CC | Description of Redaction | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| BFMR_00017197-BFMR_00017198 | 12/09/2004 | Memo | Eric D. Roiter, Esq. | Ad Hoc Committee on Compliance Program | | Redaction of legal advice re: regulatory requirements and investigations p. 1; Redaction of legal advice re regulatory requirements (Rule 38a-1) p. 2 | Attorney-Client Communication, Work Product |
| BFMR_00017199-BFMR_00017200 | 01/07/2005 | Minutes | Eric D. Roiter, Esq. | Ad Hoc Committee on Compliance Program | | Redaction of legal advice re: regulatory requirements and investigations, p. 1-2 | Attorney-Client Communication, Work Product |
| BFMR_00017203-BFMR_00017205 | 12/16/2004 | Minutes | Eric D. Roiter, Esq | Combined Fund Oversight Committee | | Redactions of legal advice re: regulatory requirements (Compensation Disclosure) p. 3 | Attorney-Client Communication |
| BFMR_00017206-BFMR_00017208 | 12/16/2004 | Minutes | Eric D. Roiter, Esq | Operations Committee | | Redactions of legal advice re: regulatory requirements (Independent chairman report ) p. 2; Redactions of legal advice re: regulatory requirement (Shareholder issues) p. 3 | Attorney-Client Communication |
| BFMR_00017210-BFMR_00017235 | 12/16/2004 | Minutes | Woodrow Campbell, Esq. | Disinterested Trustees | | Redactions of legal advice re: regulatory requirements (Employee Ethics issue)p. 1 | Attorney-Client Communication |
| BFMR_00017432-BFMR_00017442 | 07/12/2000 | Memo | Fidelity | Independent Trustees | | Redactions of legal advice re: regulatory requirements (Rule 12b-1) p. 2 | Attorney-Client Communication |
| BFMR_00017887-BFMR_00017888 | 01/19/2005 | Minutes | Woodrow Campbell, Esq. | Ad Hoc Committee on Compliance Program | | Redactions of legal advice re: regulatory investigation p. 1-2 | Work Product, Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Recipient | Source | Description of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_0017889-BFMR_0017890 | 02/04/2005 | Minutes | Eric D. Roiter, Esq. | Ad Hoc Committee on Compliance Program | Redactions of legal advice re: regulatory requirements (Equity Trading Desk Management Plan) p. 1; Redactions of legal advice re: regulatory investigation p. 1-2 | Attorney-Client Communication, Work Product |
| BFMR_0017897-BFMR_0017903 | 01/20/2005 | Minutes | Eric D. Roiter, Esq. | Operations Committee | Redactions of legal advice re: regulatory requirements (Investor Share VIP Funds) p. 4; Redactions of legal advice re: regulatory requirements (SEC Registration Process) p. 5-6; Redactions of legal advice re: regulatory requirements and pending litigation p. 7 | Attorney-Client Communication, Work Product |
| BFMR_0017914-BFMR_0017916 | 01/20/2005 | Minutes | Stuart Fross, Esq. | Shareholder Services, Brokerage & Distribution Committee | Redactions of legal advice re: regulatory requirements (Advertising Procedures) p. 1 | Attorney-Client Communication |
| BFMR_0017917-BFMR_0017917 | 01/19/2005 | Minutes | Woodrow Campbell, Esq. | Governance and Nominating Committee | Redactions of legal advice re: regulatory requirements (Insurance revisions) p. 1; Redactions of legal advice re: regulatory investigation p. 1 | Attorney-Client Communication |
| BFMR_0017918-BFMR_0017919 | 01/19/2005 | Minutes | Woodrow Campbell, Esq. | Disinterested Trustees | Redactions of legal advice re: pending litigations p. 1; Redactions of legal advice re: regulatory requirements (Insurance revisions) p. 2; Redactions of legal advice re: regulatory investigation p. 2; Redactions of legal advice re: regulatory requirements p. 2 | Attorney-Client Communication, Work Product |

