## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br>Plaintiffs, <br><br>v. <br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br>Defendants. | No. 04-cv-11651-MLW (Lead Case) <br><br> No. 04-cv-11756-MLW (Consolidated Case) |

### ASSENTED-TO MOTION TO ENLARGE TIME BY TWO BUSINESS DAYS TO REPLY TO PENDING MOTION TO COMPEL DISCOVERY

Defendants Fidelity Management & Research Company and FMR Co., Inc. (collectively, "Fidelity") hereby move, with the assent of the plaintiffs, to enlarge the time within which they may file their opposition to plaintiffs' pending motion to compel from Thursday, July 5, 2007 until Monday, July 9, 2007. In support of this Motion, Fidelity states:

1. Plaintiffs served Fidelity with a motion to compel on Thursday, June 21, 1007. Per Local Rule 7.1(B)(2), Fidelity's opposition is due on Thursday, July 5, 2007.

2. Due to the July 4th holiday, and the vacation schedules of those responsible for

preparing Fidelity's opposition, Fidelity requests an additional weekend in which to finalize and submit its opposition. Instead of filing its opposition on Thursday, July 5, 2007, Fidelity would file the opposition on the following Monday, July 9, 2007.

    3.    Plaintiffs' counsel has assented to the requested enlargement of time.

WHEREFORE, Fidelity requests that this Motion be granted, and that it be given until July 9, 2007 to file its opposition to plaintiffs' pending motion to compel.

    Respectfully submitted,

    Attorneys for the Defendants:

/s/ James S. Dittmar
James S. Dittmar, BBO # 126230
David J. Apfel BBO # 551139
Stuart M. Glass BBO# 641466
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617-570-1000

James N. Benedict
Sean M. Murphy
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

David S. Cohen
Donna F. Mulvihill
MILBANK, TWEED, HADLEY & McCLOY LLP
International Square Building
1850 K Street, N.W.
Washington, DC 20006
(202) 835-7500

Dated: July 5, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 5, 2007.

                                      /s/ James S. Dittmar

LIBA/1804547.2