# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | No. 04-cv-11651-MLW <br> (Lead Case) <br><br> No. 04-cv-11756-MLW <br> (Consolidated Case) |

## NOTICE OF APPEARANCE OF SARAH HEATON CONCANNON

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Sarah Heaton Concannon as attorney for defendants Fidelity Management and Research Company and FMR Co., Inc., in the above-entitled action.

LIBA/1806838.1

Respectfully submitted,

FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.

By its attorneys,

/s/ Sarah Heaton Concannon
James S. Dittmar, BBO # 126230
David J. Apfel, BBO # 551139
Sarah Heaton Concannon, BBO # 646884
Stuart M. Glass BBO# 641466
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617-570-1000

James N. Benedict
Sean M. Murphy
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

David S. Cohen
Donna F. Mulvihill
MILBANK, TWEED, HADLEY & McCLOY LLP
International Square Building
1850 K Street, N.W.
Washington, DC 20006
(202) 835-7500

Dated: July 6, 2007

## CERTIFICATE OF SERVICE

I, Sarah Heaton Concannon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 6, 2007.

/s/ Sarah Heaton Concannon