# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | No. 04-cv-11651-MLW <br> (Lead Case) <br><br> No. 04-cv-11756-MLW <br> (Consolidated Case) |

## MOTION FOR ADMISSION PRO HAC VICE
## OF JOHN S. KIERNAN AND SHANNON ROSE SELDEN

Pursuant to Local Rule 83.5.3(b), Defendants Fidelity Management & Research Company and FMR Co., Inc. (collectively, "Defendants"), by their undersigned attorneys, hereby move for the admission *pro hac vice* of counsel to the Fidelity Independent Trustees, John S. Kiernan and Shannon Rose Selden. As grounds therefore, Defendants state:

1. John S. Kiernan is an attorney with the law firm of Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, and is a member in good standing of the Bars of the State of New York, as well as the United Stated District Courts for the Eastern and Southern Districts

of New York, the District of Connecticut, the Federal Circuit Court of Appeals, the Second Circuit Court of Appeals, and the United States Supreme Court.

2. In further support of their motion, Defendants submit herewith the Certificate of John S. Kiernan (attached hereto as Exhibit A), establishing that Mr. Kiernan is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the local rules of this Court.

3. Shannon Rose Selden is an attorney with the law firm of Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, and is a member in good standing of the Bars of the State of New York and the United States District Court for the Southern District of New York.

4. In further support of their motion, Defendants submit herewith the Certificate of Shannon Rose Selden (attached hereto as Exhibit B), establishing that Ms. Selden is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; and that she is familiar with the local rules of this Court.

Dated: July 6, 2007

        Respectfully submitted,

        Attorneys for the Defendants:

/s/ James S. Dittmar
James S. Dittmar, BBO # 126230
David J. Apfel BBO # 551139
Stuart M. Glass BBO# 641466
Sarah Heaton Concannon, BBO # 646884
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617-570-1000

>James N. Benedict
>Sean M. Murphy
>MILBANK, TWEED, HADLEY &
>McCLOY LLP
>One Chase Manhattan Plaza
>New York, NY 10005-1413
>(212) 530-5000
>
>David S. Cohen
>Donna F. Mulvihill
>MILBANK, TWEED, HADLEY &
>McCLOY LLP
>International Square Building
>1850 K Street, N.W.
>Washington, DC 20006
>(202) 835-7500

## LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE

  The undersigned certifies pursuant to Local Rule 7.1(A)(2), that on July 6, 2007 counsel for the moving party has conferred in good faith with opposing counsel on the matters set forth in the foregoing motion and reports that counsel neither assents to nor opposes the relief sought herein.

  The undersigned further certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 6, 2007.

>/s/ James S. Dittmar

LIBA/1806853.1