# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>    Defendants. | No. 04-cv-11651-MLW<br>(Lead Case)<br><br>No. 04-cv-11756-MLW<br>(Consolidated Case) |

## CERTIFICATE OF JOHN S. KIERNAN
## PURSUANT TO LOCAL RULE 83.5.3(b)

John S. Kiernan declares and states as follows:

    1.    I am an attorney and a member of the law firm of Debevoise & Plimpton LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 1982, and of the Bars of the United Stated District Courts for the Eastern and Southern Districts of New York since 1984, the District of Connecticut since 1997, the Federal Circuit Court of Appeals since 1992, the Second Circuit Court of Appeals since 1993, and the United States Supreme Court since 1996. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2007 in New York, New York.

/s/ John S. Kiernan
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

Counsel to the Fidelity Independent Trustees

LIBA/1807029.1