# EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br>Plaintiffs, <br><br>v. <br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br>Defendants. | No. 04-cv-11651-MLW <br>(Lead Case) <br><br>No. 04-cv-11756-MLW <br>(Consolidated Case) |

## CERTIFICATE OF SHANNON ROSE SELDEN
## PURSUANT TO LOCAL RULE 83.5.3(b)

Shannon Rose Selden declares and states as follows:

1.  I am an attorney and associated with the law firm of Debevoise & Plimpton LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 2002, and the Bar of the United States District Court for the Southern District of New York since 2006. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2007 in New York, New York.

/s/ Shannon Rose Selden
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

Counsel to the Fidelity Independent Trustees

LIBA/1807030.1