UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW <br> (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW <br> (Consolidated Case) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Michelle H. Blauner, hereby moves that this Court enter an Order granting leave to David Y. Chen, KELLER ROHRBACK L.L.P., 1201 Third Avenue, Suite 3200, Seattle, WA 98101-3052, Telephone No. (206) 623-1900, to appear on behalf of the Plaintiffs and the Class and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Chen is and has been a member in good standing of the California bar since December 5, 1994.

2.  There are no disciplinary proceedings pending against Mr. Chen as a member of the bar in any jurisdiction.

3.  Mr. Chen has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  In further support of this motion, Mr. Chen has submitted herewith his Certificate of Good Standing from the State Bar of California.

WHEREFORE, the undersigned counsel respectfully moves that Mr. Chen be admitted to practice before this Court *pro hac vice*.

Dated: July 9, 2007.

Respectfully submitted,

/s/ Michelle H. Blauner
Michelle H. Blauner, BBO #549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above document was served on all counsel of record for all of the parties via the ECF filing system on July 9, 2007.

/s/ Michelle H. Blauner
Michelle H. Blauner