# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, )<br>NANCY HAUGEN, MICHAEL F. MAGNAN, )<br>KAREN L. MAGNAN, PRESLEY C.           )<br>PHILLIPS, ANDREA M. PHILLIPS, and    )<br>CINDY SCHURGIN, for the use and benefit of )<br>THE FIDELITY MAGELLAN FUND,        )<br>FIDELITY CONTRAFUND, FIDELITY    )<br>GROWTH & INCOME PORTFOLIO I FUND, )<br>FIDELITY BLUE CHIP GROWTH FUND, and)<br>FIDELITY LOW-PRICED STOCK FUND,    )<br>                                                                )<br>                            Plaintiffs,               )<br>                                                                )<br>     v.                                                       )<br>                                                                )<br>FIDELITY MANAGEMENT & RESEARCH  )<br>COMPANY and FMR CO., INC.,                )<br>                                                                )<br>                            Defendants.            )<br>_____ ) | CIVIL NO. 1:04-cv-11651-MLW<br>(Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW<br>(Consolidated Case) |

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, David Y. Chen, hereby certify that:

1.  I was admitted to the bar of the State of California on December 5, 1994.

2.  I am a member in good standing.

3.  No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  My name, firm name, street address, telephone number, fax number, and email address are as follows:

> David Y. Chen
> Keller Rohrback L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, Washington 98101
> Telephone: (206) 623-1900
> Facsimile: (206) 623-3384
> dchen@kellerrohrback.com

Dated: July 9, 2007.

KELLER ROHRBACK L.L.P.

*/s/ David Y. Chen*
_____
David Y. Chen



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

June 27, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID YEN-HAUR CHEN, #172481 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 1994; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

State of California County of
San Francisco
Subscribed and sworn to (or affirmed)
Before me on this 27th day of June, 2007, by
J. Robert McPhail
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____
(Seal)

IVAN RESNIKOFF
Commission # 1748212
Notary Public - California
San Francisco County
My Comm. Expires Jun 27, 2011

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records