UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | No. 04-cv-11651-MLW<br>(Lead Case)<br><br>No. 04-cv-11756-MLW<br>(Consolidated Case) |

## DECLARATION OF SANDRA SUE MCQUAY

I am a member of the law firm of Sullivan Weinstein & McQuay, counsel to the Independent Trustees of the Fidelity Funds, proposed intervenors in this action, and a member of the bar of this Court. I submit this declaration, based on personal knowledge and a review of the record in this case, in support of the Independent Trustees motion to intervene and opposition to plaintiffs' motion to compel discovery.

Attached hereto as Exhibits 1 through 5 are true and correct copies of:

1. Excerpts from the Fidelity Magellan Fund Semiannual Report, Sept. 30, 2006.

  2. Excerpts from the deposition of Independent Trustee and Audit Committee Chair Marie Knowles, May 15, 2007.

  3. Excerpts from the deposition of former Chair of the Independent Trustees Marvin Mann, May 31, 2007.

  4. Excerpts from the deposition of current Chair of Independent Trustees Ned Lautenbach, April 17, 2007.

  5. Excerpts from the deposition of Independent Trustee William Stavropoulos, June 29, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Boston, Massachusetts
Dated: July 9, 2007

  By: ____/s/[ Sandra Sue McQuay]_____
    Sandra Sue McQuay  (BBO No. 340120)
    SULLIVAN, WEINSTEIN & MCQUAY
    2 Park Plaza
    Boston, Massachusetts  02116
    Tel: (617) 348-4355

    John S. Kiernan (*pro hac vice*)
    Shannon Rose Selden (*pro hac vice*)
    DEBEVOISE & PLIMPTON LLP
    919 Third Ave.
    New York, New York 10022
    Tel: (212) 909-6000
    Fax: (212) 909-6836

    Counsel to the Fidelity Independent Trustees