```
                    VOLUME:  I
                    PAGES:  1-311
                    EXHIBITS:  93-107
```

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 04-CV-11651-MLW (Lead case)

No. 1:04-CV-11756-MLW (Consolidated case)

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CYNTHIA A. BENNETT, GUY E. MILLER,          \*

NANCY HAUGEN, MICHAEL F. MAGNAN,            \*

KAREN L. MAGNAN, PRESLEY C.                 \*

PHILLIPS, ANDREA M. PHILLIPS, and           \*

CINDY SCHURGIN, for the use and             \*

benefit of THE FIDELITY MAGELLAN            \*

FUND, FIDELITY CONTRAFUND, FIDELITY         \*

GROWTH & INCOME PORTFOLIO I FUND,           \*

FIDELITY BLUE CHIP GROWTH FUND, and         \*

FIDELITY LOW-PRICED STOCK FUND,             \*

       Plaintiffs                          \*

v.                                          \*

FIDELITY MANAGEMENT & RESEARCH              \*

COMPANY and FMR CO., INC.,                  \*

       Defendants                          \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

VIDEOTAPED DEPOSITION OF MARVIN L. MANN

DATE:  THURSDAY, MAY 31, 2007

Page 54

1    corporation the board has the responsibility    10:12:56
2    to review and approve the strategies, review    10:13:00
3    and approve the operating plans, review and    10:13:03
4    approve compensation for the management and    10:13:07
5    executives and a whole range of other things    10:13:13
6    of that nature.    10:13:20
7        In the mutual fund industry the    10:13:23
8    independent trustees are responsible for a    10:13:25
9    very specific set of things that are mostly    10:13:33
10   laid out by the SEC that relate to the    10:13:34
11   regulatory issues that the trustees are    10:13:39
12   responsible for oversight of, not managing,    10:13:45
13   but oversight of, and the trustees are    10:13:50
14   responsible for negotiating the contracts on    10:14:00
15   behalf of the shareholders for the advisory    10:14:02
16   function, for reviewing the quality of the    10:14:04
17   services and support that it provides to the    10:14:11
18   shareholders and for -- the reason there's a    10:14:14
19   potentially significant difference between    10:14:24
20   the two is there are opportunities for    10:14:25
21   conflicts of interest between the advisor    10:14:29
22   and the mutual fund shareholder that    10:14:33
23   generally don't exist in the corporate world    10:14:42
24   of manufacturing. And the independent    10:14:44
25   trustees take on the responsibility of    10:14:45

Page 55

1    trying to make sure that those potential    10:14:49
2    conflicts of interest don't become    10:14:52
3    conflicts.    10:14:57
4    Q.   What are those potential conflicts of    10:14:58
5    interest between mutual fund advisors and    10:15:00
6    mutual fund shareholders?    10:15:02
7    A.   The fees charged for management and    10:15:03
8    services, potentially the brokerage and    10:15:12
9    trading.    10:15:18
10   Q.   What's the potential conflict with respect    10:15:21
11   to the fees charged by mutual fund advisors    10:15:22
12   to mutual funds or their shareholders?    10:15:26
13   A.   Well, the theory behind the independent    10:15:28
14   trustees' responsibility is that the -- left    10:15:32
15   to his own devices an advisor might    10:15:40
16   overcharge, whatever that might be, the    10:15:44
17   shareholders.    10:15:50
18   Q.   How would the board determine, when you were    10:15:51
19   on the Fidelity board, whether or not the    10:15:55
20   advisor might be overcharging funds such as    10:15:58
21   Magellan or Contrafund?    10:16:00
22   A.   One key criteria, perhaps the key criteria    10:16:01
23   is how investors feel about the fees charged    10:16:07
24   and how they compare to competitive    10:16:19
25   offerings, offerings that are available from    10:16:21

