UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 04-CV-11651-NLW (Lead case)

No. 1:04-CV-11756-NLW (Consolidated case)

CYNTHIA A. BENNETT, GUY E.
MILLER, NANCY HAUGEN, MICHAEL
F. MAGNAN, KAREN L. LAGNAN,
PRESLEY C. PHILLIPS, ANDREA M.
PHILLIPS, and CINDY SCHURGIN,
for the use and benefit of THE
FIDELITY MAGELLAN FUND,
FIDELITY CONTRAFUND, FIDELITY
GROWN & INCOME PORTFOLIO I
FUND, FIDELITY BLUE CHIP
GROWTH FUND, and FIDELITY
LOW-PRICED STOCK FUND,

          Plaintiffs,

   vs.

FIDELITY MANAGEMENT & RESEARCH
COMPANY and FMR CO., INC.,

          Defendants.
_____

Page 2

1  The Videotaped Deposition of WILLIAM STAVROPOULOS,
2  Taken at 111 West Main Street,
3  Midland, Michigan,
4  Commencing at 8:56 a.m.,
5  Friday, June 29, 2007,
6  Before Marie M. Puchel, RMR, CRR, CSR-0212.
7
8
9  APPEARANCES:
10
11  MICHAEL WORNER
12  DAVID Y. CHEN
13  Keller Rohrback, L.L.P.
14  1201 Third Avenue, Suite 3200
15  Seattle, Washington  98101-3052
16  (206) 623-1900
17    Appearing on behalf of Plaintiffs.
18
19  JAMES BENEDICT
20  ANDREW W. ROBERTSON
21  Milbank, Tweed, Hadley & McCloy, L.L.P.
22  One Chase Manhattan Plaza
23  New York, New York  10005-1413
24  (212) 530-5688
25    Appearing on behalf of Defendants.

Page 3

1  JOHN S. KIERNAN
2  SHANNON R. SELDEN
3  Debevoise & Plumpton, L.L.P
4  919 Third Avenue
5  New York, New York  10022
6  (212) 909-6692
7    Appearing on behalf of the Witness.
8
9  NATI DAVIDI
10  Fidelity Investments
11  82 Devonshire Street E15B
12  (617) 563-2578
13  Boston, Massachusetts  02109
14  (617) 563-2578
15    Appearing on behalf of Fidelity.
16
17  ALSO PRESENT:
18  Travis Jewell - Video Technician
19
20
21
22
23
24
25

Page 4

1  Midland, Michigan
2  Friday, June 29, 2007
3  8:56 a.m.
4
5        VIDEO TECHNICIAN:  We are now on the record.   08:57:20
6  This is the videotaped deposition of William          08:57:22
7  Stavropoulos, being taken on Friday, June 29th, 2007. 08:57:24
8  The time is now 8:56:59 a.m.  We are located at 111   08:57:28
9  West Main Street in Midland, Michigan.                08:57:35
10       We are here in the matter of Cynthia            08:57:37
11 Bennett, et al, versus Fidelity Management.  This is  08:57:39
12 Case No. 04-CV-11651-MLW.  This matter's being held in 08:57:43
13 the United States District Court, District of         08:57:50
14 Massachusetts.                                        08:57:52
15       My name is Travis Jewell, video technician.     08:57:52
16 Will the court reporter swear in the witness and the  08:57:58
17 attorneys briefly identify themselves for the record, 08:57:59
18 please.                                               08:58:03
19       WILLIAM STAVROPOULOS,                           08:58:03
20 was thereupon called as a witness herein, and after   08:58:03
21 having first been duly sworn to testify to the truth, 08:58:03
22 the whole truth and nothing but the truth, was        08:58:03
23 examined and testified as follows:                    08:58:03
24       MR. WOERNER:  Michael Woerner for               08:58:11
25 plaintiffs.                                           08:58:13

