CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 9, 2007, I caused a copy of the (i) Fidelity Independent Trustees' Memorandum in Opposition to Plaintiffs' Motion to Compel Discovery and (ii) Declaration of Sandra Sue McQuay, in the action styled Bennett v. Fidelity Management & Research Co., No. 04 Civ. 11651 (MLW), No. 04 Civ. 11756 (MLW) to be served by first-class mail upon the following parties:

    Michele H. Blauner
    SHAPIRO HABER & URMY LLP
    Exchange Place
    53 State Street
    Boston, Massachusetts 02109

    Lynn Lincoln Sarko
    Michael D. Woerner
    Laura K. Gerber
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101-3052

    Gary Gotto
    Ron Kilgard
    KELLER ROHRBACK P.L.C.
    National Bank Plaza
    3101 North Central Avenue, Suite 900
    Phoenix, Arizona 85012

    Michael J. Brickman
    James C. Bradley
    Nina H. Fields
    RICHARDSON, PATRICK, WESTROOK &
    BRICKMAN LLC
    174 East Bay Street
    Charleston, South Carolina 29401

    Guy M. Burns
    Jonathan S. Coleman

22511344v1

Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL & BURNS L.L.P.
100 North Tampa Street, Suite 1800
Tampa, Florida 33602

*Counsel to Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presly C. Phillips, Andrea M. Phillips, and Cindy Schurgin*

Harry S. Miller
Robert D. Friedman
Matthew J. Tuttle
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110

*Counsel to Plaintiffs Cynthia A. Bennett and Guy E. Miller*

James N. Benedict
MILBANK TWEED HADLEY & McCOY LLP
One Chase Manhattan Plaza
New York, New York 10005

David J. Apfel
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109

*Counsel to Defendants Fidelity Management & Research Company and FMR Co., Inc.*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2007
New York, New York

                ___/s/[Sandra Sue McQuay]
                 Sandra Sue McQuay