## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>　　　　　Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

### DECLARATION OF JAMES S. DITTMAR IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY

JAMES S. DITTMAR, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.　　I am a member of the law firm of Goodwin Procter LLP, counsel for Defendants Fidelity Management & Research Company and FMR Co., Inc.  I am a member in good standing of the Bars of the State of Massachusetts and the United States District Court for the District of Massachusetts.  I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Discovery.

2.       Attached hereto as Exhibit A is a true and correct copy of an October 24, 2006 order of the United States District Court for the Northern District of California in *Strigliabotti v. Franklin Resources, Inc.*, No. C 04-0883 SI, slip op. (N.D. Cal. Oct. 24, 2006).

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   July 9, 2007
            Boston, Massachusetts

                                               _____/s/ James S. Dittmar_____
                                                           James S. Dittmar