**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, CINDY SCHURGIN, CYNTHIA A. BENNETT, and GUY E. MILLER for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | No. 04-cv-11651-MLW<br>(Lead Case)<br><br>No. 1:04-cv-11756-MLW<br>(Consolidated Case) |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Plaintiffs hereby move, without opposition from the Defendants, for leave to file a Reply Memorandum in Support of Plaintiffs' Motion to Compel Discovery. In support of this Motion, Plaintiffs state:

1.  Plaintiffs request leave of the court to file the reply memorandum for the limited purpose of providing additional information pertinent to several of the issues raised by Defendants in their Opposition to Plaintiffs' Motion to Compel Discovery. Plaintiffs believe this additional information would be helpful and useful for the court and Defendants in advance of oral argument on July 18, 2007.

2.  Plaintiffs did not oppose Defendants' Motion to Enlarge the page limit by five pages for Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Discovery. On July 9, 2007, Defendants filed a 25 page Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Discovery.

1

3. Counsel for Plaintiffs have conferred with Defendants' counsel and Defendants do not oppose Plaintiffs' request to file a reply memorandum in support of their motion to compel, provided the memorandum is filed on July 17, 2007.

WHEREFORE, Plaintiffs request that this Motion be granted, and that pursuant to Local Rule 7.1(b)(3), the Court grants leave for Plaintiffs to file a Reply Memorandum in Support of their Motion to Compel Discovery.

KELLER ROHRBACK L.L.P.

/s/ Laura R. Gerber
Lynn Lincoln Sarko *(pro hac vice)*
Michael D. Woerner *(pro hac vice)*
Tana Lin *(pro hac vice)*
Gretchen F. Cappio *(pro hac vice)*
Laura R. Gerber *(pro hac vice)*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Gary Gotto
Ron Kilgard
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

Michelle H. Blauner, BBO #549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

Michael J. Brickman *(pro hac vice)*
James C. Bradley *(pro hac vice)*
Nina H. Fields *(pro hac vice)*
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
174 East Bay Street
Charleston, SC  29401
Telephone: (843) 727-6500
Facsimile: (843) 727-3103

Guy M. Burns *(pro hac vice)*
Jonathan S. Coleman *(pro hac vice)*
Becky Ferrell-Anton *(pro hac vice)*
JOHNSON, POPE, BOKOR, RUPPEL &
BURNS, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL  33602
Telephone: (813) 225-2500
Facsimile: (813) 223-7118

Robert D. Friedman
Harris S. Miller
Matthew J. Tuttle
Joshua N. Cook
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney of record, caused a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY** to be served via U.S. Mail and email transmission this 17th day of July, 2007, upon:

James N. Benedict
jbenedict@milbank.com
Sean M. Murphy
smurphy@milbank.com
Robert J. Liubicic
rliubicic@milbank.com
MILBANK TWEED HADLEY & MCCLOY, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

David S. Cohen
dcohen2@milbank.com
Donna F. Mulvihill
dmulvihill@milbank.com
MILBANK TWEED HADLEY & MCCLOY, LLP
International Square Building
1850 K Street, N.W.
Washington, DC 20006

James S. Dittmar
jdittmar@goodwinprocter.com
David S. Apfel
dapfel@goodwinprocter.com
Sarah Heaton Concannon
sconcannon@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

                                                          /s/ Laura R. Gerber
                                                          Attorney for the Plaintiffs