UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

## JOINT MOTION FOR LIMITED EXTENSION OF DISCOVERY CUTOFF

The Parties jointly move to extend the September 30, 2007 fact discovery cutoff provided for by the Court's case management Order as stated on the record in open court on September 19, 2006, in the following limited respects only:

1. Plaintiffs' deposition of J.S. Wynant may be rescheduled from September 27, 2007, to a mutually agreeable date no later than October 31, 2007;

2. Plaintiffs' deposition of Drew Lawton may be rescheduled from September 28, 2007, to a mutually agreeable date no later than October 31, 2007;

3. Plaintiffs' deposition of Abigail P. Johnson deposition will be rescheduled from September 18, 2007 to a mutually agreeable date no later than October 31, 2007.

1828339_1.DOC

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

All other discovery will be completed by September 30, 2007. Further modifications of the Court's case management Order of September 19, 2006 will be granted only upon good cause shown.

The Parties further jointly move that the status conference currently scheduled for September 11, 2007, be rescheduled to a date at the Court's convenience, on or after November 1, 2007.

Respectfully submitted on September 10, 2007.

| Attorneys for the Plaintiffs: | Attorneys for the Defendants: |
|---|---|
| /s/ David Chen<br>Michael D. Woerner (*pro hac vice*)<br>Tana Lin (*pro hac vice*)<br>Gretchen F. Cappio (*pro hac vice*)<br>David Chen (*pro hac vice*)<br>KELLER ROHRBACK LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington<br>98101-3052<br>(206) 623-1900 | /s/ James S. Dittmar<br>James S. Dittmar, BBO # 126230<br>David J. Apfel, BBO # 551139<br>Stuart M. Glass, BBO # 641466<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000 |
| Robert D. Friedman, BBO #180240<br>Harry S. Miller, BBO # 346946<br>Matthew J. Tuttle, BBO # 562758<br>BURNS & LEVINSON LLP<br>125 Summer St.<br>Boston, MA 02110<br>(617) 345-3000 | James N. Benedict<br>Sean M. Murphy<br>MILBANK, TWEED, HADLEY &<br>McCLOY LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Michelle H. Blauner, BBO # 549049<br>SHAPIRO HABER & URMY LLP<br>Exchange Place<br>53 State St., 37th Fl.<br>Boston, MA 02109<br><br>Michael J. Brickman (*pro hac vice*)<br>James C. Bradley (*pro hac vice*) | David S. Cohen<br>MILBANK, TWEED, HADLEY &<br>McCLOY LLP<br>International Square Building<br>1850 K Street, N.W.<br>Washington, DC 20006<br>(202) 835-7500 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

Nina H. Fields (*pro hac vice*)
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL &
BURNS, L.L.P
403 East Madison Street
Suite 400
Tampa, FL 33602

    It is so ORDERED.

Dated _____          _____
                                                          Honorable Marianne B. Bowler
                                                          United States Magistrate Judge