James S. Dittmar
617.570.1944
jdittmar@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

September 10, 2007

**By E-mail**

Hon. Marianne B. Bowler
Chief Magistrate Judge
United States District Court
   for the District of Massachusetts
John Joseph Moakley U.S. Courthouse, Suite 8420
1 Courthouse Way
Boston, MA 02210

Re:   ***Bennett v. Fidelity Management & Research Company*, 1:04-cv-11651-MLW (Lead Case) 1:04-cv-11756-MLW (Consolidated Case)**

Dear Magistrate Judge Bowler:

Enclosed for your consideration please find a Joint Motion for Limited Extension of Discovery Cutoff in the above referenced matter. The joint motion requests a month's extension of the existing time to complete fact discovery, and only for the limited purpose of completing three depositions. The extension would permit the parties to complete these depositions by October 31, 2007, rather than by the September 30, 2007 fact discovery cutoff date provided for in your Honor's case management Order as stated on the record in open court on September 19, 2006. The parties have not previously sought an extension of time to complete fact discovery.

Since our last appearance before your Honor, the parties have continued to move forward in good faith with discovery, and have made substantial progress. The extension sought by the joint motion is quite limited and is necessitated primarily by the need to afford Plaintiffs the opportunity to review Defendants' remaining production and adequately prepare for the remaining depositions. No new document requests or interrogatories on new issues will be served, and it is anticipated that all other deposition discovery will be completed by September 30, 2007. If the joint motion is granted, the three remaining depositions (and thus all fact discovery in this matter) will be completed by no later than October 31, 2007. The parties do not anticipate any further requests for modification of the Court's case management Order set on September 19, 2006.

1828337_1.DOC

Hon. Marianne B. Bowler
September 10, 2007
Page 2

Finally, in light of the above the parties request that the status conference currently scheduled for September 11, 2007 be rescheduled to a date at the Court's convenience subsequent to October 31, 2007.

Respectfully submitted,


/s/ James S. Dittmar

cc:   All counsel of record

1828337_1.DOC