UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESELY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br>  Plaintiffs, <br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR, CO., INC., <br><br>  Defendants. | No. 04-cv-11651-MLW <br> (Lead case) <br><br> No. 04-cv-11756-MLW <br> (Consolidated case) |

## NOTICE OF WITHDRAWAL AS COUNSEL

TO THE CLERK OF THE ABOVE NAMED COURT:

The law firm of Richardson, Patrick, Westbrook & Brickman, LLC hereby notifies the Court that they have withdrawn as counsel for the Plaintiffs in this matter. Plaintiffs will continue to be represented by co-counsel, the law firm of Keller Rohrback, LLP and the law firm of Shapiro, Haber, & Urmy, LLP. Keller Rohrback, LLP has been counsel since the filing of the Complaints in this action.

There are no motions now pending before the Court and, in any event, all motions will be addressed by the law firms of Keller Rohrback, LLP and Shapiro, Haber, & Urmy, LLP. No trial date has been set.

This Notice of Withdrawal as Counsel has been served on Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin, and all other counsel.

By:    /s/ Nina H. Fields
Michael J. Brickman *(Pro Hac Vice)*
James C. Bradley *(Pro Hac Vice)*
Nina H. Fields *(Pro Hac Vice)*
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street (29401)
Post Office Box 879
Charleston, South Carolina 29402
Phone: 843-727-6500
Fax: 843-727-3103

*Attorneys for the Plaintiffs*

September 13, 2007

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, caused a true and correct copy of the above and foregoing **NOTICE OF WITHDRAWAL AS COUNSEL** to be served via email transmission and U.S. mail, upon:

**Opposing Counsel:**

| | |
|---|---|
| James N. Benedict, Esquire<br>Sean M. Murphy, Esquire<br>Milbank Tweed Hadley & McCloy, LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005-1413<br>Phone: 212-530-5000<br>Email: jbenedict@milbank.com<br>           smurphy@milbank.com | David S. Cohen, Esquire<br>Donna F. Mulvihill, Esquire<br>Milbank Tweed Hadley & McCloy, LLP<br>1850 K Street, N.W.<br>Washington, DC  20006<br>Phone: 202-835-7500<br>Email:  dcohen2@milbank.com<br>            dmulvihill@milbank.com |
| James S. Dittmar, Esquire<br>David S. Apfel, Esquire<br>Goodwin Procter, LLP<br>53 State Street<br>Boston, Massachusetts  02109<br>Phone: 617-570-1000<br>Email: jdittmar@goodwinprocter.com<br>           dapfel@goodwinprocter.com | |

**Plaintiffs (via U.S. Mail only):**

| | |
|---|---|
| Nancy Haugen<br>9222 South 51st Street<br>Phoenix, Arizona 85044 | Cindy Schurgin<br>4629 E. Caron Street<br>Phoenix, Arizona 85028 |
| Michael F. Magnan<br>Karen L. Magnan<br>1517 W. Impala Avenue<br>Mesa, Arizona 85202 | Presley C. Phillips<br>Andrea M. Phillips<br>785 N. Villa Nueva Drive<br>Litchford Park, Arizona 85340 |

**Co-Counsel (via ECF only):**

Robert D. Friedman, Esquire
Harry S. Miller, Esquire
Matthew J. Tuttle, Esquire
Burns & Levinson, LLP
125 Summer Avenue
Boston, Massachusetts 02110
Phone: 617-345-3000

Michelle H. Blauner, Esquire
Shapiro Haber & Urmy, LLP
Exchange Place, 37th Floor
53 State Street
Boston, Massachusetts 02109
Phone: 617-439-3939

Guy M. Burns, Esquire
Jonathan S. Coleman, Esquire
Becky Ferrell-Anton, Esquire
Johnson Pope Bokor Ruppel & Burns, LLP
403 East Madison Street, Suite 400
Tampa, Florida 33602
Phone: 813-225-2500

Lynn Lincoln Sarko, Esquire
Michael D. Woerner, Esquire
Tana Lin, Esquire
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Phone: 206-623-1900

/s/ Nina H. Fields
Attorney for the Plaintiffs

September 17, 2007