# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESELY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, | ) ) ) ) ) ) ) ) ) ) ) | No. 04-cv-11651-MLW (Lead case)  No. 04-cv-11756-MLW (Consolidated case) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR, CO., INC., | ) ) ) | |
| Defendants. | ) ) ) | |

---

## NOTICE OF WITHDRAWAL AS COUNSEL

TO THE CLERK OF THE ABOVE NAMED COURT:

The law firm Johnson, Pope, Bokor, Ruppel & Burns, LLP hereby notifies the Court that they have withdrawn as counsel for the Plaintiffs in this matter. Plaintiffs will continue to be represented by co-counsel, the law firm of Keller Rohrback, LLP and the law firm of Shapiro, Haber, & Urmy, LLP. Keller Rohrback, LLP has been counsel since the filing of the Complaints in this action.

There are no motions now pending before the Court and, in any event, all motions will be addressed by the law firms of Keller Rohrback, LLP and Shapiro, Haber, & Urmy, LLP. No trial date has been set.

This Notice of Withdrawal as Counsel has been served on Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin, and all other counsel.

By:  /s/  Becky Ferrell-Anton
Guy M. Burns *(Pro Hac Vice)*
Becky Ferrell-Anton *(Pro Hac Vice)*
Jonathan S. Coleman *(Pro Hac Vice)*
Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 E. Madison Street, Suite 400
Post Office Box 1100
Tampa, Florida 33602
Phone:  813-225-2500
Fax:  813-223-7118

*Attorneys for the Plaintiffs*

Dated: September __13__, 2007

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, caused a true and correct copy of the above and foregoing **NOTICE OF WITHDRAWAL AS COUNSEL** to be served via email transmission and U.S. mail, upon:

**Opposing Counsel:**

James N. Benedict, Esquire
Sean M. Murphy, Esquire
Milbank Tweed Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, New York 10005-1413
Phone: 212-530-5000
Email: jbenedict@milbank.com
      smurphy@milbank.com

David S. Cohen, Esquire
Donna F. Mulvihill, Esquire
Milbank Tweed Hadley & McCloy, LLP
1850 K Street, N.W.
Washington, DC 20006
Phone: 202-835-7500
Email: dcohen2@milbank.com
      dmulvihill@milbank.com

James S. Dittmar, Esquire
David S. Apfel, Esquire
Goodwin Procter, LLP
53 State Street
Boston, Massachusetts 02109
Phone: 617-570-1000
Email: jdittmar@goodwinprocter.com
      dapfel@goodwinprocter.com

**Plaintiffs (via U.S. Mail only):**

Nancy Haugen
9222 South 51st Street
Phoenix, Arizona 85044

Cindy Schurgin
4629 E. Caron Street
Phoenix, Arizona 85028

Michael F. Magnan
Karen L. Magnan
1517 W. Impala Avenue
Mesa, Arizona 85202

Presley C. Phillips
Andrea M. Phillips
785 N. Villa Nueva Drive
Litchford Park, Arizona 85340

3

**Co-Counsel (via ECF only):**

Robert D. Friedman, Esquire
Harry S. Miller, Esquire
Matthew J. Tuttle, Esquire
Burns & Levinson, LLP
125 Summer Avenue
Boston, Massachusetts  02110
Phone: 617-345-3000


Michelle H. Blauner, Esquire
Shapiro Haber & Urmy, LLP
Exchange Place, 37th Floor
53 State Street
Boston, Massachusetts  02109
Phone:  617-439-3939

Michael J. Brickman, Esquire
James C. Bradley, Esquire
Nina H. Fields, Esquire
Richardson, Patrick, Westbrook &
Brickman, LLC
174 East Bay Street (29401)
Post Office Box 879
Charleston, South Carolina 29402
Phone: 843-727-6500


Lynn Lincoln Sarko, Esquire
Michael D. Woerner, Esquire
Tana Lin, Esquire
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington  98101-3052
Phone:  206-623-1900


_/s/ Becky Ferrell-Anton_____
Attorney for the Plaintiffs


September ___17___, 2007

4