UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT *et al.*,<br>for the use and benefit of<br>FIDELITY MAGELLAN FUND, FIDELITY<br>CONTRAFUND, FIDELITY GROWTH &<br>INCOME PORTFOLIO I FUND, FIDELITY<br>BLUE CHIP GROWTH FUND, and<br>FIDELITY LOW-PRICED STOCK FUND,<br><br>          Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH<br>COMPANY and FMR CO., INC.,<br><br>          Defendants. | No. 04-cv-11651-MLW<br>(Lead Case)<br><br>No. 04-cv-11756-MLW<br>(Consolidated Case) |

## DECLARATION OF LAURA R. GERBER

Pursuant to 28 U.S.C. § 1746, I, Laura R. Gerber, declare as follows:

1. I am one of the attorneys representing Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin in this matter.

2. I submit this declaration in support of Plaintiffs' Renewed Motion to Compel Discovery in order to identify certain exhibits referenced in Plaintiffs' Renewed Motion to Compel Discovery and the Declaration of Steve Pomerantz, Ph.D. filed concurrently herewith.

3. Attached hereto are true and accurate copies of the following exhibits:

    Exhibit 1    Email from JS Wynant to Abby Johnson (July 1, 2004), BFMR00218474

    Exhibit 2    Email from JS Wynant to Abby Johnson and attachment "Equity Contract Renewal Questions" (July 2, 2004), BFMR00235610-BFMR00235614

| | |
|---|---|
| Exhibit 3 | Excerpt from 2005 Annual Mutual Fund Profitability Analysis (April 11, 2006), BFMR0062110A (redacted pursuant to parties' agreement) |
| Exhibit 4 | Memorandum in Support of Plaintiffs' Motion to Compel Discovery (June 21, 2007) |
| Exhibit 5 | Excerpt from Transcript of Motion Hearing, Bennett et al. v. Fidelity Mgmt. & Research Co. and FMR Co., Inc., No. 04-11651-MLW (D. Mass. July 18, 2007) |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of September, 2007.

*Laura R. Gerson*

CERTIFICATE OF SERVICE

I hereby certify that, on the 17th day of September 2007, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Laura R. Gerson*

2