**EXHIBIT 1**

**From:** Wynant, JS
**Sent:** Thu, 01 Jul 2004 23:26:47 GMT
**To:** Johnson, Abby
**CC:** Penrose, Fatima; Richer, Clare; Farinacci, John
**Subject:** Board of Trustee Question on Compensation

Abby,

We wanted to get your thoughts on how to respond to the following compensation question from the Trustees:
Compensation. The Independent Trustees would like to have a much more detailed picture of the structure of portfolio manager and research personnel compensation. This would include a consideration of how Fidelity goes about evaluating people in these positions. It is difficult, for example, to fully understand the impact on incentives of the "Other Share Program" described in detail in the fund profitability responses without more context. We would like to work out a program for receiving this type of information on an ongoing basis starting in the Fall of this year.

One option would be to defer the question and propose that we provide a tutorial in the fall.

Another option is to respond with similar information to what Laura reviewed during the April 2000 fund profitability presentation. At that time, the board had just approved including a portion (40%) of the real share program costs in fund profitability (Other Share Program Expense).
The attached powerpoint presentation shows the relevant slides from that presentation which describe the various share program and partnerships. The last slide (page 9) shows average reward per investment professional that is included in fund profitability as well as the value of 100% of real shares and appreciation of the partnerships.

Since we have previously shown this information and there are number of new trustees, it may make sense to review this information again in our response.

This approach may alleviate the need for a tutorial in the fall. The attached word document is the beginning of the response, if we choose this option.
We are working with Fatima to provide additional description on the structure/philosophy of the base and bonus programs. You will also see tables (which we would need to complete) that will show the average reward per PM and research analysts for each component.

Would appreciate your thoughts.

**CONFIDENTIAL**                                                                                                    BFMR00218474