**EXHIBIT 2**

**From:** Wynant, JS
**Sent:** Fri, 02 Jul 2004 16:45:17 GMT
**To:** Johnson, Abby
**CC:** Penrose, Fatima; Richer, Clare; Farinacci, John
**Subject:** Trustee Comp Q&A

Abby,

Attached is an improved version of the compensation question response I sent last night which now includes Fatima's description of the comp and bonus structure (highlighted in yellow).

Fatima also suggested an interesting option -- we could include examples of the "cover sheet" that is produced by performance reporting at bonus cycle and dry run (with fund and PM names deleted) which would give the trustees a feel for how it actually works as well as give them a sense of how objective and performance driven the methodology is.

We could include these examples instead of the tables showing average reward per PM and research analyst that are currently at the end of the attached doc.

Thanks,
JS

**CONFIDENTIAL**

BFMR_00235610

# Fidelity Independent Trustees
## Equity Contract Renewal Questions

**Compensation.** **The Independent Trustees would like to have a much more detailed picture of the structure of portfolio manager and research personnel compensation. This would include a consideration of how Fidelity goes about evaluating people in these positions. It is difficult, for example, to fully understand the impact on incentives of the "Other Share Program" described in detail in the fund profitability responses without more context. We would like to work out a program for receiving this type of information on an ongoing basis starting in the Fall of this year.**

**Response:**

FMR strives to maintain a competitive reward structure to achieve three objectives: 1) align compensation with shareholder interests, 2) recognize outstanding performance, and 3) attract and retain key talent. The total reward component for portfolio managers and research analysts/associates, as well as other senior executives includes:
- Base Salary
- Annual Bonus
- Phantom Share Grants (aka "Share Program Expense"; compensatory per GAAP)
- Real Share Grants (not considered compensation per GAAP, however 40% of the appreciation is included in Fund Profitability in the "Other Share Program" line item)
- Partnership Units (not included in Fund Profitability)

The value of the phantom and real share grants are based on the performance of FMR's common stock, which reflects the change in net asset value (NAV) of operations and the investment portfolio.

- The phantom shares comprise (i) Incentive shares with 2-3 year terms, no initial investment and cash payouts (ii) Stock Appreciation Shares with no initial investment which payout the cumulative NAV after 5 years, and (iii) Performance Options which payout the value of the common stock after 7 years and require investments (over the 5 year vesting period) equal to the value of the common stock at the award date.

CONFIDENTIAL

BFMR_00235611

- The real shares include common, non-voting common, and participating preferred stock. These shares are redeemed upon retirement or termination and require investment over the vesting period (generally 3 years) equal to the value of the common stock at the award date.

In addition to the share plans, a portion of the reward structure for senior portfolio managers and executives involves participation in FMR employee investment partnerships.

- There are a number of limited partnerships which have a variety of investments, e.g., Colt, venture capital and operating companies, real estate, etc.
- The partnership units are obtained either through (i) dividends on FMR Corp. shares (partly in partnership units and partly in cash), or (ii) offerings to purchase units granted as part of new FMR Corp. share offerings.
- Profits, losses and distributions of the partnerships are allocated to the partners in proportion to their outstanding partnership units.
- The partnerships are not consolidated with FMR Corp and the annual change in value is not reflected in FMR Corp. results or in Fund Profitability.

FMR fund manager compensation generally consists of several components: base salary, bonus and in some cases, different types of deferred compensation. Base salary is determined by the individual's specific job responsibilities, such as the number of funds he or she manages, assets managed, and other non-portfolio responsibilities such as people management.

Bonuses, which typically exceed base pay by a considerable amount, are determined and paid annually. The factors that determine a bonus payment for fund managers are largely quantitative and include:
- The investment performance of the fund, which is assessed relative to either the investment benchmark, a broad peer group or both over different time periods.
- The similar relative performance of the group of funds to which a portfolio manager's own fund(s) belong(s)
- There is also a smaller, subjective component that includes factors such as contribution to recruiting, marketing and mentoring within the research team

CONFIDENTIAL

BFMR_00235612

More specifically, the general weighting of the components described above for a fund manager is as follows:

| | |
|---|---|
| Peer Group | 35% |
| Index | 30% |
| Group | 15% |
| Subjective | 20% |
| **Total Payout** | **100%** |

In general, the investment performance is assessed relative to peers and market indices based on a combination of 1, 3 and 5-year performance, encouraging balance between shorter and longer-term results. These weightings are typically adjusted for a fund manager's tenure on a fund.

| | |
|---|---|
| 1 Year | 30% |
| 3 Year | 50% |
| 5 Year | 20% |

In addition to base salary and cash bonuses, all investment professionals are eligible to receive several types of equity shares of Fidelity as sources of compensation:

- Incentive Share Program – issued annually based on individual performance. These shares have a three-year life. Consequently, our investment professionals must continue to excel in order to maintain and enhance their share ownership as well as contribute to the overall profitability of the firm.
- Stock Ownership – awarded based on level of responsibility, investment performance and overall contribution to the firm.

FMR research compensation methodology is similar to that of fund managers in that it is highly quantitative, but focuses on slightly different components. A research analyst's compensation is largely determined by the following:
- Fund manager semi-annual reviews
- Stock picking metrics
- Select fund performance
- All equity funds' performance
- Peer reviews
- Recruiting efforts

**CONFIDENTIAL**

BFMR_00235613

|  | Average Reward per Portfolio Manager | | | | | |
|---|---|---|---|---|---|---|
|  | Included in Fund Profitability | | Not Included in Fund Prof. | | Total | |
|  | $M | % | $M | % | $M | % |
| Base |  |  |  |  |  |  |
| Bonus |  |  |  |  |  |  |
| Share Program Exp |  |  |  |  |  |  |
| Other Share Program |  |  |  |  |  |  |
| Partnership Units |  |  |  |  |  |  |
| Total |  |  |  |  |  |  |

|  | Average Reward per Research Analyst/Associate | | | | | |
|---|---|---|---|---|---|---|
|  | Included in Fund Profitability | | Not Included in Fund Prof. | | Total | |
|  | $M | % | $M | % | $M | % |
| Base |  |  |  |  |  |  |
| Bonus |  |  |  |  |  |  |
| Share Program Exp |  |  |  |  |  |  |
| Other Share Program |  |  |  |  |  |  |
| Partnership Units |  |  |  |  |  |  |
| Total |  |  |  |  |  |  |

CONFIDENTIAL

BFMR_00235614