**EXHIBIT 3**

- Share-related costs decreased _____ in 2005 versus 2004. Excluding share-related costs, total expense increased _____ (Expenses excluding share-related costs declined 0.2 bp due to assets growing at a greater rate than expenses).

  - All share-related costs are embedded within applicable expense line items in the Fidelity Funds profitability summary shown on page 1, consistent with the individual fund P&L's. Share-related costs include the operations and portfolio components of Share Program Expense (NAV-Operations, NAV-Portfolio) as well as Other Share Program Costs (OSP).

  - Since year-over-year changes in share-related costs have materially impacted expenses in the past, FMRCo has highlighted expense changes excluding these costs. FMR continues to provide the variance of each major line item both including and excluding all share-related costs, even though the impact of portfolio share-related costs has become less volatile than during the 1999-2000 period. The detailed expense discussions regarding sub-line items focus on the variances excluding share-related costs.

  - Other Share Program expense declined _____, accounting for the majority of the decrease in total share-related costs. Investment Management OSP declined overall and shifted from Fidelity funds to non-Fidelity products. (See the "Methodology" tab for a more detailed explanation of share-related costs.)

- Investment Management expense increased _____ (13.5%), or 0.4 bp, in 2005 versus 2004. Excluding share-related costs, Investment Management expense increased _____ (19.7%), or 0.7 bp, in 2005 versus 2004. The increase in expenses excluding share-related costs is due to increased compensation _____ across all disciplines, with the majority of the increases in the equity management, research and trading. Payments to FIL increased _____ primarily due to (i) a _____ increase in sub-advisory expense, driven by a 35% growth in international equity assets sub-advised by FIL, and (ii) an increase in FIL research expense _____ 2005 also reflects the first full year impact of the mid-2004 discontinuation of soft dollars usage to pay for market data _____. Additionally, external legal fees associated with ongoing litigation increased in _____ in 2005.

- Marketing, Advertising & Distribution expense increased _____, but declined 0.8 bp. In 2005 versus 2004. Excluding share-related costs, Marketing, Advertising & Distribution expense increased _____, but declined 0.6 bp.

  - Marketing Expense, which includes all non-promotion costs associated with strategic marketing, product marketing, market research, etc., increased by _____). Expenses in the Intermediary channel increased _____) due to an increase in headcount, as well as an overall increase in administration and system-related costs. FIIS increased marketing resources this year, focusing on improving FIIS' position in the marketplace. In the Retirement channel, Marketing expenses increased _____ primarily due to increased spending on communication programs such as first|Person and Advice and Guidance, as well as increased spending on client conferences and product management to support new and existing initiatives. The increases in Intermediary and Retirement channels were offset by a decrease

8

CONFIDENTIAL

BFMR 0062110 A