UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>    Defendants. | CIVIL NO. 1:04-cv-11651-MLW<br>(Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW<br>(Consolidated Case) |

**DECLARATION OF STEVE POMERANTZ, Ph.D.**

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I, Steve Pomerantz, hereby declare:

1. I make this Declaration in support of Plaintiffs' Renewed Motion to Compel Discovery, which seeks information identifying the total compensation paid by Fidelity[1] to each of the portfolio managers of the Funds.[2]

---

[1] As used herein, the term "Fidelity" refers to Defendants Fidelity Management & Research Co. and FMR Co., Inc., as well as their subsidiaries and affiliates.

[2] As used herein, the term "Funds" refers to the Fidelity Magellan Fund, the Fidelity Contrafund, the Fidelity Blue Chip Growth Fund, the Fidelity Growth & Income Fund, and the Fidelity Low-priced Stock Fund.

2. I have been retained by Plaintiffs as a consulting expert with respect to, among other things: (a) the economies of scale that exist at Fidelity in connection with its provision of investment advisory services; and (b) whether and to what extent those economies of scale have been shared with the Funds and their shareholders.

3. I make this Declaration based upon personal knowledge.

4. I am of legal age and am competent to testify.

5. I am qualified to render opinions concerning the mutual fund industry, as well as the existence of economies of scale in the provision of investment management services, in light of my background, education, and experience. I earned a Ph.D. in Mathematics from the University of California at Berkeley in 1986. Since that time, I have worked exclusively in the investment management industry and have held positions in research and portfolio management for fixed income, equities, and alternative investments at several major investment firms, including Bank of America; Morgan Stanley; Citibank; Nomura Securities International; Weiss, Peck & Greer, LLC; New York Life Investment Management; Lotus Partners Management; and Gordon Asset Management. During my employment with these investment management firms, I was in contact with, and obtained information about, other investment management firms as well. I have researched, studied, and participated in all areas of the public capital markets and, in particular, those areas invested in by the mutual fund market. In addition, I have offered investment and asset allocation advice to a wide range of clients, including both high net worth individuals and very large institutional clients. Moreover, as a Director of Research and as Director of Risk Management at several money management firms, my responsibilities included portfolio management and risk management. Further, I have performed economies-of-scale analyses similar to those I have been asked to perform in this case with respect to other mutual

fund investment advisors. My background, education, qualifications, and experience are set forth in more detail in my curriculum vitae, which I have attached hereto as Exhibit A.

6. As part of my consulting work for this case, I have been asked to analyze the economies of scale specific to the investment management function at Fidelity to determine whether Fidelity has realized economies-of-scale savings in providing investment management services as the Fidelity Complex[3] and the Funds have grown larger and, if so, the extent to which those savings have been shared with the Funds and their shareholders.

7. In my experience, fund advisors realize the effects of economies of scale through decreasing per-unit costs or increasing margins on their advisory revenue. As assets grow, the cost for managing each successive dollar continues to decline; yet in the absence of commensurate declines in advisory fees paid by the funds, the advisor realizes progressively more profit on each dollar managed. Unlike a traditional manufacturing process, a mutual fund advisor is always in the mode of producing the first and last unit of its production. When a mutual fund's assets grow, it is not only these incremental assets that are being managed. All assets, from the very first dollar, remain "in production," albeit at a lower effective cost.

8. The standard methodology used to analyze economies of scale in the investment management industry is an examination of the relationship between assets under management and the costs incurred to provide investment management services to those assets. Because Fidelity's cost information is not publicly available, for purposes of my analyses I must utilize cost data supplied by Defendants to calibrate the cost structure of investment management services at Fidelity. Such data includes the profitability reports that Fidelity provided to the

---

[3] As used herein, the term "Fidelity Complex" refers to the complex of mutual funds that bear the Fidelity or Spartan name and which are created, managed, and/or sold by Fidelity Management & Research Company and its affiliates.

Funds' trustees for purposes of their evaluation of the Funds' management agreements, as well as the data used to create those reports.

9. In order to accurately determine the extent, if any, to which Fidelity's mutual fund management unit, Fidelity Management & Research Co. ("FMR Co."), has realized economies of scale with respect to the Funds, I must examine the relationship between Fidelity's assets under management and Fidelity's investment management costs for all the funds it manages. By including data for all funds, I will increase the reliability of my results because the analysis would include a broader range of costs and asset levels. I will be able to isolate those costs incurred as part of the general investment advisory service, as well as those that are specific to the Funds at issue.

10. I must analyze costs that are directly attributed or allocated to the Fidelity Complex as a whole, as well as the costs that are ultimately allocated to the individual Funds. This analysis requires an understanding not only of the total investment management costs allocated by Fidelity to each of the Funds in the Fidelity Complex, but also of the various components of FMR Co.'s investment management costs.

11. I have reviewed the profitability reports provided to the Funds' Board of Trustees. The reports show only a few, very broad categories of expenses allocated by Fidelity to each of the Funds. In particular, they report one overall expense line item for "fund management & administration" for each Fund but do not provide any further detail as to the various costs that comprise "fund management & administration." Such broad categories do not provide any insight into the individual cost components that make up Fidelity's total management expenses.

