UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESELY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>        Plaintiffs,<br>   v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR, CO., INC.,<br><br>        Defendants. | No. 04-cv-11651-MLW<br>(Lead case)<br><br>No. 04-cv-11756-MLW<br>(Consolidated case) |

### DECLARATION OF JAMES D. LAMB

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I, James D. Lamb, hereby declare as follows:

1. I make this Declaration in support of Plaintiffs' Motion to Compel Defendants to produce documents that identify the total compensation paid by Fidelity Management & Research Company (with its affiliates, "Fidelity") from January 1, 2000 through the present to the portfolio managers of the five mutual funds at issue in the captioned case, including salary, bonus, share program expense, other share program expense and any other components of their compensation.

2. I was retained by Plaintiffs in this case as a consulting expert to provide detailed analysis on the profitability of mutual funds managed by Fidelity, as well as evaluate

potential damages based on a comparison of the fee structures for Fidelity's various non-mutual fund clients to the fee structures of the mutual funds managed by Fidelity.

3. I am a Managing Director of Consulting Services for RSM McGladrey, residing in the Kansas City office. RSM McGladrey is a business services firm providing accounting, tax, and business consulting services. Through my work as a management consultant, I frequently review strategy, management and financial reports, processes, and business drivers impacting revenues and costs to look at ways to improve effectiveness. I am a Certified Management Accountant (CMA) and have over 20 years of experience in assessing and developing cost accounting and profitability models and systems.

4. To perform a complete analysis of the mutual fund profitability reporting of Fidelity, it is important that I conduct a thorough review of material expenses that are allocated to the mutual funds at issue. The most significant expense for any services company, and specifically in the case of an investment manager like Fidelity, is employee compensation and benefits. As to an investment manager such as Fidelity, the most significant component is the compensation and benefits paid to employees responsible for investment management. These employees appear to be referred to at Fidelity as "portfolio managers." My need to assess the appropriateness of this material expense is twofold:

- First, it is important that I understand the portfolio manager compensation costs that Fidelity allocates to each fund. I would evaluate this data in light of what services were performed that directly relate to the fund and how much of those services the mutual fund consumed. This data allows me to assess how

> a portfolio manager's compensation is ultimately allocated to the mutual funds and the appropriateness of this allocation.
> 
> - Second, I need to understand the components of each individual portfolio manager's compensation at a detailed level. Based on documents provided by Fidelity to date, this compensation includes equity components called "share program expense," "other share program expense" and participation in a "subordinated debenture program." These equity programs are in addition to the cash salary and bonus payments and health and retirement benefits that are offered to most other Fidelity employees. Without this detailed compensation data, I am unable to assess the appropriateness of the magnitude of compensation expenses that are being allocated to the mutual funds. I am also unable to assess whether some of those compensation expenses are more appropriately characterized as profit sharing such that they should not be deducted from the funds' revenue for the purpose of calculating the funds' profit levels and margins.

5.  Mutual fund profitability reports were relied upon by the Trustees ultimately to assist them in the negotiation of investment advisory services agreements with Fidelity. My review of these profitability reports reveals that they do not disclose compensation expenses that have been allocated to each fund. Rather, compensation expenses are simply subsumed in very broad, high-line expense line items.

6.  It is impossible to determine the true profitability of the mutual funds if excessive compensation, whether it be from the misallocation of compensation, inappropriate

compensation levels, or the misclassification of profit sharing as expenses, is being allocated to the mutual funds in Fidelity's profitability calculations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of September, 2007.

_____
James D. Lamb