UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br>      Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br>      Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**MOTION FOR A PROTECTIVE ORDER TO QUASH THE DEPOSITION
NOTICE OF EDWARD C. JOHNSON 3d, CHAIRMAN OF FMR CORP.**

    James S. Dittmar (BBO# 126320)
    David J. Apfel (BBO# 551139)
    Sarah Heaton Concannon (BBO# 646884)
    GOODWIN PROCTER LLP
    Exchange Place
    53 State Street
    Boston, Massachusetts 02109
    Tel: (617) 570-1000

    James N. Benedict
    Sean M. Murphy
    MILBANK, TWEED, HADLEY &
     MCCLOY LLP
    One Chase Manhattan Plaza
    New York, New York 10005
    Tel: (212) 530-5000
    *Attorneys for Defendants Fidelity
    Management & Research Company and
    FMR Co., Inc.*

Dated: September 28, 2007

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and this Court's inherent authority to make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, defendants Fidelity Management & Research Co. ("FMR Co.") and FMR Co., Inc. ("FMRC") (together, "Fidelity") hereby move for a Protective Order quashing plaintiffs' Notice of Deposition to Edward C. Johnson 3d, Chairman of FMR Corp.

The grounds for this Motion are set forth in the accompanying Memorandum.

Respectfully submitted,

GOODWIN PROCTER LLP

      /s/ James S. Dittmar
James S. Dittmar (BBO# 126320)
David J. Apfel (BBO# 551139)
Sarah Heaton Concannon (BBO# 646884)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

MILBANK, TWEED, HADLEY &
 MCCLOY LLP
  James N. Benedict
  Sean M. Murphy
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management & Research Company and FMR Co., Inc.*

Dated: September 28, 2007

1

LIBA #1832626.1

## LOCAL RULE 7.1 CERTIFICATION

Counsel for defendants Fidelity Management & Research Co. ("FMR Co.") and FMR Co., Inc. ("FMRC") (together, "Fidelity") hereby certify that they have conferred with counsel for plaintiffs and have attempted in good faith to resolve the issues raised in this Motion for a Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d, Chairman of FMR Corp.

    Respectfully submitted,

    GOODWIN PROCTER LLP

    /s/ James S. Dittmar
      James S. Dittmar (BBO# 126320)
      David J. Apfel (BBO# 551139)
      Sarah Heaton Concannon (BBO# 646884)
    Exchange Place
    53 State Street
    Boston, Massachusetts 02109
    Tel: (617) 570-1000

    MILBANK, TWEED, HADLEY &
     MCCLOY LLP
      James N. Benedict
      Sean M. Murphy
    One Chase Manhattan Plaza
    New York, New York 10005
    Tel: (212) 530-5000

    *Attorneys for Defendants Fidelity Management*
    *& Research Company and FMR Co., Inc.*

Dated: September 28, 2007

## CERTIFICATE OF SERVICE

I, James S. Dittmar, hereby certify that on September 28, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ James S. Dittmar
James S. Dittmar (BBO# 126320)