**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**DECLARATION OF JAMES S. DITTMAR IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED MOTION TO COMPEL DISCOVERY**

JAMES S. DITTMAR, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.      I am a member of the law firm of Goodwin Procter LLP, counsel for Defendants Fidelity Management & Research Company and FMR Co., Inc.  I am a member in good standing of the Bars of the State of Massachusetts and the United States District Court for the District of Massachusetts.  I make this declaration in support of Defendants' Opposition to Plaintiffs' Renewed Motion to Compel Discovery.

2.      Attached hereto as Exhibit A is a true and correct copy of pages 32 through 33 and 38 through 39 of the transcript of the July 18, 2007 hearing before this Court on Plaintiffs' original motion to compel.

3.      Attached hereto as Exhibit B is a true and correct copy of pages 134 through 137 of the December 7, 2005 deposition transcript of Dr. Steven Pomerantz in Baker v. American Century Inv. Mgmt., Inc., Case No. 04-4039-CV-C-ODS (W.D. Mo. 2006).

4.	Attached hereto as Exhibit C is a true and correct copy of pages 182 through 185 of the December 20, 2005 deposition transcript of Mr. James D. Lamb in <u>Baker v. American Century Inv. Mgmt., Inc.</u>, Case No. 04-4039-CV-C-ODS (W.D. Mo. 2006).

5.	Attached hereto as Exhibit D is a true and correct copy of an October 24, 2006 order of the United States District Court for the Northern District of California in <u>Strigliabotti v. Franklin Resources, Inc.</u>, No. C04-0883 SI, slip op. (N.D. Cal. Oct. 24, 2006).

I declare under penalty of perjury that the foregoing is true and correct.

Executed:	October 2, 2007
	Boston, Massachusetts

	/s/James S. Dittmar
	James S. Dittmar