```
IN THE WESTERN STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
------------------------------------------------ x
ROBERT L. BAKER,
                              Plaintiff,
     -against-
AMERICAN CENTURY INVESTMENT MANAGEMENT, INC.,
                              Defendant.
------------------------------------------------ x
```

DEPOSITION of the Plaintiff, STEVE POMERANTZ, taken by the Defendant, held at the offices of Milbank, Tweed, Hadley & Mc Cloy, L.L.P., One Chase Manhattan Plaza, New York, New York, on December 7th, 2005, at 9:30 a.m., before a Notary Public of the State of New York.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BARRISTER REPORTING SERVICE, INC.
120 Broadway
New York, N.Y. 10271
212-732-8066

**Pomerantz - Confidential**

### Page 134

1 went up or down in relation to the assets of
2 either the Ultra Growth or Select fund?
3 A. No, that wouldn't really contribute
4 to my opinion.
5 Q. Did you undertake any effort to
6 determine whether the pay that is provided
7 to the portfolio managers of the Ultra
8 Growth or Select funds went up or down in
9 relation to assets?
10 A. No, and it would have no contribution
11 to my opinion.
12 Q. Do you know if portfolio managers'
13 and analysts' bonuses tend to increase as
14 assets tend to increase?
15 A. I think that they do, yes, certainly
16 in dollar terms, but not in basis point
17 terms.
18 Q. Well, how do you know if they go up?
19 How do you know they don't go up in
20 basis point terms, as well?
21 A. I think I have kind of seen enough
22 salaries in my day to kind of have a sense.
23 I'm not citing any particular surveys that
24 would try to draw that link.

### Page 135

1 Q. If portfolio managers goes up as
2 assets go up, is that a fixed cost?
3 A. Well, it's much closer to fixed in
4 basis points. I think of the salary -- the
5 salary I think of as a fixed cost, and as
6 assets go up, I actually see the salary as a
7 percentage of the assets going down.
8 Q. Do you know what percentage of the
9 compensation to American Century portfolio
10 managers is in salary versus bonus or some
11 other incentive compensation?
12 A. I mean, it would have to be very
13 small because if you look at, say, Ultra as
14 an example, the combined costs for managing
15 the asset is running about 5 basis points.
16 I mean, I don't really care if it's 5 basis
17 points of bonus or 5 basis points of salary.
18 It doesn't really have any impact.
19 Q. So, you didn't look at that?
20 A. No.
21 Q. Do you know if in the late '90s, as
22 the market was rising, the portfolio manager
23 compensation was generally rising in the
24 market?

### Page 136

1 A. In the late '90s?
2 Q. Yes.
3 A. Yes, I believe that's true.
4 Q. Do you know if mutual funds compete
5 with hedge funds for portfolio managers?
6 A. I mean, I don't know how you would
7 say compete. I think there are portfolio
8 managers and there are hedge fund managers.
9 There are advantages and disadvantages to
10 each.
11 Q. Throughout the '90s, did advisors
12 have to pay their portfolio managers more
13 money to retain them because of competition
14 with hedge funds?
15 A. I don't know the answer to that.
16 Q. Can an advisor add research analysts
17 to the fund regardless of what's going on
18 with assets?
19 A. Can he? If he gets approval from his
20 superiors.
21 Q. Just the advisor. If the advisor
22 chooses to add analysts to a portfolio
23 regardless of assets, can it do so?
24 A. I think it can.

### Page 137

1 Q. Do you know if American Century ever
2 added analysts to its portfolios?
3 A. No.
4 Q. Do you look at how headcount changed
5 at American Century in relation to assets?
6 A. I know I kind of observed the
7 numbers, but they don't stick with me, nor
8 do they contribute to my conclusions.
9 Q. Have you ever heard that larger
10 mutual funds are harder to manage than
11 smaller?
12 A. What does "harder" mean?
13 Q. Have you ever heard the term
14 "harder"?
15 A. Like in the context of diamonds being
16 harder than coal.
17 Q. More complicated. More difficult to
18 manage.
19 A. I think at some point -- I think the
20 size of the assets in the fund can start to
21 dilute the integrity of the investment
22 management process, but operationally, there
23 is no difference between buying 100 shares
24 or buying 1000 shares.