Page 1

```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF MISSOURI
                    CENTRAL DIVISION

ROBERT L. BAKER, et    )
al.,                   )
                       )
     Plaintiffs,       )
                       )
     vs.               )   Case No.
                       )   04-4039-CV-C-ODS
AMERICAN CENTURY       )
                       )
INVESTMENT MANAGEMENT, )
                       )
INC.,                  )
                       )
                       )
                       )
     Defendant.        )
                       )
```

    VIDEOTAPED DEPOSITION of JAMES D. LAMB, taken by the Defendant, held at the offices of Rouse, Hendricks, German, May, P.C., 1010 Walnut Street, One Petticoat Lane, Suite 400, Kansas City, Missouri, on Tuesday, December 20, 2005, at 9:00 a.m., before a Notary Public of the State of Missouri, Peggy E. Corbett, RDR-CCR-CRR.

C O N F I D E N T I A L

**Page 182**

1  I know that I have to set them up. I know that
2  there's a preponderance that there's a lot higher
3  variable to shareholder services than there are to
4  managed money services.
5     Q. Did you look at whether Ultra's portfolio
6  managers were made more money as the fund grew from
7  a billion dollars to $20 billion dollars?
8     A. I know that they have a variable
9  compensation. I don't know what necessarily drives
10 the variable compensation, but the reality is
11 whatever team that they have, they behave as
12 somewhat of a fixed cost.
13    Q. Well, do you know if they get paid more as
14 assets increase, would you consider that a fixed
15 cost?
16    A. If the behavior is unrelated to the volume
17 of activity, yes.
18    Q. So you think if Ultra's portfolio manager,
19 when it was a billion dollars, made $500,000, and he
20 makes $5 million when it's a $20 billion dollar
21 fund, that could be a fixed cost?
22    A. For that particular year, it could be a
23 fixed cost because, you know, it's more related to
24 the number of equity companies that they're trading,
25 and has less to do with the number of shareholders

**Page 183**

1  that are buying the funds.
2     Q. Do you know what components go into a
3  portfolio manager's compensation?
4     A. No, I do not know the specifics of it. I
5  just know that they're compensated.
6     Q. Do you believe that economies of scale in
7  the mutual fund industry are inexhaustible?
8     A. I don't understand the question,
9  "inexhaustible."
10       Economies of scale exist because there are
11 fixed costs, there are some costs, and I know that
12 some of these, such as managed money, the cost per
13 unit goes down as the fund sizes increase.
14    Q. You've never heard the phrase exhaustible
15 or inexhaustible in connection with the concept of
16 economies of scale?
17    A. No, I have not.
18    Q. Do you think economies of scale in the
19 mutual fund business are limitless? Is there a
20 limit to the amount of economies of scale that you
21 can achieve at some asset levels?
22    A. The limit is conceptually and
23 theoretically tied to the point, and when fixed
24 costs near zero increment, to the next unit of
25 measure.

**Page 184**

1        So basically what happens, I mean if you
2  look at the bottom of the chart of where I used just
3  kind of the educational slide on breakpoints and
4  economies of scale.
5     Q. 15?
6     A. Yes, the thing I think that's the most
7  important to notice is that when the cost per unit
8  in one unit is $105, the cost per unit for two is
9  $55. Economies of scale certainly exhibit
10 themselves early on in the volume.
11       As you get down to 100 units, that changes
12 to 200. The cost per unit only changed .50 cents,
13 where up here at the top it changed $50 dollars for
14 one unit.
15    Q. I think we're agreeing. What I was trying
16 to say is it -- do economies of scale generally in a
17 production run exhibit themselves early in the
18 production run, and then the economies of scale
19 curve flattens out as production increases and fixed
20 costs become a smaller percentage of overall costs?
21    A. Yes, I agree with that statement.
22    Q. And at some point the amount of fixed
23 costs that you're achieving scale on become a very,
24 very small percentage of your overall costs so that
25 scale eventually exhausts itself?

**Page 185**

1     A. That's possible.
2     Q. We've talked a little about the efficiency
3  gains that you believe exist over time at American
4  Century.
5     A. Yes, we have talked about that.
6     Q. And did you quantify the cost reductions
7  that were attributable to efficiencies gained by
8  American Century over time?
9     A. I did not quantify it in a total dollar
10 amount. I tried to illustrate that it probably
11 exists in the table and the text on Page 17.
12    Q. And the text on Page 17, you don't know if
13 those costs were coming down because of efficiency
14 gains, economies of scale, or potentially other
15 reasons?
16    A. I think it's a combination of it. There's
17 no doubt that in my mind that a higher percentage of
18 shareholder services is probably tied up in variable
19 costs, certainly a much higher percentage than you
20 would have in the managing money side of it.
21       So I'm assuming that a lot of these gains
22 are probably technological gains, and you know, for
23 all intents and purposes they changed some of their
24 variable costs into fixed costs, is my supposition,
25 but as technology has taken a much greater role in

CONFIDENTIAL