**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**UNOPPOSED MOTION FOR LEAVE OF COURT**
**TO FILE CONFIDENTIAL MATERIALS UNDER SEAL**
**AND EXEMPT FROM THE ECF SYSTEM**

Defendants Fidelity Management & Research Company and FMR Co., Inc. ("Fidelity") hereby move, without opposition from Plaintiffs, for leave of Court to file confidential materials under seal and to exempt the confidential materials from being filed electronically in this Court's electronic case filing ("ECF") system. In support of this unopposed motion, Defendants state:

1.  On August 3, 2006, this Court entered a Protective Order governing the treatment of documents designated by the parties as "Confidential." Under the terms of the

Protective Order, the parties may designate as "Confidential" all proprietary information of a commercial nature, as well as certain other materials. (Protective Order ¶ 2.)

2. Plaintiffs have recently informed Defendants that they will soon be filing a supplemental pleading in support of their pending motion to compel. Plaintiffs have further indicated that they intend to attach to the supplemental pleading five separate documents, each of which has been previously designated "Confidential" pursuant to the Protective Order, and each of which contains highly sensitive proprietary information of a commercial nature pertaining to Fidelity's business.

3. If the "Confidential" materials Plaintiffs intend to file were filed as part of the ECF system or otherwise filed publicly, Fidelity would be unnecessarily exposed to competitive business harm.

4. In order to protect itself against such unnecessary competitive business harm, Fidelity intends to file an unopposed motion to impound the confidential materials until further order of this Court or until the final disposition of this case, including all appeals, whichever is sooner. Fidelity's unopposed motion to impound will identify the confidential materials to be impounded, and will itself include confidential information of a proprietary, commercial nature.

5. Fidelity's unopposed motion to impound will request that the Court order Plaintiffs to file the confidential materials Plaintiffs intend to attach to their supplemental pleading under seal and exempt from the ECF system.

6. By way of this motion, Fidelity seeks leave to file its anticipated unopposed motion to impound under seal. Fidelity further seeks leave of Court to file its unopposed motion to impound in the clerk's office, by hand, *i.e.*, exempt from this Court's ECF

system.  *See* Local Rule 5.4(g).  Plaintiffs have informed Fidelity that they do not oppose this motion, provided Fidelity does not utilize their lack of opposition to this motion against them in the future.  Fidelity has agreed to this term, and will not use Plaintiffs' lack of opposition to this motion against Plaintiffs.

WHEREFORE, Fidelity requests that this unopposed motion be ALLOWED, and that it be permitted to file its anticipated unopposed motion to impound under seal, and outside of and exempt from this Court's ECF system.

Dated:  October 11, 2007

                                   Respectfully submitted,

GOODWIN PROCTER LLP
/s/ James S. Dittmar
    James S. Dittmar, Esq. (BBO# 126320)
    David J. Apfel, Esq. (BBO# 551139)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: 617-570-1000

MILBANK, TWEED, HADLEY &
M<u>c</u>CLOY LLP
    James N. Benedict, Esq. (*pro hac vice*)
    Sean M. Murphy, Esq. (*pro hac vice*)
    David S. Cohen, Esq. (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY  10005-1413
T: (212) 530-5000
F: (212) 530-5219

*Attorneys for Defendants Fidelity Management*
    *& Research Company and FMR Co., Inc.*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.2

I, James S. Dittmar, hereby certify that counsel for Fidelity communicated with counsel for plaintiffs and they agreed not to oppose Fidelity's Unopposed Motion for Leave of Court to File Confidential Materials Under Seal and Exempt from the ECF System provided Fidelity does not use their lack of opposition against plaintiffs in the future.

/s/ James S. Dittmar

## CERTIFICATE OF SERVICE

I, James S. Dittmar, hereby certify that on October 11, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ James S. Dittmar

LIBA/1835207.1