UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT *et al.*,<br>for the use and benefit of<br>FIDELITY MAGELLAN FUND, FIDELITY<br>CONTRAFUND, FIDELITY GROWTH &<br>INCOME PORTFOLIO I FUND, FIDELITY<br>BLUE CHIP GROWTH FUND, and<br>FIDELITY LOW-PRICED STOCK FUND,<br><br>      Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH<br>COMPANY and FMR CO., INC.,<br><br>      Defendants. | No. 04-cv-11651-MLW<br>(Lead Case)<br><br>No. 04-cv-11756-MLW<br>(Consolidated Case) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO MOTION FOR A PROTECTIVE ORDER TO
QUASH THE DEPOSITION NOTICE OF EDWARD C. JOHNSON 3d**

Plaintiffs Cynthia Bennett *et al.* hereby respectfully request a short extension of time to file their Opposition to Motion for a Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d so that the parties may resolve certain issues concerning the confidentiality of certain information within the plaintiffs' filing. Specifically, the plaintiffs request an extension from October 12, 2007 to October 17, 2007 to complete this filing. In support of this motion, the plaintiffs state as follows:

1.  On September 28, 2007, the defendants filed their Motion for a Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d, Chairman of FMR Corp. ("Motion to Quash") and supporting Memorandum.

2.  Pursuant to Local Rule 7.1(B)(2), the plaintiffs' opposition to the Motion to Quash is due to be filed on October 12, 2007.

3.   The plaintiffs' have prepared an opposition for filing on this date, however, issues concerning the confidentiality of certain third-party information within the opposition filing have arisen.

4.   These confidentiality issues potentially go beyond those governed by the Protective Order already entered in this case on August 6, 2006.

5.   The parties in this matter are working together to address these confidentiality issues and expect that, working with the relevant third-parties, a reasonable resolution will be reached that will permit the filing of the opposition through standard Court procedures. A short extension of the filing deadline is necessary to complete this task.

6.   The Motion to Quash is scheduled to be heard by the Court on November 2, 2007. The plaintiffs do not believe that the short extension requested herein should impact the hearing date or cause prejudice to any party.

## LOCAL RULE 7.1 CERTIFICATION

On October 12, 2007, counsel for the plaintiffs conferred with counsel for the defendants about this requested extension of time, and the defendants do not object to the relief requested herein.

WHEREFORE, the plaintiffs respectfully request that the deadline for filing their Opposition to Motion for a Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d be extended to October 17, 2007.

Respectfully submitted,

By:     s/ Matthew J. Tuttle
Michelle H. Blauner BBO # 549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 439-3939

Lynn Lincoln Sarko
Michael D. Woerner
Laura R. Gerber
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Gary Gotto
Ron Kilgard
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012
Telephone: 602-248-0088
Facsimile: 602-248-2822

**Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin**

Harry S. Miller, BBO# 346946
Robert D. Friedman, BBO# 180240
Matthew J. Tuttle, BBO# 562758
Joshua N. Cook, BBO# 660346
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

**Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller**

CERTIFICATE OF SERVICE

I hereby certify that, on the 12th day of October 2007, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew J. Tuttle

01181494