UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHIL-LIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND,<br><br>       Plaintiffs,<br><br>  v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>       Defendants. | CIVIL NO. 1:04-cv-11651-MLW<br>(Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW<br>(Consolidated Case) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AND DEFER FILING OF SURREPLY TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' RENEWED MOTION TO COMPEL DISCOVERY**

Plaintiffs hereby move, without opposition from Defendants, for leave (a) to file a Surreply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Compel Discovery and (b) to defer such filing until the Court has acted on Defendants' anticipated Unopposed Follow-on Motion to Impound. In support of this Motion, Plaintiffs state:

1. Plaintiffs request leave of the court to file the Surreply for the limited purposes of (a) responding to arguments made by Defendants in their Memorandum in Opposition that rely on previously confidential material submitted by Defendants and previously unavailable to Plaintiffs and (b) providing additional information pertinent to other issues raised by Defendants in

their Memorandum in Opposition. Plaintiffs believe this additional information would be helpful and useful for the court and Defendants in advance of oral argument on November 2, 2007.

2. Pursuant to the Protective Order entered by this Court on August 3, 2006, Plaintiffs have advised Defendants that they intend to attach as exhibits to the proposed Surreply, and refer in the Surreply to information from, documents that Defendants have designated "Confidential" under the Protective Order.

3. On October 11, 2007, Defendants filed with the Court an Unopposed Motion for Leave of Court to File Confidential Materials Under Seal and Exempt from the ECF System, pursuant to which Defendants requested the Court to allow Plaintiffs to file their Surreply under seal and outside of and exempt from the Court's ECF system.

4. Consistent with Defendants' October 11, 2007 Motion, Plaintiffs request leave of the Court to defer the filing of their Surreply to the business day after the Court has acted on Defendants' Unopposed Follow-on Motion to Impound that is contemplated by Defendants' October 11, 2007 Motion.

5. Counsel for Plaintiffs have conferred with Defendants' counsel, and Defendants oppose neither Plaintiffs' request to file a surreply nor their request to defer its filing according to the preceding paragraph.

WHEREFORE, Plaintiffs request that this Motion be granted, such that (a) leave is granted pursuant to Local Rule 7.1(b)(3) for Plaintiffs to file a Surreply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Compel Discovery and (b) leave

is granted for Plaintiffs to file such Surreply on the business day after the Court has acted on Defendants' Unopposed Follow-on Motion to Impound that is contemplated by Defendants' October 11, 2007 Motion.

Dated October 16, 2007.

    KELLER ROHRBACK L.L.P.

    /s/ David Chen
    Lynn Lincoln Sarko *(pro hac vice)*
    Michael D. Woerner *(pro hac vice)*
    Laura R. Gerber *(pro hac vice)*
    David Y. Chen *(pro hac vice)*
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384

    Gary Gotto
    Ron Kilgard
    KELLER ROHRBACK P.L.C.
    National Bank Plaza
    3101 North Central Avenue, Suite 900
    Phoenix, AZ  85012
    Telephone: (602) 248-0088
    Facsimile: (602) 248-2822

    Michelle H. Blauner, BBO #549049
    SHAPIRO HABER & URMY LLP
    Exchange Place
    53 State Street, 37th Floor
    Boston, MA 02109
    Telephone: (617) 439-3939
    Facsimile: (617) 439-0134

    **Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips and Cindy Schurgin**

        Robert D. Friedman, BBO# 180240
        Harry S. Miller, BBO# 346946
        Matthew J. Tuttle, BBO# 562758
        Joshua N. Cook
        Andrea Martin
        BURNS & LEVINSON LLP
        125 Summer Street
        Boston, MA 02110
        Telephone: (617) 345-3000
        Facsimile: (617) 345-3299

        **Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller**

## LOCAL RULE 7.1 CERTIFICATION

I certify that Plaintiffs' counsel conferred with Defendants' counsel, who agreed not to oppose Plaintiffs' request to file a surreply or their request to defer filing of the surreply pending the Court's action on Defendants' Unopposed Follow-on Motion to Impound that is contemplated by Defendants' October 11, 2007 Motion.

        /s/ David Chen
        David Chen

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on October 16, 2007 to the following attorneys indicated as non-registered participants:

Robert J. Liubicic
MILBANK TWEED HADLEY & MCCLOY, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

David S. Cohen
Donna F. Mulvihill
MILBANK TWEED HADLEY & MCCLOY, LLP
International Square Building
1850 K Street, N.W.
Washington, DC 20006

/s/ David Chen
David Chen