**CYNTHIA A. BENNETT, et al v. FIDELITY MANAGEMENT & RESEARCH CO. et al.
No. 04-cv-11651-MLW (Lead case) and No. 04-cv-11756-ML (Consolidated case)**

---

### DEPOSITION OF NED C. LAUTENBACH ON APRIL 17, 2007

**Page 22**

6  Q.  And with whom did you interview prior to
7      assuming the responsibility of being on the
8      board?
9  A.  I'm trying to think.  They had -- Fidelity's
10     always had a nominating and governance
11     committee which is made up of outside
12     independent trustees, and I think at that
13     time Ralph Cox was on there, Jerry
14     McDonough.  I can't remember who else.
15     Jerry McDonough was the chairman.  I
16     interviewed with them, and then I
17     interviewed with all of the independent
18     trustees, and then I met with Ned Johnson,
19     Abby Johnson and Bob Posen, all of whom
20     worked for Fidelity.
21  Q.  And were -- who were the inside directors,
22      if any, that you met with prior to --
23  A.  Those three, those ones, Ned Johnson, Abby
24      Johnson and Bob Posen.

---

### DEPOSITION OF JOHN B. MCDOWELL ON APRIL 25, 2007

**Page 9**

24  Q.  What was the circumstance of your completing
25      your tenure as the portfolio manager?

**Page 10**

1  A.  The chairman of the company, Mr. Edward
2      Johnson, had been discussing with management
3      employees in the Management & Research
4      Company a new initiative to focus on large

5    cap research, the very largest equities
6    globally, and after a variety of discussions
7    with the management team they approached me
8    and felt that I was very qualified for that
9    position, and I was very interested in that
10   position, and so it's a de novo new
11   initiative that we just launched a couple
12   months ago and I headed up.

_____

### DEPOSITION OF MARIE L. KNOWLES ON MAY 15, 2007

**Page 45**

19  Q.  What was the process that you went through
20      to become formally on the board other than
21      Mr. Cox giving somebody your name?
22  A.  After Mr. Cox put my name forward, from my
23      perspective -- I don't know the process
24      inside of the governance committee, but from
25      my perspective, I was interviewed by the then

**Page 46**

1   members of the nominating and governance
2      committee individually.  That included Bob
3      Gates and Jerry McDonough, who was at the
4      time chairman of the independent trustees.
5      After those individual interviews took place,
6      I was invited to Boston, at which time I met
7      with all or virtually all the rest of the
8      independent trustees.  I'm not sure if each
9      of them attended that particular meeting.  I
10     also met with the two, I believe it would
11     have been two interested trustees which
12     would have included Ned Johnson and Abigail
13     Johnson, and I believe that would have been
14     the only interested trustees that I met with,
15     but I can't specifically recall.

_____

## DEPOSITION OF MARVIN L. MANN ON MAY 31, 2007

**Page 196**

```
 8  Q.  Is that real estate that would be owned by
 9      Fidelity Corporation and would be in this
10      venture capital type --
11  A.  I don't -- I honestly don't recall whether
12      real estate is included.  It would be
13      companies like Boston Coach.
14  Q.  Okay.
15  A.  I mean, they own a number of companies.  I
16      don't even know, you know, all of them that
17      they own.  They own COLT, which is a large
18      telecommunication company in Frank -- in
19      Europe, based in Britain, in London and
20      companies like that.  Have absolutely
21      nothing to do with the mutual fund business.
22      Frankly, it was just Ned Johnson said, "This
23      is a way I can help the mutual fund
24      business, give them shares in my companies."
```

_____

## DEPOSITION OF WILLIAM S. STAVROPOULOS ON JUNE 29, 2007

**Page 10**

```
15  Q.  How did you come to the Fidelity board in 2001?
16  A.  It was a Phyllis Davis, which was a director, a
17      trustee of Fidelity, talked to me about it, about
18      joining, if I had any interest.  And I indicated I
19      would.  And then Mike Cook talked to me about it.  He
20      was on -- he was a director, trustee.
21          And he talked to me about what they did and
22      how they did it, and how much he enjoyed it, And
23      Phyllis also talked to me.  So Marvin Mann at the time
24      was coming in as the lead director of the chairman of
25      the independent directors, and he called me and talked
```

**Page 11**

```
 1  to me several times about joining.  And then I
 2      interviewed with him, and Bob Gates, and several other
```

3     people at Fidelity, Ned Johnson, et cetera.  And
4     that's how I came.

