UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW <br> (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW <br> (Consolidated Case) |

### PLAINTIFFS' MOTION TO ENLARGE THE PERIOD FOR DISCOVERY FOR THE LIMITED PURPOSE OF CONDUCTING A HALF DAY DEPOSITION OF DONALD KIRK

Pursuant to Fed. R. Civ. P. 6(b), Fed. R. Civ. P. 29, and Local Rule 26.1(a)(2), Plaintiffs respectfully move the Court to extend the time for discovery sufficient for Plaintiffs to conduct a half day deposition of Donald Kirk, who was a member of the board of trustees and chair of the audit committee of the mutual funds at issue in this case.

The grounds for this motion are fully set forth in the Memorandum in Support of Plaintiffs' Motion to Enlarge the Period for Discovery for the Limited Purpose of Conducting a Half Day Deposition of Donald Kirk, the Declaration of Laura R. Gerber, and the Declaration of Nina H. Fields, filed herewith.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs' counsel believe that oral argument would assist the Court in ruling on this discovery matter and respectfully request oral argument on their Motion to Enlarge the Period for Discovery for the Limited Purpose of Conducting a Half Day Deposition of Donald Kirk.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

Counsel for Plaintiffs certifies that pursuant to Local Rule 7.1(a)(2) they have conferred and attempted in good faith to resolve or narrow the subject matter of this motion with counsel for Defendants. On September 28, 2007, counsel for Plaintiffs sent a letter to Defendants and counsel for the mutual funds' independent trustees requesting that all parties cooperate to schedule a mutually agreeable date for Mr. Kirk's deposition and file a joint stipulated motion requesting that the Court extend the time for discovery to allow for Mr. Kirk's deposition. Counsel for Defendants and counsel for the independent trustees refused to do so and have not changed their decision in several subsequent telephone conferences between them and Plaintiffs' counsel.

DATED October 22, 2007.

KELLER ROHRBACK L.L.P.

/s/ David Y. Chen
Lynn Lincoln Sarko *(pro hac vice)*
Michael D. Woerner *(pro hac vice)*
Laura R. Gerber *(pro hac vice)*
David Y. Chen *(pro hac vice)*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

        Gary Gotto
        Ron Kilgard
        KELLER ROHRBACK P.L.C.
        National Bank Plaza
        3101 North Central Avenue, Suite 900
        Phoenix, AZ  85012
        Telephone: (602) 248-0088
        Facsimile: (602) 248-2822

        Michelle H. Blauner, BBO #549049
        SHAPIRO HABER & URMY LLP
        Exchange Place
        53 State Street, 37th Floor
        Boston, MA 02109
        Telephone: (617) 439-3939
        Facsimile: (617) 439-0134

        **Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin**

        Robert D. Friedman, BBO# 180240
        Harry S. Miller, BBO# 346946
        Matthew J. Tuttle, BBO# 562758
        Joshua N. Cook, BBO# 660346
        Andrea Martin
        BURNS & LEVINSON LLP
        125 Summer Street
        Boston, MA 02110
        Telephone: (617) 345-3000
        Facsimile: (617) 345-3299

        **Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller**

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on October 22, 2007 to the following attorneys indicated as non-registered participants:

    Robert J. Liubicic
    MILBANK TWEED HADLEY & MCCLOY, LLP
    One Chase Manhattan Plaza
    New York, NY 10005-1413

    David S. Cohen
    Donna F. Mulvihill
    MILBANK TWEED HADLEY & MCCLOY, LLP
    International Square Building
    1850 K Street, N.W.
    Washington, DC 20006

    /s/ David Y. Chen
    David Y. Chen