UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND, <br><br>Plaintiffs, <br><br>v. <br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

## DECLARATION OF LAURA R. GERBER

Pursuant to 28 U.S.C. § 1746, I, Laura R. Gerber, declare as follows:

1. I am one of the attorneys representing Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin in this matter. I make this Declaration in support of Plaintiffs' Memorandum to Enlarge the Period for Discovery for the Limited Purpose of Conducting a Half Day Deposition of Donald Kirk.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Shannon Selden to Nina H. Fields, Becky Ferrell-Anton, and Matt Tuttle, September 21, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from David Y. Chen to John S. Kiernan, Shannon R. Selden, James N. Benedict, Sean M. Murphy, and James S. Dittmar, September 28, 2007.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a letter from Sean M. Murphy to David Y. Chen, October 5, 2007.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a letter from John S. Kiernan to David Y. Chen, October 8, 2007.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the document titled Donald J. Kirk, January 2002 (Bates No. DJK00000212), as produced by Donald J. Kirk.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the document titled Supplement to the Fidelity Contrafund Statement of Additional Information, March 1, 2007.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the cover page and selected excerpts from the transcript of the deposition of Marie L. Knowles, May 15, 2007.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the cover page and selected excerpts from the transcript of the deposition of Ned C. Lautenbach, April 17, 2007.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the cover page and selected excerpts from the transcript of the deposition of Marvin L. Mann, May 31, 2007.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the cover page and selected pages from the document titled Summary of Group Fee Discussions, February 14, 2003 (Bates No. DJK00001069-1072), as produced by Donald J. Kirk.

12.     Attached hereto as Exhibit 11 is a true and correct copy of an email chain titled Re: Group Fee Document, February 18, 2003 (Bates No. DJK00001375), as produced by Donald J. Kirk.

13.     Attached hereto as Exhibit 12 is a true and correct copy of an article titled Fidelity Plans Two Boards to Oversee Mutual Funds, October 10, 2007, from Bloomberg.com.

14.     Attached hereto as Exhibit 13 is a true and correct copy of an email chain titled President and Treasurer of the Funds, March 19, 2004 (Bates No. DJK00000465-466), as produced by Donald J. Kirk.

15.     Attached hereto as Exhibit 14 is a true and correct copy of an email titled Review of Financial Statement content, December 30, 2003 (Bates No. DJK00001546), as produced by Donald J. Kirk.

16.     Attached hereto as Exhibit 15 is a true and correct copy of an email regarding Financial Reporting Disclosure, April 9, 2004 (Bates No. DJK00000511), as produced by Donald J. Kirk.

17.     Attached hereto as Exhibit 16 is a true and correct copy of an email titled Fund Profitability Methodology Changes, November 5, 2002 (Bates No. DJK00001155), as produced by Donald J. Kirk.

I declare under penalty of perjury that the foregoing is true and correct.

DATED October 22, 2007.

/s/ Laura R. Gerber
Laura R. Gerber

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on October 22, 2007 to the following attorneys indicated as non-registered participants:

Robert J. Liubicic
MILBANK TWEED HADLEY & MCCLOY, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

David S. Cohen
Donna F. Mulvihill
MILBANK TWEED HADLEY & MCCLOY, LLP
International Square Building
1850 K Street, N.W.
Washington, DC 20006

/s/ David Chen
David Chen