# EXHIBIT 5

## *DONALD J. KIRK*

Don Kirk started his professional career with Price Waterhouse in 1959 and from 1967 to 1973 was a partner. From 1973 to 1987 he was a member of the Financial Accounting Standards Board, serving as Chairman for nine years. From 1987 to 1995 he was a professor at Columbia University Graduate School of Business and from 1995 to 2000 was an executive-in-residence at the School.

Since 1987 he has been a trustee of the Fidelity Group of Mutual Funds. From 1987 to 1998 he served as a director of General Re Corporation, the country's largest property and casualty reinsurance company, and from 1993 to 1995, of Valuation Research Corporation, a closely-held company. In 1996 he was elected a public governor of the National Association of Securities Dealers, Inc.(NASD), the owner of the American Stock Exchange and founder and controlling owner of the NASDAQ stock market. In 2001 he became a governor of the American Stock Exchange. The NASD is the statutory self-regulatory organization overseeing the over-the-counter securities markets and the business practices of brokers and dealers. He has served on the audit committees of all those organizations and presently serves as chairman of that committee for the Fidelity Group and the NASD.

Don Kirk is a member of the American Institute of Certified Public Accountants(AICPA) and a former member of its governing Council. From 1995 to 2002 he served first as a member and then as Vice-Chairman of the Public Oversight Board ( POB) which is an independent, private sector, five-member body that monitors and reports on the self-regulatory programs and activities of the SEC Practice Section of the AICPA. In 1994 he had been chairman of an advisory panel to the POB on the subject of auditor independence. That panel's report, *Strengthening the Professionalism of the Independent Auditor,* was a major source for 1999 report and recommendations of The Blue Ribbon Committee on Improving the Effectiveness of Corporate Audit Committees. Don is a former director of the New York City chapter of the Financial Executives Institute. He is a member of the American Accounting Association and was a contributing editor of its quarterly journal, *Accounting Horizons.*

He has received the highest award of the AICPA, its Gold Medal for Distinguished Service (1986), the New York University Graduate School of Business Alumni Achievement Award (1980), and a honorary doctorate from Lycoming College (1979). In 1996 he was elected to the Accounting Hall of Fame at The Ohio State University.

He is a director of the Yale New Haven Health System and a trustee and former chairman of The Greenwich Hospital. He also is a director and former chairman of National Arts Stabilization Inc., a spin-off from the Ford Foundation. His past affiliations include being: an elected, six-term member of the Board of Estimate and Taxation of the Town of Greenwich, Connecticut; a member of the Board of Overseers, Stern School of Business of New York University; President of The Stanwich Club, Greenwich, Connecticut; and, a director and an officer of the Urban League of Southwestern Fairfield County, Connecticut.

After serving as a U.S. Navy officer and pilot (1953-1957), Don received a B.A. degree from Yale University (1959) and a M.B.A. degree from New York University (1961). He became a Certified Public Accountant in New York State in 1963.

He resides in Greenwich, Connecticut.

**Jan/02**

CONFIDENTIAL INFORMATION                                                                                                                                            DJK00000212