# EXHIBIT 7

Case 1:04-cv-11651-MLW   Document 109-6   Filed 10/22/2007   Page 1 of 4

Page 1

```
                    VOLUME: I
                    PAGES: 1 to 302
                    EXHIBITS: 79 to 92
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11651-MLW (Lead case)
No. 1:04-CV-11756-MLW (Consolidated case)

CYNTHIA A. BENNETT, ET AL    )
      Plaintiffs,              )
                               )
v.                           )
                               )
FIDELITY MANAGEMENT &        )
RESEARCH COMPANY and FMR     )
CO., INC.,                   )
      Defendants.              )
                               )

VIDEOTAPED DEPOSITION OF MARIE LOUISE KNOWLES, called as a witness on behalf of the Haugen Plaintiffs, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jeanette N. Maracas, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Goodwin Procter, LLP, 53 State Street, Boston, Massachusetts, on Tuesday, May 15, 2007, commencing at 9:00 a.m.

M. L. KNOWLES

Page 86

1   funds which are priced in a very different        11:12:20
2   way, people are buying a fund knowing that        11:12:28
3   they get that as an investment vehicle, plus      11:12:34
4   they get all the other services, some of          11:12:38
5   which are very broad and some services which     11:12:41
6   are very narrow, but they're making that          11:12:44
7   choice as an investor.                            11:12:46
8 Q. As somebody who's charged with protecting        11:12:50
9   the interest of the shareholders as it's         11:12:53
10  stated in the SAI, is there anything wrong        11:12:58
11  with a board member, for example, going to        11:13:03
12  a subadvisor of a Vanguard fund, finding          11:13:05
13  out their pricing, taking that back to the        11:13:08
14  Fidelity advisor and saying, "hey, Vanguard       11:13:11
15  will subadvise a similar fund for lower           11:13:14
16  fees, we need you to lower your fees"?            11:13:18
17         MR. KIERNAN: Object to form.              11:13:21
18 A. The fees that Fidelity charges our              11:13:29
19  shareholders are evaluated as part of the         11:13:36
20  15C process in which we virtually look at all     11:13:39
21  the funds out there that could be construed       11:13:42
22  as alternative investment vehicles for our        11:13:45
23  shareholders. And we look at those fees           11:13:51
24  both for the management fee which includes        11:13:57
25  quite a variety of services and in total          11:14:01

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868 516-608-2400

M. L. KNOWLES

Page 87

1   expenses which includes all of those              11:14:06
2   services, plus transfer agency services,          11:14:08
3   plus pricing and bookkeeping services. So,        11:14:11
4   in essence, we understand where we are versus     11:14:17
5   the marketplace on the fees that our fund         11:14:20
6   shareholders pay so we don't have to go to        11:14:28
7   Vanguard to ask what they would alternatively     11:14:30
8   charge because we understand where their          11:14:32
9   pricing structure is.                             11:14:37
10         When we consider whether or not we         11:14:39
11  consider to hire Fidelity, there are other        11:14:41
12  factors that we take into account as well         11:14:44
13  and fees are only one of them.                    11:14:45
14 Q. But has the board ever gone to Fidelity in      11:14:50
15  the process of negotiating a contract and         11:14:53
16  said something to the effect of the               11:14:57
17  subadvisor to the competitive, comparator         11:15:01
18  Vanguard fund charges less than you do,           11:15:06
19  please lower your fees?                           11:15:08
20         MR. BENEDICT: Objection.                   11:15:10
21         MR. KIERNAN: Object to form.               11:15:11
22 A. That would be an inappropriate and              11:15:12
23  inapplicable question. We have on multiple        11:15:16
24  occasions gone to Fidelity and said in light      11:15:20
25  of the services and everything else that          11:15:22

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868 516-608-2400

M. L. KNOWLES

Page 88

