# EXHIBIT 11

From: Don Kirk
Sent: Tuesday, February 18, 2003 2:07 PM
To: Jones, David B. FMRCO
Cc: Campbell, Woodrow W.
Subject: Re: Group Fee Document

David and team - excellent summary of all your hard work. I will recommend to the independent trustees that the issue not be raised again until an updated economies of scale study is done. All of your efforts could then be updated and reassessed at that time.
Thanks for your usual very professional work.

Don
----- Original Message -----
From: "Jones, David B. FMRCO" <David.B.FMRCO.Jones@fmr.com>
To: <djkirk@optonline.net>
Cc: "Farinacci, John" <John.Farinacci@fmr.com>; "Wynant, JS" <JS.Wynant@fmr.com>
Sent: Tuesday, February 18, 2003 12:10 PM
Subject: FW: Group Fee Document

> Apparently this didn't work when I tried to forward this from home
yesterday
> - hope it gets through this time. Please e-mail or call (at the
> office,
> 617-563-6292) to confirm receipt.
>
> -----Original Message-----
> From: Jones, David B. FMRCO
> Sent: Monday, February 17, 2003 2:52 PM
> Cc: Farinacci, John; Wynant, JS
> Subject: FW: Group Fee Document
>
>
>
> Don -
>
> I picked up your voice message at home; hope this e-mail address is
better.
> If you do receive this please e-mail me back to confirm receipt.
>
> Looking forward to seeing you this week, assuming we have dug out of
> the snow by then.
>
> --D
>
> -----Original Message-----
> From: Farinacci, John
> To: 'djkirk@worldnet.att.net'
> Cc: Jones, David B. FMRCO; Woods, Chris; Wynant, JS; Richer, Clare
> Sent: 2/14/03 5:09 PM
> Subject: Group Fee Document
>
> Don,
> Per your request, attached is brief summary of our group fee
> discussions.

# EXHIBIT 12

Bloomberg.com

# Fidelity Plans Two Boards to Oversee Mutual Funds (Update1)

By Sree Vidya Bhaktavatsalam and Christopher Condon

Enlarge/Details

Oct. 10 (Bloomberg) -- Fidelity Investments plans to create two boards to oversee a stable of mutual funds that has expanded by almost a third in the past three years.

One board will supervise equity and high-yield funds, and another will be responsible for investment-grade bond and money- market funds, Anne Crowley, a spokeswoman for the Boston-based company, said today in an interview. Fidelity will mail proxies to shareholders for approval of the change starting in the first quarter of 2008.

Fidelity, which manages $1.5 trillion in assets, currently has one board overseeing 369 of its 427 funds. Morningstar Inc., a Chicago-based research firm, last month gave Fidelity's mutual- fund board a ``C'' grade, on a scale of ``A'' to ``F,'' in a report questioning the board's ability to oversee so many funds.

``My criticism has been that given the extraordinary breadth of fund offerings, there simply weren't enough eyeballs looking at the different products, so this is certainly a step in the right direction,'' said John Bonnanzio, group editor of Fidelity Insight, a monthly newsletter based in Wellesley, Massachusetts.

The fund-board split was reported earlier today by the Wall Street Journal's Web site.

Fidelity's Chief Executive Officer Edward ``Ned'' Johnson III is chairman of the company's fund board. His role after the split hasn't been decided.

Criticism of Johnson

The company, the largest U.S. mutual-fund manager, has been criticized for having Johnson, whose family controls the firm, serve as fund board chairman. Board chairmen at firms including Putnam Investments and Invesco Plc's Aim Investments are independent trustees whose responsibility is only to investors.

``It will be interesting to see the makeup of the two boards and whether Fidelity will finally have an independent chair on one or both,'' said Greg Carlson, an analyst at Morningstar.

Mutual-fund boards are composed of trustees, who typically monitor fund fees, strategy and size. Ned Lautenbach, the lead independent trustee of Fidelity's board, said in an e-mailed statement that the company and the trustees have been considering a restructuring since January.

