UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**DEFENDANTS FIDELITY MANAGEMENT & RESEARCH COMPANY AND
FMR CO., INC.'S NOTICE OF WITHDRAWAL OF MOTION**

Defendants Fidelity Management & Research Company and FMR Co., Inc. hereby withdraw the Unopposed Motion For Leave of Court to File Confidential Materials Under Seal and Exempt from the ECF System ("Motion for Leave"). The Motion for Leave is being withdrawn because it is moot. The Motion for Leave was originally filed because Defendants had learned that as part of a supplemental pleading in support of a pending motion to compel, Plaintiffs intended to file certain documents that had been designated as "Confidential" under the Protective Order in this case, each of which contains highly sensitive proprietary information of a commercial nature pertaining to Fidelity's business. Plaintiffs have now agreed, however, to file their supplemental pleading without reference to the highly sensitive proprietary information,

LIBA/1840783.1

and with all references to such information redacted from the exhibits that will be attached to Plaintiffs' pleading. Based on Plaintiffs' representation that their supplemental pleading will not include any reference to the highly sensitive proprietary information, Defendants have agreed to withdraw the Motion to Leave, albeit without prejudice to renewing the motion should Defendants discover any reference to the highly sensitive proprietary information in Plaintiffs' submission.

Dated: October 29, 2007

Respectfully submitted,

GOODWIN PROCTER LLP
/s/ James S. Dittmar
   James S. Dittmar, Esq. (BBO# 126320)
   David J. Apfel, Esq. (BBO# 551139)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: 617-570-1000

MILBANK, TWEED, HADLEY & McCLOY LLP
   James N. Benedict, Esq. (*pro hac vice*)
   Sean M. Murphy, Esq. (*pro hac vice*)
   David S. Cohen, Esq. (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005-1413
T: (212) 530-5000
F: (212) 530-5219

*Attorneys for Defendants Fidelity Management*
   *& Research Company and FMR Co., Inc.*

LIBA/1840783.1

## **CERTIFICATE OF SERVICE**

I, James . Dittmar, hereby certify that on October 29, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ James S. Dittmar

LIBA/1840783.1

LIBA/1840783.1