UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW<br>(Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW<br>(Consolidated Case) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY
TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO
PLAINTIFFS' RENEWED MOTION TO COMPEL DISCOVERY
AND
NOTICE OF WITHDRAWAL OF MOTION**

Plaintiffs hereby move, without opposition from Defendants, for leave to file a Surreply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Compel Discovery. In support of this Motion, Plaintiffs state:

1. Plaintiffs request leave of the Court to file the Surreply for the limited purposes of (a) responding to arguments made by Defendants in their Memorandum in Opposition that rely on previously confidential material submitted by Defendants and previously unavailable to Plaintiffs and (b) providing additional information pertinent to other issues raised by Defendants in their Memorandum in Opposition. Plaintiffs believe this additional information would be helpful

and useful for the Court and Defendants in advance of oral argument, which is scheduled for November 2, 2007.

2. Pursuant to the Protective Order entered by this Court on August 3, 2006, Plaintiffs advised Defendants that they intended to attach as exhibits to the proposed Surreply, and refer in the Surreply to information from, documents that Defendants have designated "Confidential" under the Protective Order.

3. On October 11, 2007, Defendants filed with the Court an Unopposed Motion for Leave of Court to File Confidential Materials Under Seal and Exempt from the ECF System, pursuant to which Defendants requested the Court to allow Plaintiffs to file their Surreply under seal and outside of and exempt from the Court's ECF system.

4. On October 26 and 29, 2007, counsel for Plaintiffs and Defendants conferred and agreed to arrangements that obviate the need for the Court to act on Defendants' Motion for Leave of Court to File Confidential Materials Under Seal.  On October 29, 2007, Defendants' Motion was withdrawn.

5. Counsel for Plaintiffs have conferred with Defendants' counsel, and Defendants do not oppose Plaintiffs' request to file a surreply.

6. Owing to the foregoing circumstances, Plaintiffs' earlier motion relating to their proposed Surreply, styled Plaintiffs' Unopposed Motion for Leave to File and Defer Filing of Surreply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Compel Discovery, filed October 16, 2007, is moot and hereby withdrawn.

/ / /

/ / /

/ / /

WHEREFORE, Plaintiffs request that this Motion be granted, such that leave is granted pursuant to Local Rule 7.1(b)(3) for Plaintiffs to file a Surreply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Compel Discovery.

Dated October 29, 2007.

Respectfully submitted,

KELLER ROHRBACK L.L.P.

/s/ David Chen
Lynn Lincoln Sarko *(pro hac vice)*
Michael D. Woerner *(pro hac vice)*
Laura R. Gerber *(pro hac vice)*
David Y. Chen *(pro hac vice)*
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Gary Gotto
Ron Kilgard
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

Michelle H. Blauner, BBO #549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

**Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips and Cindy Schurgin**

>Robert D. Friedman, BBO# 180240
>Harry S. Miller, BBO# 346946
>Matthew J. Tuttle, BBO# 562758
>Joshua N. Cook
>Andrea Martin
>BURNS & LEVINSON LLP
>125 Summer Street
>Boston, MA 02110
>Telephone: (617) 345-3000
>Facsimile: (617) 345-3299
>
>**Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller**

## LOCAL RULE 7.1 CERTIFICATION

I certify that Plaintiffs' counsel conferred with Defendants' counsel, who agreed not to oppose Plaintiffs' request to file a Surreply.

>/s/ David Chen
>David Chen

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on October 29, 2007 to the following attorneys indicated as non-registered participants:

Robert J. Liubicic
MILBANK TWEED HADLEY & MCCLOY, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

David S. Cohen
Donna F. Mulvihill
MILBANK TWEED HADLEY & MCCLOY, LLP
International Square Building
1850 K Street, N.W.
Washington, DC 20006

/s/ David Chen
David Chen