UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND, <br><br>                      Plaintiffs,<br><br>    v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>                      Defendants. | CIVIL NO. 1:04-cv-11651-MLW<br>(Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW<br>(Consolidated Case) |

## DECLARATION OF DAVID CHEN

Pursuant to 28 U.S.C. § 1746, I, David Chen, declare as follows:

1.  I am one of the attorneys representing Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin in this matter. I make this Declaration in support of Plaintiffs' Surreply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Compel Discovery.

2.  Attached hereto as Exhibit A is a copy of the cover page and selected pages from the document titled 2005 Management Contract Renewal, Money Market and Bond Funds, Questions from Independent Trustees, June 10, 2005 (Bates nos. BFMR00154461, 67-68), as produced by Defendants and redacted pursuant to agreement between counsel for Plaintiffs and Defendants.

3.	Attached hereto as Exhibit B is a true and correct copy of the cover page and a selected page from the document titled Overview of Investment Incentives, Dec. 2005 (Bates nos. BFMR00255219, 29), as produced by Defendants.

4.	Attached hereto as Exhibit C is a true and correct copy of the cover page and a selected page from the document titled Fidelity Management & Research Company, Information Request, Dec. 31, 2000 (Bates nos. BFMR00271109, 12), as produced by PricewaterhouseCoopers LLP.

5.	Attached hereto as Exhibit D is a true and correct copy of the cover page and selected pages from the document titled Fidelity Investments, 2004 Annual Mutual Fund Profitability Analysis, Apr. 13, 2005 (Bates nos. BFMR00061633, BFMR00061792, BFMR00061834-35, BFMR00061822 & BFMR00061786), as produced by Defendants and redacted pursuant to agreement between counsel for Plaintiffs and Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated October 29, 2007.

/s/ David Chen
David Chen

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on October 29, 2007 to the following attorneys indicated as non-registered participants:

Robert J. Liubicic
MILBANK TWEED HADLEY & MCCLOY, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

David S. Cohen
Donna F. Mulvihill
MILBANK TWEED HADLEY & MCCLOY, LLP
International Square Building
1850 K Street, N.W.
Washington, DC 20006

/s/ David Chen
David Chen