**EXHIBIT A**

June 10, 2005

**2005 Management Contract Renewal**
**Money Market and Bond Funds**
**Questions from Independent Trustees**

REDACTED

CONFIDENTIAL                                                                                        BFMR_00154461

REDACTED

**(d)  For the larger funds among the Key funds, a fund-by-fund analysis of compensation expense would be useful.**

The following table shows the components of total compensation for 5 of the representative funds:

CONFIDENTIAL                                                                                                                          BFMR_00154467

| 2004 ($M) | Magellan | Contrafund | Cash Reserves | Low-Priced Stock | Growth & Income |
|---|---|---|---|---|---|
| Salary | | | | | |
| Bonus | | | | | |
| Share Program Expense | | | REDACTED | | |
| Other Share Program | | | | | |
| Total Compensation | | | | | |
| All Other Expenses* | | | | | |
| Total Investment Management Compensation as a % of Total | 66% | 64% | 63% | 64% | 65% |

*Includes compensation expenses included in intercompany expenses (e.g., G&A).*

**11. Non-Fund Investment Management Profitability:** Please provide a comparison of the profitability of the mutual funds and the profitability of FMR's non-fund investment advisory business.

We will discuss these factors as part of a presentation on Fidelity's institutional businesses at your July meeting.

**12. Profitability - Representative Funds:** Many of the Representative Funds did not include benchmark comparisons in the management's discussion. See, e.g., Advisor Equity Growth, Destiny II, Diversified International, Freedom 2010, Puritan, Select Health Care, Spartan U.S. Equity Index, VIP Equity Income, Intermediate Bond, Capital & Income, Cash Management: Prime, Cash Reserves, FIMM: Money Market, Municipal Money Market, Spartan Money Market and Spartan MA Municipal Money Market. Please provide this data.

The following table provides comparisons of 2004 one-year and three-year performance vs. benchmark indexes for all of the Representative Funds (except the money market funds, which use peer group comparisons exclusively and do not have benchmark indexes). This data was provided for all Fidelity funds in the February 2005 "Review of 2004 Fidelity Fund Performance" memorandum (Tab 6 of the February 2005 materials).