**EXHIBIT B**

# Presentation to the Board of Trustees

## Overview of Investment Incentives

## December 2005

Fidelity Highly Confidential Information

Confidential
BFMR_00255219

## Trends in Senior Fund Manager Compensation 2002 - 2005



■ Base    □ Bonus opportunity    ■ Fidelity shares

\* Includes 6 fund managers    Fidelity Highly Confidential Information

Confidential    BFMR_00255229