**EXHIBIT C**

**Fidelity Management & Research Company**
**Information Request**
**December 31, 2000**

CONFIDENTIAL

BFMR_00271109

Fidelity Management & Research Company
Information Request
December 31, 2000

Investment Management
Fund Prof. Y/E Schedules
10/18/00

**Objective:** PwC to recalculate <u>50%</u> of FMR Co expenses subject to allocation from the business unit submission to the 16 key funds and the NCCMT portfolios for 2 months.

## I.  FMR Co schedules needed

- Summary schedule by fund of all costs. E.g. total management pool costs + total research costs + total trading costs + admin costs + compliance, etc… = total costs by fund

*Portfolio Manager compensation (75% portion)*

- Schedule by fund manager of base salary, bonus, benefits and shares outstanding by share class for that month. The schedule calculates total compensation.
- Change in NAV by share class for that month in order to calculate total compensation
- Support for base salary and bonus (agreed to CHAPS/Compass)
- Support for shares outstanding by share class from ESS system
- Schedule by fund manager of assets under management by fund and attributable compensation by fund (75% portion)
- Support for assets under management by fund

Portfolio Manager compensation 25% portion

- Schedule of managers and their respective 25% portion of their salaries per discipline bucket
- Schedule allocating the 25% bucket (e.g. international funds) by relative discipline assets
- Schedule of other management costs by fund (direct expenses)

**Direct Expenses**

- Summary schedule of all direct expenses by fund (e.g. FIL sub-advisory fees)

## II.  FMR Co share plan expenses

The management compensation schedules will be needed as share plan expense is allocated in the same manner (75%-25% split)

4

CONFIDENTIAL

BFMR_00271112