**EXHIBIT D**



April 13, 2005

To:    Board of Trustees of the Fidelity Funds

Re:    2004 Annual Mutual Fund Profitability Analysis

Enclosed please find the results of the 2004 Annual Mutual Fund Profitability Analysis. These results are based on the revenue and expense methodologies approved by the Board in November 2004 and March 2005.

The following materials are included in the binder:

1.  A Summary Analysis section that gives context to the individual fund profitability statements, both from a Fidelity-wide and individual channel perspective. This section includes:

    • An overall summary of the profitability for Fidelity mutual funds in 2004,

    • A review of the four major business units (Funds Management, Retail, Intermediary, and Retirement),

    • Analyses of each of the 21 representative funds, and

    • A description of fund profitability procedures and methodology.

    Historical trend data for total Fidelity funds and each of the four disciplines are included among these materials.

2.  A Fund Profitability section with (i) profitability statements for individual funds, organized alphabetically by discipline and (ii) a summary schedule for each discipline listing basis point data for each fund.

I will review a summary of the Fund Profitability results with you at the April meeting. Messrs. Simon Jeffreys and John Stadtler of PricewaterhouseCoopers LLP will report their findings with respect to the agreed-upon procedures performed on the annual fund profitability analysis.

If you have only requested an electronic version of Fund Profitability, we would be pleased to provide you with a hard copy binder upon your request.

Sincerely,




JS Wynant
Chief Financial Officer, FMR Co.

CONFIDENTIAL

| | Blue Chip Growth For the Year Ended December 31 Dollars in Thousands | | | Basis Points | | |
|---|---|---|---|---|---|---|
| | 2003 | 2004 | % Change | 2003 | 2004 | Change |
| Average Assets | 19,181,623 | 22,721,859 | 18.5% | | | |
| Net Sales | | | | | | |
| **Revenue** | | | | | | |
| Management Fees | | | | | | |
| All-Inclusives | | | | | | |
| Expense Reimbursement | | | | | | |
| Performance Fees | | | | | | |
| Subtotal Net Advisory Fees | | | | | | |
| | | | | | | |
| Transfer Agency Fees | | | | | | |
| Fund Accounting Fees | | REDACTED | | | | |
| Customer Paid Fees | | | | | | |
| Subtotal Service Fees | | | | | | |
| | | | | | | |
| DC Revenues | | | | | | |
| DB Admin Revenues | | | | | | |
| H&W/Payroll Fees | | | | | | |
| Sales Loads & Retained 12b-1 Fees | | | | | | |
| Other Fees | | | | | | |
| Subtotal Other Revenue | | | | | | |
| **Total Revenue** | | | | | | |
| | | | | | | |
| **Expense** | | | | | | |
| Fund Management & Admin | | | | | | |
| Ancillary Investment Management | | | | | | |
| Subtotal Investment Management | 24,147 | 25,020 | 3.6% | 12.6 | 11.0 | (1.6) |
| | | | | | | |
| Marketing | | | | | | |
| Advertising & Promotion | | | | | | |
| Distribution Expense | | | | | | |
| Ancillary DC Expense | | | | | | |
| DB Admin Expense | | | | | | |
| H&W/Payroll Expense | | | | | | |
| 12b-1 Third-Party Payments | | | | | | |
| Dealer Concession Amortization | | | | | | |
| Subtotal Marketing & Distribution | | | | | | |
| | | | | | | |
| Transfer Agency | | | | | | |
| Fund Accounting | | | | | | |
| DC Ancillary Expenses | | | | | | |
| DB Admin Expenses | | REDACTED | | | | |
| H&W/Payroll Expenses | | | | | | |
| Other Servicing Expense | | | | | | |
| Subtotal Servicing Expense | | | | | | |
| Contribution | | | | | | |
| **Total Expense** | | | | | | |
| Pretax Income | | | | | | |
| After-Tax Income | | | | | | |
| After-Tax Margin | | | | | | |
| After-Tax Margin w/o Performance Fees | | | | | | |
| Excluding H&W/Payroll | | | | | | |
| After-Tax Margin | | | | | | |
| After-Tax Margin w/o Performance Fees | | | | | | |

Other Share Program for this fund equals $  and $ for 2003 and 2004, respectively.

