UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND, <br><br>Plaintiffs, <br><br>v. <br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**DECLARATION OF JAMES D. LAMB**

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I, James D. Lamb, hereby declare as follows:

1. I make this Declaration in support of Plaintiffs' Surreply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Compel Discovery, which seeks information identifying the total compensation paid by Fidelity Management & Research Company (with its affiliates, "Fidelity") from January 1, 2000 through the present to the portfolio managers of the five mutual funds at issue in the captioned case, including specific and discrete information for salary, bonus, share program expense, other share program expense and any other components of their compensation.

2. I was retained by Plaintiffs in this case as a consulting expert to provide detailed analysis on the profitability of mutual funds managed by Fidelity, as well as evaluate potential damages based on a comparison of the fee structures for Fidelity's various non-mutual fund clients to the fee structures of the mutual funds managed by Fidelity.

3. I am a Managing Director of Consulting Services for RSM McGladrey, residing in the Kansas City office. RSM McGladrey is a business services firm providing accounting, tax, and business consulting services. Through my work as a management consultant, I frequently review strategy, management and financial reports, processes, and business drivers impacting revenues and costs to look at ways to improve effectiveness. I am a Certified Management Accountant (CMA) and have over 20 years of experience in assessing and developing cost accounting and profitability models and systems.

4. I was retained as an expert by the plaintiffs in the case *Baker v. American Century Inv. Mgmt., Inc.*, No. 04-4039-CV-C-ODS (W.D. Mo.). In that case, I was not provided by counsel or anyone else with the amounts of or other details about American Century's portfolio manager compensation. Such information to my knowledge also was not publicly available. Therefore I was prevented from considering such information in my analysis in that case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of October, 2007.

_____
James D. Lamb

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on October 29, 2007 to the following attorneys indicated as non-registered participants:

Robert J. Liubicic
MILBANK TWEED HADLEY & MCCLOY, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

David S. Cohen
Donna F. Mulvihill
MILBANK TWEED HADLEY & MCCLOY, LLP
International Square Building
1850 K Street, N.W.
Washington, DC 20006

/s/ David Chen
David Chen