UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

### DECLARATION OF STEVE POMERANTZ, Ph.D.

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I, Steve Pomerantz, hereby declare:

1. I make this Declaration in support of Plaintiffs' Surreply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Compel Discovery, which seeks information identifying the total compensation paid by Fidelity[1] to each of the portfolio managers of the Funds.[2]

---

[1] As used herein, the term "Fidelity" refers to Defendants Fidelity Management & Research Co. and FMR Co., Inc., as well as their subsidiaries and affiliates.

[2] As used herein, the term "Funds" refers to the Fidelity Magellan Fund, the Fidelity Contrafund, the Fidelity Blue Chip Growth Fund, the Fidelity Growth & Income Fund, and the Fidelity Low-priced Stock Fund.

2.      I have been retained by Plaintiffs as a consulting expert with respect to, among other things: (a) the economies of scale that exist at Fidelity in connection with its provision of investment advisory services; and (b) whether and to what extent those economies of scale have been shared with the Funds and their shareholders.

3.      I make this Declaration based upon personal knowledge.

4.      I am of legal age and am competent to testify.

5.      I am engaged as a consultant by Gordon Asset Management ("GAM"). The scope of my relationship with GAM is limited to (a) the evaluation of hedge fund managers' investment performance, (b) due diligence toward the hiring and retention of those hedge fund managers and (c) the establishment, maintenance and monitoring of acceptable risk limits for GAM's portfolio of hedge funds. GAM is a 'fund-of-funds' that provides advice about the selection of hedge funds for its clients' investment portfolios. It provides a consultative service and is not in the business of portfolio management or hiring or determining the compensation of portfolio managers. As a 'fund of funds' GAM is not a competitor to Fidelity or any of the Funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of October, 2007.

_____
Steve Pomerantz, Ph.D.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on October 29, 2007 to the following attorneys indicated as non-registered participants:

Robert J. Liubicic
MILBANK TWEED HADLEY & MCCLOY, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

David S. Cohen
Donna F. Mulvihill
MILBANK TWEED HADLEY & MCCLOY, LLP
International Square Building
1850 K Street, N.W.
Washington, DC 20006


/s/ David Chen
David Chen