# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties hereby jointly move that the status conference currently scheduled for November 2, 2007 be continued until a date and time during the week of December 3-7, 2007, with the exception of the afternoon of December 7, that are convenient to the court. The parties are requesting a continuance for purposes of efficiency, and so as to enable the court to hear argument and rule on three pending motions to compel after each motion has been fully briefed. If the status conference were held on November 2, 2007, briefing on the pending motions would not be complete, and the court would, therefore, not be in a position to consider and address all three motions at once. The requested continuance would enable the parties to fully brief all three motions, and put the court in a position to render informed opinions based on a complete record.

The proposed dates for the continued status conference are dates when all necessary parties and their attorneys would be able to appear in court.

WHEREFORE, the parties jointly request that this motion be granted and that the November 2, 2007 status conference be continued until a time and date during the week of December 3-7, 2007, with the exception of the afternoon of December 7, 2007, that are convenient to the court.

Respectfully submitted,

| Attorneys for the *Haugen* Plaintiffs: | Attorneys for the Defendants: |
|---|---|
| /s/Michael D. Woerner | /s/ James S. Dittmar |
| Michael D. Woerner (*pro hac vice*) | James S. Dittmar, Esq. (BBO# 126320) |
| Tana Lin (*pro hac vice*) | David J. Apfel, Esq. (BBO# 551139) |
| Gretchen F. Cappio (*pro hac vice*) | GOODWIN PROCTER LLP |
| David Chen (*pro hac vice*) | Exchange Place |
| KELLER ROHRBACK LLP | 53 State Street |
| 1201 Third Avenue, Suite 3200 | Boston, Massachusetts 02109 |
| Seattle, Washington  98101-3052 | Tel: 617-570-1000 |
| (206) 623-1900 | |
| | /s/ Sean M. Murphy |
| /s/ Michelle H. Blauner | James N. Benedict, Esq. (*pro hac vice*) |
| Michelle H. Blauner, BBO# 549049 | Sean M. Murphy, Esq. (*pro hac vice*) |
| SHAPIRO HABER & URMY LLP | David S. Cohen, Esq. (*pro hac vice*) |
| Exchange Place | MILBANK, TWEE, HADLEY & McCLOY LLP |
| 53 State Street, 37th Floor | One Chase Manhattan Plaza |
| Boston, MA   02109 | New York, NY  10005-1413 |
| | T: (212) 530-5000 |
| | F: (212) 530-5219 |

Attorneys for the *Bennett* Plaintiffs:

/s/ Harry S. Miller
Robert D. Friedman (BBO# 180240)
Harry S. Miller, BBO# 346946
Matthew J. Tuttle, BBO# 562758
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA   02110
(617) 345-3000

Dated:  October 30, 2007

2

## CERTIFICATE OF SERVICE

I, James S. Dittmar, hereby certify that on October 30, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ James S. Dittmar

LIBA/1841198.1