UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**DEFENDANTS' ASSENTED TO MOTION TO VACATE
ORDER GRANTING PLAINTIFFS' MOTION (DOCKET #107)**

                                                                                                  James S. Dittmar (BBO# 126320)
                                                                                                  David J. Apfel (BBO# 551139)
Sarah Heaton Concannon (BBO# 646884)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

James N. Benedict
Sean M. Murphy
MILBANK, TWEED, HADLEY &
 MCCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000
*Attorneys for Defendants Fidelity
Management & Research Company and
FMR Co., Inc.*

Dated: October 31, 2007

LIBA/1842134.1

With the assent of plaintiffs, defendants, Fidelity Management & Research Co. ("FMR Co.") and FMR Co., Inc. ("FMRC") (together, "Fidelity"), move that the Court vacate that portion of its October 31, 2007 Order ("Order"), in which it granted the plaintiffs' Motion for Extension of Time to Complete Discovery for the Limited Purpose of Conducting a Half Day Deposition of Donald Kirk (Oct. 22, 2007) **(Docket #107)**.

As grounds therefore, Fidelity asserts as follows:

1. The plaintiffs filed their motion **(Docket #107)** with the Court and electronically served Fidelity on October 22, 2007. Pursuant to Local Rule 7.1(B)(2), Fidelity has fourteen (14) days in which to oppose plaintiffs' motion. The time for opposition has not yet run. Fidelity intends to oppose plaintiffs' motion, and has previously informed plaintiffs of its intent.

2. On October 30, 2007, the parties filed a Joint Motion to Continue Status Conference (Docket #116). Plaintiffs' motion **(Docket # 107)** is one of the three motions referenced in the parties' Joint Motion to Continue Status Conference (Docket #116) that all parties wish to be heard together at the continued Status Conference. Those motions are:

- Plaintiffs' Renewed Motion to Compel Discovery (Docket #95);

- Defendants' Motion for a Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d, Chairman of FMR Corp. (Docket #100); and

- Plaintiffs' Motion for Extension of Time to Complete Discovery for the Limited Purpose of Conducting a Half Day Deposition of Donald Kirk (Oct. 22, 2007) **(Docket #107)**.

3. On October 31, 2007 the Court granted the joint motion for a continuance, until December 3, 2007. The Court also granted other undisputed procedural motions,

1

but in addition granted **Docket #107**, which none of the parties intended to be ruled upon until the adjourned hearing.

4.  Accordingly, this motion is intended simply to conform the Court's October 31, 2007 Order to the terms intended by the parties.

5.  This motion has the assent of plaintiffs.

For the foregoing reasons, Fidelity respectfully requests that the Court vacate its Order granting the plaintiffs motion **(Docket #107)**, and schedule this motion to be heard at the Status Conference to be conducted on December 3, 2007 at 2:30 p.m.

                                 Respectfully submitted,

                                 GOODWIN PROCTER LLP

                                 /s/ James S. Dittmar
                                 James S. Dittmar (BBO# 126320)
                                 David J. Apfel (BBO# 551139)
                                 Sarah Heaton Concannon (BBO# 646884)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

MILBANK, TWEED, HADLEY &
  MCCLOY LLP
    James N. Benedict
    Sean M. Murphy
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management & Research Company and FMR Co., Inc.*

Dated: October 31, 2007

2

## LOCAL RULE 7.1 CERTIFICATION

Counsel for defendants Fidelity Management & Research Co. ("FMR Co.") and FMR Co., Inc. ("FMRC") (together, "Fidelity") hereby certify that this motion has plaintiffs' assent.

                                              Respectfully submitted,

                                              GOODWIN PROCTER LLP

                                                  /s/ James S. Dittmar
                                                James S. Dittmar (BBO# 126320)
                                                David J. Apfel (BBO# 551139)
                                                Sarah Heaton Concannon (BBO# 646884)
                                              Exchange Place
                                              53 State Street
                                              Boston, Massachusetts 02109
                                              Tel: (617) 570-1000

                                              MILBANK, TWEED, HADLEY &
                                               MCCLOY LLP
                                                James N. Benedict
                                                Sean M. Murphy
                                              One Chase Manhattan Plaza
                                              New York, New York 10005
                                              Tel: (212) 530-5000

                                              *Attorneys for Defendants Fidelity Management*
                                              *& Research Company and  FMR Co., Inc.*

Dated: October 31, 2007

## **CERTIFICATE OF SERVICE**

I, James S. Dittmar, hereby certify that on October 31, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ James S. Dittmar
James S. Dittmar (BBO# 126320)

4