UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>　　　　　　Defendants. | CIVIL NO. 1:04-cv-11651-MLW<br>(Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW<br>(Consolidated Case) |

**DECLARATION OF JAMES S. DITTMAR IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENLARGE THE PERIOD FOR DISCOVERY FOR THE LIMITED PURPOSE OF CONDUCTING A HALF DAY DEPOSITION OF DONALD KIRK**

JAMES S. DITTMAR, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

　　　　1.　　　　I am a member of the law firm of Goodwin Procter LLP, counsel for Defendants Fidelity Management & Research Company and FMR Co., Inc. I am a member in good standing of the Bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Enlarge the Period for Discovery for the Limited Purpose of Conducting a Half Day Deposition of Donald Kirk.

　　　　2.　　　　Attached hereto as Exhibit A are true and correct copies of pages 1, 11, and 14 of Plaintiffs' Initial Disclosures dated October 3, 2005.

　　　　3.　　　　Attached hereto as Exhibit B is a true and correct copy of a July 12, 2007 letter from Sean Murphy to Michael Woerner.

4.      Attached hereto as Exhibit C is a true and correct copy of the Statement of Marvin Mann Chairman of the Independent Trustees off the Fidelity Funds before the Senate Committee on Banking, Housing and Urban Affairs on "*Review of Current Investigations and Regulatory Actions Regarding the Mutual Fund Industry: Fund Operations and Governance*", dated March 2, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    November 5, 2007
             Boston, Massachusetts

                                      /s/ James S. Dittmar
                                      James S. Dittmar

2