# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CYNTHIA A. BENNETT and<br>GUY E. MILLER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-cv-11651-MLW |
| FIDELITY MANAGEMENT &<br>RESEARCH COMPANY and<br>FMR CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Plaintiffs Cynthia A. Bennett and Guy E. Miller ("Plaintiffs") hereby disclose the

following pursuant to Fed. R. Civ. P. 26(a)(1):

**A.** **INDIVIDUALS OR ORGANIZATIONS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS**

**CYNTHIA A. BENNETT**
1732 Royal Circle
Naples, FL 34112

Ms. Bennett, a plaintiff in this action, is a shareholder of the Fidelity Contrafund
and the Fidelity Blue Chip Fund. She has information regarding her status as a
shareholder of this fund.

**GUY E. MILLER**
2082 Quarry Road
O'Fallon, IL 62269

Mr. Miller, a plaintiff in this action, is a shareholder of the Fidelity Growth &
Income Portfolio, the Fidelity Magellan Fund, the Fidelity Blue Chip Fund and
the Fidelity Low-Priced Stock Fund. He has information regarding his status as a
shareholder of this fund.

**DONALD J. KIRK**
Fidelity Investments
P.O. Box 55235
Boston, MA 02205-5235

Mr. Kirk is a Trustee for the Fidelity Puritan Trust (which includes the Fidelity Low-Priced Stock Fund) and the Fidelity Securities Fund (which includes the Fidelity Growth & Income Portfolio and the Fidelity Blue Chip Growth Fund). He is believed to have knowledge of the affairs, actions and operations of said entities.

**JOEL C. TILLINGHAST**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Tillinghast is a Vice President and Fund Manager of the Low-Priced Stock fund. He is believed to have knowledge of the affairs, actions and operations of said entity.

**BRIAN HANSON**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Hanson is the Fund Manager of Blue Chip Growth Fund. He is believed to have knowledge of the affairs, actions and operations of said fund.

**STEVEN KAYE**
Fidelity Investments
82 Devonshire Street
Boston, MA 02109

Mr. Kaye is Vice President and the Fund Manager of Fidelity Growth and Income Portfolio I. He is believed to have knowledge of the affairs, actions and operations of said fund.

**MATTHEW FINK**
c/o Investment Company Institute
1401 H Street, NW
Washington, DC, 20005

Mr. Fink is the former President of the Investment Company Institute. He is believed to have knowledge of the affairs, actions and operations of the mutual fund industry.

11

2. Plaintiffs seek as damages interest on all monies recovered, disbursements, costs and attorneys' fees associated with their claims against Defendants. The data necessary for the computation of the damages is not yet available.

**Plaintiffs reserve the right to amend and/or supplement their disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(C).**

**D.    INSURANCE POLICIES:**

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action, or to indemnify or reimburse for payments made to satisfy the judgment:

**Plaintiffs do not have custody, possession, or control of any such agreements.**

Respectfully submitted,

CYNTHIA A. BENNETT and
GUY E. MILLER,

By their attorneys,

Robert D. Friedman, BBO# 180240
rfriedman@pscboston.com
Harry S. Miller, BBO# 346946
hmiller@pscboston.com
Matthew J. Tuttle, BBO# 562758
mtuttle@pscboston.com
Sara B. Davis, BBO# 648002
sdavis@pscboston.com
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

Thomas R. Grady (*pro hac vice*)
THOMAS R. GRADY, P.A.
720 Fifth Avenue South
Suite 200
Naples, Florida 34102
(239) 261-6555

Dated:  October 3, 2005