# Exhibit B

# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212-530-5219

SEAN M. MURPHY
PARTNER
DIRECT DIAL NUMBER
212-530-5688
FAX: 212-822-5688
E-MAIL: smurphy@milbank.com

LOS ANGELES
213-892-4000
FAX: 213-629-5063

WASHINGTON, D.C.
202-835-7500
FAX: 202-835-7586

LONDON
020-7615-3000
FAX: 020-7615-3100

FRANKFURT
49-69-71914-3400
FAX: 49-69-71914-3500

MUNICH
49-89-25559-3600
FAX: 49-89-25559-3700

BEIJING
8610-5123-5120
FAX: 8610-5123-5191

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

TOKYO
813-3504-1050
FAX: 813-3595-2790

July 12, 2007

**VIA FAX AND E-MAIL**

Michael Woerner, Esq.
Keller Rohrback LLP
1201 Third Avenue
Suite 3200
Seattle, Washington 98101

Re:   *Bennett v. Fidelity Management & Research Company*

Dear Mike:

I am in receipt of your July 5, 2007 letter concerning deposition scheduling. I appreciate your patience as we try to schedule additional dates. A number of the witnesses you would like to depose are non-parties in this litigation, and summer travel schedules have made these depositions more difficult to schedule.

We have previously agreed on the following deposition dates:

Will Danoff: July 31, 2007 (Boston)

JS Wynant: August 1, 2007 (Boston).

Drew Lawton: August 21, 2007 (Boston)

However, with respect to Will Danoff's deposition, we would like to start the deposition at 8:00 am (not 9:00 am as it was noticed).

Michael Woerner, Esq.                                                                                          - 2 -
July 12, 2007

      With respect to the other witnesses you intend to depose, we propose the following dates and locations for the depositions:

           Bob Reynolds:  August 14, 2007 (in Nantucket)

           Bill McCoy:  August 30, 2007 (in New York at Debevoise's offices)

           Abby Johnson:  September 18 (in Boston)

      We are still waiting to hear back from Ralph Cox's counsel, Debevoise, with respect to a potential date and location for Mr. Cox's deposition. I expect to get back to you shortly on that issue.

      You have also asked for additional Rule 30(b)(6) designees for the topics that were not covered in the deposition of Nick Steck. Based on the list of topics previously provided by plaintiffs, we would designate JS Wynant for all remaining categories (topics 6 through 13 on the list of topics dated November 14, 2006), except that portion of topic 12 that relates to "non-mutual fund clients," for which we would designate Drew Lawton. As both of these witnesses are already scheduled to be deposed, you do not need any additional deposition dates for them.

      Finally, we can confirm that we currently do not intend to call the following witnesses in the trial of this matter: Robert Gates, Donald Kirk, Stephen Jonas, David Jones, Ellyn McColgan, Robert Adams and Peter Smail. Should circumstances change between now and trial with respect to Fidelity's intention to call any of these witnesses, we will notify you and agree to make them available for deposition in advance of trial.

      Fidelity does currently intend to call Laura Cronin and Philip Bullen at trial. Please let me know if you intend to depose either of these witnesses. In addition, Fidelity may call a witness or witnesses not listed in its Rule 26(a) disclosures to testify about the nature and quality of Fidelity's services. If and when we do decide to put up any additional witnesses, we will notify you of their identity and provide you an opportunity to depose them in advance of trial.

      Please let me know if the deposition dates listed above work for plaintiffs.

                                                          Very truly yours,

                                                          Sean M. Murphy

cc:    James Dittmar, Esq.
        James N. Benedict, Esq.
        Matthew Tuttle, Esq.
        Michelle Blauner, Esq.
        David Chen, Esq.
        James C. Bradley, Esq.
        Guy Burns, Esq.
        Nina Fields, Esq.

NY2 #4748245v1