UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x
                                                                 :
CYNTHIA A. BENNETT et al.,                                       :
for the use and benefit of                                       :
FIDELITY MAGELLAN FUND, FIDELITY                                 :
CONTRAFUND, FIDELITY GROWTH &                                    :
INCOME PORTFOLIO I FUND, FIDELITY      :   Oral Argument Requested
BLUE CHIP GROWTH FUND, and                                       :
FIDELITY LOW-PRICED STOCK FUND,                                  :
                                                                 :
                Plaintiffs,            :   No. 04-cv-11651-MLW
                                       :   (Lead Case)
        v.                                                       :
                                       :   No. 04-cv-11756-MLW
FIDELITY MANAGEMENT & RESEARCH         :   (Consolidated Case)
COMPANY and FMR CO., INC.,                                       :
                                                                 :
                Defendants.            :
-----------------------------------------------------------------x

### DECLARATION OF SHANNON ROSE SELDEN

I, Shannon Rose Selden, declare as follows:

I am associated with the law firm of Debevoise & Plimpton, counsel to the non-party Independent Trustees of the Fidelity Funds (the "Independent Trustees"). I submit this declaration on personal knowledge and on information and belief in support of the Independent Trustees' motion to intervene for the limited purpose of responding to plaintiffs' motion to enlarge the discovery period in order to take a deposition of former Independent Trustee Donald Kirk, and in opposition to plaintiffs' motion.

Attached hereto as Exhibits 1 through 10 are true and correct copies of:

1. An April 13, 2007 letter from S. Selden to B. Ferrell-Anton and M. Tuttle, enclosing documents produced by Ned C. Lautenbach.

2. A May 15, 2007 letter from S. Selden to M. Woerner, M. Tuttle, D. Foster, and M. Blauner, enclosing documents produced by Marie L. Knowles.

3. A May 26, 2007 letter from S. Selden to M. Woerner, M. Tuttle, D. Foster, and M. Blauner, enclosing documents produced by Marvin L. Mann.

4. A June 21, 2007 letter from S. Selden to M. Woerner, M. Tuttle, D. Foster, and M. Blauner enclosing documents produced by William S. Stavropoulos.

5. An August 16, 2007 letter from S. Selden to N. Fields, B. Ferrell-Anton, and M. Tuttle, enclosing documents produced by William O. McCoy.

6. An August 28, 2007 letter from S. Selden to N. Fields, B. Ferrell-Anton, and M. Tuttle enclosing documents produced by Ralph F. Cox.

7. A September 21, 2007 letter from S. Selden to N. Fields, B. Ferrell-Anton, and M. Tuttle enclosing documents produced by Donald J. Kirk.

8. An October 17, 2007 email from S. Selden to L. Gerber enclosing twenty-nine additional documents produced by Donald J. Kirk.

9.      Excerpts from the deposition of Independent Trustee and Audit Committee Chair Marie Knowles, May 15, 2007.

10.     Documents produced by Marie L. Knowles on May 9, 2007, bates numbered MLK00003049, MLK0011901; MLK0013449; and MLK00003050.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
Dated: November 5, 2007

By:     ____/s/[ Shannon Rose Selden]____
        Shannon Rose Selden