# Exhibit 1

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

April 13, 2007

BY FEDERAL EXPRESS

Becky Ferrell-Anton
Johnson Pope Bokor Ruppel & Burns LLP
403 E. Madison St. Suite 400
Tampa, FL 33602

Matt Tuttle
Burns & Levinson LLP
125 Summer St.
Boston, MA 02110-1624

## Bennett v. Fidelity Management & Research Co.

Dear Ms. Ferrell-Anton & Mr. Tuttle:

  Enclosed please find documents produced by Ned C. Lautenbach in response to the March 9, 2007 subpoena in the above matter (Bates Range NCL00000001-00005507). The production consists of documents responsive to the subpoena that are relevant to the complex-wide questions and five funds at issue in the litigation.

  Certain material in the production has been designated "Confidential Information" pursuant to the August 3, 2006 Stipulation and Protective Order in this matter, and is subject to the limitations on access and non-disclosure provisions contained therein. Material designated "Outside Counsels' Eyes Only" is subject to the limitations on access and non-disclosure provisions accorded Confidential Information, and is provided with the additional expectation that you agree to limit access to or disclosure of such material to outside counsel to the parties in this litigation and their authorized secretarial, office, and legal assistant staffs, any independent experts or consultants retained by such counsel to assist in the prosecution or defense of this litigation, and the Court.

  Among the documents responsive to the subpoena that are relevant to the five funds or to complex-wide issues, and in the possession, custody or control of Mr. Lautenbach, were documents protected from disclosure by the attorney-client privilege, attorney work-product doctrine, and/or other applicable privileges. Such documents were

Becky Ferrell-Anton                    2                          April 13, 2007

withheld from production in whole or in part and are identified, along with the privilege asserted and its basis, in a log which will be provided to you separately.

Sincerely,

Shannon R. Selden

cc:   J. Benedict
      J. Dittmar

Enclosure

22441192v1