# Exhibit 2

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

May 15, 2007

BY ELECTRONIC & FIRST CLASS MAIL

Michael D. Woerner
Keller Rohrback LLP
1201 Third Ave. Suite 3200
Seattle WA  98101

Matthew J. Tuttle
Burns & Levinson LLP
125 Summer St.
Boston, MA 02110-1624

Dana Foster
Ackerman, Link & Sartory
222 Lakeview Avenue
Suite 1250
West Palm Beach, Florida  33401

Michelle H. Blauner
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

## Bennett v. Fidelity Management & Research Co.

Dear Messrs. Woerner & Tuttle, Ms. Blauner & Ms. Foster:

    By letter dated May 9, 2007, we provided documents produced by Marie L. Knowles in response to the March 9, 2007 subpoena in the above matter (Bates Range MLK00000001-00001417).  Among the documents responsive to the subpoena that were relevant to the five funds or to complex-wide issues, and in the possession, custody or control of Ms. Knowles, were documents protected from disclosure by the attorney-client privilege, attorney work-product doctrine, and/or other applicable privileges.  Per my May 9 letter, these documents were withheld from production in whole or in part.

Michael Woerner                              2                         May 15, 2007

    Enclosed please find the log identifying the withheld and redacted documents, along with the privileges asserted and their bases.

Sincerely,

Shannon R. Selden

cc:   J. Benedict
       J. Dittmar
       D. Chen

Enclosure

22467257v1