# Exhibit 4

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

June 21, 2007

BY FEDERAL EXPRESS

Michael D. Woerner
Keller Rohrback LLP
1201 Third Ave. Suite 3200
Seattle WA 98101

Matthew J. Tuttle
Burns & Levinson LLP
125 Summer St.
Boston, MA 02110-1624

Dana Foster
Ackerman, Link & Sartory
222 Lakeview Avenue
Suite 1250
West Palm Beach, Florida 33401

Michelle H. Blauner
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

**Bennett v. Fidelity Management & Research Co.**

Dear Messrs. Woerner & Tuttle, Ms. Blauner & Ms. Foster:

Enclosed please find documents produced by William S. Stavropoulos in response to the subpoena duces tecum to Mr. Stavropoulos in the above matter, dated June 5, 2007 (Bates Range WSS00000001-00002180). The production consists of documents responsive to the subpoena that are relevant to the complex-wide questions and five funds at issue in the litigation.

Certain material in the production has been designated "Confidential Information" pursuant to the August 3, 2006 Stipulation and Protective Order in this matter, and is subject to the limitations on access and non-disclosure provisions contained therein.

Michael Woerner  
Matthew J. Tuttle  
Dana Foster  
Michelle H. Blauner

2

June 21, 2007

Material designated "Outside Counsels' Eyes Only" is subject to the limitations on access and non-disclosure provisions accorded Confidential Information, and is provided with the additional expectation that you agree to limit access to or disclosure of such material to outside counsel to the parties in this litigation and their authorized secretarial, office, and legal assistant staffs, any independent experts or consultants retained by such counsel to assist in the prosecution or defense of this litigation, and the Court.

    Among the documents responsive to the subpoena that are relevant to the five funds or to complex-wide issues, and in the possession, custody or control of Mr. Stavropoulos, were documents protected from disclosure by the attorney-client privilege, attorney work-product doctrine, and/or other applicable privileges. Such documents were withheld from production in whole or in part and are identified, along with the privilege asserted and its basis, in a log which will be provided to you electronically and by Federal Express tomorrow.

Sincerely,

Shannon R. Selden

cc:    J. Benedict  
        J. Dittmar

Enclosure

22498970v1