# Exhibit 8

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

October 17, 2007

BY ELECTRONIC AND FIRST CLASS MAIL

Laura Gerber
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

**Bennett v. Fidelity Management & Research Co.**

Dear Ms. Gerber:

      By letter dated September 21, 2007 and pursuant to our agreement in the above matter, we provided documents produced by Donald J. Kirk (Bates Range DJK00000001-DJK00005882) that had been previously collected from Mr. Kirk, were responsive to the subpoenas served on the Independent Trustees, and were relevant to the five funds or to complex-wide issues. It has since come to my attention that twenty-nine documents were inadvertently excluded from that production. Enclosed please find these additional documents (Bates Range DJK0005883- DJK00006075).

Sincerely,

Shannon Rose Selden

Enclosures

cc: James N. Benedict, Esq.
     James S. Dittmar, Esq.

22583544v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai