# Exhibit 9

VOLUME: I
PAGES: 1 to 302
EXHIBITS: 79 to 92

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11651-MLW (Lead case)
No. 1:04-CV-11756-MLW (Consolidated case)

CYNTHIA A. BENNETT, ET AL   )
      Plaintiffs,   )
                            )
v.                          )
                            )
FIDELITY MANAGEMENT &       )
RESEARCH COMPANY and FMR    )
CO., INC.,                  )
      Defendants.   )
                            )

VIDEOTAPED DEPOSITION OF MARIE LOUISE KNOWLES, called as a witness on behalf of the Haugen Plaintiffs, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jeanette N. Maracas, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Goodwin Procter, LLP, 53 State Street, Boston, Massachusetts, on Tuesday, May 15, 2007, commencing at 9:00 a.m.

Page 2

APPEARANCES:

KELLER ROHRBACK, LLP
By: Michael Woerner, Esq.
By: David Y. Chen, Esq.
1201 Third Avenue
Suite 3200
Seattle, Washington 98101
For the Plaintiffs
Mwoerner@kellerrohrback.com
Dchen@kellerrohrback.com

BURNS & LEVINSON, LLP
By: Matthew J. Tuttle, Esq.
125 Summer Street
Boston, Mass. 02110
For the Plaintiffs.
Mtuttle@burnslev.com

MILBANK, TWEED, HADLEY & McCLOY, LLP
By: James N. Benedict, Esq.
By: Andrew W. Robertson, Esq.
By: Tommaso Bencivenga, Esq.
One Chase Manhattan Plaza
New York, New York 10005
For the Defendants.
Jbenedict@milbank.com
Arobertson@milbank.com

DEBEVOISE & PLIMPTON, LLP
By: John S. Kiernan, Esq.
919 Third Avenue
New York, New York 10022
For the Deponent.
jskiernan@debevoise.com

Bill Slater, Videographer

ALSO PRESENT: Colleen A. Hankins, Esq.
Scott Goebel

Page 3

INDEX

Testimony of:              Direct   Cross
Marie Louise Knowles
  (by Mr. Woerner)           5
  (by Mr. Tuttle)                    231

EXHIBITS

No.           Page
79............30
80............60
81............110
82............110
83............110
84............143
85............177
86............184
87............190
88............209
89............217
90............222
91............223
92............288

Page 4

PROCEEDINGS                           08:34:22
    VIDEOGRAPHER: This is the video    08:59:14
operator speaking, Bill Slater, of Veritext    09:00:08
New York. Today's date is May 15, 2007. The    09:00:11
time is 9:00 a.m.                              09:00:15
    We're here at the offices of Goodwin       09:00:17
Procter, located at 53 State Street, Boston,   09:00:19
Massachusetts, to take the videotaped          09:00:23
deposition of Marie Knowles in the matter      09:00:25
of Cynthia Bennett, et al., versus Fidelity    09:00:26
Management & Research Company, et al., in      09:00:31
the United States District Court, District     09:00:33
of Massachusetts, Case No. 04-CV-11651-MLW,    09:00:34
lead case, and 1:04-CV-11756-MLW,              09:00:45
consolidated case.                             09:00:55
    Counsel, please voice-identify             09:00:56
yourselves and state whom you represent.       09:00:58
    MR. WOERNER: Michael Woerner of            09:00:59
Keller Rohrback for the Haugen Plaintiffs.     09:01:01
    MR. CHEN: David Chen, Keller
Rohrback, for the Haugen Plaintiffs.           09:01:06
    MR. KIERNAN: John Kiernan,                 09:01:06
Debevoise & Plimpton, for the witness.         09:01:08
    MR. BENEDICT: Jim Benedict, Milbank        09:01:09
Tweed, for Defendants.                         09:01:11

Page 5

    MR. ROBERTSON: Andrew Robertson,
Milbank Tweed, for the Fidelity Defendants.
    MR. BENCIVENGA: Tommaso Bencivenga,
Milbank Tweed, for the Defendants.
    MR. GOEBEL: Scott Goebel, Fidelity.
    MS. HANKINS: Colleen Hankins,
Fidelity.                                      09:01:24
    VIDEOGRAPHER: Will the court               09:01:25
reporter please swear in the witness.          09:01:26
    MARIE LOUISE KNOWLES
A witness called for examination
by counsel for the Haugen Plaintiffs, having
been first duly sworn, was examined and
testified as follows:
    DIRECT EXAMINATION
BY MR. WOERNER:                                09:01:39
Q. Would you please state your name for the    09:01:42
   record.                                     09:01:43
A. Marie Louise Knowles.                       09:01:44
Q. Can you spell your last name, please.       09:01:47
A. K N O W L E S.                              09:01:48
Q. What is your residence address?             09:01:50
A. 511 Arroyo Square, A R R O Y O, South       09:01:56
   Pasadena, California.                       09:02:01
Q. Do you have more than one residence?

Page 38

1  the Fidelity board?                          09:47:17
2  A. No. It's been in the last couple of years.  09:47:24
3  Q. Do you recall if you served on the equity   09:47:32
4     contract committee at any time when the     09:47:36
5     contracts were renewed for either the       09:47:41
6     Magellan or the Contrafund funds?           09:47:44
7  A. Yes.                                        09:47:47
8  Q. Do you know how many annual renewals you    09:47:49
9     were serving during when the Magellan and   09:47:52
10    Contrafund contracts were renewed?          09:47:57
11 A. On the specific equity contract committee?  09:47:58
12    I'm not sure I understand the question.     09:48:02
13 Q. Yes, yes. I'm sorry. While you served on    09:48:04
14    the equity contract committee, do you       09:48:06
15    remember how many renewal periods occurred  09:48:08
16    for Magellan and Contrafund?                09:48:11
17 A. No, I do not.                               09:48:13
18 Q. But it was at least one?                    09:48:14
19 A. Yes.                                        09:48:15
20 Q. On the next page there's a reference to     09:48:27
21    the shareholder distribution and brokerage  09:48:34
22    committee. I didn't see your name listed.   09:48:36
23    Have you ever served on that committee?     09:48:40
24 A. I do not believe I have.                    09:48:43
25 Q. Then there's the audit committee of which   09:48:48

Page 39

1  you are currently the chair, correct?         09:48:49
2  A. Correct.                                   09:48:52
3  Q. When did you become the chair of the audit 09:48:52
4     committee?                                 09:48:55
5  A. I became the chair of the audit committee in 09:48:59
6     January of 2004.                           09:49:02
7  Q. Did you serve on the audit committee prior to 09:49:06
8     becoming its chair?                        09:49:08
9  A. Yes, I did.                                09:49:09
10 Q. For how long?                              09:49:10
11 A. I have been on the audit committee since I 09:49:12
12    joined as a trustee.                       09:49:14
13 Q. Who was the chair of the audit committee   09:49:17
14    prior to you serving as that, in that role? 09:49:21
15 A. Don Kirk, K I R K.                         09:49:24
16 Q. Is Mr. Kirk currently a trustee?           09:49:30
17 A. No, he is not.                             09:49:33
18 Q. Was there any sort of transition period    09:49:35
19    during which Mr. Kirk served on the audit  09:49:39
20    committee or served as a trustee while you 09:49:41
21    were becoming the chair of the committee?  09:49:43
22 A. Yes.                                       09:49:45
23 Q. For how long was that?                     09:49:45
24 A. How long was that what specifically?       09:49:49
25 Q. Was there some sort of overlap in which you 09:49:51

Page 40

1     knew you were going to become the chair of   09:49:54
2     the audit committee and Mr. Kirk continued   09:49:56
3     to serve either on the audit committee or in 09:49:58
4     some board capacity?                         09:50:01
5        MR. BENEDICT: Objection as to form.       09:50:01
6  Q. You can go ahead if you understand the       09:50:04
7     question.                                    09:50:05
8  A. I do understand the question. There was     09:50:06
9     a one-year transition after I had been       09:50:08
10    identified as Don's successor in which he    09:50:12
11    continued to be chair of the committee. Then 09:50:16
12    there was another one-year transition in     09:50:20
13    which I was chair of the committee and he    09:50:23
14    continued to serve as a trustee.             09:50:26
15 Q. The SAI after it identifies who is currently 09:50:30
16    on the audit committee says that at least    09:50:36
17    one committee member will be a, quote, "audit 09:50:38
18    committee financial expert," end quote, as   09:50:42
19    defined by the SEC. Who currently serves     09:50:45
20    that role?                                   09:50:48
21 A. I serve as that role.                        09:50:49
22 Q. For how long have you served as the audit    09:50:56
23    committee financial expert?                  09:50:59
24 A. Since -- well, I'm not sure of the answer to 09:51:02
25    that question. Certainly since I was         09:51:07

Page 41

1     chairman. I may have also been identified    09:51:11
2     as an audit committee financial expert prior 09:51:14
3     to that time. I cannot remember.             09:51:19
4  Q. Do you recall who was designated as the     09:51:23
5     audit committee financial expert prior to    09:51:25
6     your designation as such?                    09:51:27
7  A. Certainly the chairman, Don Kirk, would have 09:51:29
8     been.                                        09:51:32
9  Q. What is the significance to a shareholder   09:51:36
10    of the fund, of any of the funds that there's 09:51:38
11    an audit committee financial expert as       09:51:42
12    defined by the SEC?                          09:51:46
13       MR. KIERNAN: Object to form. You          09:51:48
14    can answer.                                  09:51:52
15       THE WITNESS: Continue to answer?          09:51:54
16       MR. BENEDICT: Yes.                        09:51:54
17 A. I believe that that is a requirement of     09:51:59
18    the Sarbanes-Oxley Act. There are some       09:52:03
19    differences between the requirements for     09:52:08
20    corporations and for mutual funds, but I     09:52:12
21    think that is a requirement that is operative 09:52:14
22    in both cases.                               09:52:16
23 Q. And the audit committee has the authority   09:52:18
24    to hire and fire auditors of the funds, is   09:52:20
25    that correct?                                09:52:24

Page 94

1  any fund?                                  11:24:57
2  Q. Yes, for Contrafund.                    11:24:58
3      MR. BENEDICT: Changed or was           11:25:02
4  discussed?                                 11:25:02
5  Q. Changed.                                11:25:03
6  A. I don't remember. I don't remember if that's   11:25:10
7  changed during my tenure or not.           11:25:15
8  Q. And then I think you also said there's a   11:25:17
9  component to the fees and it's discussed,  11:25:20
10 I'm sure, somewhere in the SAI about       11:25:22
11 performance?                               11:25:25
12 A. Correct.                                11:25:26
13 Q. The numbers that are used in the formula for   11:25:27
14 the performance adjustment, when is the last   11:25:30
15 time those numbers changed for Contrafund?   11:25:33
16 A. They change every year.                 11:25:37
17 Q. So you negotiate a new performance fee amount   11:25:40
18 every year or you just apply whatever      11:25:43
19 schedule there is to the actual performance   11:25:48
20 of the fund and that changes from year to  11:25:51
21 year?                                      11:25:53
22     MR. BENEDICT: Objection to form.       11:25:53
23 A. The formula for the performance fee is  11:25:59
24 established and then the actual performance   11:26:03
25 is used to determine based on that formula   11:26:13

