# Exhibit 10

From: Don Kirk [djkirk@optonline.net]
Sent: Tuesday, December 30, 2003 6:00 PM
To: Knowles, Marie L.; Dwyer, Maria
Subject: Review of Financial Statement content

Marie and Maria - An inevitable question that we will be asked of investment company audit committees is how does a single audit committee (AC) oversee the financial reporting process and financial statement content for, say, 50-100 funds. In the case of Fidelity, with many more funds, we could, if given time, put together a satisfactory response to such a question. I believe we will be better served if an audit committee policy statement were adopted that codifies what is done and incorporates whatever changes are thought to be improvements.

In the self-evaluation of the AC we lead off with a very brief description of the financial reporting process in order to indirectly explain the absence of more conventional procedures that an AC would follow when their responsibilities are for the financial statements of a single corporation (or single investment company). We need to document a process that assures shareholders and others that Fidelity's AC can give the same assurances for the many annual and interim financial statements of the Fidelity funds that it oversees as can a diligent AC that oversees far fewer funds.

I visualize a policy that would incorporate an expanded description of the financial reporting process that is now in the self-evaluation questionnaire. For example, special focus should be on the controls over: additions, changes and deletions in the "standard footnote library;" the number and nature of standard "fund profiles" (which I assume means, for example, taxable money market funds) and changes therein; and, the internal review process. I suspect this expanded description is or will be an outgrowth of the internal control documentation project now underway.

I believe the audit committee could look at this description and decide when, for example, it should be notified of proposed changes in the footnote library or profiles of funds. The policy could describe the nature of reporting issues would be brought the AC attention before the finalization of a particular fund's financial statement and the process and cycle for the AC's review of the clarity of disclosures and for benchmarking practices against other complexes.

Much more will come to mind, I am sure. I urge that we undertake something of this sort. We are doing a lot of good things, but they need to be pulled together in one place and linked to the AC activities.

What do you think?

 Happy New Year.

Don

CONFIDENTIAL INFORMATION                                                                 MLK00003049

*add to agenda*

**Marie Knowles**

---

**From:** Dwyer, Maria [Maria.Dwyer@fmr.com]
**Sent:** Wednesday, December 31, 2003 6:20 AM
**To:** 'Don Kirk'; Knowles, Marie L.
**Subject:** RE: Review of Financial Statement content

I agree with your assessment and think it is a good idea. One of the things I would like to see incorporated into the process is a more formal presentation by the auditors on a quarterly basis covering their findings in the most recent round of audits. While most of the issues discussed will be routine, I think it is a good practice and allows for a greater depth of understanding about the process and the issues that surface. Much of this work is done already so it would not add too much more effort on our part or the auditors - just more time at the meetings. Let's discuss next week and we can at least start the documentation process.

>    -----Original Message-----
>    **From:** Don Kirk [mailto:djkirk@optonline.net]
>    **Sent:** Tuesday, December 30, 2003 6:00 PM
>    **To:** Knowles, Marie L.; Dwyer, Maria
>    **Subject:** Review of Financial Statement content
>
>    Marie and Maria - An inevitable question that we will be asked of investment company audit committees is how does a single audit committee (AC) oversee the financial reporting process and financial statement content for, say, 50-100 funds. In the case of Fidelity, with many more funds, we could, if given time, put together a satisfactory response to such a question. I believe we will be better served if an audit committee policy statement were adopted that codifies what is done and incorporates whatever changes are thought to be improvements.
>
>    In the self-evaluation of the AC we lead off with a very brief description of the financial reporting process in order to indirectly explain the absence of more conventional procedures that an AC would follow when their responsibilities are for the financial statements of a single corporation (or single investment company). We need to document a process that assures shareholders and others that Fidelity's AC can give the same assurances for the many annual and interim financial statements of the Fidelity funds that it oversees as can a diligent AC that oversees far fewer funds.
>
>    I visualize a policy that would incorporate an expanded description of the financial reporting process that is now in the self-evaluation questionnaire.For example, special focus should be on the controls over: additions, changes and deletions in the "standard footnote library;" the number and nature of standard "fund profiles" (which I assume means, for example, taxable money market funds) and changes therein; and, the internal review process. I suspect this expanded description is or will be an outgrowth of the internal control documentation project now underway.
>
>    I believe the audit committee could look at this description and decide when, for example, it should be notified of proposed changes in the footnote library or profiles of funds.The policy could describe the nature of reporting issues would be brought the AC attention before the finalization of a particular fund's financial statement and the process and cycle for the AC's review of the clarity of disclosures and for benchmarking practices against other complexes.
>
>    Much more will come to mind, I am sure. I urge that we undertake something of this sort. We are doing a lot of good things, but they need to be pulled together in one place and linked to the AC activities.
>
>    What do you think?
>
>    Happy New Year.
>
>    Don

1/12/2004

MLK00011901

Message                                                                    Page 1 of 1

*add to agenda*

**Marie Knowles**

From: Dwyer, Maria [Maria.Dwyer@fmr.com]
Sent: Wednesday, December 31, 2003 6:20 AM
To: 'Don Kirk'; Knowles, Marie L.
Subject: RE: Review of Financial Statement content

I agree with your assessment and think it is a good idea. One of the things I would like to see incorporated into the process is a more formal presentation by the auditors on a quarterly basis covering their findings in the most recent round of audits. While most of the issues discussed will be routine, I think it is a good practice and allows for a greater depth of understanding about the process and the issues that surface. Much of this work is done already so it would not add too much more effort on our part or the auditors - just more time at the meetings. Let's discuss next week and we can at least start the documentation process.

