UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO TO DEFENDANTS' AND FIDELITY INDEPENDENT TRUSTEES' SEPARATE MEMORANDA OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO ENLARGE THE PERIOD FOR DISCOVERY FOR THE LIMITED PURPOSE OF CONDUCTING A HALF-DAY DEPOSITION OF DONALD KIRK**

Plaintiffs hereby move, without opposition from Defendants, for leave to file a Reply to Defendants' and Trustees' Memoranda of Law in Opposition to Plaintiffs' Motion to Enlarge the Discovery Period for the Limited Purpose of Conducting a Half-Day Deposition of Donald Kirk. In support of this Motion, Plaintiffs state:

1. Plaintiffs request leave of the Court to file the Reply for the limited purposes of responding to arguments made by Defendants and the Trustees in their Memoranda in Opposition and providing additional information pertinent to issues raised by Defendants and Trustees in their Memoranda in Opposition. Plaintiffs believe this addi-

tional information would be helpful and useful for the Court and Defendants in advance of oral argument on December 3, 2007.

2. Counsel for Plaintiffs have conferred with Defendants' counsel, and Defendants do not oppose Plaintiffs' request to file a reply.

WHEREFORE, Plaintiffs request that this Motion be granted, such that leave is granted pursuant to Local Rule 7.1(b)(3) for Plaintiffs to file a Reply to Defendants' and Trustees' Memoranda of Law in Opposition to Plaintiffs' Motion to Enlarge the Period for Discovery for the Limited Purpose of Conducting a Half-Day Deposition of Donald Kirk.

Dated November 21, 2007.

    KELLER ROHRBACK L.L.P.

/s/ Laura R. Gerber
Lynn Lincoln Sarko *(pro hac vice)*
Michael D. Woerner *(pro hac vice)*
Laura R. Gerber *(pro hac vice)*
David Y. Chen *(pro hac vice)*
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Gary Gotto
Ron Kilgard
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

Michelle H. Blauner, BBO #549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

*Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips and Cindy Schurgin*

Robert D. Friedman, BBO# 180240
Harry S. Miller, BBO# 346946
Matthew J. Tuttle, BBO# 562758
Joshua N. Cook
Andrea Martin
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

*Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller*

## LOCAL RULE 7.1 CERTIFICATION

I certify that Plaintiffs' counsel conferred with Defendants' counsel, who agreed not to oppose Plaintiffs' request to file a Reply.

/s/ Laura R. Gerber
Laura R. Gerber

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on November 21, 2007, to the following attorneys indicated as non-registered participants:

    Robert J. Liubicic
    MILBANK TWEED HADLEY & MCCLOY, LLP
    One Chase Manhattan Plaza
    New York, NY 10005-1413

    David S. Cohen
    Donna F. Mulvihill
    MILBANK TWEED HADLEY & MCCLOY, LLP
    International Square Building
    1850 K Street, N.W.
    Washington, DC 20006

                                        /s/ Laura R. Gerber
                                        Laura R. Gerber