UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND, <br><br>             Plaintiffs, <br><br>      v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br>             Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

## DECLARATION OF LAURA R. GERBER

Pursuant to 28 U.S.C. § 1746, I, Laura R. Gerber, declare as follows:

1.  I am one of the attorneys representing Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin in this matter. I make this declaration in support of Plaintiffs' Proposed Reply to Defendants' and the Fidelity Independent Trustees' Memoranda of Law in Opposition to Plaintiffs' Motion to Enlarge the Period for Discovery for the Limited Purpose of Conducting a Half-Day Deposition of Donald Kirk, filed concurrently herewith.

2.  Attached hereto as Exhibit 1 is a table created by Plaintiffs' counsel on November 20, 2007, that summarizes all correspondence relating to document productions by Defendants that Plaintiffs' counsel received between December 14, 2005 and November 19, 2007, which constitutes all the document productions by Defendants since Plaintiffs issued their first

discovery request on December 14, 2005. Each entry includes the production date, the beginning and ending Bates numbers of the production, and the source of the documents produced.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of a letter from Laura R. Gerber to Sean M. Murphy and David S. Cohen, November 14, 2007.

    4.    Attached hereto as Exhibit 3 is a table created by Plaintiffs' counsel on November 20, 2007, that summarizes all correspondence relating to document productions that Plaintiffs' counsel received between April 1, 2007 and November 19, 2007 from the non-party Independent Trustees of the Fidelity funds. Each entry includes the production date, the beginning and ending Bates numbers of the production, and the document custodian.

    5.    Attached hereto as Exhibit 4 is a true and correct copy of a letter from David S. Cohen to Michelle H. Blauner, March 3, 2007.

    6.    Attached hereto as Exhibit 5 is a true and correct copy of the document titled Fidelity Contrafund Statement of Additional Information, February 26, 1999.

DATED November 21, 2007.

KELLER ROHRBACK L.L.P.

/s/ Laura R. Gerber
Lynn Lincoln Sarko *(pro hac vice)*
Michael D. Woerner *(pro hac vice)*
Laura R. Gerber *(pro hac vice)*
David Y. Chen *(pro hac vice)*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Gary Gotto
Ron Kilgard
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

Michelle H. Blauner, BBO #549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

*Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin*

Robert D. Friedman, BBO# 180240
Harry S. Miller, BBO# 346946
Matthew J. Tuttle, BBO# 562758
Joshua N. Cook
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

*Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller*

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on November 21, 2007 to the following attorneys indicated as non-registered participants:

Robert J. Liubicic
MILBANK TWEED HADLEY & MCCLOY, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

David S. Cohen
Donna F. Mulvihill
MILBANK TWEED HADLEY & MCCLOY, LLP
International Square Building
1850 K Street, N.W.
Washington, DC 20006

/s/ Laura R. Gerber
Laura R. Gerber