# EXHIBIT 1

# Plaintiffs' Summary of Defendants' Document Productions

December 14, 2005 - November 19, 2007

| Production Number | Production Date | Begin Bates No. | End Bates No. | Document Source |
|---|---|---|---|---|
| 1 | 8/9/2006 | BFMR00000001 | BFMR00028693 | Defendants |
| 2 | 8/14/2006 | BFMR00028694 | BFMR00060070 | Defendants |
| 3 | 9/21/2006 | BFMR00060071 | BFMR00062549 | Defendants |
| 4 | 10/16/2006 | BFMR00062550 | BFMR00067198 | Defendants |
| 5 | 10/20/2006 | BFMR00067199 | BFMR00076068 | Defendants |
| 6 | 10/26/2006 | BFMR00076069 | BFMR00077640 | Defendants |
| 7 | 11/7/2006 | BFMR00077641 | BFMR00098463 | Defendants |
| 8 | 1/2/2007 | BFMR00098464 | BFMR00099368 | Defendants |
| 9 | 1/20/2007 | BFMR00007084A<br>BFMR00011103A<br>BFMR00017443A<br>BFMR00017462A<br>BFMR00017482A<br>BFMR00017493A<br>BFMR00017515A<br>BFMR00017534A | BFMR00007100A<br>BFMR00011112A<br>BFMR00017452A<br>BFMR00017481A<br>BFMR00017492A<br>BFMR00017514A<br>BFMR00017533A<br>BFMR00017538A | Defendants |
| 10 | 2/9/2007 | BFMR00099369 | BFMR00099386 | Defendants |
| 11 | 2/9/2007 | BFMR00099387 | BFMR00100205 | Defendants |
| 12 | 2/15/2007 | BFMR00100232 | BFMR00100554 | Defendants |
| 13 | 2/16/2007 | BFMR00100555 | BFMR00102366 | Defendants |
| 14 | 2/23/2007 | BFMR00102367 | BFMR00103335 | Defendants |
| 15 | 2/28/2007 | BFMR00103336 | BFMR00110298 | Defendants |
| 16 | 3/3/2007 | BFMR00110299 | BFMR00144000 | Defendants |
| 17 | 3/5/2007 | BFMR00144001 | BFMR00150126 | Defendants |
| 18 | 3/13/2007 | BFMR00150127 | BFMR00151565 | Defendants |
| 19 | 3/14/2007 | BFMR00151566 | BFMR00151943 | Defendants |
| 20 | 3/27/2007 | BFMR00151944 | BFMR00151949 | Defendants |
| 21 | 4/5/2007 | BFMR00151950 | BFMR00152662 | Defendants |
| 22 | 4/10/2007 | BFMR00152663 | BFMR00154004 | Defendants |
| 23 | 4/13/2007 | BFMR00154005 | BFMR00159811 | Defendants |
| 24 | 4/20/2007 | BFMR00159812 | BFMR00159844 | Defendants |
| 25 | 4/23/2007 | BFMR00159845 | BFMR00159868 | Defendants |
| 26 | 4/25/2007 | BFMR00159869 | BFMR00161659 | Defendants |
| 27 | 5/2/2007 | BFMR00161660 | BFMR00164307 | Defendants |
| 28 | 5/9/2007 | BFMR00164308 | BFMR00171206 | Defendants |
| 29 | 5/11/2007 | BFMR0062099A<br>BFMR0062264A<br>BFMR0062299A | BFMR00062250A | Defendants |
| 30 | 5/11/2007 | BFMR00171207 | BFMR00184922 | Defendants |
| 31 | 5/16/2007 | BFMR00184923 | BFMR00186870 | Defendants |
| 32 | 5/24/2007 | BFMR00186871 | BFMR00192171 | Defendants |
| 33 | 6/1/2007 | BFMR00192172 | BFMR00198726 | Defendants |
| 34 | 6/8/2007 | BFMR00198727 | BFMR00208528 | Defendants |
| 35 | 6/15/2007 | BFMR00208529 | BFMR00212706 | Defendants |
| 36 | 6/22/2007 | BFMR00212707 | BFMR00231287 | Defendants |
| 37 | 6/29/2007 | BFMR00231288 | BFMR00237997 | Defendants |

| Production Number | Production Date | Begin Bates No. | End Bates No. | Document Source |
|---|---|---|---|---|
| 38 | 7/25/2007 | BFMR00238025 | BFMR00246257 | Defendants |
| 39 | 8/2/2007 | BFMR00246848 | BFMR00254147 | Defendants |
| 40 | 8/20/2007 | BFMR00254148 | BFMR00255209 | Defendants |
| 41 | 8/29/2007 | BFMR00255210 | BFMR00255633 | Defendants |
| 42 | 8/31/2007 | BFMR00255634 | BFMR00266758 | Defendants |
| 43 | 9/5/2007 | BFMR00266759 | BFMR00266923 | Defendants |
| 44 | 9/6/2007 | BFMR00266924 | BFMR00276000 | Defendants |
| 45 | 9/8/2007 | BFMR00276001 | BFMR00277513 | Defendants |
| 46 | 9/11/2007 | BFMR00277514 | BFMR00281198 | Defendants |
| 47 | 9/18/2007 | BFMR00281199 | BFMR00283677 | Defendants |
| 48 | 9/21/2007 | BFMR00283678 | BFMR00283685 | Defendants |
| 49 | 9/26/2007 | BFMR00283686 | BFMR00285806 | Defendants |
| 50 | 10/1/2007 | BFMR00285807 | BFMR00294783 | Defendants |
| 51 | 10/10/2007 | BFMR00294784 | BFMR00294796 | Defendants |
| 52 | 10/16/2007 | BFMR00294797 | BFMR00294800 | Defendants |
| 53 | 10/26/2007 | BFMR00294797 | BFMR00295022 | Defendants |
| 54 | 11/1/2007 | BFMR00295023 | BFMR00295026 | Defendants |
| 55 | 11/19/2007 | BFMR00295027 | BFMR00295961 | Defendants |