# EXHIBIT 3

# Plaintiffs' Summary of the Independent Trustees' Document Productions

## April 1, 2007 - November 19, 2007

| Production Number | Production Date | Begin Bates No. | End Bates No. | Document Custodian |
|---|---|---|---|---|
| 1 | 4/13/2007 | NCL00000001 | NCL00005507 | Ned C. Lautenbach |
| 2 | 5/9/2007 | MLK00000001 | MLK00014117 | Marie L. Knowles |
| 3 | 5/26/2007 | MLM00000001 | MLM00006501 | Marvin L. Mann |
| 4 | 6/21/2007 | WSS00000001 | WSS00002180 | William S. Stavropoulos |
| 5 | 8/16/2007 | WOM00000001 | WOM00003205 | William O. McCoy |
| 6 | 8/28/2007 | RFC00000001 | RFC00000440 | Ralph F. Cox |
| 7 | 9/21/2007 | DJK00000001 | DJK00005882 | Donald J. Kirk |
| 8 | 10/11/2007 | RMG00000001 | RMG00000470 | Robert M. Gates |
| 9 | 10/17/2007 | DJK00005883 | DJK00006057 | Donald J. Kirk |