# EXHIBIT 4

# MILBANK, TWEED, HADLEY & McCLOY LLP

INTERNATIONAL SQUARE BUILDING

1850 K STREET, NW, SUITE 1100

WASHINGTON, D.C. 20006-5417

202-835-7500
FAX: 202-835-7586

DAVID S. COHEN
PARTNER
DIRECT DIAL 202-835-7517
Email: dcohen2@milbank.com

**NEW YORK**
212-530-5000
FAX: 212-530-5219

**LOS ANGELES**
213-892-4000
FAX: 213-629-5063

**PALO ALTO**
650-739-7000
Fax: 650-739-7100

**LONDON**
44-207-448-3000
FAX: 44-207-448-3029

**MUNICH**
49-89-25559-3600
Fax: 49-89-25559-3700

**FRANKFURT**
49-69-7593-7170
Fax: 49-69-7593-8303

**TOKYO**
813-3504-1050
FAX: 813-3595-2790

**HONG KONG**
852-2971-4888
FAX: 852-2840-0792

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

March 3, 2007

**VIA FEDERAL EXPRESS AND E-MAIL**

Michelle H. Blauner, Esq.
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

Re: *Bennett v. Fidelity Management & Research Company*, Civil Action Nos. 04-cv-11651-MLW (main case) and 04-cv-11756-MLW (consolidated case)

Dear Michelle:

Please find enclosed three CDs which contain documents bates-labeled BFMR_00110299 - BFMR_00144000. These documents are produced in response to Plaintiffs' First Request For Production Directed to Defendants, dated December 14, 2005.

This production is made subject to the Stipulation and Protective Order endorsed by the Court on August 3, 2006. We anticipate producing additional responsive documents in the near future.

If you have any questions or need additional information, please do not hesitate to call.

Very truly yours,

*David Cohen/LP*

David S. Cohen

Michelle H. Blauner, Esq.
Dana Foster, Esq.
February 23, 2007
Page 2

Enclosure
cc:     James Dittmar, Esq.
        James N. Benedict, Esq.
        Sean Murphy, Esq.
        James C. Bradley, Esq.
        Thomas R. Grady, Esq.
        Michelle Blauner, Esq.
        Michael Woerner, Esq.
        Nina Fields, Esq.
        Matthew Tuttle, Esq.

DC1:#8132469v1
03/3/07