## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) |
| Plaintiffs, | CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |
| vs. | |
| FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., | |
| Defendants. | |

**UNOPPOSED MOTION OF DEFENDANTS FOR LEAVE OF COURT TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO FIDELITY'S MOTION FOR A PROTECTIVE ORDER TO QUASH THE <u>DEPOSITION NOTICE OF EDWARD C. JOHNSON 3d,</u> <u>CHAIRMAN OF FMR CORP.</u>**

Defendants Fidelity Management & Research Company and FMR Co., Inc. ("Fidelity")

hereby move, without opposition from plaintiffs, for leave of Court to file a Reply to Plaintiffs'

LIBA/1848241.1

Opposition to Fidelity's Motion for a Protective Order to Quash the Deposition Notice of

Edward C. Johnson 3d, Chairman of FMR Corp., together with two short supporting affidavits.

WHEREFORE, Fidelity requests that this unopposed motion be ALLOWED, and that it

be permitted to file its anticipated reply.

Dated:  November 29, 2007

Respectfully submitted,

GOODWIN PROCTER LLP
/s/ James S. Dittmar
   James S. Dittmar, Esq. (BBO# 126320)
   David J. Apfel, Esq. (BBO# 551139)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: 617-570-1000

MILBANK, TWEED, HADLEY &
M<sup>C</sup>CLOY LLP
   James N. Benedict, Esq. (*pro hac vice*)
   Sean M. Murphy, Esq. (*pro hac vice*)
   David S. Cohen, Esq. (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY  10005-1413
T: (212) 530-5000
F: (212) 530-5219

*Attorneys for Defendants Fidelity Management
   & Research Company and FMR Co., Inc.*

LIBA/1848241.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.2

I, James S. Dittmar, hereby certify that counsel for Fidelity communicated with counsel for plaintiffs and they agreed not to oppose Fidelity's Unopposed Motion for Leave of Court to File a Reply to Plaintiffs' Opposition to Fidelity's Motion for a Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d, Chairman of FMR Corp.

/s/ James S. Dittmar

## CERTIFICATE OF SERVICE

I, James S. Dittmar, hereby certify that on November 29, 2007, this document filed

through the ECF system will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing (NEF).

/s/ James S. Dittmar

LIBA/1848241.1