UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

## DECLARATION OF EDWARD C. JOHNSON 3d

Pursuant to 28 U.S.C. § 1746, and under penalty of perjury, I, Edward C. Johnson 3d, hereby declare as follows:

1. I make this Declaration in support of Defendants' Motion for Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d.

2. I joined Fidelity in 1957 becoming a research analyst. In 1972, I was named President of FMR Corp. and assumed active management of the company. In 1977, I assumed the role of Chairman and Chief Executive Officer of FMR Corp. (now known as FMR LLC), titles I still hold today.

3. To the best of my recollection, the group fee component of Fidelity equity fund fees was introduced decades ago. However, due to the length of time that has elapsed, I do not recall specific details related to the initial conception or implementation of the group fee, nor the process that led to its adoption or the analysis that may have been taken into account in

LIBA/1846410.1

considering the subject. Like many other people at Fidelity and all of the Independent Trustees, I understand how the basic structure of the group fee works and what its general purpose is. I also understand that the Independent Trustees consider all elements of the fee structure, including the group fee component, each year when they approve contract renewals, including the approvals of the contracts that are at issue in this lawsuit.

4.     I am aware that in the early 1990's, the Independent Trustees formed an *Ad Hoc* Committee on Economies of Scale. I know that the committee was made up entirely of independent trustees and that I was not a member of it. I did not participate in the committee's activities, and I do not know what procedures the committee followed or what analyses were performed in connection with its work. I am aware that the *Ad Hoc* Committee issued a report to the Board of Trustees, and I assume that the report is maintained in the records of the Board of Trustees for such reference as the trustees think will be useful. I do not recall the contents of the report, but those contents could be ascertained by reading the report.

Executed this 29th day of November, 2007.

_____
Edward C. Johnson 3d