UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

## DECLARATION OF KAREN HAMMOND

Pursuant to 28 U.S.C. § 1746, and under penalty of perjury, I, Karen Hammond, hereby declare as follows:

1. I make this Declaration in support of Defendants' Motion for Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d.

2. I joined Fidelity Management & Research Company ("FMR Co.") in November 1993 as Director of Financial Planning & Analysis. I currently hold the title of Managing Director for an affiliate of FMR Co.

3. Shortly after I joined FMR Co., Stephen Jonas, my manager and FMR Co.'s then-Chief Financial Officer, asked me to assist him in providing information to the *Ad Hoc Committee on Economies of Scale* of the Independent Trustees, which, at that time, was working on a comprehensive report on economies of scale.

LIBA/1846523.1

4. For the next six months, I worked on the economies of scale project. Over that period, my work in connection with the project took up approximately 25 percent of my time.

5. I was responsible for all fact-finding, interviews, and data analysis for the project. I also prepared all of the materials that were provided by FMR Co. to the *Ad Hoc* Committee.

6. Mr. Jonas was responsible for project oversight and presentations to the *Ad Hoc* Committee.

7. I attended most, if not all, meetings of the *Ad Hoc* Committee at which the economies of scale project was discussed.

8. Mr. Johnson was not an Independent Trustee or a member of the *Ad Hoc* Committee.

9. Mr. Johnson did not attend any of the committee's meetings at which I was present.

10. I never met with Mr. Johnson in connection with the economies of scale project.

Executed this 28th day of November, 2007.

_____
Karen Hammond