# EXHIBIT 2

LAW OFFICES OF

# KELLER ROHRBACK L.L.P.

| | | | |
|---|---|---|---|
| LAURIE B. ASHTON ③④⑤ | RAYMOND J. FARROW | THOMAS E. LOESER ③② | MARGARET E. WETHERALD ⑥ |
| IAN S. BIRK | DANIEL S. FRIEDBERG ③ | JOHN MELLEN ⑥ | AMY WILLIAMS-DERRY |
| STEPHEN R. BOATWRIGHT ③⑤⑤ | GLEN P. GARRISON ⑨ | ROBERT S. OVER ⑦② | MICHAEL WOERNER |
| KAREN E. BOXX ⑤ | LAURA R. GERBER | AMY PHILLIPS | BENSON D. WONG |
| JOHN H. BRIGHT | GARY A. GOTTO ①⑤⑤ | LORRAINE LEWIS PHILLIPS | |
| GRETCHEN FREEMAN CAPPIO | MARK A. GRIFFIN | ERIN M. RILEY ⑨ | ① ADMITTED IN ARIZONA |
| JASON P. CHUKAS | GARY D. GREENWALD ⑤⑤⑤ | PAUL M. ROSNER | ② ALSO ADMITTED IN ARIZONA |
| DAVID Y. CHEN ③⑤ | AMY N.L. HANSON ⑤ | DAVID J. RUSSELL | ③ ALSO ADMITTED IN CALIFORNIA |
| T. DAVID COPLEY ② | IRENE M. HECHT | MARK D. SAMSON ①⑤⑤ | ④ ALSO ADMITTED IN COLORADO |
| ALICIA M. CORBETT ③⑤⑤ | SCOTT C. HENDERSON | LYNN LINCOLN SARKO ②⑤ | ⑤ ALSO ADMITTED IN IDAHO |
| CLAIRE CORDON ⑤ | RON KILGARD ③⑤⑤ | FREDERICK W. SCHOEPFLIN | ⑥ ALSO ADMITTED IN ILLINOIS |
| SHANE P. CRAMER ② | BENJAMIN J. LANTZ | WILLIAM C. SMART | ⑦ ALSO ADMITTED IN MARYLAND |
| ROB J. CRICHTON ⑨ | HEIDI LANTZ | THOMAS A. STERKEN | ⑧ ALSO ADMITTED IN MICHIGAN |
| CHLOETHIEL W. DEWEESE | CARI CAMPEN LAUFENBERG | RYAN J. STRAUS | ⑨ ALSO ADMITTED IN NEW YORK |
| MAUREEN M. FALECKI ③ | ELIZABETH A. LELAND | KARIN B. SWOPE | ⓪ ALSO ADMITTED IN OREGON |
| JULI FARRIS ③⑤ | TANA LIN ⑥⑧② | BRITT L. TINGLUM ⑤ | ❶ ALSO ADMITTED IN OHIO |
| TYLER L. FARMER ③⑤⑤ | DEREK W. LOESER | LAURENCE R. WEATHERLY | ❷ ALSO ADMITTED IN WASHINGTON, D.C. |
| | | | ❸ ALSO ADMITTED IN WISCONSIN |
| | | | ❹ NOT ADMITTED IN WASHINGTON |
| | | | ❺ OF COUNSEL |

November 14, 2007

**VIA E-MAIL**

Mr. Sean M. Murphy
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Mr. David S. Cohen
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006

      Re:    *Bennett v. Fidelity Management & Research Company and FMR Co., Inc.*
            Nos. 04-cv-11651-MLW (main case) and 04-cv-11756-MLW (consolidated case)

Dear Sean and David:

    I write regarding outstanding discovery-related issues in this case. Plaintiffs request a meet and confer as to these issues by November 16, 2007.

**1.    Privilege Log**

    (a)    Pursuant to my conversation of October 19, 2007 with David Cohen and Aaron Renenger, you agreed to provide a list of all the counsel that you were screening documents for on the basis of attorney-client or attorney work product privilege. Please provide this list as soon as possible.

Mr. David S. Cohen  
Mr. Sean M. Murphy  
November 14, 2007  
Page 2

**KELLER ROHRBACK L.L.P.**

  (b) Please update the redaction log to cover any documents produced in the range BFMR00281198 – BFMR00295026. Please also consider this request ongoing until production of documents ceases. Similarly, please update the privilege log accordingly.

  (c) We note that in the privilege logs provided on different dates, there are documents with the same privilege log numbers that appear to be unique documents (numbered between 400 and 420). Please update the logs to correct this problem.

2. **Board Materials for 2006 and 2007**

  (a) Plaintiffs have received materials provided to the Board of Trustees for 2006 and January and February 2007. However, the materials have not been produced in the format of the Electronic Board Books, (save for the production of the December 2006 Electronic Book, which was produced twice). In order to determine what materials were actually in the electronic books for each month we request that you either produce the books as they were prepared in the ordinary course of business, or identify by Bates range the documents that comprised each month's electronic books for January – November 2006, as well as January – February 2007.

  (b) Please produce the 15(c) materials for 2006 as soon as possible.

3. **Trustee Reference Books**

  Please provide an update on the status of the production of the Trustee Reference Books for 2001, 2002, and 2003.

4. **Exhibit 166, Wynant Deposition**

  Exhibit 166 at J.S. Wynant's deposition, Bates no. MLK0005399-400, is an email dated February 1, 2006 regarding information that Marie Knowles had requested relating to other fund complexes' fund profitability methodology. Mr. Wynant confirmed that a document reflecting this information exists, but we have not been able to locate it in the production to date after reasonable review. Please produce the document or provide us with its Bates number.

5. **Responses to Plaintiffs' Second Request for Production of Documents, Request No. 1**

  Please provide an update on the production of documentation sufficient to show the calculation of FMR Corp.'s per-share NAV during the relevant period.

Mr. David S. Cohen                                          KELLER ROHRBACK L.L.P.
Mr. Sean M. Murphy
November 14, 2007
Page 3

6.  **Defendants' Responses and Objections to Plaintiffs' Third Set of Interrogatories, Request No. 1**

    Please provide an update to Exhibit A to your response to this interrogatory dated September 26, 2007. The last Bates number referenced in Exhibit A was BFMR002283677.

                                            Sincerely yours,

                                            *Laura R. Gerber*
                                            Laura R. Gerber

LRG:lg
cc:   Matthew Tuttle, Esq.
      Michelle Blauner, Esq.
      David Chen, Esq.
      Michael Woerner, Esq.