## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

### STIPULATION AND [PROPOSED] ORDER REGARDING
### EXPERT DISCOVERY AND MOTIONS FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned Parties that the schedule for expert discovery and motions for summary judgment in this action shall be as follows:

1. Plaintiffs shall identify their trial experts pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and produce expert reports pursuant to Rule 26(a)(2)(B) on or before April 15, 2008.

2. Defendants shall identify their trial experts pursuant to Rule 26(a)(2)(A) and produce expert reports pursuant to Rule 26(a)(2)(B) on or before June 30, 2008.

3. Plaintiffs shall produce reply expert reports on or before August 29, 2008.

4. All depositions of trial experts shall be completed on or before October 17, 2008.

2

5.  The Parties' motions for summary judgment pursuant to Rule 56 shall be filed on or before December 12, 2008.

Dated:  December 18, 2007

| Attorneys for the Plaintiffs: | Attorneys for the Defendants: |
|---|---|
| /s/ Michael D. Woerner____ | /s/ James S. Dittmar_____ |
| KELLER ROHRBACK LLP | GOODWIN PROCTER LLP |
|   Michael D. Woerner (*pro hac vice*) |   James S. Dittmar (BBO# 126320) |
|   David Y. Chen (*pro hac vice*) |   David J. Apfel (BBO# 551136) |
|   Laura R. Gerber (*pro hac vice*) | Exchange Place |
| 1201 Third Avenue, Suite 3200 | 53 State Street |
| Seattle, WA 98101 | Boston, MA 02109 |
| (206) 623-1900 | (617) 570-1000 |
| | |
| BURNS & LEVINSON LLP | MILBANK, TWEED, HADLEY & |
|   Robert D. Friedman (BBO# 180240) | M<sup>C</sup>CLOY LLP |
|   Harry S. Miller (BBO# 346946) |   James N. Benedict (*pro hac vice*) |
|   Matthew J. Tuttle (BBO# 562758) |   Sean M. Murphy (*pro hac vice*) |
| 125 Summer Street | 1 Chase Manhattan Plaza |
| Boston, MA 02110 | New York, NY  10005-1413 |
| (617) 345-3000 | (212) 530-5000 |
| | |
| SHAPIRO HABER & URMY LLP | |
|   Michelle H. Blauner (BBO# 549049) | |
| Exchange Place | |
| 53 State Street | |
| Boston, MA 02109 | |
| (617) 439-3939 | |

SO ORDERED this ___ day of _____, 20___.

_____
Honorable Marianne B. Bowler
United States Magistrate Judge

NY2:#4770463

## **CERTIFICATE OF SERVICE**

    I, James S. Dittmar, hereby certify that on December 18, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                 /s/ James S. Dittmar
                                         James S. Dittmar (BBO# 126320)