UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

                                        James S. Dittmar (BBO# 126320)
                                        David J. Apfel (BBO# 551139)
                                        Sarah Heaton Concannon (BBO# 646884)
                                        GOODWIN PROCTER LLP
                                        Exchange Place
                                        53 State Street
                                        Boston, Massachusetts 02109
                                        Tel: (617) 570-1000

                                        James N. Benedict
                                        Sean M. Murphy
                                        MILBANK, TWEED, HADLEY &
                                          MCCLOY LLP
                                        One Chase Manhattan Plaza
                                        New York, New York 10005
                                        Tel: (212) 530-5000
                                        *Attorneys for Defendants Fidelity Management &*
                                        *Research Company and FMR Co., Inc.*

Dated: December 20, 2007

LIBA/1854260.1

Defendants Fidelity Management & Research Co. ("FMR Co.") and FMR Co., Inc. ("FMRC") (together, "Fidelity") hereby file this assented-to motion to extend the deadline to respond to Plaintiffs' Objection to Order Denying Plaintiffs' Renewed Motion to Compel Discovery (Dkt. 130) and Plaintiffs' Objection to Order Allowing Defendants' Motion for a Protective Order to Quash the Deposition Notice of Edward Johnson 3d (Dkt. 131) (together, "the Objections") until January 16, 2008. As grounds for this motion, Fidelity states:

1. Service of Plaintiff's Objections was accomplished by operation of the Court's electronic filing system on December 19, 2007.

2. Under Local Rule 7.1(B)(2), Fidelity's oppositions would be due on January 2, 2008.

3. Because both the Christmas and New Years holidays fall between the date of service and January 2, 2008 and counsel for Fidelity has previously scheduled vacation during this time period, Fidelity seeks a two week extension of time to respond, to January 16, 2008.

4. The requested extension will not prejudice any party.

5. Plaintiffs assent to this Motion.

WHEREFORE, Fidelity asks this Court to extend the deadline for it to respond to Plaintiffs' Oppositions to January 16, 2008, as set out in the proposed Order accompanying this Motion.

LIBA/1854260.1

## LOCAL RULE 7.1 CERTIFICATION

Counsel for defendants Fidelity Management & Research Co. ("FMR Co.") and FMR Co., Inc. ("FMRC") (together, "Fidelity") hereby certify that this motion has Plaintiffs' assent.

        Respectfully submitted,

        GOODWIN PROCTER LLP

            /s/ James S. Dittmar
        James S. Dittmar (BBO# 126320)
        David J. Apfel (BBO# 551139)
        Sarah Heaton Concannon (BBO# 646884)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

MILBANK, TWEED, HADLEY &
  MCCLOY LLP
    James N. Benedict
    Sean M. Murphy
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management & Research Company and FMR Co., Inc.*

Dated: December 20, 2007

LIBA/1854260.1

## CERTIFICATE OF SERVICE

I, James S. Dittmar, hereby certify that on December 20, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                        /s/ James S. Dittmar
                                                  James S. Dittmar (BBO# 126320)

LIBA/1854260.1