UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

## ORDER

UPON CONSIDERATION of the Assented-To Motion for Extension of Time, it is this \_\_\_\_ day of _____, 2007,

ORDERED that the Motion is hereby GRANTED. Defendants shall have until January 16, 2008 to respond to Plaintiffs' Objection to Order Denying Plaintiffs' Renewed Motion to Compel Discovery (Dkt. 130) and Plaintiffs' Objection to Order Allowing Defendants' Motion for a Protective Order to Quash the Deposition Notice of Edward Johnson 3d (Dkt. 131).

Mark L. Wolf, U.S.D.J.

LIBA/1854260.1