## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

Plaintiffs,

vs.

FIDELITY MANAGEMENT & RESEARCH
COMPANY and FMR CO., INC.,

Defendants.

### STIPULATION AND [PROPOSED] ORDER REGARDING
### EXPERT DISCOVERY AND MOTIONS FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned Parties

that the schedule for expert discovery and motions for summary judgment in this action shall be

as follows:

1.    Plaintiffs shall identify their trial experts pursuant to Rule 26(a)(2)(A) of the

Federal Rules of Civil Procedure and produce expert reports pursuant to Rule 26(a)(2)(B) on or

before April 15, 2008.

2.    Defendants shall identify their trial experts pursuant to Rule 26(a)(2)(A) and

produce expert reports pursuant to Rule 26(a)(2)(B) on or before June 30, 2008.

3.    Plaintiffs shall produce reply expert reports on or before August 29, 2008.

4.    All depositions of trial experts shall be completed on or before October 17, 2008.

5.    The Parties' motions for summary judgment pursuant to Rule 56 shall be filed on

or before December 12, 2008.

Dated: December 18, 2007

Attorneys for the Plaintiffs:

/s/ Michael D. Woerner____
KELLER ROHRBACK LLP
  Michael D. Woerner (*pro hac vice*)
  David Y. Chen (*pro hac vice*)
  Laura R. Gerber (*pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

BURNS & LEVINSON LLP
  Robert D. Friedman (BBO# 180240)
  Harry S. Miller (BBO# 346946
  Matthew J. Tuttle (BBO# 562758)
125 Summer Street
Boston, MA 02110
(617) 345-3000

SHAPIRO HABER & URMY LLP
  Michelle H. Blauner (BBO# 549049)
Exchange Place
53 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for the Defendants:

/s/ James S. Dittmar____
GOODWIN PROCTER LLP
  James S. Dittmar (BBO# 126320)
  David J. Apfel (BBO# 551136)
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

MILBANK, TWEED, HADLEY &
McCLOY LLP
  James N. Benedict (*pro hac vice*)
  Sean M. Murphy (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

SO ORDERED this __4__ day of __January__, 2008.

Marianne B. Bowler usmj
Honorable Marianne B. Bowler
United States Magistrate Judge

NY2 #4770463

2