UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**ASSENTED-TO MOTION OF DEFENDANTS
FIDELITY MANAGEMENT & RESEARCH COMPANY AND FMR CO., INC.
<u>FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES</u>**

                                                                                       James S. Dittmar (BBO# 126320)
                                                                                       David J. Apfel (BBO# 551139)
                                                                                      Sarah Heaton Concannon (BBO# 646884)
                                                                                      GOODWIN PROCTER LLP
                                                                                      Exchange Place
                                                                                      53 State Street
                                                                                       Boston, Massachusetts 02109
                                                                                      Tel: (617) 570-1000

                                                                                      James N. Benedict
                                                                                      Sean M. Murphy
                                                                                      MILBANK, TWEED, HADLEY &
                                                                                        MCCLOY LLP
                                                                                      One Chase Manhattan Plaza
                                                                                      New York, New York 10005
                                                                                      Tel: (212) 530-5000

Dated: January 16, 2008                            *Attorneys for Defendants Fidelity Management & Research Company and FMR Co., Inc.*

LIBA/1858845.1

Pursuant to Local Rule 7.1(b)(4), Defendants Fidelity Management & Research Company and FMR Co., Inc. ("Fidelity") respectfully request leave of court to file a memorandum in response to Plaintiffs' Objection to Order Denying Plaintiffs' Renewed Motion to Compel Discovery (Dkt. 130) and Plaintiffs' Objection to Order Allowing Defendants' Motion for a Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d (Dkt. 131) (together, the "Objections") in excess of 20 pages.  Counsel for Plaintiffs have assented to the relief requested herein.

As grounds for this motion, Fidelity states that in the interest of efficiency, it is submitting a single consolidated response to the Plaintiffs' Objections, each of which was supported by a separate memorandum, a total of 23 pages.  Further, permitting the filing of a memorandum in excess of 20 pages will enable Fidelity to address fully the issues presented by Plaintiffs' Objections.  The memorandum Fidelity intends to file will be fewer than 25 pages, and the additional pages will aid the Court in its consideration and determination of the Objections.

WHEREFORE, Fidelity respectfully requests that this Court grant leave for it to file a memorandum in response to Plaintiffs' Objections in excess of 20 pages.

Respectfully submitted,

GOODWIN PROCTER LLP

    /s/ James S. Dittmar
James S. Dittmar (BBO# 126320)
David J. Apfel (BBO# 551139)
Sarah Heaton Concannon (BBO# 646884)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000
jdittmar@goodwinprocter.com
dapfel@goodwinprocter.com

1

sconcannon@goodwinprocter.com

MILBANK, TWEED, HADLEY &
 MCCLOY LLP
  James N. Benedict
  Sean M. Murphy
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management
& Research Company and FMR Co., Inc.*

Dated: January 16, 2008

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I, James S. Dittmar, hereby certify that counsel for Defendants Fidelity Management & Research Company and FMR Co., Inc., conferred with Plaintiffs' counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and Plaintiffs' counsel have assented to the relief sought herein.

I further certify that on January 16, 2008, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

  /s/ James S. Dittmar
James S. Dittmar (BBO# 126320)

2