UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND and FIDELITY LOW-PRICED STOCK FUND,<br><br>                     Plaintiffs,<br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>                     Defendants. | CIVIL NO. 1:04-cv-11651-MLW<br>(Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW<br>(Consolidated Case) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
TO DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION TO ORDER DENYING
PLAINTIFFS' RENEWED MOTION TO COMPEL DISCOVERY (DKT. 130) AND
ORDER ALLOWING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO
QUASH THE DEPOSITION NOTICE OF EDWARD C. JOHNSON 3D (DKT. 131)**

Plaintiffs hereby move, without opposition from Defendants, for leave to file a reply of not greater than 10 pages to Defendants' Response to Plaintiffs' Objection to Order Denying Plaintiffs' Renewed Motion to Compel Discovery (Dkt. 130) and Order Allowing Defendants' Motion for a Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d (Dkt. 131). In support, Plaintiffs state:

1. Plaintiffs request leave of the Court to file a reply for the limited purposes of providing information pertinent to issues raised by Defendants in their Response. Plaintiffs believe

this additional information would be helpful and useful for the Court in its consideration and determination of the Objections.

2.      Counsel for Plaintiffs have conferred with Defendants' counsel, and Defendants do not oppose Plaintiffs' request to file a reply of not greater than 10 pages, provided that Plaintiffs do not oppose any request of Defendants to file a surreply of not greater than 10 pages.

WHEREFORE, Plaintiffs request that this Motion be granted, such that leave is granted pursuant to Local Rule 7.1(b)(3) for Plaintiffs to file a reply to Defendants' Response to Plaintiffs' Objection to Order Denying Plaintiffs' Renewed Motion to Compel Discovery (Dkt. 130) and Order Allowing Defendants' Motion for a Protective Order to Quash the Deposition Notice of Edward C. Johnson 3d (Dkt. 131).

Dated:  February 1, 2008

Respectfully submitted,

KELLER ROHRBACK L.L.P.

/s/ David Chen
Lynn Lincoln Sarko *(pro hac vice)*
Michael D. Woerner *(pro hac vice)*
Laura R. Gerber *(pro hac vice)*
David Y. Chen *(pro hac vice)*
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Gary Gotto
Ron Kilgard
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

Michelle H. Blauner, BBO #549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

*Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips and Cindy Schurgin*

Robert D. Friedman, BBO# 180240
Harry S. Miller, BBO# 346946
Matthew J. Tuttle, BBO# 562758
Joshua N. Cook, BBO# 660346
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

*Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller*

## LOCAL RULE 7.1 CERTIFICATION

I certify that Plaintiffs' counsel conferred with Defendants' counsel, who agreed not to oppose Plaintiffs' request to file a reply of not greater than 10 pages, provided that Plaintiffs do not oppose any request of Defendants to file a surreply of not greater than 10 pages.

/s/ David Chen

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on February 1, 2008 to the following attorneys indicated as non-registered participants:

    Robert J. Liubicic
    MILBANK TWEED HADLEY & MCCLOY, LLP
    One Chase Manhattan Plaza
    New York, NY 10005-1413

    David S. Cohen
    Donna F. Mulvihill
    MILBANK TWEED HADLEY & MCCLOY, LLP
    International Square Building
    1850 K Street, N.W.
    Washington, DC 20006

                                                  /s/ Matthew J. Tuttle