# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>        Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>        Defendants. | CIVIL NO. 1:04-cv-11651-MLW<br>(Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW<br>(Consolidated Case) |

## **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY**

Defendants move, without opposition from plaintiffs, for leave of court to file a surreply of fewer than ten pages in support of their opposition to plaintiffs' pending objections to two discovery rulings issued by Magistrate Judge Bowler ("Motion for Leave"). In support of this Motion for Leave, defendants state:

1. Defendants' surreply shall be limited to responding to specific points raised in plaintiffs' reply memorandum (Dkt. 137-2).

2. Defendants believe that the arguments presented in its surreply will prove helpful to the court in its consideration of plaintiffs' objections.

3. As previously reported to the court by plaintiffs' counsel, defendants agreed not to oppose plaintiffs' request to file a reply memorandum on the condition that plaintiffs would not oppose any request by defendants to file a surreply of fewer than ten pages. *See* Dkt. 137.

This Court allowed plaintiffs' motion for leave to file their reply, which was conditioned on plaintiffs not opposing defendants' motion seeking leave to file a surreply. *See* Order on Motion for Leave to File, entered 2/4/2008.

WHEREFORE, defendants request that this Motion for Leave be allowed, and that defendants be permitted to file a surreply in further support of their opposition to defendants' objections to Magistrate Bowler's discovery rulings.

Respectfully submitted,

GOODWIN PROCTER LLP

    /s/ James S. Dittmar
James S. Dittmar (BBO# 126320)
David J. Apfel (BBO# 551139)
Sarah Heaton Concannon (BBO# 646884)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000
jdittmar@goodwinprocter.com
dapfel@goodwinprocter.com
sconcannon@goodwinprocter.com

MILBANK, TWEED, HADLEY &
 MCCLOY LLP
James N. Benedict
Sean M. Murphy
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management*
*& Research Company and  FMR Co., Inc.*

Dated: February 20, 2008

2

## LOCAL RULE 7.1 CERTIFICATION

I, James S. Dittmar, hereby certify that I conferred with plaintiffs' counsel, who agreed not to oppose defendants' motion seeking leave to file a surreply of fewer than ten pages.

                              /s/ James S. Dittmar
                              James S. Dittmar

## CERTIFICATE OF SERVICE

I, James S. Dittmar, hereby certify that on February 20, 2008, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              /s/ James S. Dittmar
                              James S. Dittmar (BBO# 126320)

LIBA/1868519.1