UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

### JOINT MOTION FOR ADJOURNMENT OF
### MARCH 26, 2008 STATUS CONFERENCE

The parties jointly move to adjourn the Status Conference scheduled by the Court for March 26, 2008 at 2:30 p.m. to any afternoon on any of the following dates: June 17, 18, 24 or 25, 2008.

As grounds for the motion, the parties report that there are no issues requiring case management attention by the Court at this time. The parties further report that the case is proceeding in accordance with the Stipulation and Order Regarding Expert Discovery and Motions for Summary Judgment entered by the Court on January 4, 2008.

Respectfully submitted on March 25, 2008.

| Attorneys for the Plaintiffs: | Attorneys for the Defendants: |
|---|---|
| /s/ David Chen<br>Michael D. Woerner (*pro hac vice*)<br>Tana Lin (*pro hac vice*)<br>Gretchen F. Cappio (*pro hac vice*)<br>David Chen (*pro hac vice*)<br>KELLER ROHRBACK LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington<br>98101-3052<br>(206) 623-1900 | /s/ James S. Dittmar<br>James S. Dittmar, BBO # 126230<br>David J. Apfel, BBO # 551139<br>Stuart M. Glass, BBO # 641466<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000 |
| /s/ Matthew J. Tuttle<br>Robert D. Friedman, BBO #180240<br>Harry S. Miller, BBO # 346946<br>Matthew J. Tuttle, BBO # 562758<br>BURNS & LEVINSON LLP<br>125 Summer St.<br>Boston, MA 02110<br>(617) 345-3000 | James N. Benedict<br>Sean M. Murphy<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Michelle H. Blauner, BBO # 549049<br>SHAPIRO HABER & URMY LLP<br>Exchange Place<br>53 State St., 37th Fl.<br>Boston, MA 02109 | David S. Cohen<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>International Square Building<br>1850 K Street, N.W.<br>Washington, DC 20006<br>(202) 835-7500 |
| Michael J. Brickman (*pro hac vice*)<br>James C. Bradley (*pro hac vice*)<br>Nina H. Fields (*pro hac vice*)<br>RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC<br>174 East Bay Street<br>Charleston, SC 29401 | |
| Guy M. Burns<br>Jonathan S. Coleman<br>Becky Ferrell-Anton<br>JOHNSON, POPE, BOKOR, RUPPEL & BURNS, L.L.P<br>403 East Madison Street<br>Suite 400<br>Tampa, FL 33602 | |

It is so ORDERED.

Dated _____    _____
                                          Honorable Marianne B. Bowler
                                          United States Magistrate Judge

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I, James S. Dittmar, hereby certify that counsel for Defendants Fidelity Management & Research Company and FMR Co., Inc., conferred with Plaintiffs' counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and the parties jointly move for the relief sought herein.

I further certify that on March 25, 2008, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ James S. Dittmar