BURNS & LEVINSON LLP

MATTHEW J. TUTTLE
617-345-3231
MTUTTLE@BURNSLEV.COM

125 SUMMER STREET  BOSTON, MA 02110
T 617.345.3000   F 617.345.3299
WWW.BURNSLEV.COM

April 24, 2008

VIA ELECTRONIC FILING

The Honorable Marianne B. Bowler
United States Magistrate Judge
Unites States District Court
    for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:    *Bennett et al. v. Fidelity Management & Research Co., et al.*
    Civil Action No. 04-11651 MLW

Dear Magistrate Bowler:

    On behalf of the plaintiffs in the above-referenced matter, I recently filed Plaintiffs' Motion for Leave to Take Additional Fact Discovery. The motion was filed on April 11, 2008, and appears at Docket No. 143.

    In filing the motion, I inadvertently omitted a Request for Oral Argument pursuant to Local Rule 7.1(d). I had intended to include such a request as the plaintiffs believe that a hearing will meaningfully assist the Court in ruling on the discovery issues raised by the motion.

    The plaintiffs, therefore, would request that this letter be considered as a Request for Oral Argument on Plaintiffs' Motion for Leave to Take Additional Fact Discovery.

    Thank you for your consideration.

Very truly yours,

Matthew J. Tuttle

cc:    All Counsel (via CM/ECF filing)

MASSACHUSETTS ⋮⋮⋮ RHODE ISLAND ⋮⋮⋮ DISTRICT OF COLUMBIA