UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

          James S. Dittmar (BBO# 126320)
          David J. Apfel (BBO# 551139)
          Sarah Heaton Concannon (BBO# 646884)
          GOODWIN PROCTER LLP
          Exchange Place
          53 State Street
          Boston, Massachusetts 02109
          Tel: (617) 570-1000

          James N. Benedict
          Sean M. Murphy
          MILBANK, TWEED, HADLEY &
           MCCLOY LLP
          One Chase Manhattan Plaza
          New York, New York 10005
          Tel: (212) 530-5000
          *Attorneys for Defendants Fidelity Management & Research Company and FMR Co., Inc.*

Dated: April 25, 2008

LIBA/1886992.1

Defendants Fidelity Management & Research Co. ("FMR Co.") and FMR Co., Inc. ("FMRC") (together, "Fidelity") hereby file this assented-to motion to extend the deadline to respond to Plaintiffs' Motion for Leave to Take Additional Fact Discovery (Dkt. 143) by two business days until April 29, 2008. As grounds for this motion, Fidelity states:

1. Due to various commitments, counsel need a mere two additional business days to respond to plaintiffs' motion.

2. The requested extension will not prejudice any party or require extension of any deadline set by the Court.

3. Plaintiffs assent to this motion.

WHEREFORE, Fidelity asks this Court to extend the deadline for it to respond to Plaintiffs' motion to April 29, 2008.

        Respectfully submitted,

        GOODWIN PROCTER LLP

        _____/s/ James S. Dittmar_____
          James S. Dittmar (BBO# 126320)
          David J. Apfel (BBO# 551139)
          Sarah Heaton Concannon (BBO# 646884)
        Exchange Place
        53 State Street
        Boston, Massachusetts 02109
        Tel: (617) 570-1000

        MILBANK, TWEED, HADLEY &
         MCCLOY LLP
          James N. Benedict
          Sean M. Murphy
        One Chase Manhattan Plaza
        New York, New York 10005
        Tel: (212) 530-5000

        *Attorneys for Defendants Fidelity Management &*
April 25, 2008        *Research Company and FMR Co., Inc.*

LIBA/1886992.1

## LOCAL RULE 7.1 CERTIFICATION

Counsel for defendants Fidelity Management & Research Co. ("FMR Co.") and FMR Co., Inc. ("FMRC") (together, "Fidelity") hereby certify that this motion has Plaintiffs' assent.

Respectfully submitted,

GOODWIN PROCTER LLP

/s/ James S. Dittmar
James S. Dittmar (BBO# 126320)
David J. Apfel (BBO# 551139)
Sarah Heaton Concannon (BBO# 646884)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000

MILBANK, TWEED, HADLEY &
 MCCLOY LLP
James N. Benedict
Sean M. Murphy
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Attorneys for Defendants Fidelity Management
& Research Company and FMR Co., Inc.*

Dated: April 25, 2008

LIBA/1886992.1

**CERTIFICATE OF SERVICE**

     I, James S. Dittmar, hereby certify that on April 25, 2008, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  /s/ James S. Dittmar
                                  James S. Dittmar (BBO# 126320)

LIBA/1886992.1