UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT *et al.*,<br>for the use and benefit of<br>FIDELITY MAGELLAN FUND, FIDELITY<br>CONTRAFUND, FIDELITY GROWTH &<br>INCOME PORTFOLIO I FUND, FIDELITY<br>BLUE CHIP GROWTH FUND, and<br>FIDELITY LOW-PRICED STOCK FUND,<br><br>               Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH<br>COMPANY and FMR CO., INC.,<br><br>               Defendants. | No. 04-cv-11651-MLW<br>(Lead Case)<br><br>No. 04-cv-11756-MLW<br>(Consolidated Case) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO
FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO TAKE ADDITIONAL FACT DISCOVERY**

Plaintiffs hereby move, without opposition from Defendants, for leave to file a Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to Take Additional Fact Discovery. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs request leave of the Court to file a reply to respond and provide information pertinent to issues raised by Defendants in their Opposition to Plaintiffs' Motion for Leave to Take Additional Fact Discovery. Plaintiffs' believe this additional information would be helpful and useful to the Court in its consideration of Plaintiffs original motion.

2. A draft of plaintiffs' proposed reply is attached hereto as <u>Exhibit A</u>.

3. Counsel for Plaintiffs have conferred with Defendants' counsel, and Defendants do not oppose Plaintiffs' request to file a reply, provided that Plaintiffs do not oppose a request of Defendants to file a surreply if they so choose.

## **LOCAL RULE 7.1 CERTIFICATION**

Counsel for Plaintiffs have conferred with Defendants' counsel, and Defendants do not oppose the relief requested herein, provided that Plaintiffs do not oppose a request of Defendants to file a surreply if they so choose.

WHEREFORE, Plaintiffs request that this motion be granted, such that leave is granted pursuant to Local Rule 7.1(b)(3) for Plaintiffs to file a reply to Defendants' Opposition to Plaintiffs' Motion for Leave to Take Additional Fact Discovery.

Dated: May 9, 2008

By:      /s/ Matthew J. Tuttle
Michelle H. Blauner, BBO # 549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 439-3939

Lynn Lincoln Sarko
Michael D. Woerner
Laura R. Gerber
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900

Gary Gotto
Ron Kilgard
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012
Telephone: 602-248-0088

**Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin**

        Harry S. Miller, BBO# 346946
        Robert D. Friedman, BBO# 180240
        Matthew J. Tuttle, BBO# 562758
        Joshua Cook, BBO# 660346
        BURNS & LEVINSON LLP
        125 Summer Street
        Boston, MA 02110
        (617) 345-3000

**Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of May 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Matthew J. Tuttle

01244475