UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT *et al.*,<br>for the use and benefit of<br>FIDELITY MAGELLAN FUND, FIDELITY<br>CONTRAFUND, FIDELITY GROWTH &<br>INCOME PORTFOLIO I FUND, FIDELITY<br>BLUE CHIP GROWTH FUND, and<br>FIDELITY LOW-PRICED STOCK FUND,<br><br>             Plaintiffs,<br><br>   v.<br><br>FIDELITY MANAGEMENT & RESEARCH<br>COMPANY and FMR CO., INC.,<br><br>             Defendants. | No. 04-cv-11651-MLW<br>(Lead Case)<br><br>No. 04-cv-11756-MLW<br>(Consolidated Case) |

## JOINT MOTION TO CONTINUE
## JUNE 18, 2008 STATUS CONFERENCE

The parties hereby jointly move that the status conference currently scheduled in this matter for June 18, 2008, be continued until a date and time during the week of September 8, 2008, that is convenient for the Court. In support of this motion, the parties state as follows:

1. A status conference in this matter is currently scheduled for June 18, 2008, at 2:30 p.m.

2. The parties were recently before the Court on May 14, 2008, addressing a discovery motion that had been filed by Plaintiffs.

3. The parties currently are proceeding with the one additional deposition allowed by the Court during the May 14 hearing and are conducting expert discovery in accordance with the schedule previously presented to and approved by the Court.

4. At this time the parties have no issues or new items to present to the Court at the June status conference.

5.  For purposes of efficiency, the parties request that the June 18 status conference be continued.

WHEREFORE, the parties jointly request that the June 18, 2008 status conference be continued until a date and time during the week of September 8, 2008, that is convenient for the Court.

Dated: June 13, 2008

Respectfully submitted,

/s/ Matthew J. Tuttle
Michelle H. Blauner, BBO # 549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 439-3939

Lynn Lincoln Sarko
Michael D. Woerner
Laura R. Gerber
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900

Gary Gotto
Ron Kilgard
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012
Telephone: 602-248-0088

**Attorneys for the *Haugen* Plaintiffs**

Harry S. Miller, BBO# 346946
Robert D. Friedman, BBO# 180240
Matthew J. Tuttle, BBO# 562758
Joshua Cook, BBO# 660346
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
(617) 345-3000

**Attorneys for the *Bennett* Plaintiffs**

/s/ James S. Dittmar
James S. Dittmar (BBO# 126320)
David J. Apfel (BBO# 551136)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
David S. Cohen (*pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

**Attorneys for the Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of June 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew J. Tuttle

01254611