UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**JOINT MOTION TO AMEND THE SCHEDULE FOR**
**EXPERT DISCOVERY AND MOTIONS FOR SUMMARY JUDGMENT**

The Parties hereby jointly move to amend the Stipulation and Order Regarding Expert Discovery and Motions for Summary Judgment, dated December 18, 2007 ("Expert Scheduling Order").

1. Pursuant to the Expert Scheduling Order, on April 15 2008, Plaintiffs identified Steve Pomerantz as a trial expert pursuant to Rule 26(a)(2)(A) and produced an expert report on his behalf pursuant to Rule 26(a)(2)(B).

2. Pursuant to the Expert Scheduling Order, on June 30, 2008, Defendants identified Geoffrey Bobroff, R. Glenn Hubbard, John W. Peavey III, and Russell F. Peppet as trial experts pursuant to Rule 26(a)(2)(A) and produced expert reports on their behalf pursuant to Rule 26(a)(2)(B).

3. Pursuant to the Expert Scheduling Order, on August 29, 2008, Plaintiffs produced a rebuttal expert report on behalf of Pomerantz and identified two additional trial experts, Stewart L. Brown and James D. Lamb, in rebuttal to Defendants' expert designations, and produced expert reports on their behalf.

4. The Parties believe that they will be unable to complete expert discovery by the current deadline of October 17, 2008, if the Parties are to have an opportunity to properly analyze the reports produced and materials identified by the various experts and conduct the expert depositions in an orderly fashion.

5. Accordingly, the Parties jointly move that the deadlines for the completion of expert discovery and the submission of motions for summary judgment under Rule 56 be extended by approximately 45 days and that the new deadlines be as follows:

    a. All expert discovery shall be completed on or before November 21, 2008; and

    b. The Parties' motions for summary judgment under Rule 56 shall be filed on or before January 27, 2009.

Respectfully submitted on September 9, 2008.

| Attorneys for the Plaintiffs: | Attorneys for the Defendants: |
|---|---|
| /s/ Michael D. Woerner | /s/ James S. Dittmar |
| Michael D. Woerner (*pro hac vice*) | James S. Dittmar, BBO # 126230 |
| KELLER ROHRBACK LLP | David J. Apfel, BBO # 551139 |
| 1201 Third Avenue, Suite 3200 | Stuart M. Glass, BBO # 641466 |
| Seattle, Washington | GOODWIN PROCTER LLP |
| 98101-3052 | Exchange Place |
|  | 53 State Street |
|  | Boston, MA 02109 |
|  |  |
| Robert D. Friedman, BBO #180240 | James N. Benedict (*pro hac vice*) |
| Harry S. Miller, BBO # 346946 | Sean M. Murphy (*pro hac vice*) |
| Matthew J. Tuttle, BBO # 562758 | MILBANK, TWEED, HADLEY & McCLOY LLP |
| BURNS & LEVINSON LLP | One Chase Manhattan Plaza |

125 Summer St.  
Boston, MA 02110

New York, NY 10005-1413

Michelle H. Blauner, BBO # 549049  
SHAPIRO HABER & URMY LLP  
Exchange Place  
53 State St., 37th Fl.  
Boston, MA 02109

David S. Cohen  
MILBANK, TWEED, HADLEY & McCLOY LLP  
International Square Building  
1850 K Street, N.W.  
Washington, DC 20006

It is so ORDERED.

Dated: _____

_____  
Honorable Marianne B. Bowler  
United States Magistrate Judge