UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESELY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | No. 04-cv-11651-MLW (Lead case) <br><br> No. 04-cv-11756-MLW (Consolidated case) |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs hereby move, pursuant to Rule 56(c) and Rule 56(d)(1) and (2) of the Federal Rules of Civil Procedure, that summary judgment enter in Plaintiffs' favor on the issue of liability alone, reserving for trial the issue of an appropriate damages award.

In support of this motion, Plaintiffs refer the Court to the following documents being filed herewith:

1. Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment;

2. Statement of Undisputed Facts in Support of Plaintiffs' Motion for Partial Summary Judgment; and

3. Affidavit of Matthew J. Tuttle.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs, pursuant to Local Rule 7.1(D), respectfully request that a hearing before the Court be scheduled to address Plaintiffs' Motion for Partial Summary Judgment.

**LOCAL RULE 7.1 CERTIFICATION**

Counsel for Plaintiffs have conferred with Defendants' counsel concerning this motion, with no agreement having been reached.

WHEREFORE, Plaintiffs respectfully request that summary judgment enter in their favor on the issue of liability with respect to the claims set forth in the Consolidated Complaint Under Investment Act of 1940 and that the issue of an appropriate award of damages be set for trial. Plaintiffs also request such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated:  December 11, 2008         By:        /s/ Matthew J. Tuttle
    Harry S. Miller, BBO# 346946
    Robert D. Friedman, BBO# 180240
    Matthew J. Tuttle, BBO# 562758
    Joshua Cook, BBO# 660346
    BURNS & LEVINSON LLP
    125 Summer Street
    Boston, MA  02110
    (617) 345-3000

    **Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller**

    Lynn Lincoln Sarko
    Michael D. Woerner
    Laura R. Gerber
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    Telephone: (206) 623-1900

                                              Gary Gotto
                                              Ron Kilgard
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012
Telephone: 602-248-0088

Michelle H. Blauner, BBO # 549049
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 439-3939

**Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin**

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 11th day of December 2008, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                            /s/ Matthew J. Tuttle

01305664