UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESELY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | No. 04-CV-11651-MLW (Lead case) <br><br> No. 04-CV-11756-MLW (Consolidated case) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that summary judgment enter in Defendants' favor with respect to all claims against it in the above-captioned action.

In support of this motion, Defendants refer the Court to the following documents being filed herewith:

1. Memorandum of Law in Support of Defendants' Motion for Summary Judgment;

2. Defendants' Local Rule 56.1 Statement of Undisputed Facts; and

3. Declaration of James S. Dittmar in Support of Defendants' Motion for Summary Judgment.

## REQUEST FOR ORAL ARGUMENT

Defendants, pursuant to Local Rule 7.1(d), respectfully request that a hearing before the Court be scheduled to address Defendants' Motion for Summary Judgment.

## LOCAL RULE 7.1(a) CERTIFICATION

Counsel for Defendants have conferred with Plaintiffs' counsel concerning this motion, and no agreement has been reached.

WHEREFORE, Defendants respectfully request that summary judgment enter in Defendants' favor with respect to all claims against it in the above-captioned action. Defendants also request such other and further relief as the Court deems just and proper.

Dated:  February 6, 2009

                                      Respectfully submitted,

                                      GOODWIN PROCTER LLP
/s/ James S. Dittmar
   James S. Dittmar (BBO# 126320)
   David J. Apfel (BBO# 551136)
Exchange Place
53 State Street
Boston, MA 02109
Tel:  (617) 570-1000
Fax:  (617) 523-1231

MILBANK, TWEED, HADLEY & McCLOY LLP
   James N. Benedict (*pro hac vice*)
   Sean M. Murphy (*pro hac vice*)
   Robert J. Liubicic
   Robert R. Miller
   Andrew W. Robertson
   Elizabeth M. Virga
   Tommaso Bencivenga
1 Chase Manhattan Plaza
New York, NY 10005-1413

       Tel:  (212) 530-5000
       Fax:  (212) 530-5219

*Attorneys for Defendants Fidelity Management &*
*Research Company and FMR Co., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2009.

/s/ James S. Dittmar