```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

CYNTHIA BENNETT, et al            )
    Plaintiffs,                   )
                                      )
       v.                         )  C.A. No. 04-11651-MLW
                                      )  (Lead case)
                                      )
FIDELITY MANAGEMENT & RESEARCH    )  C.A. No. 04-11756-MLW
CO., et al                        )  (Consolidated case)
    Defendants.                   )

                       MEMORANDUM AND ORDER

WOLF, D.J.                                            April 1, 2010

    On August 11, 2009, this case was stayed pending Supreme Court review of <u>Jones v. Harris Associates L.P.</u>, 527 F.3d 627 (7th Cir. 2008), <u>cert. granted</u>, 129 S. Ct. 1579 (2009). <u>See</u> August 11, 2009 Order. The court ordered the parties to propose, jointly if possible, a schedule for further briefing of the pending motions or trial no later than 45 days after the Supreme Court decided <u>Jones</u>. <u>Id.</u>

    The Supreme Court decided <u>Jones</u> on March 30, 2010. <u>See</u> <u>Jones v. Harris Associates L.P.</u>, 2010 WL 1189560 (U.S. March 30, 2010). The parties shall therefore propose a schedule for further briefing of the pending motions or trial no later than May 14, 2010. In addition, by May 14, 2010, the parties shall confer and report, jointly if possible, regarding the possibility of settlement.


                                                              /s/ Mark L. Wolf
                                                      UNITED STATES DISTRICT JUDGE