# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br>Plaintiffs, <br><br>v. <br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br>Defendants. | No. 04-CV-11651-MLW <br> (Lead case) <br><br> No. 04-CV-11756-MLW <br> (Consolidated case) |

## JOINT SUBMISSION PURSUANT TO
## MEMORANDUM AND ORDER DATED APRIL 1, 2010

Plaintiffs and Defendants, though their undersigned counsel, jointly make this submission in response to the Court's Memorandum and Order dated April 1, 2010 (the "Order"):

1. The parties propose the following schedule and page limits for further briefing of the pending summary judgment motions in light of the U.S. Supreme Court's decision in *Jones v. Harris Associates L.P.*, 130 S. Ct. 1418 (U.S. 2010):

   a. Plaintiffs and Defendants shall simultaneously exchange and file initial briefs, not to exceed 10 pages in length, no later than 21 days after the Court approves the proposal set forth herein; and

      b. Plaintiffs and Defendants shall simultaneously exchange and file reply briefs, not to exceed 10 pages in length, no later than 30 days after the parties exchange and file initial briefs.

2. Due to scheduling issues on the part of counsel, the parties request that oral argument on the pending summary judgment motions be set for hearing between July 28 and September 8, 2010, or after November 10, 2010.

3. Pursuant to the Court's Order, the parties have discussed whether the case can be resolved by settlement. The parties' respective positions concerning settlement are as follows:

      a. Plaintiffs' Position: Plaintiffs are willing to engage in substantive settlement discussions. Plaintiffs believe that settlement discussions are warranted based on their view that the trial in this case will prove that Defendants breached their fiduciary duty to the mutual funds at issue, causing hundreds of millions of dollars in damages per year.

      b. Defendants' Position: Defendants believe that further settlement discussions would be futile. Defendants are of the view that Plaintiffs' claims are without merit in light of the evidence, expected expert testimony, and controlling legal standards recently announced by the Supreme Court in *Jones*.

Dated: May 14, 2010

BURNS & LEVINSON LLP
/s/ Matthew J. Tuttle
   Harry S. Miller (BBO# 346946)
   Robert D. Friedman (BBO# 180240)
   Matthew J. Tuttle (BBO# 562758)
   Joshua Cook (BBO# 660346)
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000

*Attorneys for Plaintiffs Cynthia A. Bennett and Guy E. Miller*

KELLER ROHRBACK L.L.P.
/s/ Michael D. Woerner
   Lynn Lincoln Sarko
   Michael D. Woerner
   Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900

SHAPIRO HABER & URMY LLP
   Michelle H. Blauner (BBO# 549049)
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 439-3939

*Attorneys for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin*

Respectfully submitted,

GOODWIN PROCTER LLP
/s/ James S. Dittmar
   James S. Dittmar (BBO# 126320)
Exchange Place
53 State Street
Boston, MA 02109
Tel:  (617) 570-1000
Fax:  (617) 523-1231

MILBANK, TWEED, HADLEY & M<u>c</u>CLOY LLP
   James N. Benedict (*pro hac vice*)
   Sean M. Murphy (*pro hac vice*)
   Andrew W. Robertson
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel:  (212) 530-5000
Fax:  (212) 530-5219

*Attorneys for Defendants Fidelity Management & Research Company and FMR Co., Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 14, 2010.

                          /s/ James S. Dittmar_____