UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | CIVIL NO. 1:04-cv-11651-MLW (Lead Case) <br><br> CIVIL NO. 1:04-cv-11756-MLW (Consolidated Case) |

**DEFENDANTS' MOTION TO DISMISS CLAIMS RELATING TO FIDELITY GROWTH & INCOME PORTFOLIO I FUND AND FIDELITY LOW-PRICED STOCK FUND FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendants, Fidelity Management & Research Company and FMR Co., Inc. (collectively, "Defendants," and together with affiliated entities, "Fidelity"), hereby move to dismiss all claims in the above-captioned consolidated cases related to Fidelity Growth & Income Portfolio I Fund ("G&I") and Fidelity Low-Priced Stock Fund ("L-P") for lack of subject matter jurisdiction. In support of this motion, Fidelity states that based on a review of its systems of record-keeping it appears that no Plaintiff owns any shares of either G&I or L-P, two of the five Fidelity mutual funds whose management fees are being challenged as excessive in this case initiated under § 36(b) of the Investment Company Act of 1940. Fund

ownership is a prerequisite for any individual to commence and continue a § 36(b) action. Since Plaintiffs do not own any shares in either G&I or L-P, they lack constitutional, and statutory, standing to pursue their claims pertaining to those two mutual funds, and this Court lacks subject matter jurisdiction as to the two funds. So much of Plaintiffs' Complaint as relates to G&I and/or L-P must, therefore, be dismissed.

In further support of this motion, Fidelity relies upon and refers the Court to and incorporates herein its memorandum in support of this motion to dismiss and the Affidavit of Diane Brown filed herewith.

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(d), Defendants request oral argument at a date and time to be set by this Court.

Respectfully submitted,

GOODWIN PROCTER LLP
/s/ David J. Apfel
    James D. Dittmar (BBO# 126320)
    David J. Apfel (BBO# 551139)
Exchange Place
53 State Street
Boston, MA  02109
Tel: (617) 570-1000
Fax: (617) 523-1231

MILBANK, TWEED, HADLEY & McCLOY LLP
    James N. Benedict (*pro hac vice*)
    Sean M. Murphy (*pro hac vice*)
    Andrew W. Robertson
    Andrea G. Hood
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel: (212) 530-5000
Fax: (212) 530-5219

*Attorneys for Defendants Fidelity Management & Research Company and FMR Co., Inc.*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, David J. Apfel, hereby certify pursuant to Local Rule 7.1(A)(2) that I have conferred in good faith with Plaintiffs' counsel with regard to Defendants' Motion to Dismiss Claims Relating to Fidelity Growth & Income Portfolio I Fund and Fidelity Low Priced Stock Funds for Lack of Subject Matter Jurisdiction in an effort to obviate the need for the motion, and/or resolve or narrow the issues addressed in the motion. My efforts have been unsuccessful.

/s/ David J. Apfel

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 25, 2011.

/s/ David J. Apfel

LIBA/2154625.1