UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CYHTNIA BENNETT et al. | ) | |
|       Plaintiff(s) | ) | |
| | ) | |
| v. | ) | C.A. No. 04-11651-MLW |
| | ) | |
| FIDELITY MANAGEMENT & | ) | |
| RESEARCH COMPANY et al, | ) | |
|       Defendant(s) | ) | |

ORDER OF ADMINISTRATIVE CLOSING

WOLF, D.J.

    It is hereby ORDERED that this action is hereby ADMINISTRATIVELY CLOSED. The parties shall file a motion to reopen the case if warranted.

                                                          By the Court:

AUGUST 31, 2011                                     /s/Daniel Hohler
Date                                                       Deputy Clerk