UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CYNTHIA BENNETT, ET AL,          )
      Plaintiffs,               )
                                 )
      v.                         )        C.A. No. 04-11651-MLW
                                 )
FIDELITY MANAGEMENT & RESEARCH)
COMPANY, ET AL.,                 )
      Defendants.               )
```

ORDER

WOLF, D.J.                                      January 5, 2012

       On December 30, 2011, the parties reported that mediation failed

to result in a settlement of this case.  Therefore, they jointly

request that the stay of this case pending mediation be terminated

and that this case be reopened.  Accordingly, it is hereby ORDERED

that:

       1.   The stay pending mediation is TERMINATED and this case is

REOPENED.

       2.   The parties shall confer again and, by January 20, 2012,

report whether this case has been settled.

       3.   If not, the parties shall, by January 24, 2012, each submit

to the court any recent relevant case law concerning the pending

motions for summary judgment and to dismiss, or a statement that

there is no such recent relevant case law.

       4.   If necessary, a hearing on the pending motions shall be

held on January 30, 2012, at 2:15 p.m.  The court may decide the

motions at that hearing.


                              /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE