# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. BENNETT, GUY E. MILLER, NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of THE FIDELITY MAGELLAN FUND, FIDELITY CONTRAFUND, FIDELITY GROWTH & INCOME PORTFOLIO I FUND, FIDELITY BLUE CHIP GROWTH FUND, and FIDELITY LOW-PRICED STOCK FUND,<br><br>     Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>     Defendants. | CIVIL NO. 1:04-cv-11651-MLW<br>(Lead Case)<br><br>CIVIL NO. 1:04-cv-11756-MLW<br>(Consolidated Case) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between undersigned counsel, that all named Plaintiffs in the above-captioned case (Cynthia A. Bennett, Guy E. Miller, Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin), by their attorneys pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the above-captioned action with prejudice.

Dated: Boston, Massachusetts
   January 27, 2012

- 2 -

By: /s/ Robert D. Friedman
    Robert D. Friedman, BBO# 180240
    BURNS & LEVINSON LLP
    125 Summer Street
    Boston, MA 02110
    (617) 345-3000
    *Counsel for Plaintiffs Cynthia A. Bennett and Guy E. Miller*


By: /s/ Lynn Lincoln Sarko
    Lynn Lincoln Sarko (*pro hac vice*)
    KELLER ROHRBACK LLP
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101-3052
    (206) 623-1900
    *Counsel for Plaintiffs Nancy Haugen, Michael E. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin*


By: /s/ Michelle H. Blauner
    Michelle H. Blauner, BBO# 549049
    SHAPIRO HABER & URMY LLP
    Exchange Place
    53 State Street, 37th Floor
    Boston, MA 02109
    (617) 439-3939
    *Counsel for Plaintiffs Nancy Haugen, Michael E. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin*


By: /s/ Sean M. Murphy
    *Counsel for Defendants*

| MILBANK, TWEED, HADLEY & McCLOY LLP | GOODWIN PROCTER LLP |
|---|---|
| Sean M. Murphy (*pro hac vice*) | David J. Apfel, BBO# 551139 |
| One Chase Manhattan Plaza | Exchange Place |
| New York, NY 10005-1413 | 53 State Street |
| (212) 530-5000 | Boston, MA 02109 |
| | (617) 570-1000 |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on January 27, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew J. Tuttle

01674793.DOC\