28

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Beginning Number | Date | Document Type | Author/From | Addressee | Basis of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_0017920-BFMR_0017931 | 02/16/2005 | Minutes | Fidelity | Board of Trustees | Redactions of legal advice re: regulatory requirements (Compliance Program Status Report) p. 1-4 | Attorney-Client Communication |
| BFMR_0018002-BFMR_0018010 | 03/09/2005 | Minutes | Fidelity | Board of Trustees | Redactions of legal advice re: regulatory requirements (Future of Contractual Plans) p. 2 | Attorney-Client Communication |
| BFMR_0018011-BFMR_0018016 | 03/09/2005 | Minutes | Fidelity | Board of Trustees | Redactions of legal advice re: regulatory requirements (Fund Legal Expenses) p. 1-2 | Attorney-Client Communication |
| BFMR_0018236-BFMR_0018242 | 03/09/2005 | Memo | Fidelity | Board of Trustees | Redactions of legal advice re: regulatory requirements (Future sales of Contractual Plans) p. 2 | Attorney-Client Communication |
| BFMR_0018373-BFMR_0018373 | 02/28/2005 | Minutes | Eric D. Roiter, Esq. | Ad Hoc Committee on Compliance | Redactions of legal advice re: regulatory investigations p. 1 | Work Product, Attorney-Client Communication |
| BFMR_0018374-BFMR_0018375 | 03/04/2005 | Minutes | Eric D. Roiter, Esq. | Ad Hoc Committee on Compliance | Redactions of legal advice re: regulatory investigation p. 1-2 | Work Product, Attorney-Client Communication |
| BFMR_0018382-BFMR_0018389 | 02/17/2005 | Minutes | Eric D. Roiter, Esq. | Operations Committee | Redactions of legal advice re: regulatory investigation p. 2 Redactions of legal advice re: regulatory investigations p. 6-7 | Work Product, Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/Sender | Affiliate | Addressee | Privilege Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00018396-BFMR_00018401 | 02/17/2005 | Minutes | Stuart Foss, Esq. | Shareholder Services, Brokerage & Distribution Committee | | Redactions of legal advice re: regulatory requirements (Equity Commissions) p. 1-2; Redactions of legal advice re: regulatory requirements (Execution Quality) p. 2-3; Redactions of legal advice re: regulatory requirements (Administrative Issues) p. 4; Redactions of legal advice re: regulatory requirements (FCM Transaction) p. 5; Redactions of legal advice re: regulatory requirements (Rule 10f-3 transactions) p. 6 | Attorney-Client Communication |
| BFMR_00018402-BFMR_00018402 | 02/16/2005 | Minutes | Woodrow Campbell, Esq. | Governance and Nominating Committee | | Redactions of legal advice re: regulatory investigation  p. 1 | Work Product; Attorney-Client Communication |
| BFMR_00018403-BFMR_00018404 | 02/16/2005 | Minutes | Woodrow Campbell, Esq. | Disinterested Trustees | | Redactions of legal advice re: pending litigation p. 1; Redactions of legal advice re: regulatory requirements and investigation p. 2 | Attorney-Client Communication; Work Product |
| BFMR_00018615-BFMR_00018648 | 03/17/2005 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Insurance Coverage) p. 12-13 | Attorney-Client Communication |

30

## Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
## United States District Court for the District of Massachusetts
## Redacted Document Draft Privilege Log