Page 56

1    other mutual funds.    10:16:24
2    Q.   How does the board evaluate how investors    10:16:32
3    feel about the fees being charged to them?    10:16:34
4    A.   One way is whether they buy them or not.    10:16:36
5    Q.   Whether the assets in terms of redemptions    10:16:39
6    versus new purchases, how those numbers    10:16:45
7    look?    10:16:47
8    A.   That's one of many factors.    10:16:47
9    Q.   Okay. What are the other factors that go    10:16:48
10   into the criteria of how investors feel    10:16:51
11   about fees?    10:16:54
12   A.   There are three major factors in my mind.    10:16:55
13   One is performance, another is services and    10:16:58
14   support, and a third is fees.    10:17:07
15   Q.   Those are the major factors with respect to    10:17:13
16   what?    10:17:20
17   A.   The investor's decision about whether to    10:17:20
18   invest in a mutual fund --    10:17:25
19   Q.   Okay.    10:17:29
20   A.   -- in a specific mutual fund provided by a    10:17:29
21   specific advisor.    10:17:32
22   Q.   We're generally in this case talking about a    10:17:33
23   time period in '03, '04, '05 in terms of    10:17:39
24   your service on the board.    10:17:45
25   A.   Yes.    10:17:47

Page 57

1    Q.   Using that as a general reference, the '03,    10:17:47
2    '04, '05 time period, was the board ever    10:17:51
3    concerned about the performance of either    10:17:54
4    Magellan or Contrafund?    10:17:55
5    A.   Yes.    10:17:59
6    Q.   Which fund was it concerned about?    10:18:00
7    A.   Primarily Magellan.    10:18:02
8    Q.   Over that entire time period or some smaller    10:18:05
9    portion of that time period?    10:18:09
10   A.   Over that entire time period.    10:18:13
11   Q.   Was the board ever concerned about the    10:18:15
12   services and support provided by the advisor    10:18:19
13   to Magellan or Contrafund?    10:18:22
14   A.   Well, when you say "concerned," we were    10:18:23
15   interested, but for the most part the    10:18:26
16   support and shareholder services that    10:18:29
17   Fidelity provides is among the best in the    10:18:33
18   industry.    10:18:36
19   Q.   And how about the fees; was the board ever    10:18:36
20   concerned about the fees being charged to    10:18:40
21   Magellan or Contrafund during the three    10:18:41
22   years I mentioned, '03, '04, '05?    10:18:44
23   A.   Yes, we are always concerned -- we were    10:18:46
24   always concerned about the fees that the    10:18:52
25   shareholders were charged for these funds,    10:18:54

Page 126

1  Q. Okay. Who did you meet with to prepare for  12:56:17
2     your deposition today?                       12:56:20
3  A. I met with the counsel to the trustees and  12:56:24
4     with Mr. Bennett (sic) and his firm members. 12:56:32
5  Q. You met with Mr. Bennett --                  12:56:35
6  A. Yes.                         12:56:37
7  Q. -- Benedict? Excuse me.                      12:56:37
8  A. Benedict, yes.               12:56:40
9  Q. I think I've seen in your writings you       12:56:44
10    understand the duty of the independent       12:56:46
11    trustees is to be a watchdog on behalf of    12:56:48
12    the shareholders of the funds?               12:56:52
13 A. An overseer, I believe.                      12:56:53
14 Q. Have you ever seen the term "watchdog" in    12:56:56
15    turn applied to independent trustees?        12:56:58
16 A. I don't recall.             12:57:02
17 Q. What I'm wondering is why would you meet     12:57:02
18    with Mr. Benedict if he represents the       12:57:05
19    advisor who's on the opposite side of this   12:57:08
20    lawsuit from the funds and the fund          12:57:11
21    shareholders with whom you were charged with 12:57:16
22    overseeing?                  12:57:18
23       MR. KIERNAN: Object to form.             12:57:19
24 A. He has significant experience in dealing     12:57:19
25    with these matters, and I felt it would be   12:57:23

Page 127

1     helpful to meet with him to understand the   12:57:28
2     issues on the other side, as I will          12:57:31
3     understand further the issues on your side   12:57:35
4     of the debate.               12:57:38
5  Q. If I would have called you up, would you     12:57:39
6     have met with me?             12:57:42
7        MR. KIERNAN: Object to form.             12:57:43
8  A. My lawyers would have probably objected.     12:57:43
9  Q. Why is that?                 12:57:47
10 A. I probably would have objected, too. I       12:57:48
11    really don't think what you're trying to     12:57:52
12    achieve is in the interests of the fund      12:57:59
13    shareholders.                12:58:00
14 Q. Because you don't think there's any way that 12:58:01
15    they were overcharged?        12:58:03
16 A. I do not think that they were overcharged.   12:58:04
17 Q. Why is that?                 12:58:06
18 A. Because I think the trustees and the         12:58:06
19    management of the funds have done a very     12:58:14
20    good job of providing good products at       12:58:18
21    competitive fee rates, and those fees have   12:58:23
22    paid for excellent people who manage the     12:58:30
23    investment of the funds and service and      12:58:35
24    support the shareholders.     12:58:37
25 Q. How many times did you meet with counsel to  12:58:39