Page 5

1        MR. CHEN:  David Chen for the plaintiffs.   08:58:13
2        MR. KIERNAN:  John Kiernan for the witness. 08:58:14
3        MS. SELDEN:  Shannon Selden for the witness. 08:58:18
4        MR. BENEDICT:  Jim Benedict, Milbank, Tweed, 08:58:20
5  for the Fidelity defendants.                       08:58:20
6        MR. ROBERTSON:  Andrew Robertson, Milbank   08:58:24
7  Tweed, for the Fidelity defendants.                08:58:24
8        MS. DAVIDI:  Nati Davidi for Fidelity.      08:58:26
9             EXAMINATION                             08:58:28
10 BY MR. WOERNER:                                    08:58:28
11 Q.  Would you please state your name and address for the  08:58:31
12     record.                                        08:58:33
13 A.  William S. Stavropoulos, 8665 Bay Colony Drive,  08:58:33
14     Naples, Florida.                               08:58:39
15 Q.  Do you have any other residence addresses?     08:58:43
16 A.  Yes.                                           08:58:44
17 Q.  What -- what are those?                        08:58:44
18 A.  Midland.                                       08:58:46
19 Q.  What's your address here in Midland?           08:58:50
20 A.  3612 White Pine Way, Midland, Michigan.        08:58:52
21 Q.  Did you come from Florida for your deposition?  08:58:59
22 A.  No, I've been here for a while.                08:59:01
23 Q.  Why is your deposition here in Midland, as opposed to  08:59:03
24     Florida or Boston where the Fidelity meetings occur?  08:59:07
25 A.  Because I live here in the summer.  I spend the  08:59:11

Page 62

1  A. Uh-huh.                                    10:14:58
2  Q. And it says that the operations committee met 12 times 10:14:59
3     over that same time period, so obviously the equity 10:15:05
4     oversight committee met fewer times than the whole 10:15:09
5     operations committee.                        10:15:13
6  A. Uh-huh.                                    10:15:13
7  Q. But I take it that it would have been the two 10:15:14
8     meetings -- if you would have gone to Boston, you 10:15:16
9     would have had an equity committee meeting and an 10:15:20
10    operations committee meeting over the same trip to 10:15:22
11    Boston?                                     10:15:24
12 A. Right. Or we might not have had an equity committee 10:15:26
13    one month.                                  10:15:28
14 Q. Right.                                     10:15:29
15 A. When we had an operations committee.       10:15:29
16 Q. Right. When you have an occasion where you have both 10:15:33
17    an equity committee meeting and an operations 10:15:35
18    committee meeting on the same trip to Boston, how much 10:15:37
19    time do you spend on one committee versus the other, 10:15:41
20    typically?                                  10:15:44
21 A. I would say the equity is the two -- two to three 10:15:46
22    hours. And the operations really fluctuates, 10:15:50
23    depending on the -- the work to be done on that -- 10:15:58
24    that particular meeting. But it could be a couple 10:16:03
25    hours, could be, you know, less, could be more. 10:16:05

Page 63

1  Q. How much time do you typically spend in advance of an 10:16:09
2     equity committee meeting preparing specifically for an 10:16:13
3     equity committee meeting?                    10:16:16
4  A. Well, I read all the -- the information that's on -- 10:16:18
5     on all the funds. And that will spend -- I would 10:16:22
6     spend three hours, probably, two to three hours 10:16:28
7     preparing for the equity committee.          10:16:33
8  Q. So adding up the time you actually spend in the equity 10:16:39
9     committee meeting and the prep time, it's somewhere 10:16:43
10    between four to six hours?                  10:16:44
11 A. Combined?                                  10:16:46
12 Q. Yes.                                       10:16:48
13 A. Yes.                                       10:16:48
14 Q. And that would be about 10 times per year? 10:16:50
15 A. About.                                     10:16:52
16 Q. And that would be for the oversight of 100 plus equity 10:17:01
17    funds; is that right?                       10:17:05
18       MR. KIERNAN: Object to form.             10:17:07
19       THE WITNESS: Yes.                        10:17:09
20 BY MR. WOERNER:                                10:17:09
21 Q. And have you served on any of the other fund 10:17:22
22    oversight -- fund oversight committees, other than 10:17:24
23    equity?                                     10:17:28
24 A. Select.                                    10:17:29
25 Q. Select. Okay?                              10:17:29