12. Particularly important to my analysis of economies of scale realized by Fidelity with respect to its provision of investment management services is an understanding of the

portfolio manager compensation costs that have been attributed or allocated to each Fund. My analysis will be based in part upon my understanding of how allocations of portfolio manager costs vary by a Fund's share of the Fidelity Complex's total assets under management, as well as how they vary over time. In my experience, portfolio manager compensation is typically the single largest investment management expense item borne by a mutual fund. Accordingly, the amount of portfolio manager compensation expense and the method of its allocation to a mutual fund in a fund complex can strongly influence the reported profitability of and economies of scale seen by the mutual fund.

13. It is necessary to know the portfolio manager compensation costs for each Fund in order to determine whether they are unreasonably high and whether these costs are appropriately allocated among the funds contained within the group of funds that a portfolio manager's Fund is assigned to.[4] To the extent those costs are unreasonably high or are inappropriately allocated, they have the ability to obfuscate the presence of economies of scale. Further, the dollar amount by which these compensation costs increase or decrease each year affects the ability to examine economies of scale realized over time. Without the total dollar amount of portfolio manager compensation expense allocated to each Fund each year, it is difficult to examine economies of scale.

14. As I understand it, total portfolio manager compensation for the Fidelity Complex consists of several components, including salary, bonus, "share program expense" (which arise from equity interests that portfolio managers have in Fidelity), and "other share program

---

[4] According to documents provided to the Funds' Board of Trustees, "[w]ith respect to an individual portfolio manager's compensation (base, bonus, and shares), 75% is allocated pro-rata to the assets they manage. … The remaining 25% of a portfolio manager's compensation is pooled with compensation from other portfolio managers in their group and allocated based on assets to all assets in the group." *See* 2005 Contract Renewal Questions at 16-17 (Aff. of Matthew J. Tuttle, Bennett et al. v. Fidelity Mgmt. & Research Co. et al., No. 04-cv-11756-MLW (D. Mass. June 21, 2007), Ex. 19).

expense" (which relates to a discontinued program of equity compensation for portfolio managers).  Board minutes and fund profitability reports for several years indicate that increases/decreases in investment management expense were due to increases/decreases in so-called "share program expenses."[5]  As such, the Funds' total investment management expense is significantly affected by the value assigned to the "share program expense" each year.

15.     Based on the profitability reports that Fidelity gave to the Board of Trustees, it is impossible to determine at the Fund level the costs incurred by the investment advisor due to the "share program expense." This expense is aggregated with other expenses and embedded in the very broad expense categories on the fund profitability reports. Some of this expense is allocated to the investment management function, while the remainder is allocated to other expense categories; it is not clear how this breakdown occurs.

16.     While annual expense changes including and excluding these "share program expenses" are reported for the Fidelity Complex as well as the subgroup of all equity funds in the Fidelity Complex, these changes in "share program expense" at the fund level are not separately reported in documents made available by Fidelity.  Rather, the Fidelity reports show fund-level expenses that embed "share program expenses" with broader expense items.

17.     The discovery provided to date does not enable me to determine what the actual fund costs are excluding the "share program expense."[6]  However, it is apparent from the data is

---

[5] *See, e.g.,* Excerpt from 2005 Annual Mutual Fund Profitability Analysis (April 11, 2006), BFMR0062110A (Ex. 3 to Declaration of Laura R. Gerber, Sept. 17, 2007). "Investment Management expense increased $[redacted] (13.5%), or 0.4 bp, in 2005 versus 2004.  Excluding share-related costs, Investment Management expense increased $[redacted] (19.7%), or 0.7 bp, in 2005 versus 2004." Fund profitability reports for prior and subsequent years include similar statements.

[6] While fund costs without the share program expense are reported in internal FMR Co. profitability reports, these reports do not represent the total investment management expense allocated to each fund.  Therefore, it is possible that there are additional share program expenses that are not accounted for in the internal FMR Co. profitability reports.

that these costs are highly volatile and make an analysis of economies of scale difficult because I am unable to extract the share program component.

18. Based on the profitability information provided by Fidelity, the annual changes in fund management expense, including and excluding the "share program expense," are as follows:

|  | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| **Including "share program expense"** | –33% | –14% | 21% | 9% | 13% | 14% |
| **Excluding "share program expense"** | 22% | 1% | 12% | –5% | 6% | 20% |
| **Difference** | –55% | –15% | 9% | 14% | 7% | –6% |

In some years, what is a decrease when "share program expenses" are excluded is an increase when those expenses are included, and vice versa. The inclusion of "share program expenses" actually doubles the dispersion of annual changes in investment management costs as measured by the standard deviation of the respective sets of numbers presented above. For example, from 2002 to 2003, changes in investment management expenses were either a <u>positive</u> $67 million or a <u>negative</u> $31 million, depending on whether or not "share program expenses" are included. From 2000 to 2001, the change was either a <u>negative</u> $103 million or a <u>positive</u> $4 million.

19. From this limited data, it is clear that the inclusion of "share program expenses" as a component of portfolio manager compensation makes the determination of economies of scale more difficult. Indeed, it is unclear to me how the board could have performed their economies of scale analysis, even at the fund complex level, without more detailed expense data.

20. While Fidelity claims only that portfolio manager compensation increases roughly in line with asset size, it is unclear how much of this compensation is being derived from the

"share program expenses" which are included in a single line item for investment management expenses.

21. Without a better understanding of how "share program expenses" affect investment management expenses, it will be difficult for me to opine on the allocation methodologies used by Fidelity, the economies of scale it experiences, and hence the amount of those economies that are being shared with the Funds and their shareholders.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of September, 2007.

Steve Pomerantz, Ph.D.