## Page 210

19  Q.   And then the very last item on this Exhibit 115, it
20       says, "Chairman Johnson provided some observations on
21       the overall agenda of the board.  He stated that the
22       various responsibilities of the board often appeared
23       to have the effect of not allowing the board to focus
24       on basic business issues and that this was
25       regrettable."  Do you know what that was in reference

## Page 211

1   to?
2  A.   I think what Ned was talking about there, Ned likes to
3       engage the board members in just general conversation
4       about business issues.  We all come from different
5       backgrounds.  He just likes to get inputs.  And
6       because our agendas are pretty full, he doesn't get
7       enough time to just have -- kick your feet up in the
8       air and just kind of chitchat about what in the
9       world's the going on.  I think that's what that refers
10       to.

## Page 220

3  Q.   Okay.  And who is it ultimately that decides a
4       portfolio manager's compensation for a fund like
5       Magellan or Contrafund?
6  A.   It would be the head of the equity group, and probably
7       Ned Johnson probably would sit down and do that.

## Page 248

2  Q.   What -- I guess now I'm confused as to what the
3       difference is between a meeting of the operations
4       committee and a board meeting, because I thought the
5       operations committee was the board.
6  A.   No, it's mostly independent trustees, and we invite
7       other people in.

8  Q.  All right.  And that's why Edward C. Johnson, III, is
9     chairing the board meeting, whereas Bob Gates is
10     chairing the operations committee?
11  A.  Yes.  Yes.


**Page 249**


13  Q.  Can you think of anything during the years you've been
14     on the board where it has gotten through in this
15     example, all the way through the operations committee,
16     and you're down to this final board meeting,
17     Mr. Johnson comes in, and he disagrees with something
18     that the board is attempting to approve?
19  A.  Yeah.  Well, I think, you know, he -- he's been kept
20     informed all along.  I remember one time when we were
21     the auditors where we were looking at how -- when
22     Sarbanes-Oxley came in, how -- what process we were
23     going to use -- the audit committee was going to use
24     to approve non-audit services.
25            And there was recommendations made, and


**Page 250**


1  there was a big discussion at the board level, because
2     I think Mr. Johnson wanted clarification on how that
3     was being done.  And that would be one example, as I
4     remember.

_____

**DEPOSITION OF ROBERT L. REYNOLDS ON AUGUST 14, 2007**

**Page 46**


16  Q.  And what happened to Jim Curvey?
17  A.  He retired.
18  Q.  Was that in 2000?
19  A.  Yes.  He actually didn't retire in 2000, he
20     stepped down as COO -- I believe he was 66
21     at the time, 67 -- stepped down and did
22     other jobs at Fidelity for another couple
23     years and then retired, but he wanted to
24     step back a little bit.

25  Q.  And was he also vice chairman?

## Page 47

1   A.  He was chief operating officer and
2       president.  He had a somewhat different
3       title.
4   Q.  Again, president of FMR Corp.?
5   A.  Corp.
6   Q.  Did he stay on as president of FMR Corp. in
7       2000, or did he --
8   A.  No.
9   Q.  Who took that position?
10  A.  Basically Ned Johnson.
11  Q.  Do you know if he officially took it or --
12  A.  No, he did not officially take it.  There
13      was no president -- I mean, titles were not
14      important.
15  Q.  Did you have different roles as vice
16      chairman as opposed to COO?
17  A.  No.  They were the same role.  One's a
18      title, and one's a functional title.
19  Q.  Did you have any -- well, whose decision was
20      it to put you in this position?
21  A.  Ned Johnson.
22  Q.  By himself?
23  A.  I think Jim Curvey weighed in on it.

## Page 63

9   Q.  And who else -- I know you mentioned the
10      business heads and the heads of all the
11      distribution channels, et cetera.  Who else
12      was on the committee, for example, Ned
13      Johnson --
14  A.  The three, three heads.  Ned would attend
15      once a quarter, the head of Co., the head of
16      technology, CFO and head of HR.