1   you provide the shareholders of this fund,        11:15:25
2   we would like you to lower the fees on it,        11:15:29
3   and they have responded and lowered the           11:15:32
4   fees.                                             11:15:34
5 Q. Why do you believe it's inappropriate as        11:15:36
6   somebody who's protecting the interest of        11:15:39
7   the shareholders to ask Fidelity to lower         11:15:41
8   fees charged to the shareholder?                 11:15:45
9          MR. KIERNAN: Object to form.              11:15:47
10         MR. BENEDICT: Objection.                   11:15:48
11         MR. KIERNAN: She just said that           11:15:49
12  she doesn't think that's inappropriate.          11:15:51
13 A. I think you'd have to listen again to my       11:15:59
14  answer in response to your specific question    11:16:05
15  which I think was about going to a subadvisor   11:16:07
16  and bidding out or looking for someone else     11:16:16
17  in a subadvisory role. We are hiring            11:16:19
18  Fidelity for a basket of services and we        11:16:27
19  satisfy ourselves that those services with      11:16:33
20  respect to the fees that are charged with       11:16:36
21  those services are appropriate and that's       11:16:39
22  what our role is.                                11:16:46
23 Q. On Page 27 --                                  11:16:49
24 A. I'm sorry. I used the word "appropriate"      11:16:51
25  and the word should be "reasonable." We         11:16:54

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868 516-608-2400

M. L. KNOWLES

Page 89

1   satisfy ourselves that the fees are               11:16:56
2   reasonable in light of the services that          11:17:01
3   are provided.                                     11:17:04
4 Q. On Page 27 of the SAI which is Exhibit 79,      11:17:11
5   there is a big list of numbers, group fee         11:17:15
6   rates, effective annual fee rates?               11:17:20
7 A. Right.                                          11:17:23
8 Q. Do you see that?                                11:17:23
9 A. Yes.                                            11:17:26
10 Q. What negotiation process took place between    11:17:27
11  the board and the defendant advisors with       11:17:30
12  respect to setting these group fee rates?       11:17:37
13 A. The process is a pretty typical negotiation   11:17:44
14  process in which Fidelity would have proposed  11:17:48
15  a structure for the group fee rate and the     11:17:57
16  trustees would evaluate that and perhaps       11:18:04
17  suggest a typically lower, steeper slope, if   11:18:09
18  you will, on the relationship of the group     11:18:24
19  rate to group assets, and we would go back     11:18:28
20  and forth until we settled on this particular 11:18:33
21  slope of the line.                             11:18:36
22 Q. Do you recall specific negotiations that you 11:18:38
23  just mentioned with Fidelity over the group    11:18:42
24  fee rates that are on Page 27 of Exhibit 79?   11:18:46
25 A. My understanding is that the last time       11:18:52

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868 516-608-2400

3f861565-10e9-494f-9b61-9d6dc610e669

M. L. KNOWLES

Page 90

1  those group fee rates were changed was 1999,  11:18:55
2  and I was not a trustee at that time. I  11:19:02
3  have, however, seen documents to the effect  11:19:07
4  of the initial proposals by Fidelity, the  11:19:11
5  responses by the trustees back and forth  11:19:15
6  until an agreed-upon fee structure was  11:19:18
7  established.  11:19:23
8  Q. So if I'm understanding you correctly,  11:19:26
9  the fee schedule set forth on Page 27 of  11:19:27
10 Exhibit 79 was something that was negotiated  11:19:32
11 and went into effect sometime around 1999?  11:19:35
12 A. Yes. This is the group fee structure.  11:19:41
13 Q. And on a yearly basis, as a trustee since  11:19:44
14 2001, you have approved the renewal of the  11:19:48
15 management services contracts with the funds  11:19:53
16 at issue in this case, is that right?  11:19:56
17 A. Correct.  11:19:58
18 Q. But if the fee schedule has been in effect  11:19:59
19 since 1999, as long as you've been on the  11:20:03
20 board, there's actually been no negotiation  11:20:07
21 over the fee schedule, is that correct?  11:20:10