``The independent trustees and Fidelity expect that over the next five to 10 years Fidelity will continue to diversify its mutual-fund products, the securities markets will further increase in complexity and that Fidelity's mutual-fund business will continue to grow,'' Lautenbach said.

To contact the reporter on this story: Sree Vidya Bhaktavatsalam in Boston at **sbhaktavatsa@bloomberg.net**

*Last Updated: October 10, 2007 18:27 EDT*



©2007 BLOOMBERG L.P. ALL RIGHTS RESERVED. Terms of Service | Privacy Policy | Trademarks

# EXHIBIT 13

From: Don Kirk
Sent: Friday, March 19, 2004 6:40 PM
To: Marie Knowles
Subject: Re: President and Treasurer of the Funds

Attachments: Message Text.txt

Marie - Any time on Monday after 2:00 pm EST; any time on Tues.; and, on Wed. or Th. any time before 4:00 pm EST. You name it.
Don

----- Original Message -----
From: Marie Knowles
To: Don Kirk
Sent: Friday, March 19, 2004 3:28 PM
Subject: RE: President and Treasurer of the Funds

Hi Don
Great to hear you're back. There's lots to talk about. Let's set up time for a call next week, if that's good for you. Any day but Friday.
Let me know what could work.
Marie

-----Original Message-----
From: Don Kirk [mailto:djkirk@optonline.net]
Sent: Friday, March 19, 2004 12:23 PM
To: Marie Knowles
Subject: Re: President and Treasurer of the Funds

Marie - thanks for your note. The trip was great! I did talk to Maria shortly before leaving and we did talk about reporting relationships briefly. Look forward to talking with you.Have a great trip.
Don

----- Original Message -----
From: Marie Knowles
To: Don Kirk
Sent: Saturday, March 13, 2004 2:53 PM
Subject: RE: President and Treasurer of the Funds

Don-
Sorry I couldn't reach you before you left on your trip. I know you won't get this until your return.
Don't feel bit guilty about leaving. We "muddled" through.
PWC and K&L both cleared Chris Reynolds to take the job. We got a written analysis from both of them.
I talked with Maria Dwyer. She was enthusiastic about Chris taking the job. I did get some input from Maria about reporting relationships, etc. which I'll share with you when you get back.
We went ahead and elected Chris.

Hope your trip was wonderful.

I'm leaving on a trip to China on March 27th. Just one week, returning on April 3rd.

See you soon.

Marie

-----Original Message-----
From: Don Kirk [mailto:djkirk@optonline.net]
Sent: Thursday, February 26, 2004 6:33 AM
To: Knowles, Marie L.
Cc: Mann, Marvin L.
Subject: President and Treasurer of the Funds

Marie - I am feeling guilty and like I am leaving you with quite a burden, but confident that you will handle it great skill. Right now Tim Hayes is the CFO of the Funds and a major player in the certification process, would it make sense that he fill in? If you have a chance today, give me a call (in part, to alleviate my guilt feelings). Months ago when we planned this trip, I expected March to be a very quiet period and the Board meeting to be pretty much a non-event. We leave early tomorrow.

Don

# EXHIBIT 14

From: Don Kirk
Sent: Tuesday, December 30, 2003 6:00 PM
To: Knowles, Marie L.; Dwyer, Maria
Subject: Review of Financial Statement content

Attachments: Message Text.txt

Marie and Maria - An inevitable question that we will be asked of investment company audit committees is how does a single audit committee (AC) oversee the financial reporting process and financial statement content for, say, 50-100 funds. In the case of Fidelity, with many more funds, we could, if given time, put together a satisfactory response to such a question. I believe we will be better served if an audit committee policy statement were adopted that codifies what is done and incorporates whatever changes are thought to be improvements.

In the self-evaluation of the AC we lead off with a very brief description of the financial reporting process in order to indirectly explain the absence of more conventional procedures that an AC would follow when their responsibilities are for the financial statements of a single corporation (or single investment company). We need to document a process that assures shareholders and others that Fidelity's AC can give the same assurances for the many annual and interim financial statements of the Fidelity funds that it oversees as can a diligent AC that oversees far fewer funds.