9

BFMR00061786                 CONFIDENTIAL

| | Contrafund<br>For the Year Ended December 31<br>Dollars in Thousands | | | Basis Points | | |
|---|---|---|---|---|---|---|
| | <u>2003</u> | <u>2004</u> | <u>% Change</u> | <u>2003</u> | <u>2004</u> | <u>Change</u> |
| Average Assets | 30,461,277 | 38,610,324 | 26.8% | | | |
| Net Sales | | | | | | |
| **Revenue** | | | | | | |
| Management Fees | | | | | | |
| All-Inclusives | | | | | | |
| Expense Reimbursement | | | | | | |
| Performance Fees | | | | | | |
| Subtotal Net Advisory Fees | | | | | | |
| Transfer Agency Fees | | | | | | |
| Fund Accounting Fees | | REDACTED | | | | |
| Customer Paid Fees | | | | | | |
| Subtotal Service Fees | | | | | | |
| DC Revenues | | | | | | |
| DB Admin Revenues | | | | | | |
| H&W/Payroll Fees | | | | | | |
| Sales Loads & Retained 12b-1 Fees | | | | | | |
| Other Fees | | | | | | |
| Subtotal Other Revenue | | | | | | |
| **Total Revenue** | | | | | | |
| **Expense** | | | | | | |
| Fund Management & Admin | | | | | | |
| Ancillary Investment Management | | | | | | |
| Subtotal Investment Management | 38,860 | 46,961 | 20.8% | 12.8 | 12.2 | (0.6) |
| Marketing | | | | | | |
| Advertising & Promotion | | | | | | |
| Distribution Expense | | | | | | |
| Ancillary DC Expense | | | | | | |
| DB Admin Expense | | | | | | |
| H&W/Payroll Expense | | | | | | |
| 12b-1 Third-Party Payments | | | | | | |
| Dealer Concession Amortization | | | | | | |
| Subtotal Marketing & Distribution | | | | | | |
| Transfer Agency | | | | | | |
| Fund Accounting | | | | | | |
| DC Ancillary Expenses | | REDACTED | | | | |
| DB Admin Expenses | | | | | | |
| H&W/Payroll Expenses | | | | | | |
| Other Servicing Expense | | | | | | |
| Subtotal Servicing Expense | | | | | | |
| Contribution | | | | | | |
| **Total Expense** | | | | | | |
| Pretax Income | | | | | | |
| After-Tax Income | | | | | | |
| After-Tax Margin | | | | | | |
| After-Tax Margin w/o Performance Fees | | | | | | |
| <u>Excluding H&W/Payroll</u> | | | | | | |
| After-Tax Margin | | | | | | |
| After-Tax Margin w/o Performance Fees | | | | | | |

Other Share Program for this fund equals $        and $        for 2003 and 2004, respectively.

BFMR00061792                                                                                    CONFIDENTIAL

**Growth & Income**
**For the Year Ended December 31**
**Dollars in Thousands**

| | 2003 | 2004 | % Change | 2003 | 2004 | Change |
|---|---|---|---|---|---|---|
| | | | | **Basis Points** | | |
| Average Assets | 27,638,901 | 30,565,157 | 10.6% | | | |
| Net Sales | | | | | | |
| **Revenue** | | | | | | |
| Management Fees | | | | | | |
| All-Inclusives | | | | | | |
| Expense Reimbursement | | | | | | |
| Performance Fees | | | | | | |
| Subtotal Net Advisory Fees | | | | | | |
| Transfer Agency Fees | | | | | | |
| Fund Accounting Fees | | | | | | |
| Customer Paid Fees | | REDACTED | | | | |
| Subtotal Service Fees | | | | | | |
| DC Revenues | | | | | | |
| DB Admin Revenues | | | | | | |
| H&W/Payroll Fees | | | | | | |
| Sales Loads & Retained 12b-1 Fees | | | | | | |
| Other Fees | | | | | | |
| Subtotal Other Revenue | | | | | | |
| **Total Revenue** | | | | | | |
| **Expense** | | | | | | |
| Fund Management & Admin | | | | | | |
| Ancillary Investment Management | | | | | | |
| Subtotal Investment Management | 33,225 | 33,439 | 0.6% | 12.0 | 10.9 | (1.1) |
| Marketing | | | | | | |
| Advertising & Promotion | | | | | | |
| Distribution Expense | | | | | | |
| Ancillary DC Expense | | | | | | |
| DB Admin Expense | | | | | | |
| H&W/Payroll Expense | | | | | | |
| 12b-1 Third-Party Payments | | | | | | |
| Dealer Concession Amortization | | | | | | |
| Subtotal Marketing & Distribution | | | | | | |
| Transfer Agency | | | | | | |
| Fund Accounting | | | | | | |
| DC Ancillary Expenses | | | | | | |
| DB Admin Expenses | | REDACTED | | | | |
| H&W/Payroll Expenses | | | | | | |
| Other Servicing Expense | | | | | | |
| Subtotal Servicing Expense | | | | | | |
| Contribution | | | | | | |
| **Total Expense** | | | | | | |
| Pretax Income | | | | | | |
| After-Tax Income | | | | | | |
| After-Tax Margin | | | | | | |
| After-Tax Margin w/o Performance Fees | | | | | | |
| Excluding H&W/Payroll | | | | | | |
| After-Tax Margin | | | | | | |
| After-Tax Margin w/o Performance Fees | | | | | | |

Other Share Program for this fund equals $          and $          for 2003 and 2004, respectively.