Page 95

1  the component of the fee that's a performance   11:26:15
2  adjustment. It's not a performance fee.    11:26:21
3  It's an adjustment.                        11:26:24
4  Q. Right.                                  11:26:24
5  A. That changes every year.                11:26:27
6  Q. When was the performance fee established,   11:26:27
7  which is the word you used, for Contrafund?   11:26:31
8  A. I don't personally remember.            11:26:38
9  Q. Was it established -- has it been established   11:26:42
10 as long ago as when you first joined the   11:26:45
11 board?                                     11:26:48
12 A. I believe that's correct.               11:26:48
13 Q. So the actual rates for the group fee, the   11:26:52
14 individual fee and the performance fee for   11:26:57
15 Contrafund, the actual rates that are used   11:27:01
16 in the formula, as far as you know, go back   11:27:03
17 as far as 1999 or at least before you got  11:27:07
18 on the board, is that right?               11:27:12
19     MR. KIERNAN: Object to form.           11:27:13
20 A. Well, as I said, I don't remember if the   11:27:15
21 individual fund fee rates for those groups   11:27:18
22 of funds in which Contra -- I've gotten    11:27:21
23 convoluted English. If the individual fund   11:27:35
24 fee for the groups of funds in which Contra   11:27:41
25 lies -- help me out with my English here --   11:27:43

Page 96

1  had been changed since I've been a trustee.   11:27:45
2  Q. Do you recall while being on the board having   11:27:55
3  any negotiations with the defendant advisors   11:27:57
4  over the group fee rate, the individual fee   11:28:01
5  rate or the performance fee adjustment rate   11:28:07
6  for Contrafund during the time that you have   11:28:13
7  been on the board?                         11:28:16
8  A. The group fee rate is established every year   11:28:18
9  based on the group fee rate schedule.      11:28:24
10 Q. Let me try it differently. Do you recall   11:28:28
11 while being on the board at any time where   11:28:31
12 you have asked the defendant advisor to    11:28:34
13 change any of the figures that make up the   11:28:40
14 annualized group fee rate, the individual  11:28:46
15 fee rate or the performance adjustment fee   11:28:48
16 rate?                                      11:28:52
17     MR. BENEDICT: Objection. Are           11:28:52
18 you asking whether there's been a demand   11:28:53
19 for a change or whether there's been       11:28:55
20 discussion whether there should be a change   11:28:58
21 like a change in the individual fee rate? A   11:28:59
22 discussion or a demand? That's all I'm     11:29:04
23 trying to --                               11:29:05
24     MR. WOERNER: Can you read back my      11:29:08
25 question?                                  11:29:09

Page 97

1  (Question read)                            11:29:09
2  Q. So the term was "asked to change."      11:29:31
3  A. We discuss those components every single   11:29:46
4  year and discuss whether or not that schedule   11:29:48
5  is still appropriate and whether or not the   11:29:54
6  individual fund fee rate is still          11:30:06
7  appropriate. And the way that discussion   11:30:10
8  comes about is by looking at the total fee   11:30:12
9  that comes about from those formulas and   11:30:19
10 comparing them to the competitive universe   11:30:27
11 in light of the services that are provided   11:30:29
12 to the mutual fund shareholders and seeing   11:30:32
13 whether or not those are reasonable.       11:30:36
14     MR. BENEDICT: When you get to an       11:30:37
15 appropriate spot --                        11:30:39
16     MR. WOERNER: I'm just going to ask     11:30:39
17 one more question.                         11:30:41
18 Q. So with respect to these fee rates that we   11:30:41
19 have been talking about, what has been     11:30:44
20 negotiated as opposed to discussed with the   11:30:49
21 defendant advisor?                         11:30:53
22     MR. BENEDICT: Objection to form.       11:31:03
23     MR. KIERNAN: Are you still with the   11:31:04
24 Contrafund?                                11:31:06
25     MR. WOERNER: Yes.                      11:31:07

Page 98

1  A. I'm trying to think about how to respond   11:31:19
2     to your question. Fidelity's pricing   11:31:23
3     structure is one that is consistent and   11:31:38
4     reasonable and well-understood and explained   11:31:47
5     to shareholders, and your question implies   11:31:49
6     to me personally that you would tinker with   11:31:58
7     that every year.   11:32:03
8  Q. Well, I'm sorry. Are you done?   11:32:10
9     MR. BENEDICT: Let her finish.   11:32:13
10 A. I'm not sure if I'm done yet.   11:32:15
11 Q. Okay.   11:32:23
12 A. And so I'm done.   11:32:24
13 Q. I think the term you used earlier was that   11:32:29
14    there is a typical negotiation process that   11:32:32
15    happens and --   11:32:36
16 A. Where did I refer to that?   11:32:38
17 Q. With respect to the renewal of the management   11:32:40
18    contracts. Is that not --   11:32:45
19    MR. BENEDICT: Objection.   11:32:47
20    MR. KIERNAN: Why don't we try to do   11:32:50
21    that without getting her to agree on specific   11:32:53
22    earlier testimony.   11:32:56
23 A. Try it again.   11:32:57
24 Q. Where I'm struggling here is trying to find   11:32:58
25    out what the answer is as -- you can   11:33:01

Page 99

1     certainly discuss things with people and you   11:33:05
2     can negotiate with people, and those are two   11:33:07
3     different things, would you agree?   11:33:10
4  A. No.   11:33:11
5  Q. Okay. So in the end, has there been any   11:33:15
6     change in the group fee rate, the individual   11:33:20
7     fee rate or the performance adjustment fee   11:33:23
8     rate for Contrafund while you have served on   11:33:26
9     the board?   11:33:29
10 A. Yes, there has been every year. The group   11:33:29
11    fee rate is established every year.   11:33:32
12 Q. So one or more of these numbers on the   11:33:34
13    annualized rate has changed?   11:33:38
14 A. That's the group fee rate schedule. No,   11:33:39
15    that has not changed.   11:33:43
16 Q. Has any of the numbers on the group fee   11:33:44
17    rate schedule, the individual fee rate   11:33:45
18    schedule or the performance adjustment fee   11:33:50
19    schedule changed since you have been on   11:33:54
20    the board of Contrafund?   11:33:56
21    MR. BENEDICT: Objection to form.   11:34:00
22    MR. KIERNAN: I think she said twice   11:34:01
23    that she doesn't know about the individual   11:34:03
24    fee schedule and that the answer is no for   11:34:06
25    the other two. But you can answer it a third   11:34:09

Page 100

1     time, if you'd like.   11:34:12
2  Q. I'm sorry. I thought I got an answer to   11:34:17
3     group fee rate and then you went to group fee   11:34:19
4     rate schedule, and I'm trying to make sure   11:34:21
5     we've got a clear record of this.   11:34:23
6  A. The group fee rate is a result of a formula   11:34:28
7     which is reflected in the group fee rate   11:34:38
8     schedule and changes every year depending on   11:34:42
9     the average group assets for the complex so   11:34:49
10    that's established every year. The   11:34:52
11    individual fund fee rate are for groups   11:35:01
12    of funds. I do not recall whether or not   11:35:04
13    those have been changed. They are changed   11:35:04
14    from time to time in a process of the   11:35:08
15    trustees evaluating the competitiveness of   11:35:10
16    the total funds -- excuse me, the management   11:35:13
17    fee and the total expenses. I just don't   11:35:16
18    remember if that individual fund fee rate   11:35:22
19    has changed for Contra since I have been   11:35:26
20    the trustee. That results in the basic fee   11:35:28
21    rate which changes every year because the   11:35:33
22    group fee rate changes every year, and then   11:35:36
23    there is a performance adjustment which is   11:35:39
24    according to a formula which needs to stay   11:35:41
25    the same all the time so that you are   11:35:46

Page 101

1     incenting people consistently as opposed to   11:36:00
2     insencing**, and that, too, changes every   11:36:08
3     year depending on the performance of the   11:36:10
4     fund. It's a very elegant system.   11:36:14
5     MR. BENEDICT: Good place for a   11:36:17
6     break?   11:36:19
7     MR. WOERNER: Yes.   11:36:19
8     VIDEOGRAPHER: Time is 11:36. We   11:36:19
9     are off the record.   11:36:21
10    (Break taken)   11:36:23
11    VIDEOGRAPHER: This is the beginning   11:45:59
12    of Tape No. 3. We're back on the record.   11:46:01
13    Time is 11:46.   11:46:04
14    BY MR. WOERNER:   11:46:07
15 Q. Before we took a break, I was asking you   11:46:21
16    some questions about the fee rates and the   11:46:25
17    fee schedules pertaining to Contrafund,   11:46:29
18    and I'd be happy to provide you with a   11:46:32
19    copy of an SAI from the Magellan fund, if   11:46:35
20    you'd like to look at it, but my simple   11:46:40
21    question is going to be whether the group   11:46:42
22    individual and performance adjustment fee   11:46:46
23    rates that apply to the Magellan fund have   11:46:49
24    changed while you have been on the board?   11:46:53
25    MR. KIERNAN: Object to form. I   11:46:55

Page 102

1   think we're getting hung up on the word
2   "rate." Do you mean the formula or do you
3   mean the rate? Because the witness explained
4   a couple of times those two things have
5   different meaning to her.
6   Q. Here's how I understand it. There's a
7     schedule and from this schedule you look at
8     a variety of factors, and then you plug these
9     numbers into a formula and at the end of
10    the year, a number comes out that is the
11    calculated rate based on a number of
12    calculations that take place.
13  A. Not exactly.
14         MR. BENEDICT: Objection.
15  Q. Okay.
16  A. Let's talk total expenses for a second.
17  Q. Okay.
18  A. Pricing and bookkeeping fees change every
19    year. There again there is a formula, if you
20    will, that takes into account a variety of
21    factors like the complexity of a particular
22    fund and the number of accounts and different
23    things, and the transfer agency fee changes
24    every year based on a number of inputs and
25    has been changed on the basis of negotiation

Page 103

1   with the trustees back and forth, you know,
2   pushing those transfer agency fees down, and
3   then there is the management fee. The
4   management fee doesn't have a lot of factors
5   in it. It has only really three, what are
6   the assets of the total complex, and that's
7   applied against the group fee rate schedule.
8   Make sure I got that terminology right here,
9   Page 27. Group fee rate schedule, and then
10  there's the individual fund fee rate and
11  funds are put together in groups of similar
12  funds, so equity funds like Contra and
13  Magellan are in the same group.
14         Like I said, I don't remember if
15  that 30 basis points has changed. I'm pretty
16  sure it changed on the fixed income, but I'm
17  not sure it changed for the equities. So
18  it's group -- it's assets in the complex,
19  it's what kind of a fund is it and then how
20  well has the fund done.
21  Q. And there's a schedule for what number you
22    apply depending on how many assets there are
23    in the complex?
24  A. Right.
25  Q. There's a schedule of numbers that tells you

Page 104

1   what number to apply depending on what fund
2     it is and what group it's in, right?
3          MR. BENEDICT: Objection to form.
4          MR. KIERNAN: For the individual
5     fund?
6   Q. Yes.
7   A. Yes.
8   Q. And there's a schedule as to what number to
9     use for the performance fee depending on how
10    the fund performed?
11  A. Right.
12  Q. Three different schedules. I'm just asking
13    if the numbers on those schedules have
14    changed since you have been on the board for
15    the Magellan fund.
16  A. I would have the same answer as I did on
17    the Contrafund. I don't know about the
18    individual fund fee rate. I don't believe
19    the formula for the performance fee has
20    changed and I don't believe the group fee
21    rate schedule has changed. It will as the
22    fund's asset gets over $1.26 trillion, we're
23    going to have to make sure that we look at
24    the schedule and we continue to have that
25    slope go down so that the weighted average

Page 105

1   group fee rate goes down as the complex
2   grows because that's our primary, one of
3   the primary ways that we share whatever
4   economies of scale there are, if there are
5   any.
6   Q. Have you as a board begun any sort of process
7     to determine what you think the next number
8     ought to be on this group fee rate schedule
9     when assets go over 1.26 trillion?
10  A. I don't think we've begun it quite yet, but
11    we're getting close to 1.26 trillion so that
12    will be happening.
13  Q. It's my understanding from some of the
14    materials I read that there was a study
15    pertaining to whether or not you could
16    measure economies of scale on a fund-by-fund
17    basis that was done back in 1999?
18  A. Correct.
19  Q. Which, obviously, was before you were on the
20    board?
21  A. Right.
22  Q. Has Fidelity provided or has the board
23    attempted to obtain any updated information
24    with respect to that 1999 economies of scale
25    study?