-----Original Message-----
From: Don Kirk [mailto:djkirk@optonline.net]
Sent: Tuesday, December 30, 2003 6:00 PM
To: Knowles, Marie L.; Dwyer, Maria
Subject: Review of Financial Statement content

Marie and Maria - An inevitable question that we will be asked of investment company audit committees is how does a single audit committee (AC) oversee the financial reporting process and financial statement content for, say, 50-100 funds. In the case of Fidelity, with many more funds, we could, if given time, put together a satisfactory response to such a question. I believe we will be better served if an audit committee policy statement were adopted that codifies what is done and incorporates whatever changes are thought to be improvements.

In the self-evaluation of the AC we lead off with a very brief description of the financial reporting process in order to indirectly explain the absence of more conventional procedures that an AC would follow when their responsibilities are for the financial statements of a single corporation (or single investment company). We need to document a process that assures shareholders and others that Fidelity's AC can give the same assurances for the many annual and interim financial statements of the Fidelity funds that it oversees as can a diligent AC that oversees far fewer funds.

I visualize a policy that would incorporate an expanded description of the financial reporting process that is now in the self-evaluation questionnaire. For example, special focus should be on the controls over: additions, changes and deletions in the "standard footnote library;" the number and nature of standard "fund profiles" (which I assume means, for example, taxable money market funds) and changes therein; and, the internal review process. I suspect this expanded description is or will be an outgrowth of the internal control documentation project now underway.

I believe the audit committee could look at this description and decide when, for example, it should be notified of proposed changes in the footnote library or profiles of funds. The policy could describe the nature of reporting issues would be brought the AC attention before the finalization of a particular fund's financial statement and the process and cycle for the AC's review of the clarity of disclosures and for benchmarking practices against other complexes.

Much more will come to mind, I am sure. I urge that we undertake something of this sort. We are doing a lot of good things, but they need to be pulled together in one place and linked to the AC activities.

What do you think?

Happy New Year.

Don

1/12/2004

MessageFrom: Dwyer, Maria [Maria.Dwyer@fmr.com]
Sent: Wednesday, December 31, 2003 9:20 AM
To: 'Don Kirk'; Knowles, Marie L.
Subject: RE: Review of Financial Statement content

I agree with your assessment and think it is a good idea.  One of the things I would like to see incorporated into the process is a more formal presentation by the auditors on a quarterly basis covering their findings in the most recent round of audits.  While most of the issues discussed will be routine, I think it is a good practice and allows for a greater depth of understanding about the process and the issues that surface.  Much of this work is done already so it would not add too much more effort on our part or the auditors - just more time at the meetings.  Let's discuss next week and we can at least start the documentation process.

-----Original Message-----
From: Don Kirk [mailto:djkirk@optonline.net]
Sent: Tuesday, December 30, 2003 6:00 PM
To: Knowles, Marie L.; Dwyer, Maria
Subject: Review of Financial Statement content


Marie and Maria - An inevitable question that we will be asked of investment company audit committees is how does a single audit committee (AC) oversee the financial reporting process and financial statement content for, say, 50-100 funds. In the case of Fidelity, with many more funds,  we could, if given time, put together a satisfactory response to such a question. I believe we will be better served if an audit committee policy statement were adopted that codifies what is done and incorporates whatever changes are thought to be improvements.

In the self-evaluation of the AC we lead off with a very brief description of the financial reporting process in order to indirectly explain the absence of more conventional procedures that an AC would follow when their responsibilities are for the financial statements of a single corporation (or single investment company). We need to document a process that assures shareholders and others that Fidelity's AC can give the same assurances for the many annual and interim financial statements of the Fidelity funds that it oversees as can a diligent AC that oversees far fewer funds.

I visualize a policy that would incorporate an expanded description of the financial reporting process that is now in the self-evaluation questionnaire.For example, special focus should be on the controls over: additions, changes and deletions in the  "standard footnote library;" the number and nature of standard "fund profiles" (which I assume means, for example, taxable money market funds) and changes therein; and, the internal review process. I suspect this expanded description is or will be an outgrowth of the internal control documentation project now underway.

I believe the audit committee could look at this description and decide when, for example, it should be notified of proposed changes in the footnote library or profiles of funds.The policy could describe the nature of reporting issues would be brought the AC attention before the finalization of a particular fund's financial statement and the process and cycle for the AC's review of the clarity of disclosures and for benchmarking practices against other complexes.

Much more will come to mind, I am sure. I urge that we undertake something of this sort. We are doing a lot of good things, but they need to be pulled together in one place and linked to the AC activities.

CONFIDENTIAL INFORMATION

What do you think?

Happy New Year.

Don

CONFIDENTIAL INFORMATION

MLK00003051