| Document No. | Date | Document Type | Author/Creator | Audience | Limited Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_00018649-BFMR_00018651 | 03/16/2005 | Minutes | Eric D. Roiter, Esq | Ad Hoc Committee on Compliance Program | Redactions of legal advice re: regulatory requirements (Low-Priced Stock Fund Closure) p. 2-3; Redactions of legal advice re: regulatory requirements (Update on Regulatory Inquiries) p. 3 | Attorney-Client Communication |
| BFMR_00018652-BFMR_00018653 | 04/08/2005 | Minutes | Scott Goebel, Esq | Ad Committee on Compliance Program | Redactions of legal advice re: regulatory investigation p. 1-2 | Work Product, Attorney-Client Communication |
| BFMR_00018654-BFMR_00018659 | 03/17/2005 | Minutes | Eric D. Roiter, Esq | Fund Oversight Committee | Redactions of legal advice re: regulatory requirements p. 5-6 | Attorney-Client Communication |
| BFMR_00018660-BFMR_00018666 | 03/17/2005 | Minutes | Woodrow Campbell, Esq. | Operations Committee | Redactions of legal advice re: regulatory requirements (Rule 12b-1 Plans) p. 3; Redactions of legal advice re: regulatory requirements (Advisory Contract Approval Disclosure and Fidelity Europe Fund) p. 4-5 | Attorney-Client Communication |
| BFMR_00018675-BFMR_00018681 | 03/17/2005 | Minutes | Stuart Fross, Esq | Shareholder Services, Brokerage & Distribution Committee | Redactions of legal advice re: regulatory requirements (Transfer Fee Issue) p. 4; Redactions of legal advice re: regulatory requirements (Excessive Trading Policies) p. 6-7 | Attorney-Client Communication |
| BFMR_00018686-BFMR_00018687 | 03/16/2005 | Minutes | Woodrow Campbell, Esq. | Disinterested Trustees | Redactions of legal advice re: regulatory investigation p. 1 | Work Product, Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production # | Date | Document Type | Author/Sender | Audience | Description of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_00019193-<br>BFMR_00019194 | 04/21/2005 | Minutes | Eric D. Roiter, Esq. | Ad Hoc Committee on Compliance Program | Redactions of legal advice re: regulatory requirements and pending litigation p.1 | Attorney-Client Communication, Work Product |
| BFMR_00019195-<br>BFMR_00019200 | 04/21/2005 | Minutes | Eric D. Roiter, Esq. | Operations Committee | Redactions of legal advice re: regulatory requirements and pending litigation p. 5-6; Redactions of legal advice re: regulatory requirements (NYSE and Archipelago Exchange Merger) p. 6 | Attorney-Client Communication, Work Product |
| BFMR_00019205-<br>BFMR_00019205 | 05/11/2005 | Memo | Shearman & Sterling | Board of Trustees | Redactions of legal advice re: regulatory requirements (Monthly Disclosure Update) p.1 | Attorney-Client Communication |
| BFMR_00019665-<br>BFMR_00019667 | 05/18/2005 | Minutes | Eric D. Roiter, Esq. | Ad Hoc Committee on Compliance Program | Redactions of legal advice re: regulatory requirements (Fidelity Equity Trading) p. 2-3 | Attorney-Client Communication |
| BFMR_00019675-<br>BFMR_00019677 | 05/18/2005 | Minutes | Stuart Fross, Esq. | Shareholder Services, Brokerage & Distribution Committee | Redactions of legal advice re: regulatory requirements (Security Lending Program) p. 1-2; Redactions of legal advice re: regulatory requirements (Shareholder Reports) 2-3 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/Recipient | Attendees | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_0019083-BFMR_00019095 | 05/19/2005 | Minutes | Eric D. Roiter, Esq. | Operations Committee | Redactions of legal advice re: regulatory requirements (Distribution and Franchise Agreements) p. 4-5; Redactions of legal advice re: regulatory requirements (Registration Statement Disclosure) p.7 | Attorney-Client Communication |
| BFMR_00020078-BFMR_00020119 | 06/16/2005 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Insurance Coverage) p. 12-13, 25-26 | Attorney-Client Communication |
| BFMR_00020122-BFMR_00020125 | 06/15/2005 | Minutes | Eric D. Roiter, Esq. | Compliance Committee | Redactions of legal advice re: regulatory investigation p. 3, 4 | Work Product, Attorney-Client Communication |
| BFMR_00020133-BFMR_00020135 | 06/16/2005 | Minutes | Eric D. Roiter, Esq. | Audit Committee | Redactions of legal advice re: regulatory requirements (Executive Session with FAS) p. 3 | Attorney-Client Communication |
| BFMR_00020139-BFMR_00020146 | 06/16/2005 | Minutes | Stuart Fross, Esq. | Shareholder Services, Brokerage & Distribution Committee | Redactions of legal advice re: regulatory requirements (Class A Loads) p. 2 | Attorney-Client Communication |
| BFMR_00020147-BFMR_00020151 | 06/16/2005 | Minutes | Eric D. Roiter, Esq. | Operations Committee | Redactions of legal advice re: regulatory requirements (Fund's Insurance Program) p. 4-5 | Attorney-Client Communication |
| BFMR_00020153-BFMR_00020154 | 06/15/2005 | Minutes | Woodrow Campbell, Esq. | Independent Trustees | Redactions of legal advice re: regulatory investigation (Update) p. 1 | Work Product, Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Document Number | Date | Document Type | Sender/Author | Audience | Basis of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_00020244- BFMR_00020246 | 09/07/2005 | Memo | Fidelity | Board of Trustees Audit Committee | Redactions of legal advice re: regulatory requirements (Form N-CSR filings) p. 1 | Attorney-Client Communication |
| BFMR_00020461- BFMR_00020467 | 07/21/2005 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Professional Liability/Management Liability/Bond Insurance Program) p. 22-23, 32, 43 | Attorney-Client Communication |
| BFMR_00020568- BFMR_00020573 | 07/20/2005 | Minutes | Eric D. Roiter, Esq. | Audit Committee | Redactions of legal advice re: regulatory requirements (Ultra-Short Bond Fund) p. 5; Redactions of legal advice re: regulatory requirements (Late Processing Issue) p. 6 | Attorney-Client Communication |
| BFMR_00020574- BFMR_00020579 | 07/20/2005 | Minutes | Stuart Fross, Esq. | Shareholder Services, Brokerage & Distribution Committee | Redactions of legal advice re: regulatory requirements (SEC Exemptive Application for Funds of Funds) p. 3; Redactions of legal advice re: regulatory requirements (Front-End Sales Load Calculations) p. 5-6 | Attorney-Client Communication |
| BFMR_00020580- BFMR_00020581 | 07/20/2005 | Minutes | Eric D. Roiter, Esq. | Compliance Committee | Redactions of legal advice re: regulatory investigation p. 1; Redactions of legal advice re: regulatory requirements (Update on Other Regulatory Matters) p. 1 | Attorney-Client Communication, Work Product |

## Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
### United States District Court for the District of Massachusetts
### Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/Originator | Offices | Reason for Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_00020593-BFMR_00020598 | 07/21/2005 | Minutes | Eric D. Roiter, Esq | Operations Committee | Redactions of legal advice re: regulatory requirements (Money Market and Bond Funds) p. 4 | Attorney-Client Communication |
| BFMR_00020602-BFMR_00020602 | 07/20/2005 | Minutes | Kenneth J. Berman, Esq. | Governance and Nominating Committee | Redactions of legal advice re: regulatory investigation p. 1 | Work Product, Attorney-Client Communication |
| BFMR_00021043-BFMR_00021043 | 10/12/2005 | Memo | Fidelity | Board of Trustees Operations Committee | Redactions of legal advice re: pending litigation p. 1 | Work Product, Attorney-Client Communication |
| BFMR_00021194-BFMR_00021195 | 09/08/2005 | Minutes | Eric D. Roiter, Esq | Equity Contract Committee | Redactions of legal advice re: regulatory requirements (Equity Funds) p. 1 | Attorney-Client Communication |
| BFMR_00021196-BFMR_00021196 | 09/15/2005 | Minutes | Eric D. Roiter, Esq | Equity Contract Committee | Redactions of legal advice re: regulatory investigation p.1 | Work Product, Attorney-Client Communication |
| BFMR_00021204-BFMR_00021207 | 09/15/2005 | Minutes | Scott Goebel, Esq | Audit Committee | Redactions of legal advice re: regulatory requirements (Audit Committee Charter) p.2; Redactions of legal advice re: regulatory requirements (Form N-CSR) p.4 | Attorney-Client Communication |
| BFMR_00021211-BFMR_00021216 | 09/15/2005 | Minutes | Stuart Fross, Esq | Shareholder Services, Brokerage & Distribution Committee | Redactions of legal advice re: regulatory requirements (Rule 10f-3 transactions) p 3 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Application Number | Date | Document Type | Author/Recipient | Audience | CC | Basis of redaction | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00021219-BFMR_00021219 | 09/15/2005 | Minutes | Eric D. Roiter, Esq | Compliance Committee | | Redactions of legal advice re: regulatory investigation p.1 | Work Product, Attorney-Client Communication |
| BFMR_00021220-BFMR_00021220 | 09/23/2005 | Minutes | Eric D. Roiter, Esq | Compliance Committee | | Redactions of legal advice re: regulatory investigation p.1 | Work Product, Attorney-Client Communication |
| BFMR_00021221-BFMR_00021222 | 09/15/2005 | Minutes | Eric D. Roiter, Esq | Operation Committee | | Redactions of legal advice re: regulatory requirements p.1 | Attorney-Client Communication |
| BFMR_00021224-BFMR_00021224 | 09/14/2005 | Minutes | Kenneth J. Berman, Esq. | Governance and Nominating Committee | | Redactions of legal advice re: regulatory investigation p.1 | Work Product, Attorney-Client Communication |
| BFMR_00021225-BFMR_00021226 | 09/14/2005 | Minutes | Woodrow Campbell, Esq. | Independent Trustees | | Redactions of legal advice re: regulatory investigation p.1 | Work Product, Attorney-Client Communication |
| BFMR_00021668-BFMR_00021709 | 10/20/2005 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Professional Liability/Management Liability/Bond Insurance Program) p.9 | Attorney-Client Communication |
| BFMR_00021710-BFMR_00021712 | 10/14/2005 | Minutes | Eric D. Roiter, Esq | Equity Contract Committee | | Redactions of legal advice re: regulatory requirements and pending litigation p.3 | Attorney-Client Communication, Work Product |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/From | Addressee | Contents | Privilege Claimed |
|---|---|---|---|---|---|---|
| BFMR_00021713-BFMR_00021720 | 10/19/2005 | Minutes | Scott Goebel, Esq | Audit Committee | Redactions of legal advice re: regulatory requirements (Other Litigation matters) p. 8 | Attorney-Client Communication |
| BFMR_00021721-BFMR_00021725 | 10/20/2005 | Minutes | Stuart Fross, Esq | Shareholder Services, Brokerage & Distribution Committee | Redactions of legal advice re: regulatory requirements (Update on Equity Trading and Lehman Commission Program) p. Redactions of legal advice re: regulatory requirements (Load Waiver for Advisor Fund Class A Purchases) p. 2. Redactions of legal advice re: regulatory requirements (Modifications to Redemption Fee Policies) p. 4 | Attorney-Client Communication |
| BFMR_00021726-BFMR_00021727 | 10/20/2005 | Minutes | Eric D. Roiter, Esq | Compliance Committee | Redactions of legal advice re: regulatory inquiries  p.1 | Work Product, Attorney-Client Communication |
| BFMR_00021730-BFMR_00021731 | 10/20/2005 | Minutes | Eric D. Roiter, Esq | Operations Committee | Redactions of legal advice re: regulatory requirements pending litigation p.1-2 | Attorney-Client Communication, Work Product |
| BFMR_00021734-BFMR_00021735 | 10/19/2005 | Minutes | Kenneth J. Berman, Esq | Governance and Nominating Committee | Redactions of legal advice re: regulatory investigation p.1; Redactions of legal advice re: regulatory requirements (Status of the project to review Board materials) p.2 | Attorney-Client Communication, Work Product |