Page 128

1     the independent trustees in preparation for  12:58:42
2     your deposition?             12:58:44
3  A. Well, twice, but only twice because the      12:58:49
4     first time we were preparing for the         12:58:57
5     deposition, and you folks canceled out on us 12:58:59
6     at the last minute, and then we got together 12:59:02
7     again just prior to this meeting.            12:59:04
8  Q. Do you have any idea how many hours you've   12:59:06
9     spent meeting with counsel for the           12:59:09
10    independent trustees in preparation for your 12:59:10
11    deposition?                  12:59:12
12 A. Probably 15 hours, but that's a guess. I     12:59:13
13    didn't add them up. I don't get paid by the  12:59:31
14    hour, so...                  12:59:33
15 Q. And how many -- do you recall whether you    12:59:34
16    reviewed any documents?       12:59:38
17 A. Yes, I reviewed some documents.             12:59:44
18 Q. Do you recall what kind of documents you     12:59:45
19    looked at?                   12:59:47
20 A. The documents -- some of the documents, only 12:59:48
21    the documents that were provided to you      12:59:51
22    folks.                       12:59:52
23 Q. Well, I realize that, but can you tell me    12:59:53
24    what kind of -- were they your file          12:59:55
25    materials? Were they materials that the      12:59:59

Page 129

1     board reviewed? What kind of materials did   01:00:00
2     you look at?                 01:00:02
3  A. Yes, those.                 01:00:03
4  Q. Okay. And how many times did you meet with   01:00:04
5     Mr. Benedict or anybody from his firm in     01:00:08
6     preparation for your deposition?             01:00:10
7  A. Same number of times, same number of hours,  01:00:11
8     basically.                   01:00:14
9  Q. Okay. So basically all of your preparation   01:00:14
10    time for your deposition involved attorneys  01:00:17
11    both for the independent trustees as well as 01:00:20
12    for the advisor?             01:00:21
13 A. Right.                      01:00:23
14 Q. Before we took the lunch break I was asking  01:00:23
15    you some questions about the information     01:00:39
16    that's at about Page 13 of your Senate       01:00:42
17    statement, which is Exhibit 93.             01:00:46
18 A. Yes.                        01:00:49
19 Q. And I had asked you some questions about     01:00:49
20    peer group. The next bullet point on Page    01:00:52
21    13 says "The Investment Advisers' Personnel  01:00:59
22    and Methods." Do you see that?               01:01:04
23 A. Yes.                        01:01:06
24 Q. Over the time that you were a trustee for    01:01:06
25    the Magellan Fund the fund went up to as     01:01:11

Page 284

```
 1    up dramatically, and the price of a smaller    04:34:33
 2    fund would go up even more dramatically and    04:34:35
 3    come down even more dramatically as assets    04:34:37
 4    flowed in and out.                           04:34:41
 5         It is necessary for the advisor to      04:34:44
 6    begin new funds, and when they start up new  04:34:46
 7    funds, they start them up generally at a     04:34:50
 8    loss over a considerable period of time, and 04:34:52
 9    ultimately they get to a break-even point    04:34:55
10    and begin to make a profit. When they begin  04:34:58
11    to make a profit, you would say, well,       04:35:00
12    they're big enough now, we ought to reduce   04:35:03
13    the fee. Well, we priced the fee as if they  04:35:05
14    were going to be a larger fund some day, and 04:35:08
15    the advisor took a loss on it for a period   04:35:11
16    of time.                                     04:35:13
17         So it's very difficult to have a        04:35:16
18    mechanism where you have the price of the    04:35:20
19    fund go down -- go up and down as it         04:35:23
20    moves -- as the assets move. And I also      04:35:25
21    explained that after you reach a certain     04:35:29
22    asset level there appear to be few economies 04:35:31
23    of scale that haven't already been gained.   04:35:35
24    And so you would still have a situation      04:35:39
25    where you would fund these new products.     04:35:42
```