Page 64

1       MR. BENEDICT: Is this a good spot to take a 10:17:31
2  break?                                        10:17:33
3       MR. WOERNER: Let me just ask -- he's about 10:17:35
4  five minutes away, so let me just ask a couple more 10:17:35
5  questions.                                    10:17:37
6       MR. BENEDICT: Okay.                       10:17:39
7  BY MR. WOERNER:                                10:17:39
8  Q. When were you on the select -- when did you serve on 10:17:39
9     the select oversight committee?             10:17:41
10 A. When I first joined the board.              10:17:43
11 Q. Okay. And then you moved from that to equity, or did 10:17:44
12    you serve on both?                          10:17:46
13 A. No, no. Then I left the select and then I went on 10:17:48
14    equity.                                     10:17:50
15 Q. Okay. And how long have you been on the equity 10:17:52
16    committee?                                  10:17:58
17 A. Got to be four years, I would say.          10:17:58
18 Q. So that would be --                         10:18:03
19 A. Three or four years.                        10:18:05
20 Q. Going back into the '03, '04 time frame?    10:18:05
21 A. Yeah, I think so. Yeah.                     10:18:09
22 Q. Why don't we take a break. He's got to change tapes. 10:18:13
23       VIDEO TECHNICIAN: Going off the record.   10:18:16
24 This is the end of tape No. 1. The time is 10:17:45 10:18:16
25 a.m.                                           10:18:18

Page 65

1       (Off the record at 10:17 a.m.)            10:18:20
2       (Back on the record at 10:33 a.m.)        10:18:20
3       VIDEO TECHNICIAN: We are back on the      10:27:24
4  record. This is the beginning of tape No. 2. The 10:33:41
5  time is 10:33:13 a.m.                          10:33:43
6  BY MR. WOERNER:                                10:33:43
7  Q. Hi. What is your understanding of what this lawsuit 10:33:48
8     is about?                                   10:33:52
9  A. My understanding it's about excessive fees that 10:33:58
10    Fidelity's charging, and the sharing of economies of 10:34:03
11    scale that would come from that.            10:34:11
12 Q. Is it your understanding that this lawsuit is brought 10:34:14
13    on behalf of certain Fidelity funds to recover what is 10:34:16
14    alleged to be excessive fees back from Fidelity? 10:34:20
15 A. Right.                                     10:34:24
16 Q. Who do you understand Mr. Benedict to represent in 10:34:26
17    this case?                                  10:34:28
18 A. Fidelity.                                   10:34:29
19 Q. When you were at your deposition preparation meetings, 10:34:29
20    what did you talk about with Mr. Benedict?  10:34:33
21       MR. KIERNAN: Object and instruct the     10:34:37
22 witness not to answer.                         10:34:39
23       MR. WOERNER: On what basis?              10:34:39
24       MR. KIERNAN: Attorney-client privilege.  10:34:41
25       MR. WOERNER: Mr. Benedict is not         10:34:44

Page 66

```
 1    Mr. Stavropoulos's lawyer.                       10:34:44
 2         MR. KIERNAN: You have my instruction.       10:34:46
 3    BY MR. WOERNER:                                  10:34:48
 4    Q. Do you understand on what basis there's a privilege  10:34:50
 5       being asserted with respect to your conversations with  10:34:52
 6       Mr. Benedict?                                 10:34:59
 7         MR. KIERNAN: I instruct you not to answer.  10:34:59
 8    BY MR. WOERNER:                                  10:35:01
 9    Q. Did you have at any of your deposition preparation  10:35:01
10       meetings any time that you spent separately meeting  10:35:05
11       with your attorneys, where Mr. Benedict or somebody  10:35:09
12       from Milbank, Tweed or Fidelity's counsel was not  10:35:13
13       present?                                      10:35:16
14    A. Yeah. I think I -- yeah, I met with him.      10:35:18
15    Q. Mr. Kiernan separately?                       10:35:22
16    A. Well, I met with him separately, yes.         10:35:24
17    Q. Okay. Can we go back through, I want to understand at  10:35:26
18       what meetings you had discussions separately with  10:35:29
19       Mr. Kiernan versus at what meetings Mr. Benedict or  10:35:33
20       other attorneys representing Fidelity were present.  10:35:37
21    A. Uh-huh.                                       10:35:41
22    Q. And I think you said that you had met about a month  10:35:41
23       ago.                                          10:35:44
24    A. Uh-huh.                                       10:35:44
25    Q. Three or four weeks ago, over one to two days. Did  10:35:46
```