## Page 64

4   Q.  Mr. Reynolds, you mentioned that an
5       announcement was made that you were going to

6      retire at the end of June 2007?
7  A.   Correct.
8  Q.   How did that come about?
9  A.   I just talked to Ned, and we had a
10     conversation for over a week, and after 23
11     years at Fidelity and as vice chairman and
12     chief operating officer I thought it was
13     time to do something else.
14  Q.   Were you the one who initiated the
15     conversations with Ned Johnson?
16  A.   Yes.
17  Q.   Did you have anything in mind about what
18     else you might like to do?
19  A.   I really don't.  I mean, last year I was a
20     finalist for the NFL football commissioner,
21     so I have an interest in sports, but I don't
22     have anything in particular at this time.
23     My family spends the summer in Nantucket,
24     and I thought it was an opportune time to --
25     since I have a 12-year-old son, to retire

**Page 65**

1    and spend the summer with him and my wife.
2  Q.   What was Ned Johnson's response when you
3     first mentioned that you were thinking of
4     retiring?
5  A.   "Don't do that.  We have too much to do."
6  Q.   And what was he talking about?
7  A.   I think just everything we have on our
8     plate, a lot of the opportunities I talked
9     to you about and -- around retirement, and
10     I -- we have a -- we have a great
11     relationship, still do, and but I think he
12     understood.  I'm 55, he's 77, and he's not
13     going anywhere, so...

**Page 70**

23  And who was responsible for setting your
24     compensation package when you were COO?
25  A.   Ned Johnson.

**Page 71**

1  Q.   And what was your bonus based on?
2  A.   His judgment of performance.
3  Q.   Any -- was it tied to any specific levels of
4       returns or profitability or data as far as
5       you know?
6  A.   (No verbal response.)
7            MR. BENEDICT:  You have to
8       verbalize your answer for the reporter.
9  A.   No.  Okay.  No.
10  Q.   It wasn't tied to anything, or you don't
11       know if it was tied to anything?
12  A.   It was not tied to anything.
13  Q.   Did someone assume the position of COO or as
14       vice chairman when you left?
15  A.   No.
16  Q.   Who took over, or did somebody take over
17       your functional duties when you left?
18  A.   It was a combination of people.
19  Q.   And who were they?
20  A.   Ellyn McColgan, John Remondi, and Ned
21       Johnson.
22  Q.   And what duties did Ellyn McColgan take
23       over?
24  A.   The distribution channels and part of the
25       operations.

**Page 72**

1  Q.   And what duties did Mr. Remondi take over?
2  A.   HR, legal, administrative, all
3       administrative.
4  Q.   And I assume Ned Johnson assumed the rest?
5  A.   Primarily FMR Co.  So FMR Co. now reports to
6       him.
7  Q.   Okay.
8  A.   As when I left, I think it's still the same,
9       but...
10  Q.   Did you have any input into who was going to
11       assume these positions or take over these
12       duties when you left?
13  A.   No.
14  Q.   Do you know who made the decision?

15  A.  Beg your pardon?
16  Q.  Do you know who made the decision?
17  A.  Ned Johnson.

_____

### DEPOSITION OF WILLIAM O. MCCOY ON AUGUST 30, 2007

**Page 55**

3   Q.      Is Fidelity involved in the
4   nomination process in any way?
5           MS. SELDEN:  Object to the
6   form.
7       A.      Fidelity is not involved in
8   selecting the candidates or winnowing
9   those down to the final numbers.
10          But we do make it a point to,
11  once we know enough about them to know we
12  want to proceed further, we will try to
13  make, the board, have both Ned and whoever
14  is the president of the funds have a
15  chance to meet them.
16      Q.      Does Mr. Johnson or someone
17  else at Fidelity, has he ever vetoed or
18  attempted to veto a potential candidate
19  that you all had agreed on?
20      A.      That has occurred.
21          I can remember one occasion
22  where he did express concerns and
23  reservations and we proceeded anyway.
24      Q.      Do you recall at all what his
25  reservations were?

**Page 56**

2   A.      I don't remember right now.
3       Q.      Do you remember who that
4   candidate was?
5       A.      Sorry?
6       Q.      Do you recall who that board
7   member was?
8       A.      Yes, George Heilmeir.
9       Q.      But the board obviously voted

10   to include him as a trustee over the
11   objection of Mr. Johnson?
12       A.    Right.
13       Q.    Is that the only circumstance
14   you can think of that Mr. Johnson or some
15   other person at Fidelity has objected to a
16   potential board member?
17       A.    Yes, to that degree.

/lmm, jnc

J:\Docs\31363\00002\01178801.DOC