22     MR. BENEDICT: Objection to form.  11:20:13
23 A. No, it's not.  11:20:13
24     MR. KIERNAN: Objection to form.  11:20:15
25 Q. If the fee schedule was in effect in 1999 and  11:20:17

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868 516-608-2400

M. L. KNOWLES

Page 91

1  has stayed the same, what have you negotiated  11:20:19
2  on a yearly basis with respect to the  11:20:22
3  management services fees?  11:20:24
4      MR. BENEDICT: Objection to form.  11:20:26
5  A. The group fee is one component of the  11:20:29
6  management fee. So what you're talking  11:20:34
7  about, what we're talking about, what I've  11:20:39
8  been talking about is the effect of reducing  11:20:41
9  the group fee according to a formula, which  11:20:50
10 this table reflects a formula according to  11:20:54
11 the assets of the entire complex. So that  11:21:01
12 is part of the fee structure. The next  11:21:06
13 part of the fee structure is the fee that's  11:21:10
14 associated with different asset classes.  11:21:16
15 I'm going to forget at the moment the term  11:21:22
16 of art of that component of the fee.  11:21:24
17 Q. I'm sorry to interrupt you, but I think  11:21:26
18 it's actually at the bottom of Page 27. Is  11:21:27
19 that what you're referring to as the  11:21:29
20 individual fund fee rate?  11:21:31
21 A. Thanks.  11:21:33
22 Q. All right.  11:21:33
23 A. And then in many cases, but not all,  11:21:35
24 there's a third component which is a  11:21:39
25 performance-based fee. In some cases there  11:21:43

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868 516-608-2400

M. L. KNOWLES

Page 92

1  are all-encompassed, all-inclusive fees for  11:21:52
2  specific funds, but this is generally the  11:21:57
3  pricing structure.  11:21:59
4  Q. Let me make sure I understand this. The  11:22:03
5  group fee rate is on Page 27, that was  11:22:05
6  negotiated and went into effect in 1999?  11:22:10
7  A. The formula.  11:22:13
8  Q. Where it says group fee rate and it says  11:22:18
9  average group assets, annualized rate, those  11:22:20
10 two columns of numbers, is that what you're  11:22:23
11 referring to?  11:22:25
12 A. Right, that's a formula.  11:22:25
13 Q. So these annualized rates on the group fee  11:22:27
14 rate schedule have not changed since 1999,  11:22:32
15 is that correct?  11:22:35
16 A. The actual group fee that is established  11:22:38
17 every year is dependent on the assetwide  11:22:43
18 complex, the assets in the total complex.  11:22:51
19 Q. Right. For example, if the average group  11:22:57
20 assets is between 860 million and 946  11:23:00
21 million, according to this chart, the group  11:23:04
22 fee or the annualized rate is .2315?  11:23:07
23     MR. BENEDICT: Objection.  11:23:11
24     MR. KIERNAN: Billion.  11:23:11
25 Q. I'm sorry. 860 billion and 946 billion, the  11:23:13

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868 516-608-2400

M. L. KNOWLES

Page 93

1  group fee rate is .2315, is that correct?  11:23:17
2  A. No. It is a weighted average of the entire  11:23:20
3  schedule. So if you're at 946 billion, you  11:23:26
4  take that whole list and do a weighted  11:23:35
5  average. And so that fee, that group fee  11:23:39
6  goes up and down depending on the total  11:23:43
7  assets complexwide, which during my tenure  11:23:52
8  as a trustee, assets have declined and so  11:23:54
9  the group fee has gone up and assets have  11:24:03
10 increased and so the group fee has gone  11:24:06
11 down, so it's different every year.  11:24:08
12 Q. What is listed on Page 27 under group fee  11:24:10
13 rate schedule under the column Annualized  11:24:14
14 Rate, the first number of which is .5200  11:24:16
15 and the last of which is .2167, do you see  11:24:20
16 that column?  11:24:24
17 A. Yes, sir.  11:24:25
18 Q. Have any of those numbers changed since 1999?  11:24:25
19 A. I do not believe they have.  11:24:30
20 Q. Then down at the bottom of Page 27 where it  11:24:34
21 talks about this individual fund fee and it  11:24:38
22 lists Contrafund at .30, do you see that?  11:24:43
23 A. Yes.  11:24:49
24 Q. When is the last time that number changed?  11:24:50
25     MR. KIERNAN: For Contrafund or for  11:24:54

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868 516-608-2400

3f861565-10e9-494f-9b61-9d6dc610e669