I visualize a policy that would incorporate an expanded description of the financial reporting process that is now in the self-evaluation questionnaire.For example, special focus should be on the controls over: additions, changes and deletions in the "standard footnote library;" the number and nature of standard "fund profiles" (which I assume means, for example, taxable money market funds) and changes therein; and, the internal review process. I suspect this expanded description is or will be an outgrowth of the internal control documentation project now underway.

I believe the audit committee could look at this description and decide when, for example, it should be notified of proposed changes in the footnote library or profiles of funds.The policy could describe the nature of reporting issues would be brought the AC attention before the finalization of a particular fund's financial statement and the process and cycle for the AC's review of the clarity of disclosures and for benchmarking practices against other complexes.

Much more will come to mind, I am sure. I urge that we undertake something of this sort. We are doing a lot of good things, but they need to be pulled together in one place and linked to the AC activities.

What do you think?

Happy New Year.

Don

# EXHIBIT 15

From: Don Kirk
Sent: Friday, April 09, 2004 1:06 PM
To: Knowles, Marie L.
Subject: Fw:

Attachments: Financial Reporting Disclosure 0331.ppt

Marie - The objective that I have had in mind is to be able to say that the Fidelity process and audit committee role results in each financial statement substantively receiving, in effect, the same scrutiny that it would if we were the AC just for only one fund. This, I think, can be achieved without reviewing every financial statement before it is issued if the assumption that the heavily regulated format and fair valuing makes the balance sheet and income statements straight forward with little room for judgement. If this assumption is valid, which I believe it is, then disclosure in the footnotes or in separate line items in the financial statements are the matters which require scrutiny for completeness, clarity, etc. As the last slides suggests it is the review of accounting changes, disclosure changes, unusual events, etc. before financial statements are issued by the Committee or Chair that is essential for us to be comfortable that our process is defensible.

All of the above is long-winded way that the last slide is moving in the right direction, but I would suggest deleting "material" and "critical" at least to begin with until you can see what is involved and work out guidelines if some screening seems necessary. Most audit committees would see a marked version of a financial statement that identified changes which allow the committee make its own judgement about the criticality(?) and materiality of changes.
Don

----- Original Message -----
From: "Hebble, John" <John.Hebble@FMR.COM>
To: <mlknowles@earthlink.net>; <djkirk@optonline.net>
Cc: "Reynolds, Chris" <Chris.Reynolds@FMR.COM>; "Hayes, Tim" <Tim.Hayes@FMR.COM>; <rich.silver@FMR.COM>
Sent: Friday, April 09, 2004 12:43 PM

> Attached please find a draft of the financial reporting disclosure presention for our discussion on Monday. If you have any questions please give me at 978-443-9601 (home) or 617-392-1421 (work).
>
> Have a nice weekend.
>
> John
>

# EXHIBIT 16

From: Wynant, JS
Sent: Tuesday, November 05, 2002 5:18 PM
To: 'djkirk@att.net'
Subject: Fund Profitability Methodology Changes

Attachments: FP Changes Board Memo.doc; Attachment I.doc; Attachment II.doc; Attachment III.ppt; Attachment IV.doc; Attachment V.ppt; Attachment VI.ppt; Attachment VII.ppt

Don,

We are finalizing the above mentioned document tomorrow, but I wanted to give you a preview of the near-final draft before we send the November Board materials.

I will be in or near my office until at least 8:30 tonight if you are available to talk, otherwise I will call tomorrow to discuss the timing of the independent trustees discussion of the methodology changes.

Thanks and regards,

JS Wynant 617-392-1876

<<FP Changes Board Memo.doc>> <<Attachment I.doc>> <<Attachment II.doc>> <<Attachment III.ppt>> <<Attachment IV.doc>> <<Attachment V.ppt>> <<Attachment VI.ppt>> <<Attachment VII.ppt>>