45

CONFIDENTIAL

**Low-Priced Stock**
**For the Year Ended December 31**
**Dollars in Thousands**

| | 2003 | 2004 | % Change | 2003 | 2004 | Change |
|---|---|---|---|---|---|---|
| | | | | **Basis Points** | | |
| Average Assets | 18,952,312 | 30,652,021 | 61.7% | | | |
| Net Sales | | | | | | |
| **Revenue** | | | | | | |
| Management Fees | | | | | | |
| All-Inclusives | | | | | | |
| Expense Reimbursement | | | | | | |
| Performance Fees | | | | | | |
| Subtotal Net Advisory Fees | | | | | | |
| Transfer Agency Fees | | | | | | |
| Fund Accounting Fees | | REDACTED | | | | |
| Customer Paid Fees | | | | | | |
| Subtotal Service Fees | | | | | | |
| DC Revenues | | | | | | |
| DB Admin Revenues | | | | | | |
| H&W/Payroll Fees | | | | | | |
| Sales Loads & Retained 12b-1 Fees | | | | | | |
| Other Fees | | | | | | |
| Subtotal Other Revenue | | | | | | |
| **Total Revenue** | | | | | | |
| **Expense** | | | | | | |
| Fund Management & Admin | | | | | | |
| Ancillary Investment Management | | | | | | |
| Subtotal Investment Management | 30,671 | 41,042 | 33.8% | 16.2 | 13.4 | (2.8) |
| Marketing | | | | | | |
| Advertising & Promotion | | | | | | |
| Distribution Expense | | | | | | |
| Ancillary DC Expense | | | | | | |
| DB Admin Expense | | | | | | |
| H&W/Payroll Expense | | | | | | |
| 12b-1 Third-Party Payments | | | | | | |
| Dealer Concession Amortization | | | | | | |
| Subtotal Marketing & Distribution | | | | | | |
| Transfer Agency | | | | | | |
| Fund Accounting | | | | | | |
| DC Ancillary Expenses | | REDACTED | | | | |
| DB Admin Expenses | | | | | | |
| H&W/Payroll Expenses | | | | | | |
| Other Servicing Expense | | | | | | |
| Subtotal Servicing Expense | | | | | | |
| Contribution | | | | | | |
| **Total Expense** | | | | | | |
| Pretax Income | | | | | | |
| After-Tax Income | | | | | | |
| After-Tax Margin | | | | | | |
| After-Tax Margin w/o Performance Fees | | | | | | |
| Excluding H&W/Payroll | | | | | | |
| After-Tax Margin | | | | | | |
| After-Tax Margin w/o Performance Fees | | | | | | |

Other Share Program for this fund equals $    and $    for 2003 and 2004, respectively.

57

BFMR00061834                                                                                    CONFIDENTIAL

**Magellan**
**For the Year Ended December 31**
**Dollars in Thousands**

| | 2003 | 2004 | % Change | 2003 | 2004 | Change |
|---|---|---|---|---|---|---|
| | | | | **Basis Points** | | |
| Average Assets | 60,845,407 | 64,568,934 | 6.1% | | | |
| Net Sales | | | | | | |
| **Revenue** | | | | | | |
| Management Fees | | | | | | |
| All-Inclusives | | | | | | |
| Expense Reimbursement | | | | | | |
| Performance Fees | | | | | | |
| Subtotal Net Advisory Fees | | | | | | |
| Transfer Agency Fees | | | | | | |
| Fund Accounting Fees | | REDACTED | | | | |
| Customer Paid Fees | | | | | | |
| Subtotal Service Fees | | | | | | |
| DC Revenues | | | | | | |
| DB Admin Revenues | | | | | | |
| H&W/Payroll Fees | | | | | | |
| Sales Loads & Retained 12b-1 Fees | | | | | | |
| Other Fees | | | | | | |
| Subtotal Other Revenue | | | | | | |
| **Total Revenue** | | | | | | |
| **Expense** | | | | | | |
| Fund Management & Admin | | | | | | |
| Ancillary Investment Management | | | | | | |
| Subtotal Investment Management | 72,157 | 71,063 | -1.5% | 11.9 | 11.0 | (0.9) |
| Marketing | | | | | | |
| Advertising & Promotion | | | | | | |
| Distribution Expense | | | | | | |
| Ancillary DC Expense | | | | | | |
| DB Admin Expense | | | | | | |
| H&W/Payroll Expense | | | | | | |
| 12b-1 Third-Party Payments | | | | | | |
| Dealer Concession Amortization | | | | | | |
| Subtotal Marketing & Distribution | | | | | | |
| Transfer Agency | | | | | | |
| Fund Accounting | | | | | | |
| DC Ancillary Expenses | | | | | | |
| DB Admin Expenses | | REDACTED | | | | |
| H&W/Payroll Expenses | | | | | | |
| Other Servicing Expense | | | | | | |
| Subtotal Servicing Expense | | | | | | |
| Contribution | | | | | | |
| **Total Expense** | | | | | | |
| Pretax Income | | | | | | |
| After-Tax Income | | | | | | |
| After-Tax Margin | | | | | | |
| After-Tax Margin w/o Performance Fees | | | | | | |
| Excluding H&W/Payroll | | | | | | |
| After-Tax Margin | | | | | | |
| After-Tax Margin w/o Performance Fees | | | | | | |

Other Share Program for this fund equals $     and $     for 2003 and 2004, respectively.

58

BFMR00061835

CONFIDENTIAL