Page 106

1  A. Several times.  11:52:12
2  Q. What is the information that the board has  11:52:13
3     received that has updated the 1999 economies  11:52:17
4     of scale study?  11:52:19
5     MR. BENEDICT: Objection to form.  11:52:22
6  A. I'm not going to remember the specific years,  11:52:24
7     but we look at it very frequently. We've  11:52:28
8     looked at it several times in many different  11:52:30
9     ways since I've been on the board.  11:52:34
10 Q. Has there been a similar sort of study done  11:52:36
11    since 1999 on economies of scale?  11:52:39
12    MR. BENEDICT: Objection to form.  11:52:43
13 A. Yes, I believe so, very similar to the 1999,  11:52:49
14    the same kind of data accumulation.  11:52:54
15 Q. Do you know if that is in some sort of a  11:52:57
16    condensed --  11:53:02
17 A. The presentations that I'm remembering,  11:53:03
18    the work that I'm remembering, I think, was  11:53:05
19    provided to you as part of the discovery  11:53:07
20    process.  11:53:10
21 Q. What is the significance of the profitability  11:53:14
22    of the funds with respect to the board's  11:53:18
23    review and approval of the management  11:53:22
24    services contracts?  11:53:26
25    MR. BENEDICT: Objection to form.  11:53:26

Page 107

1  A. Profitability of the funds is one of the  11:53:29
2     factors that we consider when we judge the  11:53:33
3     reasonableness and appropriateness of the  11:53:40
4     contracts.  11:53:43
5  Q. Does the board have any sort of philosophy  11:53:45
6     or guideline with respect to what degree of  11:53:47
7     profitability is something that's reasonable  11:53:52
8     as opposed to unreasonable?  11:53:54
9  A. A specific number?  11:53:58
10 Q. Yes.  11:53:59
11 A. No.  11:53:59
12 Q. Has the board, as long as you have been on  11:54:00
13    it, ever determined that the profitability of  11:54:04
14    any of the Fidelity funds was unreasonable?  11:54:07
15    MR. KIERNAN: Object to form.  11:54:12
16    MR. BENEDICT: Object. You're  11:54:13
17 distinguishing profitability from the overall  11:54:20
18 fee being unreasonable?  11:54:21
19    MR. WOERNER: Yes.  11:54:28
20 A. We always look at the outliers, if you will,  11:54:30
21    so we look at the funds where our allocation  11:54:36
22    process calculates fund profitability. So  11:54:48
23    any time that a fund is in the group of the  11:54:55
24    higher profitability funds, we look at those  11:55:02
25    individually and try to understand why that  11:55:06

Page 108

1  is and whether or not that as part of the  11:55:09
2  whole package is reasonable or unreasonable,  11:55:11
3  and that's one of the factors that we use.  11:55:19
4     Your question implies to me that  11:55:21
5  we found a fund that had a particular  11:55:25
6  profitability rate that we thought was too  11:55:29
7  high, and that's a difficult one for me to  11:55:34
8  answer because we look at the whole package.  11:55:39
9  And the outliers can't be -- I don't think  11:55:45
10 we have three standard deviations of outliers  11:55:47
11 so we don't really have a huge spread.  11:55:52
12 Q. With respect to this term you used,  11:55:56
13    "outliers," do you recall what the highest  11:56:00
14    level of profitability was of a fund that  11:56:02
15    the board considered to be an outlier?  11:56:05
16 A. No, I don't remember what the highest number  11:56:07
17    I've seen is. I think we look at everything  11:56:10
18    that's above 20 or 25 percent.  11:56:14
19 Q. When you say you look at those, what do you  11:56:20
20    mean, you look at those?  11:56:22
21 A. We pull those out separately and make a list  11:56:23
22    of them.  11:56:26
23 Q. You make a list of the funds that are over  11:56:31
24    20 percent?  11:56:34
25 A. 20, 25 percent, something like that. I can't  11:56:35

Page 109

1  remember exactly what the cut-off is, and  11:56:36
2  we look at that particular data and think  11:56:39
3  about those individually.  11:56:44
4  Q. What is it that you're looking for when you  11:56:46
5     look at the data of these outlier funds  11:56:48
6     that are somewhere in the north of 20 or  11:56:50
7     25 percent profitability?  11:56:54
8  A. Well, part of what we look at is why the  11:56:58
9     algorithms that establish calculation of,  11:57:03
10    quote, "fund profitability" came up with  11:57:06
11    that number. Those algorithms are -- that  11:57:08
12    algorithm is a result of a lot of allocations  11:57:14
13    so it can just be screwy data.  11:57:21
14 Q. When you're referring to -- and I know that  11:57:38
15    you've just given me a range of 20,  11:57:41
16    25 percent, but were you referring with  11:57:44
17    respect to that profitability margin pre or  11:57:47
18    after-tax margin of that rate?  11:57:52
19 A. After-tax.  11:57:56
20 Q. And is there any pre-tax level of margin  11:58:04
21    that you've looked at as being a potential  11:58:07
22    outlier?  11:58:11
23 A. Same tax rate as used in all the calculations  11:58:12
24    that you just back into it.  11:58:14
25 Q. I'm not familiar enough with the tax code.  11:58:19

Page 150

1  firm and they make money from a wide variety   01:47:38
2  of activities and one of them happens to   01:47:42
3  be Magellan and another one happens to be   01:47:44
4  Contra, and they reinvest that in a wide   01:47:48
5  variety of things. They invest it in   01:47:50
6  technology, they invest it in investor
7  services, they invest it in telephone   01:47:52
8  lines, they invest it in offering new   01:47:53
9  funds, so...   01:47:56
10 Q. Do you think it is appropriate as a fiduciary   01:47:58
11    to the shareholders of Magellan and   01:48:04
12    Contrafund for the profits of those funds to   01:48:06
13    be used to offset the entrepreneurial risk   01:48:09
14    of starting new funds?   01:48:13
15       MR. BENEDICT: Objection to form.   01:48:15
16 A. I believe my fiduciary responsibility to the   01:48:17
17    shareholders of Magellan and shareholders of   01:48:20
18    Contrafund are to understand and to determine   01:48:25
19    that the fees they pay are reasonable in   01:48:32
20    light of the services that they get. That's   01:48:38
21    what my responsibility is.   01:48:42
22 Q. Do you ever wonder whether or not the fees   01:48:48
23    could be lowered if there was not a number of   01:48:51
24    funds that were running unprofitably?   01:48:54
25       MR. BENEDICT: Objection to form.   01:48:59

Page 151

1  A. That would be the same kind of speculation   01:49:01
2     that I could say that the fees could be   01:49:03
3     lowered if they didn't, if Fidelity didn't   01:49:05
4     invest in technology as much as they do or   01:49:08
5     they didn't have investor centers. That's   01:49:10
6     just not the way the business works. The   01:49:14
7     business is and Fidelity is investing in a   01:49:22
8     wide variety of services for all of its   01:49:30
9     mutual fund shareholders, and one of those   01:49:34
10    services is offering new investment vehicles.   01:49:38
11    The shareholders of Magellan and Contrafund   01:49:44
12    are paying reasonable fees.   01:49:48
13 Q. Do those shareholders benefit by there being   01:49:51
14    other Fidelity funds?   01:49:56
15 A. I believe they are, yes.   01:50:00
16 Q. How so?   01:50:01
17 A. I believe that investors that come to   01:50:01
18    Fidelity, at least in part like being in a   01:50:08
19    fund complex that offers a wide variety of   01:50:12
20    investment vehicles, they can exchange from   01:50:15
21    one fund to another, they get advice, they   01:50:19
22    get services, and so I do think that kind   01:50:26
23    of the breadth and scope of Fidelity's   01:50:32
24    activities are part of the attractiveness of   01:50:36
25    Fidelity and those shareholders benefit by   01:50:38

Page 152

1  that.   01:50:43
2  Q. Has there ever been a discussion about   01:50:44
3     whether a survey should go out to the fund   01:50:47
4     shareholders that say I invest in the   01:50:50
5     Magellan fund because Fidelity offers other   01:50:55
6     funds to me, and do you agree or not agree   01:50:59
7     with that statement?   01:51:01
8        MR. KIERNAN: Object to form.   01:51:03
9  A. The way you have stated that question I   01:51:08
10    wouldn't find -- let me back up. I'm sure   01:51:11
11    that Fidelity has entered into various   01:51:22
12    marketing studies to understand what is   01:51:27
13    attractive about them as a complex. We, as   01:51:30
14    trustees, see some of that, for example,   01:51:34
15    in the service parameters that are presented   01:51:36
16    to us as part of the distribution channels.   01:51:42
17    We try to understand as part of our view   01:51:44
18    of are these fees reasonable in light of   01:51:46
19    the services.   01:51:50
20       There are numerous investor surveys   01:51:52
21    that look at the investor satisfaction with   01:51:56
22    Fidelity and their services. So specifically   01:52:00
23    asking them, the Magellan shareholders,   01:52:08
24    whether or not they specifically like being   01:52:12
25    in Fidelity because of the broader services,   01:52:14

Page 153

1  Fidelity does a lot of marketing studies to   01:52:17
2  understand that, in general, their   01:52:22
3  shareholders do like being in Fidelity   01:52:25
4  because of their broader services, broader   01:52:26
5  suite of funds and that's why they open them   01:52:29
6  up.   01:52:39
7  Q. We discussed a little earlier today the   01:52:54
8     PricewaterhouseCoopers, PwC, along with   01:52:57
9     Deloitte & Touche are the auditors for the   01:53:01
10    funds, is that correct?   01:53:04
11 A. Yes.   01:53:05
12 Q. And we've talked a little bit about the   01:53:06
13    methodology by which profitability is   01:53:09
14    reviewed, is that right?   01:53:14
15 A. Right.   01:53:14
16 Q. Is there more than one methodology under   01:53:16
17    accounting principles by which fund   01:53:21
18    profitability can be analyzed?   01:53:23
19 A. There are certainly more than one methodology   01:53:27
20    that you would analyze profitability.   01:53:30
21    Accounting principles don't really apply,   01:53:34
22    per se, because this is an allocation of   01:53:37
23    revenues and costs according to product line.   01:53:44
24    However, the profitability work is tied back   01:53:48
25    to the books and records of Fidelity and   01:53:54