Case 1:04-cv-11651-MLW    Document 73-12    Filed 06/21/2007    Page 14 of 24

## Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
## United States District Court for the District of Massachusetts
## Redacted Document Draft Privilege Log

| Document No. | Date | Document Type | Author/Signer | Addressee | Groups | Redacted Content | Privileges Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00021736-BFMR_00021737 | 10/19/2005 | Minutes | Kenneth J. Berman, Esq | Independent Trustees | | Redactions of legal advice re: regulatory investigation p.1. Redactions of legal advice re: regulatory requirements (Status of project to review Board materials) p.1 | Attorney-Client Communication, Work Product |
| BFMR_00021766-BFMR_00021800 | 11/17/2005 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: threatened litigation p. 6, 19 | Work Product, Attorney-Client Communication |
| BFMR_00022209-BFMR_00022217 | 11/16/2005 | Minutes | Stuart Fross, Esq. | Shareholder Services, Brokerage & Distribution Committee | | Redactions of legal advice re: regulatory requirements (Affiliated Underwriting of Selling Syndicate Transactions) p. 3 | Attorney-Client Communication |
| BFMR_00022224-BFMR_00022224 | 11/17/2005 | Minutes | Eric D. Roiter, Esq. | Compliance Committee | | Redactions of legal advice re: regulatory requirements p.1 | Attorney-Client Communication |
| BFMR_00022233-BFMR_00022239 | 11/17/2005 | Minutes | Eric D. Roiter, Esq. | Operations Committee | | Redactions of legal advice re: regulatory requirements (Approval of Contractual Arrangements) p. 5. Redactions of legal advice re: threatened litigation p. 7 | Attorney-Client Communication, Work Product |
| BFMR_00022242-BFMR_00022243 | 11/16/2005 | Minutes | Kenneth J. Berman, Esq | Governance and Nominating Committee | | Redactions of legal advice re: regulatory requirements p. 2 | Attorney-Client Communication |
| BFMR_00022244-BFMR_00022244 | 11/16/2005 | Minutes | Kenneth J. Berman, Esq. | Independent Trustees | | Redactions of legal advice re: pending litigation p. 1 | Work Product, Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Beginning Number | Date | Document Type | Author/Sender | Audience | Redact Reason | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_00022245-<br>BFMR_00022276 | 12/15/2005 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re:<br>regulatory requirements (Operations<br>Committee Report) p. 4 | Attorney-Client<br>Communication |
| BFMR_00022277-<br>BFMR_00022277 | 12/14/2005 | Minutes | Eric D. Roiter, Esq. | Compliance Committee | Redactions of legal advice re:<br>regulatory investigation p.1 | Work Product,<br>Attorney-Client<br>Communication |
| BFMR_00022288-<br>BFMR_00022291 | 12/15/2005 | Minutes | Scott Goebel, Esq. | Audit Committee | Redactions of legal advice re:<br>regulatory investigations, p.4 | Work Product,<br>Attorney-Client<br>Communication |
| BFMR_00022295-<br>BFMR_00022298 | 12/15/2005 | Minutes | Eric D. Roiter, Esq. | Operations Committee | Redactions of legal advice re: pending<br>litigation p. 2-3; Redactions of legal<br>advice re: pending litigation p. 3-4,<br>Redactions of legal advice re:<br>regulatory requirements (Contract<br>renewal disclosures) p. 4 | Attorney-Client<br>Communication,<br>Work Product |
| BFMR_00022299-<br>BFMR_00022299 | 12/14/2005 | Minutes | Kenneth J. Berman,<br>Esq. | Governance and<br>Nominating Committee | Redactions of legal advice re:<br>regulatory investigation p. 1 | Work Product,<br>Attorney-Client<br>Communication |