Page 285

```
 1    They would experience a significant loss     04:35:47
 2    until they got to a level where they would   04:35:50
 3    soon reach the apex of economies, and you    04:35:54
 4    would not get a break after that because the 04:36:00
 5    economies were all realized.                 04:36:02
 6  Q.  If I could ask you, the issues with respect 04:36:06
 7    to the advisor appropriately pricing things  04:36:07
 8    from a business standpoint, that's a concern 04:36:11
 9    of the advisor but not necessarily the       04:36:13
10    concern of the trustees, correct?            04:36:15
11  A.  Of course it's the concern of the trustees. 04:36:16
12  Q.  The concern of the trustees of the Magellan 04:36:19
13    Fund, for example, I would assume would be   04:36:23
14    to get the best possible management contract 04:36:24
15    in place for the shareholders of the         04:36:27
16    Magellan Fund; is that correct?              04:36:28
17         MR. BENEDICT: Objection to form.        04:36:29
18  A.  The -- any time you ever enter a           04:36:32
19    negotiation, if you don't think about the    04:36:36
20    interests of the other party, you will       04:36:38
21    ultimately damage the party whose interest   04:36:40
22    you hold, because you have to think about    04:36:43
23    the consequences of the other customers that 04:36:45
24    this organization serves, and if you ignore  04:36:50
25    the fact that the advisor has to make money, 04:36:55
```

Page 286

```
 1    you're ignoring the interest of the          04:37:01
 2    shareholders. And so what you're saying is   04:37:04
 3    theoretically true but actually isn't true.  04:37:07
 4         So you always want to understand the    04:37:10
 5    motivation and the consequences of the other 04:37:14
 6    party when you're negotiating, not to be     04:37:18
 7    sympathetic to, but to understand them so    04:37:24
 8    that you don't create problems in your       04:37:25
 9    negotiation process.                         04:37:27
10  Q.  And what I've been talking about is a       04:37:29
11    situation where you've got your duties as    04:37:32
12    trustee to the Magellan Fund as a large      04:37:34
13    fund, correct?                               04:37:38
14  A.  But you said to get the best fee I could    04:37:38
15    possibly get. That's not my charge.          04:37:40
16  Q.  Your charge is then to get the best fee for 04:37:44
17    all of the funds collectively?               04:37:46
18  A.  No.                                         04:37:47
19         MR. KIERNAN: Object to form.            04:37:49
20  A.  My charge is to get a reasonable fee for the 04:37:49
21    shareholders, and that reasonable fee must   04:37:53
22    provide for the advisor to make a profit so  04:37:57
23    that he can fund the investments in the      04:38:00
24    business that are required to support the    04:38:02
25    shareholders and continue to add resources   04:38:04
```

Page 287

```
 1    and get the best people that he can find, et 04:38:06
 2    cetera, and train them and educate them and  04:38:10
 3    do all things that a business has to do to   04:38:12
 4    serve the shareholders.                      04:38:15
 5  Q.  Because one fee is reasonable for, say, a   04:38:16
 6    Magellan shareholder, does that              04:38:18
 7    automatically mean that fee that you've      04:38:21
 8    negotiated, assuming that it's the same, is  04:38:23
 9    also reasonable for a much smaller fund?     04:38:26
10         MR. KIERNAN: Object to form.            04:38:29
11  Q.  Say one of -- say one of $200 million versus 04:38:32
12    the Magellan Fund where we're talking 50     04:38:35
13    billion or 100 billion?                      04:38:38
14  A.  We've judged it as reasonable. With a lot   04:38:39
15    of studying and a lot of consideration we've 04:38:45
16    judged -- our business judgment is that that 04:38:48
17    is a reasonable thing to do.                 04:38:51
18  Q.  Would you agree with me that if you've      04:38:52
19    negotiated a fee that's identical for both   04:38:56
20    that smaller fund of 200 million as well as  04:39:00
21    for the Magellan Fund, would you agree with  04:39:03
22    me that you've left some of the bargaining   04:39:07
23    power of the Magellan Fund on the table in   04:39:10
24    reaching that deal on behalf of both funds?  04:39:12
25         MR. BENEDICT: Objection.                04:39:15
```