Page 67

```
 1       any of that involve meetings that were separate with  10:35:50
 2       Mr. Kiernan, where other lawyers were not present?  10:35:52
 3    A. No.                                           10:35:59
 4    Q. Okay. And then you said you met about a week ago in  10:35:59
 5       Boston, over the course of about a day.       10:36:03
 6    A. Uh-huh.                                       10:36:05
 7    Q. Did any of that -- were all -- during those times, was  10:36:07
 8       somebody from Milbank, Tweed always present?  10:36:11
 9    A. Yes.                                          10:36:13
10    Q. Okay. And then yesterday was somebody from Milbank,  10:36:13
11       Tweed present?                                10:36:14
12    A. Yes.                                          10:36:16
13    Q. So when was it that you had separate meetings with  10:36:18
14       Mr. Kiernan?                                  10:36:22
15    A. Before -- Before these meetings.              10:36:22
16    Q. Okay.                                         10:36:24
17    A. In general.                                   10:36:26
18    Q. Did that have to do with this case?           10:36:28
19    A. In preparation, when explaining the case, et cetera,  10:36:29
20       what was going on.                            10:36:31
21    Q. Okay. And when was that?                      10:36:33
22    A. That could have been a year ago.              10:36:33
23    Q. Much more than a month ago?                   10:36:37
24    A. Oh, yeah.                                     10:36:39
25    Q. Oh, okay.                                     10:36:39
```

Page 68

```
 1    A. Yeah.                                         10:36:41
 2    Q. All right. All right. Just so we have a clear record  10:36:41
 3       then, all of your deposition preparation sessions in  10:36:43
 4       which Mr. Kiernan has been present, lawyers from  10:36:46
 5       either Milbank, Tweed or Fidelity have also been  10:36:48
 6       present?                                      10:36:52
 7    A. Yes.                                          10:36:58
 8    Q. Okay. I was asking you some questions. Well, do you  10:36:58
 9       understand that you, as a board member, have any sort  10:37:11
10       of fiduciary duty that you owe to the advisor,  10:37:14
11       Fidelity?                                     10:37:18
12    A. No. I mean, we represent the shareholder.     10:37:18
13    Q. Of the funds?                                 10:37:20
14    A. Yes.                                          10:37:22
15    Q. Okay. And you, in essence, are supposed to be watch  10:37:22
16       dogs on behalf of the shareholders of the funds when  10:37:28
17       dealing with these contract negotiations with the  10:37:31
18       advisor; is that right?                       10:37:33
19    A. Yes.                                          10:37:35
20         MR. KIERNAN: Object to form.                10:37:35
21    BY MR. WOERNER:                                  10:37:35
22    Q. I was asking you some questions about the committees  10:37:46
23       you served on that are set forth in Exhibit 79. And  10:37:50
24       there's -- we were talking about the equity oversight  10:37:59
25       committee. And then there's also an equity contract  10:38:03
```

Page 69

```
 1       committee; is that right?                     10:38:07
 2    A. Uh-huh.                                       10:38:07
 3    Q. That's a separate committee?                  10:38:07
 4    A. Yes.                                          10:38:09
 5    Q. When you have these meetings in Boston -- well, this  10:38:11
 6       says that the equity contract committees meet about  10:38:20
 7       four times a year; is that right?             10:38:22
 8    A. Yes. Yeah, three or four, yeah.               10:38:26
 9    Q. Can you just tell me in your own words what's the  10:38:28
10       difference between what you do for the equity contract  10:38:29
11       committee versus the equity oversight committee?  10:38:31
12    A. Uh-huh. The equity oversight committee is looking at  10:38:35
13       performance and strategy, et cetera, for the funds,  10:38:39
14       For the equity funds.                         10:38:43
15         The equity contract committee is looking at  10:38:44
16       the contract, the 15c process, making sure we get all  10:38:48
17       the information we need, all the questions are being  10:38:50
18       answered properly, that the structure of the  10:38:52
19       meeting -- of the process is correct, getting any more  10:38:59
20       information as we need it, as -- as a conduit for  10:39:07
21       people to say hey, I've read this, I think what about  10:39:09
22       this, those sort of things is what that contract  10:39:11
23       committee does.                               10:39:14
24    Q. So that's the actual review and approval of the  10:39:14
25       contract?                                     10:39:18
```