Page 154

```
 1  the trustees see a reconciliation of the            01:53:58
 2  differences between those costs which are           01:54:01
 3  included and excluded from funds                    01:54:04
 4  profitability vis-a-vis that income                 01:54:08
 5  statement.                                          01:54:11
 6  Q. Who chooses the fund profitability               01:54:11
 7  methodology that would be used, for example,        01:54:14
 8  in Exhibits 81, 82 and 83?                          01:54:18
 9  A. The trustees over a long period of time have     01:54:23
10  reviewed these methodologies and the audit          01:54:33
11  committee specifically reviews any changes          01:54:36
12  that are made to the methodology from year          01:54:39
13  to year, and we take the advice of                  01:54:40
14  PricewaterhouseCoopers as to whether or             01:54:47
15  not those changes in methodology are                01:54:48
16  reasonable.                                         01:54:54
17      The methodology changes largely                 01:54:54
18  come about because of organizational                01:54:56
19  structure, taking cost centers of the               01:55:00
20  business and trying to allocate them into           01:55:04
21  profitability, or new learnings about the           01:55:06
22  way clients, customers are being served,            01:55:09
23  and as part of that process, we look at the         01:55:16
24  impact of those profitability changes so that       01:55:20
25  we understand what the profitability would          01:55:24
```

Page 155

```
 1  have looked like before and after the change        01:55:26
 2  so we can see the impact, and that's the kind       01:55:28
 3  of process that we go through.                      01:55:31
 4  Q. Is it generally Fidelity that proposes the       01:55:32
 5  methodology changes subject to review by the        01:55:36
 6  board and approval by PwC?                          01:55:40
 7  A. By and large part, yes.                          01:55:46
 8  Q. So the auditors, PwC and/or Deloitte &           01:55:50
 9  Touche, do not actually make a recommendation       01:55:54
10  as to which allocation methodology to use.          01:55:57
11  They basically doublecheck the math and make        01:56:02
12  sure that it's consistent with what Fidelity        01:56:04
13  says it is --                                       01:56:07
14      MR. BENEDICT: Objection.                        01:56:09
15      MR. KIERNAN: Objection.                         
16  Q. -- is that correct?                              01:56:10
17  A. They play a broader -- PwC plays a broader       01:56:10
18  role than that. They are looking at not just        01:56:15
19  the math. There's a series of agreed-upon           01:56:24
20  procedures that are -- and that's kind of a         01:56:29
21  defined term, that PwC does for us every            01:56:33
22  year, and the audit committee reviews and           01:56:37
23  approves and changes those agreed-upon              01:56:43
24  procedures to make sure that we feel that           01:56:46
25  they're adequate. And one of the things that        01:56:48
```

Page 156

```
 1  PwC does is when they are looking at the            01:56:51
 2  particular cost centers, let's say, in the          01:56:58
 3  distribution channel, they're looking at the        01:57:00
 4  reasonableness of the drivers that are              01:57:02
 5  determined and how to allocate the costs of         01:57:06
 6  that cost center.                                   01:57:08
 7      For example, the telephones would               01:57:11
 8  be a cost center. An individual would call          01:57:14
 9  up on the telephone line and there are              01:57:18
10  different matrixes to determine whether or          01:57:22
11  not that telephone call goes all or in part         01:57:24
12  to the mutual funds or some of it for               01:57:27
13  retention, some of it for acquisition. So           01:57:30
14  it's a complicated combination of factors           01:57:32
15  that are used to run the business. And              01:57:40
16  then they also look and give information,           01:57:44
17  and have done so for me personally, about           01:57:47
18  how other fund complexes handle their               01:57:50
19  profitability allocation processes so that          01:57:57
20  I have and the audit committee would have a         01:57:59
21  better view, a broader view of whether or not       01:58:03
22  our fund methodology, our profitability             01:58:07
23  methodology is robust and is consistent with        01:58:10
24  industry practices.                                 01:58:14
25  Q. But the choice of methodology is ultimately      01:58:17
```

Page 157

```
 1  one that Fidelity chooses, is that correct?         01:58:19
 2  A. No. It is a back-and-forth process which         01:58:22
 3  is approved with the trustees. And there            01:58:28
 4  have been instances, excuse me for adding,          01:58:39
 5  where they proposed changes and we said no,         01:58:41
 6  we're not making those changes. So it is a          01:58:43
 7  back-and-forth process.                             01:58:44
 8  Q. And the back and forth is between Fidelity       01:58:47
 9  and the board?                                      01:58:48
10  A. Right.                                           01:58:49
11  Q. Can you explain to me how phantom stock          01:59:01
12  shares are accounted for on a year-to-year          01:59:06
13  basis?                                              01:59:11
14      MR. BENEDICT: Objection to form.                01:59:12
15  Q. Are you familiar with phantom stock?             01:59:14
16  A. Yes, I am.                                       01:59:17
17  Q. What is that, just so that we have --            01:59:17
18  A. It is one of the forms of compensation that      01:59:20
19  Fidelity has for its senior managers.               01:59:26
20  Q. That would include portfolio managers?           01:59:37
21  A. Yes. Perhaps some, but not all, but yes,         01:59:39
22  they would be included in that. Fidelity's         01:59:45
23  compensation system is complex and so we            01:59:52
24  have struggled over the years of how to             02:00:00
25  really reflect the value of that compensation      02:00:05
```

Page 158

1  when we look at fund profitability. So I        02:00:10
2  have reviewed it and I understood it at the     02:00:18
3  time that I couldn't repeat it.                 02:00:22
4  Q. Couldn't repeat it because of the complexity 02:00:27
5  of it or couldn't repeat it because of its      02:00:30
6  confidentiality?                                02:00:33
7  A. No, the complexity. You can understand it,   02:00:34
8  repeat it, teach it. I can get to the           02:00:38
9  understanding stage with it every year, but     02:00:40
10 I'd have to practice to really be able to       02:00:43
11 repeat it.                                      02:00:48
12 Q. Would there be anybody else on the audit     02:00:48
13 committee that would have any better            02:00:51
14 understanding of how the phantom share reward   02:00:53
15 system works other than you?                    02:00:57
16 A. No, I don't believe so. Can we take just a   02:00:59
17 two-second break?                               02:01:09
18 Q. Absolutely.                                  02:01:11
19    VIDEOGRAPHER: The time is 2:01. We           02:01:12
20 are off the record.                             02:01:14
21    (Break taken)                                02:01:55
22    VIDEOGRAPHER: Back on the record            02:01:55
23 time is 2:02.                                   02:02:04
24 BY MR. WOERNER:                                 02:02:06
25 Q. The phantom shares are shares of what entity? 02:02:06

Page 159

1  A. I believe they're shares of FMR in total.    02:02:11
2  Q. And how is the value of the shares of FMR    02:02:23
3  established on whatever basis or how are they   02:02:29
4  determined, how is the value determined?        02:02:34
5  A. This is part of the methodology because      02:02:36
6  it's not a publicly-traded company. They        02:02:38
7  have to go through a process of doing that,     02:02:40
8  and I'm not sure if it's just the difference    02:02:44
9  in the net book value or if there's an          02:02:46
10 appraisal process that I just don't remember    02:02:50
11 the specifics of it. It has been explained      02:02:52
12 to me in detail, but I just don't remember      02:02:55
13 the specifics of it.                            02:02:57
14 Q. Okay. If you get to the end of a             02:02:59
15 compensation period and somebody such as        02:03:03
16 Mr. Danoff or Mr. Stansky, as managers of       02:03:04
17 Magellan or Contrafund, are being rewarded      02:03:09
18 with phantom shares, is it your understanding   02:03:11
19 that there is a dollar amount of shares that    02:03:17
20 they are given or are they given a certain      02:03:19
21 number of shares?                               02:03:21
22 A. I am not familiar with that. I do not        02:03:23
23 remember. I have and the board has reviewed     02:03:31
24 in a very broad sense the way the               02:03:34
25 compensation works for portfolio managers,      02:03:36

Page 160

1  but I would have to leave that to somebody      02:03:38
2  else to explain it to you.                      02:03:41
3  Q. Who would be that person or who would be     02:03:44
4  the persons you could think of who could        02:03:46
5  potentially explain how the phantom share       02:03:48
6  system works?                                   02:03:52
7  A. It would be somebody inside Fidelity.        02:03:53
8  Q. Can you give me a name or two of a           02:03:56
9  possibility? Would Mr. Wynant, JS Wynant        02:04:00
10 be somebody?                                    02:04:05
11 A. Well, JS would certainly know the in's and   02:04:07
12 out's of how it's accounted for in              02:04:12
13 profitability. The in's and out's of the        02:04:15
14 whole system, I would expect that whoever       02:04:18
15 is head of human resources within Fidelity      02:04:20
16 would be someone that would be familiar         02:04:23
17 with that issue.                                02:04:26
18 Q. Do you know who that person is today?        02:04:28
19 A. No, I do not.                                02:04:31
20 Q. I don't want to belabor the point, but if    02:04:37
21 I was to ask you, give you some examples of     02:04:40
22 if this person was awarded this number of       02:04:44
23 shares and got into some accounting issues,     02:04:46
24 are you going to say, look, I just don't
25 understand the program well enough to           02:04:50

Page 161

1  converse about how it works in any way,         02:04:50
2  shape or form?                                  02:04:53
3     MR. BENEDICT: Objection to form.             02:04:55
4  Q. Let me try it this way. Let me ask you a     02:05:00
5  couple of questions and if we're not getting    02:05:02
6  anywhere, I'll move on. If hypothetically       02:05:04
7  a portfolio manager at the end of the year      02:05:08
8  was awarded a million shares and the stock      02:05:10
9  was valued at $10 a share at the time of the    02:05:12
10 award, so the person got a $10 million          02:05:15
11 reward, they cannot cash in those shares for    02:05:20
12 the $10 million at that point in time, is       02:05:25
13 that correct?                                   02:05:27
14 A. That's right.                                02:05:27
15 Q. They have to --                              02:05:28
16 A. It's a long-term compensation.               02:05:29
17 Q. So they have to stay around and do certain   02:05:31
18 things, and at some point in the future they    02:05:34
19 could potentially cash in those shares?         02:05:36
20 A. Right.                                       02:05:38
21 Q. At the time the award is made at the end     02:05:40
22 of the year, in my hypothetical, a million      02:05:42
23 shares at $10 a share, does a $10 million       02:05:45
24 charge show up in determining how much          02:05:51
25 compensation was paid for the management of    02:05:55