| BFMR_00022300-<br>BFMR_00022301 | 12/14/2005 | Minutes | Kenneth J. Berman,<br>Esq. | Independent Trustees | Redactions of legal advice re: pending<br>litigation p. 2 | Work Product,<br>Attorney-Client<br>Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Numbers | Date | Document Type | From/Author | To | Others | Description of Redaction | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| BFMR_00022510-BFMR_00022520 | 12/16/1999 | Minutes | Eric D. Roiter, Esq. | Committee on Operations | | Redactions of legal advice re: regulatory requirements (Concentric Program) p. 2-3; Redactions of legal advice re: regulatory requirements (VIP Funds) p. 5 | Attorney-Client Communication |
| BFMR_00022521-BFMR_00022529 | 12/16/1999 | Minutes | Fidelity | Audit Committee | | Redactions of legal advice re: regulatory requirements (Management discussion on PwC Independence investigation) p. 9 | Attorney-Client Communication |
| BFMR_00022530-BFMR_00022533 | 12/16/1999 | Minutes | Eric D. Roiter, Esq. | Brokerage Committee | | Redactions of legal advice re: regulatory requirements (Commissions) p. 1-2 | Attorney-Client Communication |
| BFMR_00022861-BFMR_00022862 | 01/19/2000 | Minutes | Eric D. Roiter, Esq. | Audit Committee | | Redactions of legal advice re: regulatory requirements (Fidelity auditors) p. 2 | Attorney-Client Communication |
| BFMR_00022867-BFMR_00022879 | 01/20/2000 | Minutes | Eric D. Roiter, Esq. | Committee on Operations | | Redactions of legal advice re: regulatory requirements (Policies and procedures for IPOs) p. 12-13 | Attorney-Client Communication |
| BFMR_00022880-BFMR_00022880 | 01/20/2000 | Minutes | Eric D. Roiter, Esq. | Fair Value Oversight Committee | | Redactions of legal advice re: regulatory requirements (Fair Value Committee Activities) p. 1 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Application Number | Date | Document Type | Author/Creator | Addressee | Copyee | Basis of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00022881-BFMR_00022882 | 01/19/2000 | Minutes | Woodrow Campbell, Esq | Independent Trustees and Nominating and Administration Committee | | Redactions of legal advice re: regulatory requirements (Independent Trustee Compensation) p. 2 | Attorney-Client Communication |
| BFMR_00022919-BFMR_00022924 | 03/08/2000 | Minutes | Fidelity | Committee on Operations | | Redactions of legal advice re: pending litigations p. 1 | Work Product, Attorney-Client Communication |
| BFMR_00022925-BFMR_00022930 | 03/08/2000 | Minutes | Fidelity | Committee on Operations | | Redactions of legal advice re: regulatory requirements (SEC's routine examination) p. 1 | Attorney-Client Communication |
| BFMR_00023010-BFMR_00023026 | 02/17/2000 | Minutes | Eric D. Roiter, Esq | Committee on Operations | | Redactions of legal advice re: pending litigations p. 17 | Work Product, Attorney-Client Communication |
| BFMR_00023035-BFMR_00023043 | 02/17/2000 | Minutes | Eric D. Roiter, Esq | Brokerage Committee | | Redactions of legal advice re: regulatory requirements (Rule 10f-3 transactions) p. 8, Redactions of legal advice re: regulatory requirements (Fund Transactions Executed Through FCM) p. 9 | Attorney-Client Communication |
| BFMR_00023046-BFMR_00023046 | 02/17/2000 | Minutes | Eric D. Roiter, Esq | Brokerage Committee | | Redactions of legal advice re: regulatory requirements (Fund Transactions Executed Through FCM) p. 10 | Attorney-Client Communication |