1    Magellan or Contrafund?                           02:12:20
2  A. I don't remember.                                02:12:22
3  Q. With regard to the -- I know we talked a         02:12:58
4    little bit about phantom shares, but I know       02:13:01
5    there's other terms that are used for this        02:13:03
6    issuance of Fidelity stock because there's        02:13:05
7    a number of different programs. With regard       02:13:07
8    to the share-related expense and other share     02:13:09
9    program costs outlined in the profit and          02:13:14
10   the P&L study, what governs the determination    02:13:17
11   of how much money is allocated to each            02:13:20
12   program?                                          02:13:26
13 A. I'm not sure I understand the context.           02:13:26
14 Q. Do you recall any of the other trustees ever     02:13:32
15   asking a question such as that?                   02:13:36
16 A. Could you repeat the question?                   02:13:38
17 Q. With regard to the share-related expense         02:13:40
18   and the other share program costs outlined        02:13:42
19   in the P&L study, what governs the                02:13:45
20   determination of how much money is allocated     02:13:47
21   to each program?                                  02:13:50
22 A. I don't recall that specific sentence.           02:13:55
23   There's cash compensation and there are two      02:13:59
24   other programs. One is the phantom share         02:14:02
25   program and then there is another one that      02:14:05

Page 167

1    allows people to invest and get an enhanced      02:14:07
2    rate of return on their investment. And          02:14:14
3    the evaluation of both of those programs is     02:14:18
4    something that we have looked at over time      02:14:21
5    and, in fact, just recently made some changes 02:14:26
6    to how we were handling that. But I just,       02:14:29
7    I don't have those facts in the front of my     02:14:33
8    brain to be able to explain it to you.          02:14:36
9  Q. Have you ever suggested to anybody either     02:14:39
10   on the board of Fidelity that the funds         02:14:41
11   profitability process could stand some          02:14:45
12   improvement?                                    02:14:47
13 A. Yes.                                           02:14:47
14 Q. What was that in the context of?               02:14:49
15 A. Well, we constantly are looking to see         02:14:53
16   whether or not we can improve the process.     02:15:00
17   Now, one is the efficiency of the process,     02:15:05
18   one area would be the efficiency of the        02:15:08
19   process I would delve into, and the other     02:15:12
20   would be the accuracy of the numbers. On      02:15:15
21   the efficiency of the process, for example,    02:15:20
22   we did change the process a couple of years   02:15:24
23   ago so that instead of doing this exercise    02:15:28
24   twice a year, we only do it once a year,      02:15:31
25   and that was because the kind of mid-year     02:15:36

Page 168

1    estimate of the individual fund profitability 02:15:39
2    wasn't being used and so it was an             02:15:43
3    administrative process that was very           02:15:48
4    time-consuming so we decided to drop it.      02:15:53
5       Another area that I have looked at         02:15:58
6    on a number of occasions is whether or not   02:16:01
7    our allocation process is so elaborate and   02:16:06
8    attempts to be so precise that at the margin 02:16:16
9    we've kind of lost the value of the data.    02:16:22
10   That is to say that when I look at Magellan's 02:16:28
11   calculation for 2004 of 32.3, I'm very        02:16:31
12   confident that the number is not 85 and the  02:16:37
13   number is not five, but I don't know if      02:16:40
14   it's 32.3 or 35.1 or 27.6. And that's        02:16:43
15   because the allocation process just has so   02:16:52
16   many factors in it that you're not precise   02:16:55
17   with it. So it's those kinds of questions    02:16:59
18   that I have asked over time. Is that         02:17:01
19   responsive to your...                         02:17:04
20 Q. What do you think the profit margin would   02:17:06
21   be on the management services contract for   02:17:07
22   the Magellan fund?                            02:17:10
23      MR. BENEDICT: Object to form.             02:17:13
24      MR. KIERNAN: Object to form.              02:17:14
25      MR. BENEDICT: You're distinguishing       02:17:15

Page 169

1    the management services contract from all the 02:17:16
2    other contracts?                              02:17:18
3       MR. WOERNER: Yes.                          02:17:19
4  A. I don't know what that number would be.     02:17:24
5    I'm not sure that I can really calculate it. 02:17:25
6  Q. Do you think it would be higher or lower   02:17:29
7    than the figure you just gave me of 32 point 02:17:30
8    something?                                    02:17:37
9  A. I don't know the answer to that.            02:17:37
10 Q. Is it something that is possible to do      02:17:41
11   accountingwise or is it something you don't  02:17:44
12   think can be done?                            02:17:46
13 A. Let me think about that.                    02:17:56
14      (Pause)                                    02:18:11
15 A. We do a calculation of the profitability   02:18:11
16   of the TA function and we do a profitability 02:18:13
17   of the pricing and bookkeeping function      02:18:16
18   so you could probably back in to the         02:18:20
19   profitability of everything else             02:18:25
20   mathematically. Now, that "everything else"  02:18:30
21   would include everything that the management 02:18:36
22   fee pays for, which includes investor        02:18:39
23   centers, telephone lines, advice and guidance 02:18:42
24   tools, investments in technology, the whole, 02:18:48
25   everything that it pays for. That number    02:18:56

Page 170

1  could be calculated, I believe, in aggregate                02:18:57
2  for the complex. I would have a much more                   02:18:59
3  difficult time thinking about it being                      02:19:06
4  relevant on a fund-by-fund basis.                           02:19:10
5  Q. Well, again, I wasn't asking whether you                 02:19:13
6  thought it would be relevant. I was asking                  02:19:17
7  whether you thought it could be done                        02:19:19
8  mathematically. I think I used the term                     02:19:22
9  "accounting," but mathematically it sounds                  02:19:26
10 like there's a way of getting at least                      
11 management services that include what you                   02:19:28
12 refer to as everything else.                                02:19:30
13 A. No. When you say management services, can                02:19:31
14 you explain to me what you mean by that?                    02:19:34
15 Q. As defined in the SAI that we looked at,                 02:19:37
16 which says management services and it                       02:19:40
17 describes what management services are                      02:19:42
18 that are part of the management services                    02:19:43
19 contract.                                                   02:19:46
20      MR. KIERNAN: Object. It also had           02:19:47
21 the expenses pieces which you testified                     02:19:50
22 couldn't be allocated that way.                             02:19:52
23 A. I'm not sure that can be calculated. I'd                 02:20:17
24 have to give some thought to that.                          02:20:20
25 Q. Have you ever expressed to other board                   02:20:25

Page 171

1  members or to Fidelity concern about the                   02:20:26
2  transfer agent function that's provided to                 02:20:29
3  the funds?                                                 02:20:32
4  A. Concern about, in what particular regard?               02:20:34
5  Q. In either way.                                          02:20:37
6       MR. KIERNAN: Object to form.          02:20:39
7  A. We absolutely as individual trustees and                02:20:42
8  I certainly have focused on the transfer                   02:20:44
9  agent function and I asked a lot of                        02:20:48
10 questions about it.                                        02:20:50
11 Q. Has there been anything in particular                   02:20:50
12 you've been concerned about?                               02:20:52
13 A. The transfer agents have a wide range of                02:20:57
14 internal control and compliance obligations,               02:21:05
15 and one of the areas that I focus on, I'm                  02:21:13
16 not sure that I would say I'm concerned                    02:21:16
17 about, but I focus on is whether or not the                02:21:18
18 transfer agent function is sufficiently --                 02:21:22
19 I don't want to say sufficiently, the                      02:21:29
20 transfer agent function is fulfilling best                 02:21:32
21 practices with respect to internal controls                02:21:39
22 and compliance.                                            02:21:43
23 Q. So have you had concerns about the quality              02:21:44
24 of the transfer agent service that's provided              02:21:46
25 to either the Magellan or Contrafund?                      02:21:49

Page 172

1       MR. BENEDICT: Objection to form.       02:21:52
2  A. No.                                                     02:21:53
3  Q. Has the board ever undertaken to determine              02:22:01
4  the difference in cost to manage and invest                02:22:06
5  in small funds versus large funds?                         02:22:09
6  A. Yes, we did a study on that.                            02:22:13
7  Q. When was that?                                          02:22:15
8  A. Last year.                                              02:22:18
9  Q. Who is "we"? Literally the board or as                  02:22:22
10 opposed to like a subcommittee or ad hoc                   02:22:25
11 committee?                                                 02:22:28
12 A. It probably was an ad hoc committee or                  02:22:32
13 the equity contract committee. I can't                     02:22:35
14 remember, but there was a group that focused               02:22:38
15 on that issue. I partially participated in                 02:22:40
16 that group.                                                02:22:43
17 Q. What was the result of that group's study               02:22:43
18 of the issue?                                              02:22:46
19 A. That you really couldn't identify large                 02:22:49
20 differences, meaningful differences in                     02:22:57
21 management of large funds versus small                     02:23:01
22 funds.                                                     02:23:04
23 Q. When you use the terms "large" and "small,"             02:23:05
24 is that a reference to the type of                         02:23:08
25 investment, large cap versus small cap, or                 02:23:11

Page 173

1  large in terms of large assets under                       02:23:13
2  management versus small assets under                       02:23:15
3  management or something else?                              02:23:18
4  A. It's something else. Let me try to be more              02:23:20
5  articulate. We were specifically studying                  02:23:23
6  whether or not there ought to be break points              02:23:28
7  on individual funds, and we determined after               02:23:35
8  quite a bit of work that we didn't want to                 02:23:45
9  do that, and one of the reasons we didn't                  02:23:47
10 want to do that is because you really                      02:23:51
11 couldn't identify a reason to do it.                       02:23:54
12 Q. Was any reason suggested to do it, to have              02:24:04
13 individual break -- to have break points                   02:24:08
14 for individual funds?                                      02:24:10
15 A. The question really becomes are the economies 02:24:13
16 of scale, are there economies of scale and                 02:24:16
17 are they being shared with the shareholders,               02:24:20
18 and particularly with the shareholders of                  02:24:24
19 the large funds. And as in other economies                 02:24:26
20 of scale kind of looks, we intuitively feel                02:24:30
21 there are economies of scale. We can't                     02:24:40
22 necessarily quantify economies of scale,                   02:24:42
23 but we feel that the group fee structure is                02:24:45
24 the right mechanism of sharing whatever                    02:24:49
25 economies of scale there are, kind of forcing              02:24:56

Page 202

1  controls." Can you read those words?  03:23:19
2  A. "Want him to listen but not shut down."  03:23:21
3  Q. What does that mean?  03:23:23
4  A. I wanted him to listen to the comments that  03:23:26
5    were being made by the internal and external  03:23:35
6    auditors in the management letter, but not  03:23:40
7    to become defensive.  03:23:42
8  Q. And then the next words say, "regulatory  03:23:45
9    findings were primarily an imbalance between  03:23:49
10   customer service and internal controls."  03:23:55
11   Did I read that correctly?  03:23:57
12 A. Yes.  03:23:59
13 Q. And there's some quote marks. I'm trying to  03:23:59
14   figure out who used the words "imbalance  03:24:02
15   between customer service and internal  03:24:04
16   controls."  03:24:07
17 A. That's my own quote.  03:24:07
18 Q. What were you referring to?  03:24:09
19 A. I was referring to my view that Fidelity  03:24:13
20   is a very, very customer-oriented company,  03:24:26
21   and in order to completely serve the  03:24:34
22   customer, you also have to have very tight  03:24:37
23   internal controls. And so I was referring  03:24:39
24   to the various regulatory inquiries that had  03:24:43
25   been made in 19, or 2004, and there weren't  03:24:47