41

## Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
## United States District Court for the District of Massachusetts
## Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/Sender | Addressee | Description of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_0023081- BFMR_0023091 | 04/12/2000 | Minutes | Fidelity | Committee on Operations | Redactions of legal advice re: regulatory requirements (Rule 140) p. 2 | Attorney-Client Communication |
| BFMR_0023267- BFMR_0023278 | 03/16/2000 | Minutes | Eric D. Roiter, Esq. | Committee on Operations | Redactions of legal advice re: pending litigations p. 10-11; Redactions of legal advice re: regulatory requirements (Report of Results of SEC Examination) p. 11 | Attorney-Client Communication, Work Product |
| BFMR_0023961- BFMR_0024008 | 04/20/2000 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Insurance Coverage) p. 27 | Attorney-Client Communication |
| BFMR_0024018- BFMR_0024034 | 05/01/2000 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Underwriting limits) p.10; Redactions of legal advice re: regulatory requirements (Investments in non-Fidelity funds) p. 11-12; Redactions of legal advice re: regulatory requirements (Discussions of Korean Funds) p.12-13; Redactions of legal advice re: regulatory requirements (Compliance trading errors) p.17 | Attorney-Client Communication |
| BFMR_0024035- BFMR_0024036 | 05/01/2000 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Ratification of fair value committee activities) p.1 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Range | Date | Document Type | Author/Maker | Address | Basis of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_00024394-BFMR_00024414 | 06/01/2000 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.14 | Attorney-Client Communication |
| BFMR_00024508-BFMR_00024549 | 07/01/2000 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p. 23-24 | Attorney-Client Communication |
| BFMR_00024558-BFMR_00024566 | 07/01/2000 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Rule 10f-3 transactions) p. 4-5 | Attorney-Client Communication |
| BFMR_00024572-BFMR_00024586 | 07/01/2000 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: pending litigation p. 13 | Work Product, Attorney-Client Communication |
| BFMR_00024962-BFMR_00025039 | 09/01/2000 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.19, 27, 33-34, 39-40, 47-49 | Attorney-Client Communication |
| BFMR_00025045-BFMR_00025065 | 09/01/2000 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Floating high income funds) p.10; Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.13-15 | Attorney-Client Communication |

43

## Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
## United States District Court for the District of Massachusetts
## Redacted Document Draft Privilege Log

| Production | Date | Document Type | Author/From | Addressee | CC | Basis of Redaction | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| BFMR_0025066- BFMR_0025067 | 09/01/2000 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Ratification of fair value communities activities) p.1 | Attorney-Client Communication |
| BFMR_0025070- BFMR_0025071 | 09/01/2000 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | | Redactions of legal advice re: pending litigation p.1 | Work Product, Attorney-Client Communication |
| BFMR_0025171- BFMR_0025190 | 10/01/2000 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (New Massachusetts mutual fund legislation) p.16-17 | Attorney-Client Communication |
| BFMR_0025191- BFMR_0025192 | 10/01/2000 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fair value committee activities) p.1-2 | Attorney-Client Communication |
| BFMR_0025201- BFMR_0025206 | 10/01/2000 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Rule 10f-3 transactions) p.3 | Attorney-Client Communication |
| BFMR_0025420- BFMR_0025445 | 11/01/2000 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.17-18. | Attorney-Client Communication |
| BFMR_0025987- BFMR_0026041 | 12/01/2000 | Minutes | Eric D. Roiter, Esq | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance and rule 17(g)-1) p.12, 25, 32-33, 39 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/Recipient | Subject | Nature of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| BFMR_0002642-BFMR_00026064 | 12/01/2000 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Money market insurance captive "fidfunds") p.14-16; Redactions of legal advice re: regulatory requirements (In-Kind redemptions) p.20 | Attorney-Client Communication |
| BFMR_00026287-BFMR_00026289 | 01/18/2001 | Minutes | Meg DiDonna, Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (New SEC rules on Independent Directors) p.1-3 | Attorney-Client Communication |
| BFMR_00026359-BFMR_00026368 | 01/18/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Interfund lending) p.5 | Attorney-Client Communication |
| BFMR_00026647-BFMR_00026649 | 02/15/2001 | Minutes | Deb Page, Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: pending litigation p.2-3 | Work Product, Attorney-Client Communication |
| BFMR_00026732-BFMR_00026742 | 02/15/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (SEC registration process) p.9, Redactions of legal advice re: regulatory requirements (Disclosure issues) p.10 | Attorney-Client Communication |
| BFMR_00026743-BFMR_00026743 | 02/15/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | Redactions of legal advice re: regulatory requirements (Fair value committee activities) p.1 | Attorney-Client Communication |