Page 203

1  problems found, per se, except that all the  03:24:55
2  different functions of Fidelity did things  03:25:02
3  in different ways, and so I view that as  03:25:03
4  an imbalance between the resources that  03:25:08
5  Fidelity devoted and that includes mindshare  03:25:13
6  as well as money and people to serving  03:25:19
7  customers as opposed to having tight internal  03:25:23
8  controls. There are certainly adequate  03:25:25
9  internal controls. I wanted them to be even  03:25:29
10 better.  03:25:31
11 Q. What specifically were the regulatory  03:25:31
12   findings?  03:25:37
13 A. I don't believe there are any, quote,  03:25:38
14   "findings" in the terminology that I think  03:25:40
15   that you mean. I think this is in reference  03:25:41
16   to the, kind of the difficulties we had in  03:25:50
17   gathering data to respond to the regulators  03:25:54
18   and the work that went into it. There  03:26:01
19   wasn't a central system, one place where  03:26:05
20   you could go find all the information that  03:26:06
21   the regulators wanted because it was in a  03:26:08
22   bunch of different places and a bunch of  03:26:11
23   different kinds of systems.  03:26:13
24 Q. Short space below that there's a reference to  03:26:15
25   risk management and the word "understaffed?"  03:26:18

Page 204

1  Did you have a question about whether there  03:26:21
2  was adequate staffing at Fidelity for risk  03:26:22
3  management?  03:26:25
4  A. Yes.  03:26:26
5  Q. Then if you turn three more pages, it's MLK  03:26:29
6    9497 and there's a handwritten date at the  03:26:40
7    top, 2/10/05. Do you see that?  03:26:43
8  A. Mm-hmm.  03:26:47
9  Q. There's a reference bullet point, "staff  03:26:48
10   accountant previous employer had FMR funds,  03:26:52
11   got out but continued to work 400 hours as  03:26:55
12   an SEC violation." Do you see that?  03:26:59
13 A. Mm-hmm.  03:27:02
14 Q. What was that about?  03:27:02
15 A. This is a conversation I had with the partner  03:27:03
16   at Deloitte & Touche and he is informing me  03:27:07
17   of an independence issue and he was doing  03:27:14
18   that verbally prior to him giving me the  03:27:21
19   independence letter that is required of the  03:27:24
20   accountants. And, understandably, people  03:27:32
21   have Fidelity funds and our auditors are  03:27:36
22   required to make sure that none of the  03:27:41
23   auditors that work on our engagement hold  03:27:45
24   Fidelity funds and that's quite an  03:27:49
25   administrative process. And there had been  03:27:51

Page 205

1  an error worked here and so they had to  03:27:53
2  report it to the SEC and to me and explain  03:27:56
3  it to me and explain how their systems had  03:28:03
4  failed to identify this before 400 hours  03:28:06
5  had been worked on the Fidelity account and  03:28:10
6  what they were going to do to make sure it  03:28:10
7  didn't happen again.  03:28:12
8  Q. Is it a fair assessment of this document  03:28:14
9    that this document, that your notes reflect  03:28:17
10   concern on your part over the quality of  03:28:21
11   services in some regards being provided by  03:28:25
12   Fidelity?  03:28:28
13     MR. BENEDICT: Objection to form.  03:28:28
14     MR. KIERNAN: Are you asking about  03:28:29
15   this entire collection of notes from a bunch  03:28:30
16   of different dates?  03:28:32
17     MR. WOERNER: Yes.  03:28:33
18 A. No, I don't believe that is. It's reflecting  03:28:35
19   my due diligence in my role as audit  03:28:37
20   committee chairman to make sure I probe and  03:28:40
21   ask questions and encourage improvements.  03:28:43
22 Q. Can you turn to the very last page, which  03:28:49
23   is MLK 9504. Down at the very bottom I think  03:28:51
24   it says, "fund profit," which I'm assuming  03:29:04
25   means profitability, "especially good because  03:29:06

Page 206

1  TA and pricing and bookkeeping." Do you see    03:29:08
2  that?                                          03:29:16
3      MR. BENEDICT: This is under the            03:29:16
4  word "curriculum"?                             03:29:17
5  Q. Right.                                      03:29:20
6  A. You know, I don't know what that's in       03:29:21
7  reference to. The curriculum, I believe,       03:29:23
8  is in reference to the audit committee         03:29:34
9  training program that was put together,        03:29:38
10 and I don't know what this particular one      03:29:43
11 was in reference to, but I think it was in     03:29:48
12 reference to the preparation of the            03:29:50
13 curriculum for that program.                   03:29:54
14 Q. Can you refer to Exhibit 81 again, please.  03:29:55
15 If you would please turn to Page 62120A,       03:30:08
16 62120, it's not very far into the document.    03:30:20
17 A. I'm sorry.                                  03:30:23
18 Q. 120.                                        03:30:23
19 A. 62120.                                      03:30:29
20 Q. You should be looking at the chart that is  03:30:32
21 2005 fund profitability equity fund summary.   03:30:35
22 Do you see that?                               03:30:37
23 A. Mm-hmm.                                     03:30:38
24 Q. And there's a little graph over to the side 03:30:38
25 there that shows what the profitability is     03:30:42

Page 207

1  and it's either 20.5 or 20.9 depending on      03:30:44
2  what bar you're looking at for '05.            03:30:49
3      MR. BENEDICT: You're talking about         03:30:53
4  the chart at the bottom right-hand corner of   03:30:54
5  that page?                                     03:30:57
6  Q. Yes. There's a little bar chart.            03:30:57
7  A. Okay, that.                                 03:30:59
8  Q. For 2005 there's two different bars that's  03:31:00
9  showing profitability depending on whether     03:31:03
10 performance fees are in there, and one is      03:31:06
11 20.9 and 20.5. Do you see that?                03:31:07
12 A. Right.                                      03:31:11
13 Q. If you turn to the next page of this        03:31:11
14 document, there's a similar chart for high     03:31:13
15 income funds. Do you see that?                 03:31:16
16 A. Mm-hmm.                                     03:31:17
17 Q. And the profitability there is, according to 03:31:17
18 the bar, 7.9 percent?                          03:31:20
19 A. Mm-hmm.                                     03:31:22
20 Q. A little bar chart? On the next page the    03:31:23
21 profitability for bond funds appears to be     03:31:26
22 7.8 percent?                                   03:31:30
23 A. Mm-hmm.                                     03:31:31
24 Q. And then the following page is the money    03:31:31
25 market, and that's 20.0 percent. Do you see    03:31:34

Page 208

1  that?                                          03:31:36
2  A. Right.                                      03:31:36
3  Q. Do you think it is fair for the money market 03:31:38
4  accounts and the equity funds to be paying    03:31:41
5  fees at a level that have more than double     03:31:45
6  the profitability of the high income and the   03:31:48
7  bond funds?                                    03:31:51
8      MR. BENEDICT: Objection to form.           03:31:52
9      MR. KIERNAN: Can I hear the                03:31:56
10 question again?                                03:31:57
11 Q. I'll ask it again. As a fiduciary to the    03:31:58
12 funds, do you think it is fair that the        03:32:01
13 profit level for the equity funds and the      03:32:04
14 money market funds are double that of the      03:32:07
15 high income funds and the bond funds?          03:32:10
16 A. I believe that the equity fund profitability 03:32:16
17 and the money market fund profitability is    03:32:19
18 reasonable in the marketplace for financial    03:32:24
19 services. And I further believe that the       03:32:27
20 high income funds and the bond funds are       03:32:29
21 making a great deal less than a reasonable     03:32:33
22 return because of, primarily because of        03:32:36
23 Fidelity's philosophy of pricing to scale,     03:32:41
24 and these are both two undersized aspects of   03:32:42
25 their business.                                03:32:47

Page 209

1  Q. Are you recommending as a board that the bond 03:32:48
2  and high income funds raise their fees?        03:32:52
3  A. No.                                         03:32:54
4      MR. BENEDICT: Are you suggesting           03:32:58
5  they should do so?                             03:32:58
6      MR. WOERNER: No, certainly not.            03:33:00
7  I'm suggesting that the others lower their    03:33:02
8  fee.                                           03:33:03
9  A. I'm suggesting that the bond funds and high 03:33:04
10 income funds gather more assets.               03:33:07
11     (Exhibit 88 marked for
12 identification.)                               03:33:44
13 Q. The court reporter has marked as Exhibit 88 03:33:45
14 some handwritten notes beginning with Bates    03:33:48
15 12170 through 12177. Are these your notes?     03:33:53
16 A. Yes.                                        03:33:55
17 Q. And they appear, at least the first page,   03:33:56
18 to have been in June of '04?                   03:33:58
19 A. Yes.                                        03:34:02
20 Q. Can you tell by looking at this whether     03:34:03
21 all of these notes all appear related to       03:34:04
22 the June of '04 time period? In other words,  03:34:06
23 was this one set of notes?                     03:34:09
24 A. This appears to be the set of notes that I  03:34:13
25 would have taken prior to the meetings to      03:34:15

Page 234

1  Q. Do you know if there's anything in any of
2     those documents that you mentioned
3     specifically making a disclosure to
4     shareholders about the different sizes of
5     the funds involved in the overall group
6     rate fee schedule?
7         MR. BENEDICT: Objection.
8  Q. And whether perhaps the fund that they're
9     buying through that prospectus are in
10    connection with that prospectus is one of
11    the larger or the smaller funds along the
12    range?
13        MR. BENEDICT: Objection to form.
14    Do you understand the question?
15        THE WITNESS: No, I'm not sure I do.
16        MR. BENEDICT: Ask for it to be
17    rephrased.
18 A. Could you help me out here?
19 Q. Certainly. Do you remember -- and, again,
20    I don't have any prospectuses with me, but
21    I just want to see if you recall whether or
22    not there are any specific disclosures made
23    to shareholders in any of those documents
24    that you were talking about, and we can limit
25    it to prospectuses, if there are any specific

Page 235

1     disclosures to shareholders about where the
2     specific fund that they're purchasing in
3     connection with that prospectus, where that
4     fund fits in along the entire range of funds
5     that are being considered in determining the
6     amount of assets under management at
7     Fidelity?
8         MR. BENEDICT: Objection to form.
9         MR. KIERNAN: Where the fund fits
10    in terms of size?
11 Q. Size.
12        MR. BENEDICT: You're asking about
13    the size of the individual fund relative to
14    other individual funds?
15 Q. Mm-hmm.
16        MR. BENEDICT: So you're asking
17    about disclosures as to the net assets of
18    individual funds?
19 Q. No. I'm asking about whether or not there's
20    a specific disclosure to the investors about
21    where the funds that they're buying through
22    that prospectus in connection with that
23    prospectus, where the funds they're buying
24    fits in the range of Fidelity funds that go
25    into the group rate fee schedule. Is it one