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Number | Date | Document Type | Author/From | Addressee | Other | Privilege Claimed |
|---|---|---|---|---|---|---|
| BFMR_0026744-BFMR_0026745 | 02/15/2001 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory investigations p. 1 | Work Product, Attorney-Client Communication |
| BFMR_0027093-BFMR_0027106 | 03/15/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Shareholder activity report) p.8, Redactions of legal advice re: regulatory requirements (Rule 17a-7) p.10, Redactions of legal advice re: regulatory requirements (Portfolio monitoring procedures) p.11 | Attorney-Client Communication |
| BFMR_0027113-BFMR_0027123 | 03/15/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Management commission issues) p.7-8 | Attorney-Client Communications |
| BFMR_0027124-BFMR_0027125 | 03/15/2001 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Mutual fund governance rules) p.1 | Attorney-Client Communication |
| BFMR_0027380-BFMR_0027416 | 04/19/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17(g)-1) p.23 | Attorney-Client Communication |
| BFMR_0027425-BFMR_0027434 | 04/19/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: pending litigation p.9-10 | Work Product, Attorney-Client Communication |

46

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Bates Nos. | Date | Document Type | Author/Originator | Address | Copies | Basis of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BFMR_00028072-<br>BFMR_00028109 | 05/17/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance and rule 17f(g)-1) p 16-17, 25 | Attorney-Client Communication |
| BFMR_00028110-<br>BFMR_00028113 | 05/17/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Third party sales support program) p.3 | Attorney-Client Communication |
| BFMR_00028118-<br>BFMR_00028127 | 05/17/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Investment compliance and trading errors and interfund lending) p.9-10 | Attorney-Client Communication |
| BFMR_00028128-<br>BFMR_00028128 | 05/17/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fair value committee activities) p.1 | Attorney-Client Communication |
| BFMR_00028286-<br>BFMR_00028312 | 06/14/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17f(g)-1) p.14 | Attorney-Client Communication |
| BFMR_00028518-<br>BFMR_00028566 | 07/19/2001 | Minutes | Eric D. Roiter, Esq. | Board of Trustees | | Redactions of legal advice re: regulatory requirements (Fund insurance program and rule 17f(g)-1) p. 16, 24 | Attorney-Client Communication |
| BFMR_00032506-<br>BFMR_00032506 | 07/09/2004 | Memo | Christine Reynolds | Board of Trustees Audit Committee | | Redactions of legal advice re: pending litigation p. 1 | Work Product, Attorney-Client Communication |

47

Bennett v. Fidelity Management & Research Co. (Civ. No. 1:04-cv-1651)
United States District Court for the District of Massachusetts
Redacted Document Draft Privilege Log

| Production Number | Date | Document Type | Author/Source | Addressee | Basis of Redaction | Privilege Asserted |
|---|---|---|---|---|---|---|
| FMR_00018245-BFMR_00018247 | 03/09/2005 | Memo | Fidelity | Board of Trustees | Redactions of legal advice re: regulatory requirements (Prospectus Disclosure) p. 3 | Attorney-Client Communication |
| FMR_00018371-BFMR_00018372 | 02/16/2005 | Minutes | Eric D. Roiter, Esq. | Ad Hoc Committee on Compliance Program | Redactions of legal advice re: regulatory investigations p. 2 | Work Product, Attorney-Client Communication |
| FMR_00026075-BFMR_00026076 | 12/01/2000 | Minutes | Woodrow Campbell, Esq. | Board of Trustees | Redactions of legal advice re: pending litigation p. 1-2 | Work Product, Attorney-Client Communication |