Page 236

1     of the larger funds or one of the smaller
2     funds, for example?
3         MR. BENEDICT: Objection to form.
4  A. My understanding of your question would
5     imply to me that I would be looking for a
6     table. Is this what you'd be looking for, a
7     table that would have the Fidelity funds
8     and their net assets listed out?
9  Q. It could be in table form or it could simply
10    be a sentence saying we understand you're
11    buying the Blue Chip Growth Fund. That
12    happens to be the third largest out of the
13    350 funds that go into this group fee
14    schedule.
15        MR. BENEDICT: Objection to form.
16 A. I couldn't say whether or not that specific
17    disclosure exists or not.
18 Q. And --
19 A. There's lots of disclosure about the funds
20    and certainly an individual could, I believe,
21    parse together that information. Whether
22    or not there's a specific sentence or table
23    to that effect, I couldn't say.
24 Q. Would they be able to get information about
25    the size of all 350 funds from one prospectus

Page 237

1     that relates to one fund that they're buying
2     at the time?
3         MR. KIERNAN: Object to form.
4  A. No.
5  Q. Moving on to a different question --
6  A. Nor would they want that. They get a
7     prospectus about their fund and they get a
8     disclosure about their fee, the group fee
9     rate, the individual fund rate and the
10    performance rate, so they get the disclosure
11    about the rate of their funds so that's
12    what they, the disclosures are focused on
13    are that individual fund. Sorry.
14 Q. No, please. The ultimate fee that ends up
15    getting paid, however, depends on all the
16    assets under management at Fidelity, it's a
17    product of that, correct?
18        MR. BENEDICT: Objection to form.
19 A. Yes, it is, and there's a table and that
20    table shows the formula, and there's also
21    the resulting fee specific to that fund,
22    the group fee.
23 Q. And the fee that's paid by any fund in
24    particular -- I'm just asking about any fund
25    in general, the fee that's actually paid

Page 238

1  under that group rate fee schedule, it will    04:21:13
2  go up or it will go down depending on how    04:21:17
3  all of the assets under management at    04:21:20
4  Fidelity do, correct? Whether the assets    04:21:23
5  are larger or smaller, the total assets at    04:21:25
6  Fidelity will depend on where it fits on    04:21:30
7  the chart?    04:21:32
8  A. The average assets for the prior year, yes.    04:21:32
9  Q. For the prior year. And so the particular    04:21:34
10  fund that an investor buys might be going    04:21:37
11  up in size. However, if all of the assets    04:21:40
12  under management at Fidelity are going down    04:21:47
13  or have gone down in value in the prior    04:21:49
14  year, then that fee is going to be, they're    04:21:51
15  going to be paying a higher fee even though    04:21:56
16  the assets in their particular fund had    04:21:58
17  increased?    04:22:01
18      MR. BENEDICT: Would you repeat that    04:22:02
19  back, please?    04:22:03
20  Q. I'm sorry. I'm trying to ask whether or    04:22:05
21  not if I have this correct, that if I buy a    04:22:08
22  fund and the assets under management in that    04:22:11
23  particular fund go up, so I might -- start    04:22:13
24  again.    04:22:18
25      If the assets under management in    04:22:19

Page 239

1  the fund that I have go up, the management    04:22:21
2  fee that's ultimately being paid under the    04:22:24
3  schedule might also go up if the total    04:22:26
4  assets under management at Fidelity are    04:22:29
5  going down?    04:22:31
6      MR. BENEDICT: Objection to form.    04:22:33
7  I don't know what you refer to as management    04:22:35
8  fee, if you're referring to the group fee,    04:22:40
9  the aggregate of the three separate fees    04:22:42
10  that constitute the management fee, or    04:22:45
11  whatever.    04:22:48
12  Q. We can just talk about the group rate fee    04:22:50
13  at this point. Talking about the group rate    04:22:52
14  fee, if I'm a shareholder and I buy one    04:22:56
15  fund and that fund goes up in value, the    04:22:59
16  management fee that I pay under this group    04:23:03
17  rate portion might also go up if all of    04:23:06
18  the assets under management at Fidelity    04:23:09
19  have gone down?    04:23:11
20      MR. BENEDICT: Objection to form.    04:23:15
21  A. I think I understand what you're getting at.    04:23:18
22  The fees aren't changed without full    04:23:28
23  disclosure to the shareholders. And if    04:23:31
24  you're getting at the question of whether    04:23:46
25  or not because the assets in that particular    04:23:48

Page 240

1  fund are larger there should be economies of    04:23:51
2  scale shared with shareholders of that    04:23:58
3  particular fund, the discussion that we had    04:24:03
4  earlier in the day was where I was pointing    04:24:06
5  to the fact that the economies of scale    04:24:08
6  really exist at the complex level.    04:24:12
7  Q. Not to cut you off, but that wasn't the    04:24:15
8  point of my question at all. I'm simply    04:24:17
9  asking you if my analysis or assessment of    04:24:19
10  this group rate fee schedule and how it's    04:24:23
11  employed, whether it's accurate?    04:24:27
12  A. My understanding of what you said was that    04:24:30
13  the assets in a fund, let's take low-priced    04:24:33
14  stock, go up, but the assets in the rest of    04:24:37
15  the complex go down, so the total assets in    04:24:41
16  the complex go down so the group rate fee    04:24:44
17  stays the same or goes up, or whatever, goes    04:24:53
18  in a different direction.    04:24:57
19  Q. And is that correct? That's what I was    04:24:58
20  asking.    04:25:00
21  A. That is correct.    04:25:00
22  Q. Ultimately what happens in this group rate    04:25:03
23  fee and the allocation of whatever break    04:25:04
24  point or economies of scale that are passed    04:25:07
25  through that mechanism don't really depend    04:25:09

Page 241

1  on the funds that an investor has bought,    04:25:12
2  it depends on how the entire complex is    04:25:15
3  doing?    04:25:18
4      MR. BENEDICT: Objection.    04:25:18
5  A. The economies of scale, if there are any, are    04:25:23
6  at the complex level and those are passed on    04:25:26
7  to all the funds together.    04:25:29
8  Q. Regardless how one investor-specific fund    04:25:31
9  might have done that year, other than how    04:25:35
10  it's calculated into the grand total?    04:25:39
11      MR. BENEDICT: Objection.    04:25:42
12      MR. KIERNAN: When you talk about    04:25:42
13  how a fund might have done, you're talking    04:25:42
14  about the asset growth and diminution of that    04:25:46
15  fund, right? I'm getting hung up because    04:25:47
16  "have done" relates to performance.    04:25:50
17  Q. Right. I'll try to be more precise.    04:25:56
18  A. I think what you're saying is that the net    04:25:58
19  assets of a fund, the particular fund grows,    04:26:00
20  but since we allocate -- since we view    04:26:08
21  economies of scale, if there are any, to be    04:26:12
22  at the complex level, the group fee might    04:26:14
23  not go down, won't go down, could go up    04:26:20
24  with respect to that individual fund, yes,    04:26:27
25  that's true.    04:26:29

Page 242

1   MR. BENEDICT: Let me remind you        04:26:30
2   that this is a topic Mr. Woerner reviewed ad   04:26:34
3   nauseum this morning.                   04:26:38
4   MR. TUTTLE: I appreciate that           04:26:39
5   comment, but I don't believe this was   04:26:41
6   addressed.                              04:26:44
7   MR. BENEDICT: If you review the         04:26:44
8   transcript, it was.                     04:26:46
9   MR. TUTTLE: Thank you.                  04:26:47
10  Q. Let's talk a little bit about -- and I'm not   04:26:51
11  going to repeat questions about this, but   04:26:53
12  we talked about whether or not you got   04:26:55
13  information from other advisors, for example   04:26:57
14  Vanguard advisor, and in your 15C process   04:26:59
15  to determine whether Fidelity's fees were   04:27:03
16  appropriate for its management contracts.   04:27:07
17  Do you recall that? That was this morning.   04:27:09
18  A. Yes, we get competitive information.   04:27:12
19  Q. You said that, however, Fidelity wouldn't   04:27:15
20  go out or the trustees would not go out and   04:27:17
21  solicit a bid from some other advisor --   04:27:21
22  MR. KIERNAN: Object to form.            04:27:24
23  Q. -- is that correct? Do you recall that?   04:27:25
24  MR. KIERNAN: Do you remember the        04:27:28
25  general subject matter of your testimony?   04:27:29

Page 243

1   A. Yes, yes, I do. Yes, that's correct.   04:27:30
2   Q. So Fidelity would not go out to -- I'm sorry,   04:27:34
3   the trustees, let me be more precise, would   04:27:37
4   not go out and solicit a bid from another   04:27:39
5   advisor associated with another complex?   04:27:42
6   MR. BENEDICT: Objection. Would not   04:27:44
7   or did not? I think we went over ad nauseum   04:27:45
8   the did not, okay? Are you asking a     04:27:49
9   different question?                     04:27:53
10  MR. TUTTLE: I am.                       04:27:54
11  MR. BENEDICT: Or the same one asked   04:27:54
12  this morning?                           04:27:55
13  MR. TUTTLE: I'm asking a different      04:27:57
14  question.                               04:27:57
15  MR. BENEDICT: You're asking a          04:27:58
16  speculative question going in the future what   04:27:59
17  they might do.                          04:28:01
18  MR. TUTTLE: It's a lead into other     04:28:02
19  questions.                              04:28:04
20  MR. BENEDICT: Objection to form.       04:28:04
21  A. In a speculative, let's talk about what   04:28:13
22  happens, there would be a whole lot of steps   04:28:18
23  that the trustees would go through, a whole   04:28:21
24  lot of steps before we would consider taking   04:28:23
25  the assets of our mutual fund shareholders   04:28:27

Page 244

1   and turning them over to another advisor for   04:28:31
2   management, or even considering turning them   04:28:35
3   over to another advisor for management.   04:28:37
4   Q. Trying to take some of the speculation out   04:28:39
5   of it, do you believe that's power that you   04:28:42
6   have as a board of trustees?            04:28:46
7   A. Sure.                                04:28:47
8   Q. If it came to that, you could do that?   04:28:47
9   A. Sure.                                04:28:50
10  Q. You're not obligated to make a deal for   04:28:50
11  management services within the Fidelity   04:28:52
12  complex?                                04:28:55
13  A. We're not obligated to.              04:28:55
14  Q. And what would be the deciding factor or   04:28:56
15  factors, what would you have to look to in   04:29:01
16  order to determine whether or not you had to   04:29:03
17  go outside of the Fidelity complex?     04:29:06
18  MR. KIERNAN: Object to the form        04:29:09
19  of the question. Do you understand the   04:29:11
20  question?                               04:29:12
21  THE WITNESS: Yes, I think I do.        04:29:13
22  MR. KIERNAN: Why don't you make        04:29:15
23  sure to frame your answers so --        04:29:16
24  A. Let me repeat back the question to make sure   04:29:18
25  I understand it. You're asking, I think, in   04:29:20

Page 245

1   a hypothetical sense what factors would be   04:29:22
2   involved with us crossing that final bridge   04:29:29
3   of saying to our mutual fund shareholders of   04:29:35
4   a particular fund that we had decided to   04:29:38
5   take those funds and turn them over to a   04:29:42
6   different advisor other than Fidelity. It's   04:29:47
7   a hypothetical where all the factors that   04:29:53
8   we consider and that we work on all the   04:30:00
9   time would have had to have turned into a   04:30:04
10  dialogue with Fidelity where we couldn't   04:30:21
11  find mutual resolution, where the services   04:30:23
12  that were provided weren't, they weren't   04:30:28
13  reasonable with respect to the fees, that   04:30:34
14  economies of scale, if any, were not being   04:30:38
15  shared, that fall-out benefits weren't   04:30:40
16  being considered by the trustees, the entire   04:30:49
17  list, and that's hard for me to speculate   04:30:51
18  about because Fidelity and the trustees   04:30:57
19  work in a back-and-forth way to resolve   04:31:00
20  those kinds of issues.                  04:31:08
21  Q. You've always been able to reach an agreement   04:31:10
22  in the past about management services?   04:31:13
23  MR. KIERNAN: Objection.                04:31:16
24  A. Ultimately.                          04:31:17
25  Q. Ultimately?                          04:31:18

Page 246

1  A. Sometimes quickly, sometimes not quickly.   04:31:19
2  Q. If the trustees thought it was appropriate   04:31:22
3     or something that the trustees wanted to   04:31:26
4     do, do you think that they could negotiate   04:31:30
5     a deal for one or more of the larger Fidelity   04:31:33
6     funds and management services contract that   04:31:38
7     included break points just for that fund   04:31:41
8     or for those funds, do you think it's   04:31:44
9     something that is a negotiation that could   04:31:46
10    be accomplished by the trustees?   04:31:49
11       MR. BENEDICT: Objection. Mr.   04:31:51
12    Tuttle, you're talking about speculation.   04:31:52
13    This is a fact witness. She's here to   04:31:54
14    testify as to what has happened heretofore,   04:31:56
15    what she and other members of the board   04:32:00
16    considered in taking the actions that   04:32:03
17    they took. You're dealing with a total   04:32:04
18    speculative universe without giving her   04:32:07
19    the facts that she needs to answer the   04:32:09
20    question, what, if anything. So just   04:32:17
21    stick to the facts. And we're dealing   04:32:17
22    with a broad time period of 2001, when she   04:32:26
23    went on the board, through the present.   04:32:26
24    She's here to talk about that. She's not   04:32:26
25    here to speculate on the future. You know   04:32:26

Page 247

1     that's improper. This is not an expert   04:32:28
2     witness. This is a fact witness.   04:32:30
3        MR. TUTTLE: First of all, I'd   04:32:32
4     agree that it was speculation. Secondly,   04:32:33
5     I'd remind counsel that speaking objections   04:32:34
6     like that are not appropriate.   04:32:38
7        MR. BENEDICT: You stay in line and   04:32:39
8     you won't get objections.   04:32:40
9        MR. TUTTLE: Please, whether I'm in   04:32:42
10    line or out of line is not for you to say.   04:32:43
11    You can make an objection, and that's it.   04:32:46
12       MR. BENEDICT: That's for me to say   04:32:48
13    today, so please move on.   04:32:48
14 Q. This question comes out of the line of   04:32:50
15    questioning that talks about an analysis   04:32:52
16    that was done at Fidelity where you were   04:32:54
17    considering whether or not there were   04:32:56
18    economies of scale versus smaller funds   04:32:58
19    and large funds and whether it would be   04:33:00
20    appropriate to put a break point in place   04:33:04
21    for larger funds. That was discussed   04:33:06
22    earlier today. Do you recall that?   04:33:07
23 A. Yes.   04:33:08
24 Q. If the result of that analysis was that a   04:33:09
25    break point, the board of trustees determined   04:33:12

Page 248

1     that a break point would have been   04:33:15
2     appropriate for, say, the Contrafund, do   04:33:16
3     you think that is a deal that you could   04:33:19
4     have negotiated with Fidelity's management   04:33:20
5     company?   04:33:24
6        MR. BENEDICT: Objection.   04:33:24
7        MR. KIERNAN: Object to form.   04:33:25
8        MR. BENEDICT: She testified that   04:33:26
9     they didn't think it was appropriate so it's   04:33:27
10    not a "what if." Just ask factual questions.   04:33:29
11 Q. You can answer the question, please.   04:33:33
12       MR. BENEDICT: The witness is not   04:33:36
13    here to speculate.   04:33:37
14 A. I'm not going to speculate on that. I   04:33:38
15    spoke to before the fact that the pricing   04:33:40
16    construct at Fidelity is very elegant. It's   04:33:46
17    very fair to shareholders. It incentsed   04:33:49
18    Fidelity in the right way. The study was   04:33:54
19    done. We determined that we couldn't   04:33:56
20    identify an economies of scale of the large   04:34:02
21    funds versus the small funds. And further   04:34:07
22    on a conceptual basis, if I can -- would that   04:34:11
23    be okay?   04:34:15
24 Q. Please.   04:34:16
25 A. The management fee is a function currently   04:34:18

Page 249

1     of three things. It's a function of the   04:34:21
2     total assets of the complex. It's a function   04:34:25
3     of what type of class of asset is represented   04:34:29
4     by the fund and in some, but not all cases,   04:34:36
5     a performance fee. What you're speculating   04:34:39
6     about is the addition of a fourth factor.   04:34:42
7     Whether or not the size of an individual   04:34:47
8     fund would be the appropriate fourth factor   04:34:48
9     or not, I mean, is a very large subject. So   04:34:52
10    I really can't speculate about whether or   04:34:57
11    not that, quote, is a deal that we could   04:34:59
12    have cut.   04:35:02
13 Q. My question didn't speculate. It assumed   04:35:02
14    that the results of that study came out   04:35:05
15    and the trustees found that having a break   04:35:08
16    point would be advantageous for one of the   04:35:11
17    larger funds. And my only question to you   04:35:14
18    is whether or not you think that that is a   04:35:15
19    deal that you could have negotiated, a   04:35:18
20    term like that which would provide a break   04:35:20
21    point for one of the larger funds. Do you   04:35:22
22    think that is something that you could have   04:35:25
23    reached a deal on with Fidelity's management   04:35:26
24    company?   04:35:28
25       MR. BENEDICT: Depending upon what?   04:35:28

Page 250

```
 1        MR. KIERNAN: Object to form.              04:35:29
 2        MR. TUTTLE: I'm trying to ask the         04:35:33
 3   witness questions. I'm not here to answer      04:35:34
 4   your questions. If you'd like to talk about    04:35:37
 5   it out in the hall after this is done, I'll    04:35:39
 6   be happy to.                                   04:35:40
 7        MR. BENEDICT: What we're going            04:35:41
 8   to talk about after this is all done is        04:35:42
 9   whether we get two sets of questioners here.   04:35:44
10   We had no problems with Mr. Woerner all        04:35:46
11   day. You haven't asked a pertinent question    04:35:48
12   since you sat down. We were silent for         04:35:51
13   almost the entire day with Mr. Woerner.        04:35:53
14   If you would ask factual questions like he     04:35:57
15   did, you won't have any obstruction by         04:35:59
16   counsel. You know it's improper, I know        04:36:01
17   it's improper, so just proceed.                04:36:03
18        MR. TUTTLE: All I know is that            04:36:06
19   your speeches are improper. The question is    04:36:07
20   perfectly acceptable. The answer is either     04:36:10
21   yes or no or I don't know.                     04:36:13
22        MR. BENEDICT: She said she couldn't       04:36:14
23   answer the question as posed.                  04:36:15
24        MR. KIERNAN: I believe with all the       04:36:17
25   colloquy, the witness has answered the         04:36:18
```

Page 251

```
 1   question.                                      04:36:20
 2   Q. Could you tell me what the answer was?      04:36:20
 3        MR. KIERNAN: She said I can't             04:36:23
 4   speculate on that.                             04:36:25
 5   Q. If you thought that negotiating a deal with 04:36:25
 6      break points in it was appropriate and you  04:36:27
 7      couldn't reach a deal with Fidelity's       04:36:30
 8      management company that would include a    04:36:34
 9      break point, would that be a reason to start 04:36:35
10      looking elsewhere outside of Fidelity?     04:36:37
11        MR. BENEDICT: Objection. If, if,         04:36:39
12   if, calls for speculation.                    04:36:42
13        MR. TUTTLE: It doesn't call for          04:36:44
14   speculation. It calls for hypotheticals       04:36:45
15   which this person in a position as trustee    04:36:48
16   is perfectly able to answer.                  04:36:49
17        MR. BENEDICT: Not fact witnesses.        04:36:53
18   Experts, yes.                                 04:36:54
19        MR. TUTTLE: It doesn't call for          04:36:55
20   an opinion.                                   04:36:56
21        MR. BENEDICT: You're asking the          04:36:56
22   witness to speculate.                         04:36:58
23        MR. TUTTLE: Well, I disagree.            04:37:00
24   Q. Can you answer the question?               04:37:01
25   A. I've forgotten the question.               04:37:03
```

Page 252

```
 1   Q. I'm sorry?                                  04:37:05
 2   A. I've forgotten what the question is now.    04:37:06
 3   Q. If you thought that the trustees thought    04:37:07
 4      that negotiating a deal with break points   04:37:09
 5      for one of the larger funds was important   04:37:12
 6      and the right thing to do and it couldn't   04:37:14
 7      reach such a deal with Fidelity's management 04:37:16
 8      entity, would that be a reason to possibly  04:37:19
 9      look outside of Fidelity for management     04:37:23
10      services?                                   04:37:31
11        MR. BENEDICT: Objection.                  04:37:31
12        MR. KIERNAN: Object to form.              04:37:31
13   A. Our consideration of management fees includes 04:37:33
14      a whole list of issues. You have made a     04:37:37
15      hypothetical on which one issue is different. 04:37:44
16      I can't -- I'm not trying to be obstreperous. 04:37:48
17      I can't answer that question.               04:37:53
18   Q. You said that you look at the management    04:37:54
19      fee in relation to the services that are    04:37:57
20      provided, including such things as websites, 04:38:01
21      investor centers, 24-hour phone banks and   04:38:06
22      that sort of thing, correct?                04:38:10
23   A. Correct.                                    04:38:12
24   Q. What sort of information do you, as board   04:38:13
25      member, get about those services that are   04:38:16
```

Page 253

```
 1      provided to Fidelity customers?             04:38:18
 2   A. We get extensive presentations about the    04:38:22
 3      different services that are provided,       04:38:28
 4      including the results of numerous surveys   04:38:32
 5      of customer satisfaction.                   04:38:35
 6   Q. Are those presented during board meetings?  04:38:37
 7   A. Yes, they are.                              04:38:40
 8   Q. Would they be made part of the board minutes? 04:38:41
 9   A. They are part of the -- I'm sure that       04:38:43
10      they're part of the documents that have     04:38:44
11      been provided in discovery.                 04:38:48
12   Q. And these are -- can you tell me a bit more 04:38:50
13      about the surveys? Who is surveyed for      04:38:53
14      these?                                      04:38:56
15        MR. BENEDICT: Objection to form.          04:38:57
16   A. Fidelity is very proactive in trying to     04:39:00
17      understand their customer base and the      04:39:06
18      attributes of the services that they provide 04:39:12
19      their customers and how they are satisfied  04:39:15
20      or dissatisfied with them. They use a       04:39:19
21      variety of outside sources. I wouldn't be   04:39:23
22      able to tell you the specifics of any of    04:39:28
23      them in particular, but those would be      04:39:31
24      available someplace.                        04:39:34
25   Q. Do you get any information about what other 04:39:37
```